UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **MAGISTRATE NO. 21-MJ-13 (GMH)** |
| | : | |
| **RICHARD BARNETT,** | : | |
|    **Defendant.** | : | |

# ORDER

Upon consideration of the Government's Motion for Emergency Stay and for Review of Detention Order as to defendant Richard Barnett

It is this ___15th___ day of January, 2021,

**ORDERED**, that the Motion for an Emergency Stay is hereby **GRANTED** and the release order entered by the Western District of Arkansas Magistrate Judge on January 15, 2021 as to defendant Richard Barnett is **STAYED** pending review of the detention decision by this Court.

_____
BERYL A. HOWELL
CHIEF JUDGE, UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA