


# Fayetteville Police Department
# Compact

| | | | |
|---|---|---|---|
| **Print Date/Time:** | 01/11/2021 08:17 | | Fayetteville Police Department |
| **Login ID:** | tfranklin | **ORI Number:** | AR0720100 |
| **Case Number:** | 2020-00057084 | | |

## Case Details:

| | | | | |
|---|---|---|---|---|
| **Case Number:** | 2020-00057084 | **Incident Type:** | Assault | |
| **Location:** | 280 N COLLEGE AVE X FAYETTEVILLE,AR 72701 | **Occurred From:** | 07/25/2020 12:59 | |
| | | **Occurred Thru:** | 07/25/2020 12:59 | |
| | | **Reported Date:** | 07/25/2020 12:59 Saturday | |
| **Reporting Officer ID:** | 443-KIMBEL | **Status:** Unfounded | **Status Date:** | 07/28/2020 |
| | **Disposition:** Unfounded | **Disposition Date:** | 07/28/2020 | |
| **Assigned Bureau:** | PD - SIU | | | |

### Case Assignments:

| Assigned Officer | Assignment Date/Time | Assignment Type | Assigned By Officer | Due Date/Time |
|---|---|---|---|---|
| 331-HANBY | 07/27/2020 00:00 | Assigned Case - Primary | 199-SHEPARD | |

## Offenses

| No. | Group/ORI | Crime Code | Statute | Description | Counts |
|---|---|---|---|---|---|
| 1 | State | 13A | 5-13-204 | AGGRAVATED ASSAULT | 1 |

### Offense # 1

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Group/ORI:** State | **Crime Code:** 13A | **Statute:** 5-13-204 | **Counts:** 1 | **Attempt/ Commit Code:** Commit |
| **Description:** | AGGRAVATED ASSAULT | | | **Offense Date:** | 07/25/2020 |
| **Scene Code:** | Highway/Road/Alley | **Bias/Motivation:** | No Bias | | |
| **Offense Status:** | Open/Active | **Status Date:** | 07/25/2020 | | |
| **Domestic Code:** | Not Domestic | | | | |
| **Gang Related:** | No | **IBR Seq. No:** | 1 | | |

### Offender Suspected of Using

| | |
|---|---|
| **Alcohol:** | No |
| **Drugs:** | No |
| **Computer:** | No |
| **Aggravated Assault/ Homicide Circumstances #1:** | Other Circumstances |

### Weapon Code : Firearm

## Subjects

| Type | No. | Name | Address | Phone | Race | Sex | DOB/Age |
|---|---|---|---|---|---|---|---|
| Other | 1 | BARNETT, RICHARD | <UNKNOWN>, | | Unknown | Male | 60 |
| Suspect | 1 | Unknown, 2020-00057084 | , | | Unknown | Unknown | |
| Victim | 1 | G , S | | | White | Female | 20 |

Barnett Discovery 1-14-21_000048



# Fayetteville Police Department
# Compact



| | | |
|---|---|---|
| **Print Date/Time:** 01/11/2021 08:17 | | Fayetteville Police Department |
| **Login ID:** tfranklin | **ORI Number:** | AR0720100 |
| **Case Number:** 2020-00057084 | | |

### Subject #   1-Other

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Primary:** | No | | | | | | |
| **Name:** | BARNETT, RICHARD | **Race:** | Unknown | **Sex:** | Male | **DOB:** | |
| **Address:** | <UNKNOWN> | **Age:** | 60 | | | | |
| **Resident Status:** | Unknown | | | | | | |

**Modus Operandi**

### Subject #   1-Suspect

| | | | | | | |
|---|---|---|---|---|---|---|
| **Primary:** | No | **Suspect Type:** | | Suspect | | |
| **Name:** | Unknown, 2020-00057084 | **Race:** | Unknown | **Sex:** | Unknown | |
| **Resident Status:** | Unknown | | | | | |

**Modus Operandi**

### Subject #   1-Victim

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Primary:** | No | **Victim Type:** | | Individual | | | |
| **Name:** | G     , S | **Race:** | White | **Sex:** | Female | **DOB:** | |
| **Address:** | | **Height:** | 5ft 0 in | **Weight:** | 155.0 lbs. | | |
| | | **Hair:** | Brown | **Age:** | | | |
| **Primary Phone:** | | **DVL #:** | | **State:** | AR | | |
| **Resident Status:** | Non Resident | | | | | | |

**Related Offenses**

| Group/ORI | Crime Code | Statute | Description |
|---|---|---|---|
| State | 13A | 5-13-204 | AGGRAVATED ASSAULT |

**Victim/Offender Relationship**

**Injury Types**

None

**Modus Operandi**

## Arrests

| Arrest No. | Name | Address | Date/Time | Type | Age |
|---|---|---|---|---|---|

## Property

| Date | Code | Type | Make | Model | Description | Tag No. | Item No. |
|---|---|---|---|---|---|---|---|

## Vehicles

| No. | Role | Vehicle Type | Year | Make | Model | Color | License Plate | State |
|---|---|---|---|---|---|---|---|---|

**Routing:**

Barnett Discovery 1-14-21_000049

PROPERTY OF UNITED STATES ATTORNEY'S OFFICE - NOT TO BE DISTRIBUTED WITHOUT WRITTEN CONSENT - THIS COPY PROVIDED TO Mr. Anthony Siano 1/14/2021.

Sgt. Daniel Plume #369
Case #20-57084
Case Supplement

On July 26, 2020, I was close to the area of College Avenue and Dickson Street when dispatch received a call of an armed person. The caller stated that an armed demonstrator at the intersection of College and Dickson had pointed a rifle at her while she was driving through the intersection. The male was described as a older white male a black shirt and blue jeans and armed with a rifle. I arrived on scene and observed multiple demonstrators armed with rifles and handguns, but did not see anyone matching that description. Our caller did not wish to speak with officers at that time and stated she would call back later.

Later, I observed a male in a black shirt and blue jeans creating a disturbance with several counter protestors at this intersection. He was armed with a rifle. I approached and made contact with him. He identified himself as Richard Barnett 7/12/1960. He informed me he was here to "protect" the demonstrators from violence and was exercising his first and second amendment rights. He complied with my request that he return to the other side of the intersection. At this time, it is unknown if Barnett is the subject responsible for the earlier complaint.

Processed by A Baggett

PROPERTY OF UNITED STATES ATTORNEY
NOT TO BE DISTRIBUTED WITHOUT WRITTEN
THIS COPY PROVIDED TO Mr. Anthony Siano 1/14/21

Barnett Discovery 1-14-21_000050

**Officer S. Kimbel #443**
**Aggravated Assault**
**Case #20-57084**
**Case Narrative**

On 7/25/20, at approximately 12:59, Dispatch advised S          G          (W/F         ) was on the phone requesting to speak with an officer concerning an incident that occurred at the intersection of N College/ E Dickson Street. A group gathered at this intersection to assemble to support a "Blue Lives Matter" cause. During this event, G          reported a protester with a gun pointed his weapon specifically towards her because her vehicle had a "black lives matter" sticker on it.

In speaking with G          on the phone, she advised on the way to her therapist's office on Dickson Street from Springdale, she noticed a group of people at the intersection of N College/E Dickson. G          noticed some offensive symbols and flags that represented white supremacy. G          raised her fist in the air to support the "black lives matter" movement towards the group. She stated a male wearing a black shirt and jeans, carrying a black rifle raised the rifle towards her and pointed it at her.

G          stated she felt threatened by his actions and was concerned about taking that same intersection in order to return home.

After the phone call, I was told Sgt. Plume did speak with a male that matched the description of the suspect. The male was identified as Richard Barnett. See Sgt. Plume's supplement in regard to his contact with Barnett.

G          was given an incident number and advised we would attempt to obtain surveillance footage of the incident from Washington County Court House during their normal business hours.

**Processed by Tulgetske**

PROPERTY OF UNITED STATES ATTORNEY'S OFFICE
NOT TO BE DISTRIBUTED WITHOUT WRITTEN CONSENT
THIS COPY PROVIDED TO Mr. Sian 1/14/21

Barnett Discovery 1-14-21_000051

Detective Patrick Hanby #331
Special Investigations Unit
2020-57084, Case Supplement

On 7-27-20, I was assigned the investigation of an aggravated assault near the intersection of E. Dickson St and N. College Avenue. On 7-25-20, S___ G___ reported she had a firearm pointed at her during a demonstration. The event "Back the Blue" rally was taking place at the intersection and drew a crowd.

I contacted G___ by phone. She explained she was southbound in the number one lane of traffic. She was driving a 2016 white Kia Soul with tinted windows. As she completed a right turn to travel westbound on Dickson St., she said saw a male with an "assault rifle." She described the male as older, possibly in his 50s, with grey hair and beard. She mentioned a receding hairline. She believed he was wearing a black shirt and possibly a vest. He was also said to be with another male. The rifle was held against his chest with a sling or strap. She said she raised her hand, in a fist, inside the vehicle showing support for "Black Lives Matter" supporters in the area. She mentioned seeing many opposing groups signs. As she completed the turn, she said the male had his hands resting on the rifle. She said he then raised the rifle and pointed it at her or her vehicle. She mentioned they made eye contact. She repeatedly mentioned he "lifted it up" speaking of the rifle. She said he moved the rifle in a sweeping motion to the right as she completed the turn. She said the stock was never against his shoulder. She mentioned seeing persons fire weapons on television and said it did not look the same. She explained the male remained on the northwest corner of the intersection throughout her turn. She mentioned she was in fear to a point she was violently shaking.

G___ continued westbound on Dickson Street. She then turned south on N. Block St. She stopped for a short time to contact police. After speaking with a dispatcher, she travelled to The Wellness and Courage Center for a therapy appointment with M___. She said during the appointment she continued to shake. She said she cried for nearly an hour due to the fear she felt. Later in the evening, she recalled seeing the same male on a news program being interviewed about the rally. I collected a section of video of the rally from KNWA new service. I noted several males being interviewed. A copy of the segment was retained in the case file.

After completing her appointment, she contacted police again and spoke with Ofc. Kimbel. During our conversation, she explained her therapy appointment was at 1:00PM. She estimated the incident happened ten minutes before the appointment. Sgt. Miller requested video footage from Sgt. Fortin with Washington County Courthouse Security. I met with Sgt. Fortin and collected copies of surveillance video.

In reviewing the video, I noted G___ vehicle at the intersection at approximately 12:51:30. This was at 16:48 into a segment titled "Back the Blue 3." The male was seen at the intersection. His hands appear to be on the rifle, slung across his chest. The male and another appear to walk across intersection to the east. They stop and return to the northwest corner of the intersection. As G___ vehicle moves south slightly. The males turn and continue across the crosswalk to the south. G___ then completed the turn and travels west on. E. Dickson St. There was no interaction recorded of the male pointing the vehicle at G___ or her vehicle.

After reviewing video, I contacted G___ again. I offered for her to meet with me and review the surveillance footage. She explained it would be at least three weeks before we could meet. I explained what I viewed and had several questions about her statements. When I explained the male was not standing on the northwest corner at the time, she completed the turn, and he was facing away from her

PROPERTY OF UNITED STATES ATTORNEY'S OFFICE
NOT FOR REDISTRIBUTED WITHOUT WRITTEN CONSENT
THIS COPY PROVIDED TO M. Anthony Siano 7/1/2021

Barnett Discovery 1-14-21_000052

Detective Patrick Hanby #331
Special Investigations Unit
2020-57084, Case Supplement

during the entirety of the turn, she said, "That's not how I remember it." She also mentioned the male "looked so mean." She believed her PTSD was affecting her and causing her to perceive the situation as more serious than it was. She mentioned numerous traumas in the past including attempted robberies and kidnapping. While she said she was "genuinely terrified," she explained she perceived the situation incorrectly. She said this was the first time, she was aware of, she perceived a situation as incorrect. She mentioned her mind "playing tricks on her." She said her dreams have often been vivid and incorrect in the past.

In conclusion there was no criminal action observed in video review. This investigation will be considered closed and unfounded. Copies of surveillance video and phone calls with G⎯⎯ were retained in the case file.

PROPERTY OF UNITED STATES ATTORNEY'S OFFICE - NOT TO BE DISTRIBUTED WITHOUT WRITTEN CONSENT - THIS COPY PROVIDED TO Mr. Anthony Siano 1/14/2021.

Barnett Discovery 1-14-21_000053

Detective Patrick Hanby #331
Special Investigations Unit
2020-57084, Case Summary

On 7-25-20, S____ G____ contacted Fayetteville police department related to an aggravated assault. She explained a "protester" pointed a gun at her vehicle because she had a "Black Lives Matter" sticker on her vehicle. She explained she was pointed out specifically and was "targeted." Ofc. Kimbel contacted her and gathered information related to the incident.

On 7-27-20, I was assigned the investigation. I reviewed the case information and collected surveillance video from the Washington County Courthouse. In reviewing the video, I was able to determine there was no criminal activity and the actions described by G____ were incorrect.

I spoke with G____ again after video review. She explained her PTSD made her perceive the situation differently than it happened. She seemed confused but understanding there was no indication of a firearm being pointed at her. She explained she would continue therapy and make the situation a new talking point toward recovery.

This investigation will be considered unfounded. Copies of surveillance video can be located in the CID Drive in Crime Scene Photos. Copies of calls to G____ and segment of KNWA news video were retained in the case file.

PROPERTY OF UNITED STATES ATTORNEY'S OFFICE
NOT TO BE DISTRIBUTED WITHOUT WRITTEN CONSENT
THIS COPY PROVIDED TO Mr. Anthony Siano 1/14/21

Barnett Discovery 1-14-21_000054