UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | 21 MJ 13 (GMH) |
| v. | : | |
| RICHARD BARNETT | : | |
| Defendant. | | |

### MOTION FOR LEAVE TO APPEAR PRO HAC VICE

The undersigned respectfully moves the court to grant Tony Siano, Esquire permission to appear *pro hac vice* in the above captioned case. Mr. Siano is a long standing member of the Bar of the State of New York and enjoys a professional reputation for honesty, forthrightness, and diligence as counsel. I recommend him for admission *pro hac vice* without reservation.

Attached to this Motion are the required supporting documents, including a Declaration from Attorney Siano, a Certificate of Good Standing, and a Proposed Order. The filing fee for this *pro hac vice* application will be paid by undersigned at the time of filing this Motion.

Respectfully submitted

*Robert Feitel*

_____
Robert Feitel, Esquire
Law Office of Robert Feitel
1300 Pennsylvania Avenue, N.W/
#190-915
Washington, D.C.  20004
D.C. Bar No. 366673
202-450-6133 (office)
202-255-6637 (cellular)
RF@RFeitelLaw.com

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Motion was filed with the Court and a copy served via ECF upon Mary Dohrmann and Nicole McClain, U.S. Attorney's Office for the District of Columbia, 555 4th Street, N.W. Washington, D.C. this 28th day of January, 2021.

*Robert Feitel*

_____
Robert Feitel

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES             :

v.                        : 21 MJ 00013 (GMH)

RICHARD BARNETT,          :

Defendant.                :

## DECLARATION

I, Anthony J. Siano, hereby declare as follows:

1. My full name is Anthony J. Siano. My office address is 333 Westchester Avenue, Suite S302, White Plains, New York 10604. My telephone number is (914) 997-0100.

2. I was admitted to the Bar of the State of New York on December 21, 1972. I was admitted to the Bar of the Sothern District of New York on September 24, 1973, admitted to the Bar of the Eastern District of New York on January 13, 1983, and admitted to the Bar of the United States Circuit Court of Appeals for the Second Circuit on February 23, 1984.

3. I have never been subject to discipline by the Bar of any state.

4. This is my first request for admission to the Bar of the District Court for the District of Columbia.

5. I do not engage in the practice of law from the District of Columbia nor do I have an office in this district. I have submitted, on the PACER system an application for admission to the Bar of this Court but am not yet a member of the bar of this Court.

I hereby declare that the foregoing is true and correct.

Dated: January, 28, 2021

Anthony J. Siano

**Appellate Division of the Supreme Court
of the State of New York
First Judicial Department**

---

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## Anthony J. Siano

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on December 21, 1972, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Thereof, I have hereunto set my hand and affixed the seal of this court on
January 19, 2021

*Susanna Rojas*

Clerk of the Court

9821

**From:** AD1CFC@nycourts.gov,
**To:** tonysiano@aol.com,
**Subject:** RE: Application for Certificate of Good Standing
**Date:** Tue, Jan 19, 2021 11:52 am
**Attachments:** SIANO, A CGS 1-19-2021.pdf (627K)

Dear Counselor:

Attached, please find Electronic Certificate of Good Standing as requested. FYI: **Office is currently issuing Electronic Certificates only and fee is waived. Unfortunately, we cannot mail out original Certificates during this time as we are working remotely.**

Stay Safe & Have a Great Day!

Supreme Court of the State of New York

Appellate Division, First Department

Committee on Character & Fitness

41 Madison Avenue, 26th Floor

New York, NY  10010


Phone:  646-386-5893

Fax:     212-295-4915


PLEASE NOTE:  Pursuant to New York State Judiciary Law Section 90(10), the information contained in this e-mail is PRIVATE AND CONFIDENTIAL and is intended only for the use of the addressee(s) above and others who have been specifically authorized to receive such. If the recipient is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited by law.  If you have received this communication in error, or if any problems occur with this e-mail, please notify us immediately by telephone at (646) 386-5893.

**From:** tonysiano@aol.com <tonysiano@aol.com>
**Sent:** Monday, January 18, 2021 5:06 PM
**To:** AD1CFC <AD1CFC@nycourts.gov>
**Subject:** Application for Certificate of Good Standing

Dear Sir or Madam:

Annexed is a completed application for a certificate of good standing. I wish to pay for four (4) copies.

Please advise how and where I should send the fee.

Anthony J. Siano

Please be CAREFUL when clicking links or opening attachments from external senders.

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES            :        Cr. 21-MJ-13 (GMH)

v.                       :

RICHARD BARNETT          :

Defendant.

## ORDER

Upon consideration of the Motion for Tony Siano, Esquire to appear Pro Hac Vice in the above captioned case, and the entire record herein, it is, this _____ day of January, 2021,

ORDERED, that the Motion is granted.

_____
BERRYL A. HOWELL
Chief Judge