UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES              :

v.                         : 21 MJ 00013 (GMH)

RICHARD BARNETT,           :

Defendant.                 :

## DECLARATION

I, Anthony J. Siano, hereby declare as follows:

1. My full name is Anthony J. Siano. My office address is 333 Westchester Avenue, Suite S302, White Plains, New York 10604. My telephone number is (914) 997-0100.

2. I was admitted to the Bar of the State of New York on December 21, 1972. I was admitted to the Bar of the Sothern District of New York on September 24, 1973, admitted to the Bar of the Eastern District of New York on January 13, 1983, and admitted to the Bar of the United States Circuit Court of Appeals for the Second Circuit on February 23, 1984.

3. I have never been subject to discipline by the Bar of any state.

4. This is my first request for admission to the Bar of the District Court for the District of Columbia.

5. I do not engage in the practice of law from the District of Columbia nor do I have an office in this district. I have submitted, on the PACER system an application for admission to the Bar of this Court but am not yet a member of the bar of this Court.

I hereby declare that the foregoing is true and correct.

Dated: January, 28, 2021

*Anthony J. Siano*
Anthony J. Siano