AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION
5:21MJ-5001-001
FILED ON JANUARY 8, 2021

United States of America
v.
Richard Barnett aka "Bigo"

*Defendant*

Case No. Case: 1:21-mj-00013
Assigned to: Judge Harvey, G. Michael
Assign Date: 1/7/2021
Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Richard Barnett aka "Bigo"

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752(a)- Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority

40 U.S.C. 5104(e)(2)- Violent Entry and Disorderly Conduct on Capitol Grounds

18 U.S.C. 641- Theft of Public Money, Property, or Records

Date: 01/07/2021

G. Michael Harvey
2021.01.07 19:49:39 -05'00'
*Issuing officer's signature*

City and state:   Washington, DC

G. MICHAEL HARVEY, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 1/7/2021, and the person was arrested on *(date)* 01/08/2021
at *(city and state)* Bentonville, Arkansas

Date: 01/11/2021

Jonathan Willett
*Arresting officer's signature*

Jonathan Willett / Special Agent / FBI
*Printed name and title*