**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

                                                                             **Case No. 21-cr-0038 (CRC)**

      -against-

                                                                         NOTICE OF APPEARANCE

RICHARD M. BARNETT,

                              Defendant.
-------------------------------------------------------------X

      Please Take Notice that the above-named Defendant, Richard M. Barnett, has retained The McBride Law Firm, PLLC, to represent him in the above captioned matter, and respectfully demands all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated:    New York, New York
             March 3, 2021

                                                        Respectfully Submitted,

                                                          /s/ Joseph D, McBride, Esq.
                                                          _____
                                                          JOSEPH D. MCBRIDE, ESQ.
                                                          ADMISSION PENDING
                                                          THE MCBRIDE LAW FIRM, PLLC
                                                          **Attorneys for the Defendant**
                                                          99 Park Avenue, 25th Floor
                                                          New York, NY 10016
                                                          *Phone:* 917.757.9537
                                                          *Email:* jmcbride@mcbridelawnyc.com

1