```
 1    interests of justice to enable the defense and the
 2    government to work together on a protective order and for
 3    the government to continue to compile the discovery in this
 4    case and to provide it to the defense.
 5              All right.  And so I take it from the prior
 6    conversation that I should expect a bail modification
 7    motion?
 8              MR. McBRIDE:  That is correct, Judge.
 9              THE COURT:  Okay.  Well, I will leave it for you
10    all to file, and obviously we'll do it all on the papers.
11    And once I get everything, we'll schedule a hearing on that,
12    all right?
13              Anything else?
14              MR. McBRIDE:  No, Judge.  Thank you very much.
15              THE COURT:  From the government?
16              MS. McCLAIN:  No, Your Honor, not from the
17    government, except that as Your Honor knows this will be my
18    final hearing in this case.  I'll speak with Mr. McBride and
19    Mr. Metcalf about that, and AUSA Mary Dohrmann will be
20    remaining on the case.
21              THE COURT: Okay.  All right.  If there's nothing
22    else, the Court will stand in recess, and we'll see you back
23    here on May 4th, if not before.  Have a good day.
24              MR. TANKLEFF:  Thank you, Your Honor.
25              MS. DOHRMANN:  Thank you, Your Honor.
```