# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| v. | Case No. 21-cr-0038 (CRC) |
| **RICHARD BARNETT,** | |
| *Defendant*. | |

## PROPOSED ORDER SETTING CONDITIONS OF RELEASE

This matter having come before the Court and upon consideration of the Defendant's April 5, 2021, Motion to Modify Bail Conditions and corresponding exhibits, the Government's Opposition, Defendant's Reply, and hearing on the motion

**IT IS ORDERED** that the Defendant's Motion is hereby granted, and the Defendant released on his own recognizance.

Dated:     April ___, 2021

_____
HON. CHRISTOPHER R. COOPER
UNITED STATES DISTRICT JUDGE