# EXHIBIT LIST
## U.S. v. Barnett, 21-cr-38 (CRC)

## GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION FOR MODIFICATION OF BAIL TO PLACE DEFENDANT ON CONDITIONAL RELEASE PENDING TRIAL

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS |
|---|---|
| 1 | Surveillance video of defendant discharging stun gun |
| 2 | Video of defendant near hotel |
| 3 | Photograph of defendant in Speaker's Office |
| 4 | Photograph of defendant with envelope in Speaker's Office |
| 5 | Video of Defendant's Interview with Reporter outside U.S. Capitol |
| 6 | Crime Scene Photograph of Notes in Speaker's Office |
| 7 | Crime Scene Photograph of Note from "Bigo" |
| 8 | Still Image of Defendant in Rotunda from Body Worn Camera |
| 9 | Still Image of Defendant in Rotunda with Stun Gun Visible from Body Worn Camera |
| 10 | Video of Defendant inside Rotunda from Body Worn Camera |
| 11 | Video of Defendant outside U.S. Capitol from Body Worn Camera |
| 12 | Video of Defendant on Bullhorn Outside U.S. Capitol |
| 13 | Video of Defendant on 9/20/2020 in Fayetteville, AR from Body Worn Camera |
| 14 | Photograph of Defendant with Silencer from 10/10/2020 (Redacted) |
| 15 | Photograph of Defendant in Large Group from 10/10/2020 |
| 16 | Still Image of Post Signed "Bigo" |