# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**RICHARD BARNETT,**<br><br>    *Defendant*. | Case No. 21-cr-0038 (CRC) |

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2021, I electronically filed the foregoing DEFENDANT'S REPLY MEMORANDUM IN SUPPORT OF MOTION FOR MODIFICATION OF BAIL, Exhibit List, and Corresponding Exhibits J-N, with the Clerk of the United States District Court for the District of Columbia by emailing the Criminal Court Clerk at the following email address on April 23, 2021, DCD_CMECF_CR@dcd.uscourts.gov and Judge Cooper's Deputy Lauren_Jenkins@dcd.uscourts.gov, with the understanding that this Court will accept said motion while my admission is pending. I further certify that a copy of the foregoing was served via email to AUSA Mary Dohrmann, at Mary.Dohrmann@usdoj.gov.

              Respectfully Submitted,

              */s/* ***Joseph D. McBride, Esq.***
              Joseph D. McBride, Esq.
              Admission Pending
              THE MCBRIDE LAW FIRM, PLLC
              Attorneys for the Defendant
              99 Park Avenue, 25th Floor
              New York, NY 10016
              *Phone:* (917) 757-9537
              *Email:* jmcbride@mcbridelawnyc.com