# EXHIBIT LIST

## UNITED STATES V. RICHARD BARNETT  21-CR-0038 (CRC)

### DEFENDANT RICHARD BARNETT'S REPLY MEMORANDUM IN SUPPORT OF MOTION FOR MODIFICATION OF BAIL

**Exhibit J:**   *United States v Klein,* 2021 WL 1377128

**Exhibit K:**   January 5, 2021, Video of Richard Barnett Peacefully Attending a D.C. Event

**Exhibit L:**   January 6, 2021, Video of Richard Barnett Being Swept into the Capitol

**Exhibit M:**   D.C. District Court's Decision in USA v. Norwood. Case No. 21-CR-233 (EGS)

**Exhibit N:**   ORDER SETTING CONDITIONS OF RELEASE in USA v. Norwood