UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | CRIMINAL NO.  21-38 (CRC) |
| | : | |
| **RICHARD BARNETT,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF DISCOVERY

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court and defense that the attached discovery letter of June 2, 2021, was emailed to the defense and the discovery provided via USA File Exchange.

Respectfully submitted,

Channing D. Phillips
Acting United States Attorney

By:   */s/ Mary L. Dohrmann*
Mary L. Dohrmann
Assistant United States Attorney
NY Bar No. 5443974
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-7035
Mary.Dohrmann@usdoj.gov