
Gmail

Joseph McBride &lt;jmcbride@mcbridelawnyc.com&gt;

## Richard Barnett
1 message

**Rachel Roisen-Avant** &lt;Rachel_Roisen@arwp.uscourts.gov&gt;      Thu, Jun 17, 2021 at 2:09 PM
To: "jmcbride@mcbridelawnyc.com" &lt;jmcbride@mcbridelawnyc.com&gt;

If the Court deems it appropriate, this USPO is comfortable with approving leave outside a 50-mile radius; however, this USPO is not comfortable with approving overnight travel without the Court's approval. The defendant has had two interactions with law enforcement of note. On one occasion, law enforcement was dispatched to the defendant's property for a report of gunfire. Law enforcement determined the gunfire did not come from the defendant's property. The other incident was determined to be a civil dispute. The detective determined that there was no evidence of criminal wrongdoing.

Rachel Roisen-Avant
U.S. Probation Officer
Western District of Arkansas
Fayetteville Division
35 East Mountain Street, Room 319
Fayetteville, AR 72701
479-695-4443 (desk)
479-221-1118 (cell)