## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **CRIMINAL NO.  21-38 (CRC)** |
| | **:** | |
| **RICHARD BARNETT,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

## <u>NOTICE OF DISCOVERY</u>

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court and defense that the attached discovery letter of August 20, 2021, was emailed to the defense and the discovery provided via USA File Exchange.

Respectfully submitted,

Channing D. Phillips
Acting United States Attorney

By:     */s/ Mary L. Dohrmann*
        Mary L. Dohrmann
        Assistant United States Attorney
        NY Bar No. 5443974
        555 Fourth Street, N.W.
        Washington, D.C. 20530
        (202) 252-7035
        Mary.Dohrmann@usdoj.gov