# In The United States District Court
# For The District of Columbia

-----------------------------------------------------------X

**UNITED STATES OF AMERICA**,

                                                                                    Case No. 1:21-cr-00038(CRC)

        - **against** -                         **NOTICE OF WITHDRAWAL**

**RICHARD BARNETT**,

                Defendant.

-----------------------------------------------------------X

MSSRS:

    **Please Take Notice** that the undersigned seeks to withdraw as one of the attorneys of record for the above-named Defendant, RICHARD BARNETT, pursuant to Local Rule of Criminal Procedure 44.5. The reason for the application is that undersigned counsel no longer works at Metcalf & Metcalf, P.C. Joseph McBride and Steve Metcalf remain counsel for the above-named defendant, and the defendant will not suffer any prejudice from this application.
.

Dated: New York, New York
          June 8, 2022

                                          Respectfully Submitted,

                                          /s/ *Martin Tankleff*

                                          _____
                                          MARTIN TANKLEFF, ESQ.
                                          BARKET EPSTEIN KEARON ALDEA & LoTURCO, LLP
                                          666 Old Country Road, 7th Floor
                                          Garden City, NY 11530
                                          (*Office*) 516-745-1500
                                          (*Fax*) 516-745-1245
                                          (*Email*) mtankleff@barketepstein.com