IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**

v.

**RICHARD BARNETT,**

*Defendant*.

Case No. 21-cr-00038 (CRC)

**JOINT STATUS UPDATE**

The Defendant, Richard Barnett, by and through his attorney, and the United States of America, by and through its attorney the United States Attorney for the District of Columbia, hereby submit the following Joint Status Report pursuant to the Court's Amended Pretrial Order directing the parties to file a joint status report on or before August 17, 2022. (Dkt No. 63):

(1)    First and foremost, Defendant's counsel seeks to update this Court on the lead attorney, Joseph McBride's current health condition.

   a. At the end of July 2022, physicians for undersigned defense counsel McBride informed him, in writing, that his physicians recommended that counsel needs to take an aggressive course of action to eradicate and neutralize his recently diagnosed chronic Lyme disease, so that he can "resume life as close to normal as possible after treatment."

   b. To summarize, the treating physician's plan advises undersigned defense counsel McBride to take a medically related, two to three months leave of absence to appropriately treat his condition.

c. Undersigned defense counsel McBride submits that his need to overcome a short-term, yet very serious health issue is currently being handled and will not affect the future representation Defendant Barnett will receive.

d. For example, Phase One of undersigned counsel's treatment has been ongoing. Phase Two, a more robust and intense phase, is set to commence in the beginning of September.

e. Regardless of undersigned defense counsel McBride's treatment and recovery plan, the defense is on track with the current scheduling order, which actually is in-line undersigned counsel's treatment plan.

f. Lastly, undersigned defense counsel can assure the Court that there are no related issues concerning the defendant's continued representation. Lead counsel is Joseph McBride, and co-counsel is Steven Metcalf.

(2) Counsel for the government states as follows:

a. The government continues to prepare for the December 12, 2022 trial.

Dated: August 17, 2022                                          Respectfully submitted,

                                                                For the Defendant:

                                                                /s/ *Joseph D. McBride, Esq.*

                                                                Joseph D. McBride, Esq.
                                                                Bar ID: NY0403
                                                                THE MCBRIDE LAW FIRM, PLLC
                                                                99 Park Avenue, 6th Floor
                                                                New York, NY 10016
                                                                p: (917) 757-9537
                                                                e: jmcbride@mcbridelawnyc.com

/s/ *Steven A. Metcalf II*
STEVEN A. METCALF II, ESQ.
*Attorney for Defendant*
Metcalf & Metcalf, P.C.
99 Park Avenue, 6th Flr.
New York, NY 10016
*Phone* 646.253.0514
*Fax* 646.219.2012

For the Government:

/s/ *Mary L. Dohrmann*
MARY L. DOHRMANN
Assistant United States Attorney
N.Y. Bar Number 5443874
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-7035
Mary.Dohrmann@usdoj.gov

/s/ *Alison B. Prout*
ALISON B. PROUT
Assistant United States Attorney
Georgia Bar No. 141666
75 Ted Turner Drive, SW
Atlanta, Georgia 30303
Alison.Prout@usdoj.gov
(404) 581-6000