IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    v.

RICHARD BARNETT,

       *Defendant*.

No. 1:21-cr-00038 (CRC)

### DEFENDANT BARNETT'S MOTION TO AMEND PRE-TRIAL ORDER

Defendant, Richard Barnett, by and through undersigned counsel, respectfully moves this Court to amend one deadline of its the Amended Pre-Trial Order entered on July 18, 2022.

Respectfully, Defendant requests an extension for paragraph 3, which states: "All remaining pre-trial motions, including motions in limine, shall be filed on or **before September 6, 2022**. Oppositions and replies shall be due within 14 and 7 days, respectively."

We are requesting that Defendant's September 6, 2022 deadline be extended to **September 29, 2022**.

The basis for this request is muti-faceted. First, the lead attorney McBride's medical condition, which was updated to this Court in the parties August 17, 2022

status update. Second, attorney Metcalf had a death in his family and subsequently suffered major setbacks.

In light of these unexpected occurrences, defense counsel spoke to AUSA Prout, who did not object to an extension to September 22, 2022, provided that motions for the government also be extended for two weeks after Defense motions are submitted, and Defense Replies are due one week after the government's responses.

Further, it is requested that all other pretrial deadlines remain unchanged.

I thank the Court in advance for its consideration and attention on this matter.

Dated:  September 15, 2022

                                      */s/ Steven A. Metcalf II*
                                      _____
                                      STEVEN A. METCALF II, ESQ.
                                      **Metcalf & Metcalf, P.C.**
                                      *Attorneys for Barnett*
                                      99 Park Avenue, 6th Floor
                                      New York, NY 10016
                                      *Phone* 646.253.0514
                                      *Fax* 646.219.2012
                                      *metcalflawnyc@gmail.com*

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on September 16, 2022, the forgoing document was filed via the Court's electronic filing system, and sent to the AUSA via email, which constitutes service upon all counsel of record.

                                    */s/ Steven A. Metcalf II, Esq.*

                                    S<small>TEVEN</small> A. M<small>ETCALF</small> II, E<small>SQ</small>.
                                    **Metcalf & Metcalf, P.C.**
                                    99 Park Avenue, 6th Floor
                                    New York, NY 10016
                                    *Phone* 646.253.0514
                                    *Fax* 646.219.2012
                                    *[metcalflawnyc@gmail.com](mailto:metcalflawnyc@gmail.com)*