UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES, | ) |
| v. | ) Case No. 21-cr-038 |
| RICHARD BARNETT<br>*Defendant.* | ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that attorney Jonathan Gross, who was admitted to this Court, hereby enters his appearance as co-counsel for Defendant RICHARD BARNETT.

Dated: September 23, 2022

Respectfully Submitted,

/s/Jonathan Gross
Bar ID: MD0162
2833 Smith Ave. Suite 331
Baltimore, MD 21209
(443) 813-0141
jon@clevengerfirm.com

## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on September 23, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, with consequent service on all parties.

/s/Jonathan Gross