IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES,<br><br>vs<br><br>RICHARD BARNETT,<br>     Defendant. | Civ. Action No. 21-cr-038 |

## NOTICE OF ERRATA

Undersigned counsel files this Notice of Errata for Defendant's Brief in Opposition to the Government's Omnibus Motion in Limine (ECF No. 76).

1. In the Brief's title on page 1, the word "Limin" should be replaced with the word "Limine."

2. The Section titled "Conclusion" on page 11 was accidently copied from another motion filed at approximately the same time, and should be replaced in its entirety and should read instead:

"WHEREFORE, Defendant Richard Barnett respectfully requests that the Government's Omnibus Motion in Limine should be DENIED in its entirety."

DATED: September 23, 2022    Respectfully submitted,

                /s/ **Joseph D. McBride, Esq**
                Joseph D. McBride, Esq.
                Bar ID: NY0403
                THE MCBRIDE LAW FIRM, PLLC
                99 Park Avenue, 6th Floor
                New York, NY 10016
                P: (917) 757-9537
                E: jmcbride@mcbridelawnyc.com

                *Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify on the 23rd day of September 2022, a copy of the foregoing was served upon all parties as forwarded through the Electronic Case Filing (ECF) System.

/s/ Joseph D. McBride, Esq.
Joseph D. McBride, Esq.