TO THE PROSPECTIVE JUROR:

You have been selected to serve potentially as a juror in the U.S. District Court, which sits in Washington, D.C. In each case, the judge and the parties must assess the prospective jurors' service as a juror and ultimately select a jury to hear the case. These decisions are made before the trial begins. The purpose of the following questions is to determine whether you can fairly and impartially decide this case based solely on the evidence presented at trial and the instructions about the applicable law that will be given by the Court. Your answers will have the effect of a statement under oath.

After the initial questions asked to the group, you may be asked some follow-up questions based on one or more of your answers. Please understand this follow-up will be conducted with only the Court and the parties. Other prospective jurors will not be present.

In addition, now that you are a prospective juror, you must follow the instructions listed below until you have been excused from further service in this case.

- Do not read anything whatsoever about this case. Please avoid any media accounts that may relate to this case.

- Do not read or listen to any media accounts whether in a newspaper, on the internet, on television, on the radio, or on any electronic or social media of any kind concerning this case.

- Do not at any time discuss this case with anyone, including your friends, family members, or other members of this jury panel.

- Do not conduct any research, including on the internet, about this case.

- Do not discuss or post anything about this case on any electronic or social media, including Facebook, Twitter, Snapchat, e-mail, text message, any blog, website, or chat forum, or any other media of any kind.

- Do not let anyone, including friends, family members, court personnel, parties in this case, or persons involved in the case talk to you about your views or any aspect of this case except officially in the courtroom.

Thank you for your cooperation with these instructions and for your careful and honest responses to the questionnaire. Your forthright and full cooperation is of vital importance to the administration of justice in this case.

_____
CHRISTOPHER R. COOPER
United States District Court Judge