# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | Case No. 1:22-cr-00038 (CRC) |
| ) | |
| **RICHARD BARNETT,** ) | |
| ) | |
| **Defendant.** ) | |

## NOTICE OF APPEARANCE OF COUNSEL

To:   The clerk of court and all authorized parties of record,

I am admitted to practice in this Court; and I appear in this case as counsel for

**DEFENDANT RICHARD BARNETT**.


Dated December 22, 2022                              Respectfully submitted,


/s/ *Carolyn A. Stewart*
Carolyn A. Stewart, Bar No. FL-0098
Defense Attorney
Stewart Country Law PA
1204 Swilley Rd.
Plant City, FL 33567
Tel: (813) 659-5178
Email: Carolstewart_esq@protonmail.com