UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RICHARD BARNETT<br>also known as "Bigo Barnett," | No. 1:21-cr-38-CRC |

**Motion to Compel Defendant to Provide Copies of Proposed Defense Exhibits**

On November 29, 2022, by Minute Order, the Court ordered the parties to "exchange exhibit lists . . . no later than December 19, 2022" and "file objections to the admissibility of any exhibits within 3 business days after receipt of the exhibit list." As explained in the United States' prior filing, *see* ECF No. 99, the defendant provided the United States with its proposed exhibit list on December 19, 2022, but did not provide copies of the proposed exhibits themselves. This has prevented the United States from determining which, if any, of the defendant's exhibits the government objects to being admitted at trial.

So that the United States can abide by the spirit of the Court's Order and facilitate a smooth trial, the government hereby requests that this Court issue an Order compelling the defendant to provide the United States with copies of his proposed exhibits no later than December 27, 2022.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

*/s/ Alison B. Prout*
ALISON B. PROUT
Assistant United States Attorney
Georgia Bar No. 141666
75 Ted Turner Drive, SW

Atlanta, Georgia 30303
alison.prout@usdoj.gov
(404) 581-6000

MICHAEL M. GORDON
Assistant United States Attorney
Florida Bar No. 1026025
400 N. Tampa St., Suite 3200
michael.gordon3@usdoj.gov
(813) 274-6370

NATHANIEL K. WHITESEL
Assistant United States Attorney
D.C. Bar No. 1601102
601 D Street, NW
Washington, DC 20530
nathaniel.whitesel@usdoj.gov
(202) 252-7035