UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Case No. 1:21-cr-00038 (CRC) |
| ) | |
| RICHARD BARNETT, ) | |
| ) | |
| Defendant.  ) | |

## MOTION FOR ADMISSION OF ATTORNEY PRO HAC VICE

Pursuant to the Local Rules for this Court, Rule LCrR 44.1(c) as amended May 26, 2022, the undersigned hereby moves this Court for an Order granting Attorney BRADFORD L. GEYER admission to practice *pro hac vice* in this U.S. District Court for the District of Columbia for the purpose of appearing as counsel for the Defendant RICHARD BARNETT in the above-captioned matter. Attorney Geyer is a member in good standing of the Bar of the Commonwealth of Pennsylvania and is also admitted to practice as an active member in good standing in the following courts: State of New Jersey, United States District Court for the Eastern District of Pennsylvania, United States District Court for the District of New Jersey. Attorney Geyer's declaration in support, and certificate of his good standing in his primary court of general practice, are attached pursuant to Rule LCrR 44.1(c).

Dated December 23, 2022

Respectfully submitted,
/s/ *Carolyn A. Stewart*

Carolyn A. Stewart, Bar No. FL-0098
Defense Attorney
Stewart Country Law PA
1204 Swilley Rd.
Plant City, FL 33567
Tel: (813) 659-5178
E: Carolstewart_esq@protonmail.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 23rd day of December 2022, a copy of the foregoing with exhibits was served upon all parties as forwarded through the Electronic Case Filing (ECF) System.

                                            /s/ Carolyn Stewart, Esq.
                                            Carolyn Stewart, Esq.