UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
v. )   Case No. 1:22-cr-00038 (CRC)
)
RICHARD BARNETT, )
)
       Defendant. )

## NOTICE OF APPEARANCE OF COUNSEL

To:   The clerk of court and all authorized parties of record,

I am admitted to practice in this Court; and I appear in this case as counsel for

**DEFENDANT RICHARD BARNETT.**

Dated December 26, 2022

                                        Respectfully submitted,

                                        /s/ Brad Geyer
                                        Bradford L. Geyer, PHV
                                        PA 62998
                                        NJ 022751991
                                        Suite 141 "I" Route 130 S., 303
                                        Cinnaminson, NJ 08077
                                        Brad@FormerFedsGroup.Com
                                        (856) 607-5708