**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA**

| | |
|---|---|
| **THE UNITED STATES OF AMERICA,**<br><br>v.<br><br>**RICHARD BARNETT,**<br><br>*Defendant*. | **Case No. 21-cr-38 (CRC)** |

## MOTION TO WITHDRAW AS COUNSEL

Steven A. Metcalf II, an attorney of record for Richard Barnett, the defendant in the above-captioned case, who hereby respectfully moves this Honorable Court for an order allowing him to withdraw as an attorney of record.

## STATEMENT OF FACTS

I am on trial in *USA v Pezzola*, Case No. 1:21-cr-00175-(TJK). Jury selection began on December 19, 2022 and resumes on January 3, 2023. The trial is scheduled to last at least six to seven weeks. I notified attorney Joseph McBride of my scheduling conflict, where McBride asked me to remain on the case while he sought to to bring on replacement counsel, which I now understand has been accomplished.

It is respectfully submitted that Defendant Barnett will not be prejudiced by this request because not only is attorney McBride the lead counsel, but there are now three other attorneys of record on this case for Mr. Barnett.

WHEREFORE, it is respectfully requested that in consideration of the abovementioned facts, this court issue an order permitting undersigned counsel to withdraw as attorney of record and, by doing so, relieve him of any further obligation to this case.

Dated: New York, New York
      December 27, 2022                      Respectfully Submitted,

                                                     */s/ Steven A. Metcalf II*

                                                       STEVEN A. METCALF II, ESQ.
                                                       Metcalf & Metcalf, P.C.
                                                       99 Park Avenue, 6th Floor
                                                       New York, NY 10016
                                                       646.253.0514 (*ph*)
                                                       646.219.2012 (*fax*)
                                                       *metcalflawnyc@gmail.com*

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on **December 27, 2022**, this motion and the accompany declaration was filed via the Court's electronic filing system, which constitutes service upon all counsel of record.

                                           /s/ *Steven A. Metcalf II*
                                           Steven Alan Metcalf II