**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES,

      vs

BARNETT,

                Defendant.

Case No. 1:21-cr-38

## NOTICE OF ERRATA

Undersigned counsel files this Notice of Errata adding a signature block and correcting a few minor typos in ECF No. 109

DATED this 28h day of December, 2022.

Respectfully submitted,

/s/**Jonathan Gross**
Jonathan Gross
Bar ID MD0162
2833 Smith Ave.
Suite 331
Baltimore, MD 21209
(443) 813-0141
jon@clevengerfirm.com