UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA §<br>§<br>v.      §<br>§<br>RICHARD BARNETT,<br><br>Defendant | Case No.:21-CR-38 (CRC) |

### NOTICE OF DEFENSE EXPERT

**COME NOW** BRADFORD L. GEYER, Counsel for Richard Barnett, and inform the United States Attorney's Office and the Court that the defense is intending to designate Steve Hill as the defense team's expert on the evaluation of in the fields of use-of-force, self-defense and energy weapons training. *See attached CV*.

Under Rule 26(a)(2)(B) Mr. Hill is not one retained or specially employed to provide expert testimony in this case and he is not regularly involved in giving expert testimony.

Mr. Hill is a retired private citizen and is a Master level certified instructor through the Department of Energy/National Training Center. Mr. Hill specializes in advanced tactical management, critical incident management, Special Weapons and Training (SPO-III), hazardous material tactical response, mobile field force, firearms instruction, criminal investigations, rappel master, first line supervision, electronic surveillance operations, and police civil liability.

Mr. Hill's areas of expertise are tactical operations, response force training, nuclear/radiological security of fixed and transportation assets. He is an expert in the use

of tabletop exercises for response training, data collection and physical security for fixed and mobile security high-risk assets.

Mr. Hill is a retired Systems Engineer with Transportation Systems Analysis at Sandia National Laboratories (SNL).  At SNL, he was an engineer with the Security Training and Risk Analysis Team (STRAT) where he built response related training programs and conducted security analysis in the areas of nuclear, radiological, chemical and biological security and response.  Mr. Hill also participated in the theory and development of future lethal and less lethal weapon systems as part of lab directed research and development teams, resulting in being named in two patent applications for an electronic control device (Taser technology) and disintegrating ballistic materials).

Mr. Hill is also retired from the Albuquerque Police Department, where he led and supervised hundreds of high-risk tactical events to include hostage resolutions, high risk search warrants, armed/violent offenders, demonstrator, and riot control.  He served as the supervisor of the SWAT Team for over 8 years and was a detective in the Special Investigative Department/Repeat Offender Project. Steve has more than 30 years of experience in training state, local and federal law-enforcement personnel in lethal and less lethal use-of-force and had worked part time for the DOE National Training Center and the U.S. Department of State.

Mr. Hill will be a rebuttal witness to state witnesses who testify on the use-of-force by the defendant and to the use-of-force by police officers when confronted by citizens in possession of various weapons.

Based upon his experience and training, it is Mr. Hill's opinion that once the evacuation decision was made, a complex set of clearance activities needed to occur in and around the Capitol and grounds before operations could recommence.  This complex activity required numerous first response agencies to conduct building searches, searches for explosives and clearing operations.  Mr. Barnett's presence was immaterial to these operations and had no effect on when the proceedings were suspended or restarted.

Mr. Hill has not testified as an expert witness in the last 4 years.  But for the past 18 years prior to his retirement from the APD, he was an expert in training police, military and first responders from around the world.  I also was an expert in the evaluation of police and military force multipliers and response force tools and equipment

Dated:  December 19, 2022                              RESPECTFULLY SUBMITTED

/s/ Brad Geyer
Bradford L. Geyer, PHV pending
PA 62998
NJ 022751991
Suite 141 Route 130 S.
303
Cinnaminson, NJ 08077
Brad@FormerFedsGroup.Com
(856) 607-5708

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 19, 2022, a true and accurate copy of the forgoing was electronically filed and served through the ECF system of the U.S. District Court for the District of Columbia.

                      /s/ Brad Geyer
                      Bradford L. Geyer, PHV
                      PA 62998
                      NJ 022751991
                      Suite 141 Route 130 S., 303
                      Cinnaminson, NJ 08077
                      Brad@FormerFedsGroup.Com
                      (856) 607-5708