# Exhibit 1

*United States v. Richard Barnett*, Case No. 21-CR-38 (CRC)

Government's Opposition to Defendant's Motion to

Continue Trial, or in the Alternative, Dismiss Indictment




















