# Exhibit 2

*United States v. Richard Barnett*, Case No. 21-CR-38 (CRC)

Government's Opposition to Defendant's Motion to

Continue Trial, or in the Alternative, Dismiss Indictment








Joseph D. McBride, Esq.

The Kennedy & Trump Families have suffered more for this country than all other political families because they both took on the Establishment.

You may not have had the chance to stand with JFK, but you do have a chance to stand with Donald Trump, and his persecuted supporters.



Donald Trump Jr.