# Exhibit 3

*United States v. Richard Barnett*, Case No. 21-CR-38 (CRC)

Government's Opposition to Defendant's Motion to

Continue Trial, or in the Alternative, Dismiss Indictment

 **Joseph D. McBride, Esq.** ✓ @McBrideLawNYC · Dec 17
I recently had the pleasure of being interviewed by @Sperrazza_TFG and @finguys.

Mike and his crew are a fortress of America First Values and part of the New Conservative Movement that is growing in power in New York State.

Give the podcast a listen & these guys a follow!

> **Mike Sperrazza** @Sperrazza_TFG · Dec 17
> .@McBrideLawNYC tells us about the real happenings of January 6th and what he has now seen defending numerous clients who were at the capital on that day!
>
> For the full interview and more follow me, or visit financialguysmedia.com
>
> @finguys



 5,224   💬 2    14   ♡ 37   

⇅ Joseph D. McBride, Esq. Retweeted

**Sebastian Gorka DrG** ✓ @SebGorka · Dec 18

TONIGHT on The Gorka Reality Check: #TwitterFiles: Musk vs. The Swamp

Guests Include
Devin Nunes
@KurtSchlichter
@jlawrencenc
@DrPaulKengor
@McBrideLawNYC

The Gorka Reality Check TONIGHT 7pm & 10pm ET ONLY on @NEWSMAX

SET YOUR DVR NOW!



0:52  28.2K views

   9   58   130  

Joseph D. McBride, Esq. ✓ @McBrideLawNYC · Dec 20
RICHARD BARNETT's trial begins on Jan. 9, 2023.

We have a phenomenal legal team consisting of 4 attorneys and multipl[e] experts.

Richard is a 61-year-old man with no criminal record who has not been gainfully employed since J6.

Here is how you can help:



ATTORNEY: VIDEO GOVERNMENT WON'T RELEA[SE] PUBLICLY SHOWS POLICE BRUTALITY ON JAN [6]

givesendgo.com
Click here to Give now to JANUARY 6TH LEGAL FUND by THE MCBRIDE LAW FIRM PLLC

5,106   💬 16   🔁 113   ♡ 199   

YouTube

Attorney Joseph McBride Discusses His Work With J6 Defendants

Dinesh D'Souza
730K subscribers

Subscribe

228 Share Download Save

2,027 views Dec 6, 2022

Joseph D. McBride, Esq.
@McBrideLawNYC

"They were maced, they were bear sprayed, cops used billy clubs." Attorney Joseph D. McBride details in a new documentary just a few of the inhumane ways the J6 defendants have been treated.

Shame airs tonight at 10:30 PM EST and tomorrow at 4 PM EST!



stream.org
Shame of a Nation: A Must-Watch Documentary That Examines the Events of J...
The macing, spraying and beatings were just the beginning. Many of the January 6 defendants, locked away in a D.C. jail, have not seen their families since. ...

4:40 PM · Dec 10, 2022

139 Retweets   4 Quote Tweets   179 Likes