# Exhibit 4

*United States v. Richard Barnett*, Case No. 21-CR-38 (CRC)

Government's Opposition to Defendant's Motion to

Continue Trial, or in the Alternative, Dismiss Indictment

| | |
|---|---|
| **From:** | Gordon, Michael (USADC) |
| **To:** | Prout, Alison (USADC); Lal, Arvind (USADC); WHITESEL, NATHANIEL (USADC) |
| **Subject:** | Superseding Barnett to add 231 charge? |
| **Date:** | Friday, December 16, 2022 11:46:44 AM |

Hi Arvind -

Can you please let us know when you'd be available for a quick chat today? We probably need 10 minutes.

Mike