# Exhibit 5

*United States v. Richard Barnett*, Case No. 21-CR-38 (CRC)

Government's Opposition to Defendant's Motion to

Continue Trial, or in the Alternative, Dismiss Indictment

| | |
|---|---|
| **From:** | Gordon, Michael (USADC) |
| **To:** | Martin, Sarah (USADC); Blackwell, Jennifer (USADC) |
| **Subject:** | RE: Grand Jury Wednesday, 12.21 |
| **Date:** | Friday, December 16, 2022 4:21:00 PM |

Mine is *USA v. Richard Barnett* (1:21-cr-38-CRC). ███████████████████████
███████████████████████████████████

Thanks!



**From:** Blackwell, Jennifer (USADC) ███████████████████

**Sent:** Friday, December 16, 2022 12:56 PM
**To:** Martin, Sarah (USADC) <█████████████>
**Cc:** █████████████ <█████████████>; Gordon, Michael (USADC) <█████████████>
**Subject:** Grand Jury Wednesday, 12.21

Hi, Sarah. ███ and Mike need GJ time next week. They will be sending you the case names, etc. ████████████████████████████████████████████████████████████████████████████████████████ Mike's case is a superseding. ████████████████████████████ I assume Arvind (Mike's trial supervisor) will be reviewing his ████████ indictment.

████████████████████████████████████████████████████████████████████████████████████████
████

Thanks!

Jennifer Leigh Blackwell
Deputy Chief, Breach and Assault Unit, Capitol Siege Investigations
United States Attorney's Office
For the District of Columbia
601 D Street, N.W., 5th floor
Washington, D.C. 20005