**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **)** | |
| | **)** | |
| **v.** | **)** | **Case No. 1:21-cr-00038 (CRC)** |
| | **)** | |
| **RICHARD BARNETT,** | **)** | |
| | **)** | |
| **Defendant.** | **)** | |

**UNOPPOSED DEFENDANT'S MOTION FOR VTC HEARING**

Comes now the Defendant, Richard Barnett, by and through undersigned attorney, and respectfully moves this court  to schedule the hearing today on January 4, 2023 as a VTC and states in support:

According to the November 23, 2022 minute order, the hearing today could be via VTC upon the parties' request.  Since then, changes in attorneys for both parties made it appear that the published, public court calendar, which listed today's proceeding as a VTC for weeks' time, and remained so as of this morning, was agreed upon. Having not received a VTC Zoom link, counsel began calling and then sent email, after receiving confirmation from the government that it agreed to VTC.

Having just been advised that the minute order entry that stated the proceeding could be via VTC based on a "request" means email and phone calls are not acceptable, this motion is submitted after conversing with the court deputy as soon as she returned from vacation around 9:00 a.m. today.

Wherefore, Mr. Barnett requests the proceeding at 10:00 a.m. be via VTC and the Zoom link be provided.

Dated January 4, 2022                    Respectfully submitted,

                                         /s/ Carolyn A. Stewart

                                         Carolyn A. Stewart, Bar No. FL-0098
                                         Defense Attorney
                                         Stewart Country Law PA
                                         1204 Swilley Rd.
                                         Plant City, FL 33567
                                         Tel: (813) 659-5178
                                         Email: Carolstewart_esq@protonmail.com


                                         /s/ Joseph D. McBride, Esq.

                                         Joseph D. McBride, Esq.
                                         Bar ID: NY0403
                                         THE MCBRIDE LAW FIRM, PLLC
                                         99 Park Avenue, 6th Floor
                                         New York, NY 10016
                                         p: (917) 757-9537
                                         e: jmcbride@mcbridelawnyc.com


### CERTIFICATE OF SERVICE

I hereby certify on the 4th day of January 2023, a copy of the foregoing was served upon all parties as forwarded through the Electronic Case Filing (ECF) System.


                         /s/ Carolyn Stewart Esq.
                         Carolyn Stewart, Esq.