UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | Case No. 1:21-cr-00038 (CRC) |
| ) | |
| **RICHARD BARNETT,** ) | |
| ) | |
| Defendant. ) | |

## PROPOSED ORDER

Upon consideration of the Defendant's Motion to Dismiss Count Two of the Superseding Indictment, and for good cause shown, it is hereby

**ORDERED** that the Motion is GRANTED, and

**ORDERED** that the Count is dismissed where the government may not use it in its case in chief for the trial scheduled to begin on January 9, 2023, and

**ORDERED** that Count Two of the Superseding Indictment at ECF No. 96 is dismissed with prejudice.

**SO ORDERED** on this 6th day of January, 2022.

HONORABLE Christopher R. Cooper
United States District Judge
