UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Case No. |
| | : | |
| RICHARD BARNETT, | : | 1:21-cr-0038 |
| | : | |
| Defendant | : | |
| | : | |

## RICHARD BARNETT' MOTION IN LIMINE AND MOTION TO EXCLUDE EXPERT TESTIMONY OF GOVERNMENT OFFICIALS NOT DULY NOTICED

Defendant RICHARD BARNETT ("Barnett"), through the undersigned counsel, Bradford L. Geyer, Esq., presents this Motion for an order in limine to exclude from presentation or mention at trial of arguments, evidence, or claims by Government witnesses (particularly those both called for the Government's case and also current or former officials of the Government, whether Federal or of the District of Columbia) that are unduly prejudicial. In support of his motion Barnett files his companion Memorandum of Law.

Dated: January 6, 2023      RESPECTFULLY SUBMITTED, By Counsel
/s/ Brad Geyer

Bradford L. Geyer, PHV
PA 62998
NJ 022751991
Suite 141 Route 130 S., Suite 303
Cinnaminson, NJ 08077
Brad@FormerFedsGroup.Com
(856) 607-5708

### CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2023, a true and accurate copy of the forgoing was electronically filed and served through the ECF system of the U.S. District Court for the District of Columbia.

1

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481 052

ALISON B. PROUT
Assistant United States Attorney
Georgia Bar No. 141666
Ted Turner Drive, SW
Atlanta, Georgia 30303
alison.prout@usdoj.gov
 (404) 581-6000

MICHAEL M. GORDON
Assistant United States Attorney
Florida Bar No. 1026025
400 N. Tampa St., Suite 3200
michael.gordon3@usdoj.gov
(813) 274-6370

NATHANIEL K. WHITESEL
Assistant United States Attorney
D.C. Bar No. 1601102
601 D Street, NW
Washington, DC 20530
nathaniel.whitesel@usdoj.gov
(202) 252-7035

    Respectfully submitted

    /s/ Brad Geyer
    Bradford L. Geyer, PHV
    PA 62998
    NJ 022751991
    Suite 141 Route 130 S., Suite 303
    Cinnaminson, NJ 08077
    Brad@FormerFedsGroup.Com
    (856) 607-5708