UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Case No. 1:21-cr-00038 (CRC) |
| ) | |
| RICHARD BARNETT,   ) | |
| ) | |
| Defendant.   ) | |

**DEFENDANT'S NOTICE OF ERRATA**

Undersigned counsel files this Notice of Errata correcting a quote and citation in ECF No. 124 at 9-10 that resulted from transposing quotes and cites between drafts of different documents being worked concurrently. There is no substantive change in content.

Dated January 10, 2023                     Respectfully submitted,

/s/ Carolyn A. Stewart

Carolyn A. Stewart, Bar No. FL-0098
Defense Attorney
Stewart Country Law PA
1204 Swilley Rd.
Plant City, FL 33567
Tel: (813) 659-5178
Email: Carolstewart_esq@protonmail.com

**CERTIFICATE OF SERVICE**

I hereby certify on the 10th day of January 2023, a copy of the foregoing was served upon all parties as forwarded through the Electronic Case Filing (ECF) System.