IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---

**THE UNITED STATES OF AMERICA,**

    v.

**RICHARD BARNETT,**

    *Defendant.*

Case No. 21-cr-38 (CRC)

---

## MOTION TO WITHDRAW AS COUNSEL

Anthony J. Siano, an attorney of record for Richard Barnett, the defendant in the above-captioned case, hereby respectfully moves this Honorable Court for an order allowing him to withdraw as an attorney of record.

## Statement of Facts

Defendant Barnett initially appeared on January 15, 2021 in front of a magistrate judge in the Western District of Arkansas. At that time I appeared as counsel for the defendant. At his initial appearance, the government made a motion to detain the defendant without bond pending trial. The presiding Magistrate Judge denied the government's detention motion and released the Defendant pursuant to certain conditions. An Assistant United States Attorney for the Western District of Arkansas orally moved to stay the defendant's release pending an appeal by the government and the magistrate judge denied that request. The United States filed in this Court an Emergency Motion to Review the Court's Release Order on January 15, 2021. This Court so ordered that the Defendant be transported from the Western District of Arkansas to the District of Columbia for further proceedings on the Complaint filed against him.

I entered a Notice of Attorney Appearance in this Court on behalf of the Defendant on January 28, 2021. A status hearing was held before the Honorable Christopher R. Cooper, on March 4, 2021, in which Joseph McBride, Esq., Steven Metcalf, Esq., and Martin Tankleff, Esq. informed the Court of their intention to represent the Defendant in this matter with Mr. McBride taking the lead. Defendant was present electronically at that conference and raised no objection to replacing me as his counsel. Nicole E. Mcclain, Esq., for the United States acknowledged that change in counsel. This was my last involvement in this matter.

On December 28, 2022, Carol Sewart, Esq., also counsel for Mr. Barnett, contacted me and requested that I submit this motion. Ms. Stewart confirmed at that time that defendant did not wish furhter services from me.

WHEREFORE, it is respectfully requested that in consideration of the abovementioned facts, this court issue an order permitting undersigned counsel to withdraw as attorney of record, removing my name form the listing of counsel on the PACER system and, by doing so, relieve me of any further obligations to this case.

Dated:  White Plains, New York
        January 10, 2023

                      Respectfully Submitted,

                      ANTHONY J. SIANO, ESQ., PLLC

                      */s/ Anthony J. Siano*
                      _____
                      ANTHONY J. SIANO, ESQ.
                      Anthony J. Siano, Esq., PLLC
                      445 Hamilton Avenue, 11th floor
                      White Plains, New York 10601
                      (914) 997-0100
                      tonysiano@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that, on **January    , 2023**, this motion and the accompanying declaration was filed via the Court's electronic filing system, which constitutes service upon all counsel of record.

_____
Anthony J. Siano, Esq.