UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| | :   Case No: 21-cr-38 (CRC) |
| **v.** | : |
| | : |
| **RICHARD BARNETT** | : |
| | : |
| **Defendant.** | : |

### DEFENDANT'S MOTION TO INCLUDE A DEFINITION FOR DANGEROUS WEAPON INTO THE JURY INSTRUCTIONS

TO THE HONORABLE COURT:

The Court's jury instruction lacks a definition of a "dangerous weapon." Accordingly, the Defendant respectfully requests that the Court's instructions to the jury include a definition of a "dangerous weapon" based on the United States Sentencing Guidelines which explains that:

> Federal law defines dangerous weapon as, "(i) an instrument capable of inflicting death or serious bodily injury; or (ii) an object that is not an instrument capable of inflicting death or serious bodily injury but (I) closely resembles such an instrument; or (II) the defendant used the object in a manner that created the impression that the object was such an instrument (e.g., a defendant wrapped a hand in a towel during a bank robbery to create the appearance of a gun)." )

U.S.S.G. § 1B1.1 cmt. n.1(E).

Dated: January 19, 2023

Respectfully submitted,

| | |
|---|---|
| /s/ Jonathan S. Gross | /s/ Joseph D. McBride, Esq |
| Jonathan S. Gross | Joseph D. McBride, Esq. |
| Bar ID: MD0162 | Bar ID: NY0403 |
| 2833 Smith Ave, Suite 331 | THE MCBRIDE LAW FIRM, PLLC |
| Baltimore, MD 21209 | 99 Park Avenue, 6th Floor |
| p: (443) 813-0141 | New York, NY 10016 |
| e: jon@clevengerfirm.com | e: jmcbride@mcbridelawnyc.com |

/s/ Bradford L. Geyer  
Bradford L. Geyer  
FormerFedsGroup.com, LLC  
141 I Route 130, Suite 303  
Cinnaminson, NY 08077  
e: Brad@FormerFedsGroup.com

/s/ Carolyn Stewart  
Carolyn Stewart  
Stewart Country Law, PA  
1204 Swilley Rd  
Plant City, FL 33567  
e:Carolstewart_esq@protonmail.com

## CERTIFICATE OF SERVICE

I hereby certify on this 19th day of January 2023, a copy of the foregoing was served upon all parties as forwarded through the Electronic Case Filing (ECF) System.

/s/ Jonathan Gross, Esq

Jonathan Gross, Esq.