CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

RICHARD BARNETT

Civil/Criminal No.: 21-CR-38 (CRC)

## NOTE FROM JURY

The Jury has reached Verdict

Date: 1/23/23

Time: 11:07am

FOREPERSON