UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA       :
                               :
                               :    Case No: 21-cr-38 (CRC)
              v.               :
                               :
RICHARD BARNETT                :
also known as "Bigo Barnett,"  :
                               :
              Defendant.       :

## VERDICT FORM

We, the members of the jury, unanimously find defendant Richard Barnett:

**Count One:    Civil Disorder**

__X__ Guilty                            _____ Not Guilty

**Count Two:    Obstruction of an Official Proceeding**

__X__ Guilty                            _____ Not Guilty

**Count Three: Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**

__X__ Guilty                            _____ Not Guilty

If you find the defendant not guilty of Count Three, then proceed to Count Three (a).  If you find the defendant guilty of Count Three, then skip Count Three (a) and proceed to Count Four.

**Count Three (a):    Entering and Remaining in a Restricted Building or Grounds**

_____ Guilty                            _____ Not Guilty

1

**Count Four:**   **Disorderly or Disruptive Conduct in a Restricted Building with a Deadly or Dangerous Weapon**

X  Guilty                                                    _____  Not Guilty

If you find the defendant not guilty of Count Four, then proceed to Count Four (a).   If you find the defendant guilty of Count Four, then skip Count Four (a) and proceed to Count Five.


**Count Four (a):**      **Disorderly or Disruptive Conduct in a Restricted Building**

_____  Guilty                                              _____  Not Guilty


**Count Five:**   **Entering and Remaining in Certain Rooms in a Capitol Building**

X  Guilty                                                   _____  Not Guilty


**Count Six:**    **Disorderly Conduct in a Capitol Building**

X  Guilty                                                   _____  Not Guilty


**Count Seven: Parading, Demonstrating, or Picketing in a Capitol Building**

X  Guilty                                                  _____  Not Guilty


**Count Eight: Theft of Government Property**

X  Guilty                                                  _____  Not Guilty

SO SAY WE ALL.

Signed this _23rd_ day of _January_ _____, 2023.

_____
Foreperson