## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

    **Plaintiff**

    v.                                            Criminal Case No.:  21-CR-38 (CRC)

**RICHARD BARNETT**

    **Defendant**

## TRIAL EXHIBITS FOR THE DEFENSE

| # | Description | Date marked | Date Received | Witness |
|---|---|---|---|---|
| A | THAU_1ST_VIDEO_-_2021-01-06_USCP_RIOTS | 1/11/2023 | 1/11/2023 | Emily Berrett |
| B2 | Craig Body Cam | 1/13/2023 | 1/13/2023 | Officer Terrence Craig |
| B1 | Lapitsky Body Cam | 1/13/2023 | 1/13/2023 | Officer Terrence Craig |
| D | Chapman Body Cam | | | |
| 1 | Government Exhibit | 1/11/2023 | 1/11/2023 | Emily Berrett |
| 2 | Government Exhibit | 1/11/2023 | 1/11/2023 | Emily Berrett |
| 1000 | Vietnam War photo | | | |
| 1001 | Demonstrations and protests against the Vietnam War (6) photo | | | |
| 1002 | Hunting Insurrectionists Columbus Door Parler Videos youtube.com | | | |
| 1003 | the-sea-of-the-million-man-march-emery-c-graham-jr photo | | | |
| 1004 | H-3 East Line Sync_1 | 1/18/2023 | 1/18/2023 | Mark Snell |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | | | | |
|---|---|---|---|---|---|
| 1005 | H-5 0217 185849 Bike Racks Present | 1/18/2023 | 1/18/2023 | Mark Snell | |
| 1006 | H-6 0217 185929 40 secs later.png | 1/18/2023 | 1/18/2023 | Mark Snell | |
| 1007 | H-4 Brochure (admitted as a different government exhibit).jpg | | | | |
| 1008 | derrick evans 2.mp4 | 1/18/2023 | 1/18/2023 | Mark Snell | |
| 1009 | H-28 7029_USCS_02_Rotunda_Door_Interior_-_2021-01-06_19h35min54s.mp4 | | | | |
| 1010 | DE102 CAPD_0001615.mp3 | | | | |
| 1011 | DE101 OPS 1 audio transcript CAPD_0001663.pdf | | | | |
| 1012 | 0603_USCG_00_NW_Drive_near_NJ_&_Con_NW_-_2021-01-06_19h17min41s.mp4 | | | | |
| 1013 | FB in flight.png | | | | |
| 1014 | Picture2 flashbang detonation.png | | | | |
| 1015 | Mr Barnetts locations in the Rotunda.pptx | | | | |
| 1016 | West from SW.mp4 | | | | |
| 1017 | Barnett -- 1 Gov Ex 202.mp4 | | | | |
| 1018 | Barnett -- 2 Defense Ex C Lapitsky.mp4 | 1/19/2023 | 1/19/2023 | Richard Barnett | |
| 1019 | Barnett -- 3 Defense Ex D Chapman.mp4 | | | | |
| 1020 | Barnett -- 4 Defense Ex B Craig.mp4 | | | | |
| 1021 | Barnett -- 5 Gov Ex 110 Rotunda view.mp4 | | | | |
| 1022 | Barnett -- 5 Gov Ex 206.mp4 | | | | |
| 1023 | Barnett -- 6 Gov Ex 101 leaving.mp4 | | | | |
| 1024 | Barnett -- 6 Gov Ex 110 Rotunda view.asf | | | | |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | | | |
|---|---|---|---|---|
| 1025 | Barnett -- 7 Gov Ex 101 leaving.wmv | | | |
| 1026 | 1A Bigo Pushed in cop don't care Rotunda Door.mp4 | | | |
| 1027 | 1B Bigo Pushed In SIde CCTV.mp4 | | | |
| 1028 | 1C Columbus Doors.mp4 | | | |
| 1029 | 2A Kick in the door 232 22.mp4 | | | |
| 1030 | 2B Push open the door 233 53.mp4 | | | |
| 1031 | 3A1 Bigo enter office 250 40.mp4 | | | |
| 1032 | 3A2 Bigo enter open office Clip 250 42.mp4 | | | |
| 1033 | 3A3 Bigo in hallway 246 - 250.mp4 | | | |
| 1034 | 4A Be a patriot CCTV  Silent Clip.mp4 | | | |
| 1035 | 4B Be a patriot CCTV256 09.mp4 | | | |
| 1036 | Barnett Opening Montage.mov | | | |
| 1037 | West Stage  Montage.mp4 | 1/18/2023 | | Mark Snell |
| 1038 | J6 Timeline of Montage of Police Attacking Without Cause.docx | | | |
| 1039 | 0514_USCS_RF_Capitol_West_Front_-_2021-01-06_18h34min28s.mp4 | 1/19/2023 | 1/19/2023 | Richard Barnett |
| 1040 | 0514_USCS_RF_Capitol_West_Front_-_2021-01-06_18h14min28s.mp4 | | | |
| 1041 | _USCS_RF_Capitol_West_Front_-_2021-01-06_17h58min25s.mp4 | | | |
| 1042 | USCS RF Capitol West Front - 2021-01-06_18h14min28s 5 32 is 1 20 00 p m.jpg | | | |
| 1043 | USCS RF Capitol West Front - 2021-01-06_17h38min25s at 12 57 13 p m.jpg | | | |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | | | |
|---|---|---|---|---|
| 1044 | (Gov Ex 401).mov | | | |
| 1045 | Presentation for January 8 2023 Final Part A.bg.pptx | | | |
| 1046 | Unredacted Mayoral Order | 1/18/2023 | 1/18/2023 | Special Agent Kimberly Allen |
| 1050 | Dorr Entry Study | 1/19/2023 | 1/19/2023 | Richard Barnett |
| 1051 | Craig Bodycam 34:55-37:15 | 1/20/2023 | 1/20/2023 | Richard Barnett |
| T1 | Tier One Terrorist | 1/17/2023 | | Special Agent Loel Skoch |
| T2 | Envelope Analysis | 1/17/2023 | | Special Agent Loel Skoch |