# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

    **Plaintiff**

    v.                                              Criminal Case No.: 21-CR-38 (CRC)

**Richard Barnett**

    **Defendant**

## TRIAL EXHIBITS FOR THE UNITED STATES

| Exhibit No. | Exhibit Description | Date Marked for Identification | Date Received Into Evidence | Witness |
|---|---|---|---|---|
| 10 | Envelope Addressed to the Honorable Billy Long | | | |
| 10A | Photo of Envelop Addressed to the Honorable Billy Long | | | |
| 11 | Handwritten Note Retrieved from House Speaker's Offices | | | |
| 11A | Photo of Handwritten Note Retrieved from House Speaker's Offices | | | |
| 12 | ZAP Hike 'N Strike Packaging Retrieved from 17853 North Mount Olive Rd | 1/17/2023 | 1/17/2023 | Special Agent Loel Special Agent Loel Skoch |
| 12A | Photo of ZAP Hike 'N Strike Packaging | | | |
| 13 | Jacket Retrieved from 17853 North Mount Olive Rd | | | |
| 14 | Hat Retrieved from 17853 North Mount Olive Rd | | | |
| 15 | Radios Retrieved from 17853 North Mount Olive Rd | | | |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| 16 | Walmart Receipt Retrieved from 17853 North Mount Olive Rd | | | |
| --- | --- | --- | --- | --- |
| 17 | ZAP Hike 'N Strike Exemplar | 1/12/2023 | 1/12/2023 | Billy Pennington |
| 17A | Photo of ZAP Hike 'N Strike Exemplar | 1/12/2023 | 1/12/2023 | Billy Pennington |
| 18 | Area Closed Sign | 1/11/2023 | 1/11/2023 | Captain Carneysha Mendoza |
| 18A | Photo of Area Closed Sign | | | |
| 100 | USCP CCTV Compilation - January 6 Overview | 1/11/2023 | 1/11/2023 | Captain Carneysha Mendoza |
| 101 | USCP CCTV Compilation - Defendant's Path | 1/11/2023 | 1/11/2023 | Emily Berret |
| 101A | Screenshot from Exhibit 101 | | | |
| 102 | USCP CCTV Camera 0102 | 1/11/2023 | 1/11/2023 | Captain Carneysha Mendoza |
| 103 | USCP CCTV Camera 0218 | 1/11/2023 | 1/11/2023 | Captain Carneysha Mendoza |
| 104 | USCP CCTV Camera 0263 Part 1 | 1/10/2023 | 1/10/2023 | Emily Berret |
| 105 | USCP CCTV Camera 0263 Part 2 | 1/11/2023 | 1/11/2023 | Captain Carneysha Mendoza |
| 106 | USCP CCTV Camera 0402 | 1/11/2023 | 1/11/2023 | Captain Carneysha Mendoza |
| 107 | USCP CCTV Camera 0686 | 1/11/2023 | 1/11/2023 | Captain Carneysha Mendoza |
| 108 | USCP CCTV Camera 0931 | 1/11/2023 | 1/11/2023 | Captain Carneysha Mendoza |
| 109 | USCP CCTV Camera 0935 | 1/11/2023 | 1/11/2023 | Captain Carneysha Mendoza |
| 110 | USCP CCTV Camera 0959 | 1/11/2023 | 1/11/2023 | Captain Carneysha Mendoza |
| 111 | USCP CCTV Camera 0960 | 1/11/2023 | 1/11/2023 | Captain Carneysha Mendoza |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | | | |
|---|---|---|---|---|
| 112 | USCP CCTV Camera 7029 | 1/11/2023 | 1/11/2023 | Captain Carneysha Mendoza |
| 113 | USCP CCTV Camera 7216 | 1/11/2023 | 1/11/2023 | Captain Carneysha Mendoza |
| 114 | USCP CCTV Senate Hallway Camera | 1/11/2023 | 1/11/2023 | Captain Carneysha Mendoza |
| 115 | CCTV/Video Compilation of VP Being Evacuated with Radio Run | 1/12/2023 | 1/12/2023 | Special Agent Elizabeth Glavey |
| 116 | USCP Directive on Confiscation of Ammunition, Self-Defense Spray, or Stun Gun | 1/11/2023 | 1/11/2023 | Captain Carneysha Mendoza |
| 117 | CCTV East Front screen shot | 1/18/2023 | 1/18/2023 | Special Agent Kimberly Allen |
| 118 | CCTV West Front | 1/18/2023 | 1/18/2023 | Special Agent Kimberly Allen |
| 119 | Map | | | |
| 150 | USCP Crime Scene Photo | | | |
| 151 | USCP Crime Scene Photo | 1/10/2023 | 1/10/2023 | Emily Berret |
| 152 | USCP Crime Scene Photo | 1/10/2023 | 1/10/2023 | Emily Berret |
| 153 | USCP Crime Scene Photo | 1/10/2023 | 1/10/2023 | Emily Berret |
| 154 | USCP Crime Scene Photo | 1/10/2023 | 1/10/2023 | Emily Berret |
| 155 | USCP Crime Scene Photo | 1/10/2023 | 1/10/2023 | Emily Berret |
| 201 | Body Worn Camera Clip of Quenterra Officer Quenterra Carey | 1/12/2023 | 1/12/2023 | Officer Quenterra Carey |
| 202 | Body Worn Camera Clip of Morgan Smiley | 1/12/2023 | 1/12/2023 | Officer Quenterra Carey |
| 203 | Body Worn Camera Clip of Terrence Officer Terrence Craig | | | |
| 203A | Body Worn Camera Clip of Terrence Officer Terrence Craig with Transcript | 1/13/2023 | 1/13/2023 | Officer Terrence Craig |
| 203T | Transcript from Exhibit 203 | | | |
| 204 | Body Worn Camera Clip of Matthew Lapitsky | | | |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | | | |
|---|---|---|---|---|
| 204A | Screenshot from Exhibit 204 | 1/13/2023 | 1/13/2023 | Officer Terrence Craig |
| 204B | Screenshot from Exhibit 204 | 1/12/2023 | 1/12/2023 | Billy Pennington |
| 204C | Screenshot from Exhibit 204 | 1/13/2023 | 1/13/2023 | Officer Terrence Craig |
| 204D | Body Worn Camera Clip of Matthew Lapitsky with Transcript | 1/13/2023 | 1/13/2023 | Officer Terrence Craig |
| 204E | | 1/13/2023 | 1/13/2023 | Officer Terrence Craig |
| 204T | Transcript from Exhibit 204 | | | |
| 205 | Body Worn Camera Clip of Travis Coley | 1/13/2023 | 1/13/2023 | Officer Terrence Craig |
| 206 | Body Worn Camera Clip of Travis Coley | | | |
| 207 | Body Worn Camera Clip of Kevin Danko | 1/13/2023 | 1/13/2023 | Officer Terrence Craig |
| 208 | Body Worn Camera Clip of Patrick Leano | 1/11/2023 | 1/11/2023 | Captain Carneysha Mendoza |
| 209 | Body Worn Camera Clip of David Buerster | 1/11/2023 | 1/11/2023 | Captain Carneysha Mendoza |
| 300 | Recorded Interview of Defendant | | | |
| 300A | Screenshot from Exhibit 300 | | | |
| 301 | Photo from 1/8/21 Search Warrant of 17853 North Mount Olive Rd | | | |
| 302 | Photo from 1/8/21 Search Warrant of 17853 North Mount Olive Rd | | | |
| 303 | Photo from 1/8/21 Search Warrant of 17853 North Mount Olive Rd | | | |
| 304 | Photo from 1/8/21 Search Warrant of 17853 North Mount Olive Rd | | | |
| 305 | Photo from 1/8/21 Search Warrant of 17853 North Mount Olive Rd | | | |

| | | | | |
|---|---|---|---|---|
| 306 | Photo from 1/8/21 Search Warrant of 17853 North Mount Olive Rd | | | |
| 307 | Photo from 1/8/21 Search Warrant of 17853 North Mount Olive Rd | | | |
| 308 | Photo from 1/8/21 Search Warrant of 17853 North Mount Olive Rd | | | |
| 309 | Photo from 1/8/21 Search Warrant of 17853 North Mount Olive Rd | | | |
| 310 | Photo from 1/8/21 Search Warrant of 17853 North Mount Olive Rd | | | |
| 311 | Photo from 1/8/21 Search Warrant of 17853 North Mount Olive Rd | | | |
| 312 | Photo from 1/8/21 Search Warrant of 17853 North Mount Olive Rd | | | |
| 313 | Photo from 1/8/21 Search Warrant of 17853 North Mount Olive Rd | | | |
| 314 | Photo from 1/8/21 Search Warrant of 17853 North Mount Olive Rd | | | |
| 315 | Photo from 1/8/21 Search Warrant of 17853 North Mount Olive Rd | | | |
| 316 | Photo from 1/8/21 Search Warrant of 17853 North Mount Olive Rd | | | |
| 317 | Photo from 1/8/21 Search Warrant of 17853 North Mount Olive Rd | | | |
| 318 | Photo from 1/8/21 Search Warrant of 17853 North Mount Olive Rd | | | |
| 319 | Photo from 1/8/21 Search Warrant of 17853 North Mount Olive Rd | | | |
| 320 | Photo from 1/8/21 Search Warrant of 17853 North Mount Olive Rd | | | |
| 321 | Photo from 1/8/21 Search Warrant of 17853 North Mount Olive Rd | | | |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | | |
|---|---|---|---|---|
| 322 | Photo from 1/8/21 Search Warrant of 17853 North Mount Olive Rd | | | |
| 323 | Photo from 1/8/21 Search Warrant of 17853 North Mount Olive Rd | | | |
| 324 | Photo from 1/8/21 Search Warrant of 17853 North Mount Olive Rd | | | |
| 325 | Photo from 1/8/21 Search Warrant of 17853 North Mount Olive Rd | | | |
| 326 | Photo from 1/8/21 Search Warrant of 17853 North Mount Olive Rd | | | |
| 327 | Photo from 1/8/21 Search Warrant of 17853 North Mount Olive Rd | 1/13/2023 | 1/13/2023 | Special Agent Loel Skoch |
| 328 | Photo from 1/8/21 Search Warrant of 17853 North Mount Olive Rd | 1/13/2023 | 1/13/2023 | Special Agent Loel Skoch |
| 329 | Photo from 1/8/21 Search Warrant of 17853 North Mount Olive Rd | 1/13/2023 | 1/13/2023 | Special Agent Loel Skoch |
| 330 | Photo from 1/8/21 Search Warrant of 17853 North Mount Olive Rd | 1/13/2023 | 1/13/2023 | Special Agent Loel Skoch |
| 331 | Photo from 1/8/21 Search Warrant of 17853 North Mount Olive Rd | 1/13/2023 | 1/13/2023 | Special Agent Loel Skoch |
| 332 | Photo from 1/8/21 Search Warrant of 17853 North Mount Olive Rd | 1/13/2023 | 1/13/2023 | Special Agent Loel Skoch |
| 333 | Photo from 1/8/21 Search Warrant of 17853 North Mount Olive Rd | 1/13/2023 | 1/13/2023 | Special Agent Loel Skoch |
| 334 | Photo from 1/8/21 Search Warrant of 17853 North Mount Olive Rd | 1/13/2023 | 1/13/2023 | Special Agent Loel Skoch |
| 335 | Photo from 1/8/21 Search Warrant of 17853 North Mount Olive Rd | 1/13/2023 | 1/13/2023 | Special Agent Loel Skoch |
| 336 | Photo from 1/8/21 Search Warrant of 17853 North Mount Olive Rd | 1/13/2023 | 1/13/2023 | Special Agent Loel Skoch |
| 337 | Photo from 1/8/21 Search Warrant of 17853 North Mount Olive Rd | 1/13/2023 | 1/13/2023 | Special Agent Loel Skoch |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| 338 | Photo from 1/8/21 Search Warrant of 17853 North Mount Olive Rd | 1/13/2023 | 1/13/2023 | Special Agent Loel Skoch |
|---|---|---|---|---|
| 339 | OMITTED | | | |
| 340 | Photo from 1/11/21 Search Warrant of 17853 North Mount Olive Rd | | | |
| 341 | Photo from 1/11/21 Search Warrant of 17853 North Mount Olive Rd | | | |
| 342 | Photo from 1/11/21 Search Warrant of 17853 North Mount Olive Rd | | | |
| 343 | Photo from 1/11/21 Search Warrant of 17853 North Mount Olive Rd | | | |
| 344 | Photo from 1/11/21 Search Warrant of 17853 North Mount Olive Rd | 1/17/2023 | 1/17/2023 | Special Agent Loel Skoch |
| 345 | Photo from 1/11/21 Search Warrant of 17853 North Mount Olive Rd | 1/17/2023 | 1/17/2023 | Special Agent Loel Skoch |
| 346 | Photo from 1/11/21 Search Warrant of 17853 North Mount Olive Rd | 1/17/2023 | 1/17/2023 | Special Agent Loel Skoch |
| 347 | Photo from 1/11/21 Search Warrant of 17853 North Mount Olive Rd | 1/17/2023 | 1/17/2023 | Special Agent Loel Skoch |
| 348 | Photo from 1/11/21 Search Warrant of 17853 North Mount Olive Rd | 1/17/2023 | 1/17/2023 | Special Agent Loel Skoch |
| 349 | Photo from 1/11/21 Search Warrant of 17853 North Mount Olive Rd | | | |
| 350 | Photo from 1/11/21 Search Warrant of 17853 North Mount Olive Rd | | | |
| 351 | Photo from 1/11/21 Search Warrant of 17853 North Mount Olive Rd | 1/17/2023 | 1/17/2023 | Special Agent Loel Skoch |
| 352 | Photo from 1/11/21 Search Warrant of 17853 North Mount Olive Rd | 1/17/2023 | 1/17/2023 | Special Agent Loel Skoch |
| 353 | Photo from 1/11/21 Search Warrant of 17853 North Mount Olive Rd | 1/17/2023 | 1/17/2023 | Special Agent Loel Skoch |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | | | |
|---|---|---|---|---|
| 354 | Photo from 1/11/21 Search Warrant of 17853 North Mount Olive Rd | 1/17/2023 | 1/17/2023 | Special Agent Loel Skoch |
| 355 | Photo from 1/11/21 Search Warrant of 17853 North Mount Olive Rd | 1/17/2023 | 1/17/2023 | Special Agent Loel Skoch |
| 356 | Clip from exhibit 300 | 1/20/2023 | 1/20/2023 | Richard Barnett |
| 357 | Clip from exhibit 300 | 1/20/2023 | 1/20/2023 | Richard Barnett |
| 358 | Clip from exhibit 300 | 1/20/2023 | 1/20/2023 | Richard Barnett |
| 359 | Clip from exhibit 300 | 1/20/2023 | 1/20/2023 | Richard Barnett |
| 360 | Screenshot - Defendant Texts with Mark Hesse (1) | 1/17/2023 | 1/17/2023 | Special Agent Loel Skoch |
| 361 | Screenshot - Defendant Texts with Mark Hesse (2) | | | |
| 370 | Video of Defendant - Anthony Lockhart's Phone | | | |
| 371 | Image of Defendant - Anthony Lockhart's Phone | | | |
| 372 | Image of Defendant - Anthony Lockhart's Phone | 1/17/2023 | 1/17/2023 | Special Agent Loel Skoch |
| 372A | Image of Defendant - Anthony Lockhart's Phone | 1/17/2023 | 1/17/2023 | Special Agent Loel Skoch |
| 373 | Image of Defendant - Anthony Lockhart's Phone | | | |
| 374 | Image of Defendant - Anthony Lockhart's Phone | | | |
| 375 | Video of Defendant - Anthony Lockhart's Phone | 1/12/2023 | 1/12/2023 | Special Agent Loel Skoch |
| 376 | Video of Defendant - Anthony Lockhart's Phone | | | |
| 377 | Image of Defendant - Anthony Lockhart's Phone | 1/17/2023 | 1/17/2023 | Special Agent Loel Skoch |
| 378 | Video of Defendant - Anthony Lockhart's Phone | | | |
| 379 | Video of Defendant - Anthony Lockhart's Phone | | | |
| 380 | Image of Defendant - Anthony Lockhart's Phone | 1/17/2023 | 1/17/2023 | Special Agent Loel Skoch |
| 381 | Image of Defendant - Anthony Lockhart's Phone | 1/17/2023 | 1/17/2023 | Special Agent Loel Skoch |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | | | |
|---|---|---|---|---|
| 382 | Image of Defendant - Anthony Lockhart's Phone | 1/17/2023 | 1/17/2023 | Special Agent Loel Skoch |
| 383 | Image of Defendant - Anthony Lockhart's Phone | | | |
| 384 | Video Scroll 1 of Anthony Lockhart's Phone | | | |
| 385 | Video Scroll 2 of Anthony Lockhart's Phone | | | |
| 386 | Photo from 1/15/21 Search Warrant of 15023 Parrick Road | | | |
| 387 | Photo from 1/15/21 Search Warrant of 15023 Parrick Road | | | |
| 388 | Photo from 1/15/21 Search Warrant of 15023 Parrick Road | 1/17/2023 | 1/17/2023 | Special Agent Loel Skoch |
| 389 | Photo from 1/15/21 Search Warrant of 15023 Parrick Road | 1/17/2023 | 1/17/2023 | Special Agent Loel Skoch |
| 390 | Photo from 1/15/21 Search Warrant of 15023 Parrick Road | 1/17/2023 | 1/17/2023 | Special Agent Loel Skoch |
| 391 | Photo from 1/15/21 Search Warrant of 15023 Parrick Road | 1/17/2023 | 1/17/2023 | Special Agent Loel Skoch |
| 395 | Video - Inside Capitol | 1/10/2023 | 1/10/2023 | Emily Berret |
| 399 | Video Scroll of Tammy Newburn's Phone | | | |
| 399A | Screenshot of Tammy Newburn's Phone | | | |
| 399B | Screenshot of Tammy Newburn's Phone | | | |
| 399C | Screenshot of Tammy Newburn's Phone | | | |
| 399D | Screenshot of Tammy Newburn's Phone | | | |
| 399E | Screenshot of Tammy Newburn's Phone | | | |
| 399F | Screenshot of Tammy Newburn's Phone | | | |
| 399G | Screenshot of Tammy Newburn's Phone | | | |
| 399H | Screenshot of Tammy Newburn's Phone | 1/13/2023 | 1/13/2023 | Special Agent Loel Skoch |
| 399I | Screenshot of Tammy Newburn's Phone | 1/13/2023 | 1/13/2023 | Special Agent Loel Skoch |
| 400 | Defendant's Video - Washington, DC | | | |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | | | |
|---|---|---|---|---|
| 401 | Defendant's Video - Entering Capitol | 1/17/2023 | 1/17/2023 | Special Agent Jonathan Willett |
| 410 | Bass Pro receipt | 1/11/2023 | 1/11/2023 | Gerald Stutte |
| 411 | Bass Pro CCTV | 1/11/2023 | 1/11/2023 | Gerald Stutte |
| 412 | Bass Pro CCTV | 1/11/2023 | 1/11/2023 | Gerald Stutte |
| 413 | Bass Pro CCTV | 1/11/2023 | 1/11/2023 | Gerald Stutte |
| 414 | Bass Pro Business Record Certificate | | | |
| 420 | Hyatt CCTV | 1/12/2023 | 1/12/2023 | Zachary Wendell |
| 421 | Hyatt Receipt | 1/12/2023 | 1/12/2023 | Zachary Wendell |
| 422 | Hyatt Business Record Certificate | | | |
| 422A | Hyatt Business Record Certificate | | | |
| 430 | AT&T Records | | | |
| 431 | AT&T Records | | | |
| 432 | AT&T Business Record Certificate | | | |
| 440 | PS Products Instruction Manual | 1/12/2023 | 1/12/2023 | Billy Pennington |
| 441 | PS Products Business Record Certificate | | | |
| 450 | Message from Defendant's Twitter Account | | | |
| 451 | Message from Defendant's Twitter Account | | | |
| 452 | Twitter Business Record Certificate | | | |
| 500 | Facebook Subscriber Info - Account Ending 7922 | | | |
| 501 | Defendant Comment dated November 11, 2020, 20:52:45 UTC | 1/17/2023 | 1/17/2023 | Special Agent Kimberly Allen |
| 502 | Defendant Posts in Group "Joe Biden IS NOT MY PRESIDENT" dated December 27, 2020 | 1/17/2023 | 1/17/2023 | Special Agent Kimberly Allen |
| 503 | Defendant Comments on Posts dated December 27-31, 2020 | 1/17/2023 | 1/17/2023 | Special Agent Kimberly Allen |
| 504 | Defendant Status dated December 29, 2020 | 1/17/2023 | 1/17/2023 | Special Agent Kimberly Allen |
| 505 | Defendant Direct Message dated January 1, 2021 | 1/17/2023 | 1/17/2023 | Special Agent Kimberly Allen |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | | | |
|---|---|---|---|---|
| 506 | Defendant Photo and Status dated January 5, 2021 at 14:47:05 UTC | 1/17/2023 | 1/17/2023 | Special Agent Kimberly Allen |
| 507 | Defendant Photo and Status dated January 5, 2021 at 16:27:57 UTC | 1/17/2023 | 1/17/2023 | Special Agent Kimberly Allen |
| 508 | Defendant Photo and Status dated January 5, 2021 at 18:12:54 UTC | 1/17/2023 | 1/17/2023 | Special Agent Kimberly Allen |
| 509 | Defendant Videos and Statuses dated January 5, 2021 at 23:18:55 UTC and January 6, 2021 at 4:52:49 UTC | 1/17/2023 | 1/17/2023 | Special Agent Kimberly Allen |
| 509A | Video Accompanying Exhibit 509 | 1/17/2023 | 1/17/2023 | Special Agent Kimberly Allen |
| 509B | Video Accompanying Exhibit 509 | 1/17/2023 | 1/17/2023 | Special Agent Kimberly Allen |
| 510 | Defendant Video and Group Message dated January 6, 2021 at 4:48:25 UTC | 1/17/2023 | 1/17/2023 | Special Agent Kimberly Allen |
| 511 | Defendant Image Post dated November 13, 2020 at 00:48:18 UTC | 1/17/2023 | 1/17/2023 | Special Agent Kimberly Allen |
| 520 | Facebook Subscriber Info - Account Ending 2875 | 1/17/2023 | 1/17/2023 | Special Agent Kimberly Allen |
| 521 | Defendant Status dated December 24, 2020 at 17:53:44 UTC | 1/17/2023 | 1/17/2023 | Special Agent Kimberly Allen |
| 522 | Defendant Posts in Group "2A NWA STAND!!!" dated December 24, 2020, to January 6, 2021 | 1/17/2023 | 1/17/2023 | Special Agent Kimberly Allen |
| 523 | Defendant Comment and Exchange with JC Straight dated December 26, 2020 | 1/17/2023 | 1/17/2023 | Special Agent Kimberly Allen |
| 524 | Defendant Post and Exchange with Gail Kyle Jones dated December 26, 2020 | 1/17/2023 | 1/17/2023 | Special Agent Kimberly Allen |
| 525 | Defendant Post dated December 28, 2020 | 1/17/2023 | 1/17/2023 | Special Agent Kimberly Allen |
| 526 | Defendant Comment on Post dated December 29, 2020 at 1:48:24 UTC | 1/17/2023 | 1/17/2023 | Special Agent Kimberly Allen |
| 527 | Defendant Comment on Post dated January 2, 2021 at 18:00:03 UTC | 1/17/2023 | 1/17/2023 | Special Agent Kimberly Allen |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | | | |
|---|---|---|---|---|
| 528 | Defendant Photo and Status dated January 2, 2021 at 18:11:59 UTC | 1/17/2023 | 1/17/2023 | Special Agent Kimberly Allen |
| 529 | Defendant Post dated January 2, 2021 at 18:30:40 UTC | 1/17/2023 | 1/17/2023 | Special Agent Kimberly Allen |
| 530 | Defendant Video Upload dated January 3, 2021 at 2:59:40 UTC and Comments | 1/17/2023 | 1/17/2023 | Special Agent Kimberly Allen |
| 530A | Video Accompanying Exhibit 530 | 1/17/2023 | 1/17/2023 | Special Agent Kimberly Allen |
| 531 | Defendant Video Upload dated January 3, 2021 at 22:45:39 UTC and Comments | 1/17/2023 | 1/17/2023 | Special Agent Kimberly Allen |
| 531A | Video Accompanying Exhibit 531 | 1/17/2023 | 1/17/2023 | Special Agent Kimberly Allen |
| 532 | Defendant Comment on Post dated January 5, 2021 at 4:47:55 UTC | 1/17/2023 | 1/17/2023 | Special Agent Kimberly Allen |
| 533 | Defendant Video Upload dated January 5, 2021 at 22:59:07 UTC and Comments | 1/17/2023 | 1/17/2023 | Special Agent Kimberly Allen |
| 533A | Video Accompanying Exhibit 533 | 1/17/2023 | 1/17/2023 | Special Agent Kimberly Allen |
| 534 | Defendant Video Uploads dated January 5, 2021 at 23:55:11 UTC and 23:55:45 UTC | 1/17/2023 | 1/17/2023 | Special Agent Kimberly Allen |
| 534A | Video Accompanying Exhibit 534 | 1/17/2023 | 1/17/2023 | Special Agent Kimberly Allen |
| 535 | Defendant Video Upload dated January 6, 2021 at 5:25:06 UTC | 1/17/2023 | 1/17/2023 | Special Agent Kimberly Allen |
| 535A | Video Accompanying Exhibit 535 | 1/17/2023 | 1/17/2023 | Special Agent Kimberly Allen |
| 536 | Defendant Comment on Post dated January 6, 2021 at 5:27:06 UTC | 1/17/2023 | 1/17/2023 | Special Agent Kimberly Allen |
| 537 | Defendant Comment on Post dated January 6, 2021 at 5:52:11 UTC | 1/17/2023 | 1/17/2023 | Special Agent Kimberly Allen |
| 538 | Defendant Video Upload dated January 6, 2021 at 6:10:47 UTC | 1/17/2023 | 1/17/2023 | Special Agent Kimberly Allen |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | | | |
|---|---|---|---|---|
| 538A | Video Accompanying Exhibit 538 | 1/17/2023 | 1/17/2023 | Special Agent Kimberly Allen |
| 539 | Defendant Post in Group "Joe Biden IS NOT MY PRESIDENT!" dated January 6, 2021 at 6:12:53 UTC | 1/17/2023 | 1/17/2023 | Special Agent Kimberly Allen |
| 540 | Defendant Live Stream and Video Upload dated January 6, 2021 at 11:38 UTC | 1/17/2023 | 1/17/2023 | Special Agent Kimberly Allen |
| 540A | Video Accompanying Exhibit 540 | 1/17/2023 | 1/17/2023 | Special Agent Kimberly Allen |
| 541 | Defendant Status dated January 6, 2021 at 11:43:58 UTC | 1/17/2023 | 1/17/2023 | Special Agent Kimberly Allen |
| 542 | Defendant Photo and Post dated January 6, 2021 at 12:18:26 UTC | 1/17/2023 | 1/17/2023 | Special Agent Kimberly Allen |
| 543 | Defendant Video Upload dated January 6, 2021 at 12:44: UTC | 1/17/2023 | 1/17/2023 | Special Agent Kimberly Allen |
| 543A | Video Accompanying Exhibit 543 | 1/17/2023 | 1/17/2023 | Special Agent Kimberly Allen |
| 544 | Defendant Video Upload dated January 6, 2021 at 13:08 UTC | 1/17/2023 | 1/17/2023 | Special Agent Kimberly Allen |
| 544A | Video Accompanying Exhibit 544 | 1/17/2023 | 1/17/2023 | Special Agent Kimberly Allen |
| 545 | Defendant Direct Message Exchange dated January 4-6, 2021 | 1/17/2023 | 1/17/2023 | Special Agent Kimberly Allen |
| 546 | Defendant Direct Message Exchange dated November 14, 2020 to January 6, 2021 | 1/17/2023 | 1/17/2023 | Special Agent Kimberly Allen |
| 547 | Tipster Screenshot dated December 18, 2020 | 1/17/2023 | 1/17/2023 | Special Agent Kimberly Allen |
| 548 | Tipster Screenshot dated January 6, 2021 | 1/17/2023 | 1/17/2023 | Special Agent Kimberly Allen |
| 590 | Facebook Business Records Certificate - Account Ending 7922 | | | |
| 591 | Facebook Business Records Certificate - Account Ending 2875 | | | |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | | | |
|---|---|---|---|---|
| 600 | iCloud Extraction Report | | | |
| 601 | iCloud Account Details | | | |
| 602 | iCloud Account Details | | | |
| 603 | iCloud Account Details | | | |
| 604 | iCloud Photo - ZAP Hike 'N Strike | 1/17/2023 | 1/17/2023 | Special Agent Kimberly Allen |
| 605 | iCloud Photo - Highway | | | |
| 606 | iCloud Business Record Certificate | | | |
| 700 | Getty Video | | | |
| 701 | Getty Video | | | |
| 702 | | 1/10/2023 | 1/10/2023 | Emily Berret |
| 703 | Getty Photo | 1/10/2023 | 1/10/2023 | Emily Berret |
| 704 | Getty Photo | 1/10/2023 | 1/10/2023 | Emily Berret |
| 705 | Getty Photo | 1/10/2023 | 1/10/2023 | Emily Berret |
| 706 | Getty Photo | 1/10/2023 | 1/10/2023 | Emily Berret |
| 707 | Getty Photo | 1/10/2023 | 1/10/2023 | Emily Berret |
| 708 | Getty Photo | 1/10/2023 | 1/10/2023 | Emily Berret |
| 709 | Getty Photo | 1/10/2023 | 1/10/2023 | Emily Berret |
| 710 | Getty Photo | | | |
| 711 | Getty Photo | | | |
| 720 | EPA-EFE Photo | 1/10/2023 | 1/10/2023 | Emily Berret |
| 721 | EPA-EFE Photo | 1/10/2023 | 1/10/2023 | Emily Berret |
| 722 | EPA-EFE Photo | 1/10/2023 | 1/10/2023 | Emily Berret |
| 730 | NYT Video | | | |
| 731 | NYT Photo | 1/10/2023 | 1/10/2023 | Emily Berret |
| 740 | Video of Crowd Entering Capitol | 1/11/2023 | 1/11/2023 | Captain Carneysha Mendoza |
| 741 | Video of Crowd Approaching Capitol Capturing Defendant | 1/11/2023 | 1/11/2023 | Captain Carneysha Mendoza |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | | | |
|---|---|---|---|---|
| 741A | Screenshot from Exhibit 741 | 1/18/2023 | 1/18/2023 | Special Agent Kimberly Allen |
| 741B | Screenshot from Exhibit 741 | 1/18/2023 | 1/18/2023 | Special Agent Kimberly Allen |
| 741C | Screenshot from Exhibit 741 | 1/12/2023 | 1/12/2023 | Billy Pennington |
| 741D | Screenshot from Exhibit 741 | 1/18/2023 | 1/18/2023 | Special Agent Kimberly Allen |
| 741E | Screenshot from Exhibit 741 | 1/18/2023 | 1/18/2023 | Special Agent Kimberly Allen |
| 741F | Screenshot from Exhibit 741 | | | |
| 742 | Video Outside the Capitol Capturing Defendant | | | |
| 743 | Facebook Screen Capture of Defendant's Post | | | |
| 744 | Video | 1/13/2023 | 1/13/2023 | Officer Terrence Craig |
| 745 | Video | 1/12/2023 | 1/12/2023 | Officer Terrence Craig |
| 750 | Video of Defendant Exiting Capitol | 1/11/2023 | 1/11/2023 | Captain Carneysha Mendoza |
| 760 | Video of Defendant Giving Speech | | | |
| 770 | Interview of Defendant | 1/11/2023 | 1/11/2023 | Captain Carneysha Mendoza |
| 771 | Interview of Defendant | 1/11/2023 | 1/11/2023 | Captain Carneysha Mendoza |
| 772 | Video Outside the Capitol Capturing Defendant | | | |
| 773 | Interview of Defendant | 1/20/2023 | 1/20/2023 | Richard Barnett |
| 780 | Video of Defendant Giving Speech Outside Capitol | 1/11/2023 | 1/11/2023 | Captain Carneysha Mendoza |
| 781 | Video of Defendant Giving Speech Outside Hyatt | 1/12/2023 | 1/12/2023 | Zachary Wendell |
| 790 | Webpages - bigobarnett.com | | | |
| 791 | Webpages - givesendgo.come/bigobarnett | 1/20/2023 | | Richard Barnett |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | | | |
|---|---|---|---|---|
| 801 | USSS Email about VP | 1/12/2023 | 1/12/2023 | Special Agent Elizabeth Glavey |
| 802 | Video of Relocation of VP Motorcade | 1/12/2023 | 1/12/2023 | Special Agent Elizabeth Glavey |
| 803 | Video of VP Being Evacuated | 1/12/2023 | 1/12/2023 | Special Agent Elizabeth Glavey |
| 804 | Video Compilation of House and Senate Floor with Congressional Record | 1/17/2023 | 1/17/2023 | Kyle Kyle Jones |
| 804A | Screenshot from Exhibit 804 | | | |
| 810 | Constitution - 12th Amendment | 1/17/2023 | 1/17/2023 | Kyle Jones |
| 811 | 3 U.S.C. § 15 | 1/17/2023 | 1/17/2023 | Kyle Jones |
| 812 | 3 U.S.C. § 16 | 1/17/2023 | 1/17/2023 | Kyle Jones |
| 813 | 3 U.S.C. § 17 | 1/17/2023 | 1/17/2023 | Kyle Jones |
| 814 | 3 U.S.C. § 18 | 1/17/2023 | 1/17/2023 | Kyle Jones |
| 815 | Congressional Resolution | 1/17/2023 | 1/17/2023 | Kyle Jones |
| 820 | 3D Rendering of Capitol | 1/11/2023 | 1/11/2023 | Captain Carneysha Mendoza |
| 821 | Map of Restricted Perimeter | 1/11/2023 | 1/11/2023 | Captain Carneysha Mendoza |
| 822 | Map of First Floor of Capitol | 1/11/2023 | 1/11/2023 | Captain Carneysha Mendoza |
| 823 | Map of Second Floor of Capitol | 1/10/2023 | 1/10/2023 | Emily Berret |
| 824 | Photo of Perimeter | 1/11/2023 | 1/11/2023 | Captain Carneysha Mendoza |
| 825 | Photo of Perimeter | 1/11/2023 | 1/11/2023 | Captain Carneysha Mendoza |
| 901 | Defendant Jail Call | 1/18/2023 | 1/18/2023 | Special Agent Kimberly Allen |
| 1001 | D.C. Mayor's Order 2021-002 | 1/17/2023 | 1/17/2023 | Special Agent Kimberly Allen |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | | | |
|---|---|---|---|---|
| 1002 | Safeway store closure e-mail on Jan. 6, 2021 | 1/17/2023 | 1/17/2023 | Special Agent Kimberly Allen |
| 1003 | D.C. Stores Daily Sales Report: Jan. 5-7, 2021 | 1/17/2023 | 1/17/2023 | Special Agent Kimberly Allen |
| 1004 | Pennsylvania warehouse shipments: Jan. 3-9, 2021 | 1/17/2023 | 1/17/2023 | Special Agent Kimberly Allen |
| 1005 | Albertson's/Safeway business records certification | | | |
| | | | | |