```
1                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF COLUMBIA
2
  UNITED STATES OF AMERICA,
3                                        Criminal Action
                     Plaintiff(s),       No. 21-038 (CRC)
4            v.
                                         Washington, D.C.
5  RICHARD BARNETT,
                                         January 10, 2023
6                    Defendant(s).       Afternoon Session

7  ----------------------------------------------------------

8                    TRANSCRIPT OF JURY TRIAL
             BEFORE THE HONORABLE CHRISTOPHER R. COOPER
9                    UNITED STATES DISTRICT JUDGE

10 APPEARANCES:

11 FOR THE PLAINTIFF(S):  Alison Prout, Esquire
                          United States Attorney's Office
12                        75 Ted Turner Drive Southwest
                          Atlanta, Georgia 30303
13
                          Michael M. Gordon, Esquire
14                        United States Attorney's Office
                          400 North Tampa Street
15                        Suite 3200
                          Tampa, Florida 33602
16
                          Nathaniel K. Whitesel, Esquire
17                        United States Attorney's Office
                          601 D Street Northwest
18                        Washington, D.C. 20530

19

20

21

22

23

24

25
```

```
 1   APPEARANCES (Cont.):

 2   FOR THE DEFENDANT(S):    Jonathan Gross, Esquire
                              The Clevenger Firm
 3                            2833 Smith Avenue
                              Suite 331
 4                            Baltimore, Maryland 21209

 5
                              Joseph D. McBride, Esquire
 6                            The McBride Law Firm, PLLC
                              99 Park Avenue
 7                            25th Floor
                              New York, New York 10016
 8

 9                            Bradford L. Geyer, Esquire
                              FormerFedsGroup.Com, LCC
10                            141 I Route 130 South
                              Suite 303
11                            Cinnaminson, New Jersey 08077

12

13   REPORTED BY:            Tammy Nestor, RMR, CRR
                             Official Court Reporter
14                           333 Constitution Avenue NW
                             Washington, D.C. 20001
15                           tammy_nestor@dcd.uscourts.gov

16

17

18

19

20

21

22

23

24

25
```

```
 1                          I-N-D-E-X

 2
     WITNESS                  DIRECT   CROSS   REDIRECT   RECROSS
 3   EMILY BERRET

 4      BY MR. GORGON           23

 5

 6   GOVERNMENT'S EXHIBITS                            PAGE

 7      104                                           61

 8      151                                           49

 9      152-155                                       95

10      395                                           84

11      702, 704-709 and 720-722                      77

12      703                                           94

13      704                                           68

14      731                                           92

15      823                                           34

16

17

18

19

20

21

22

23

24

25
```

1    The following proceedings began at 2:14 p.m.:

2         MS. PROUT:  Your Honor, before we proceed to call the

3    jury in and go into openings and directly into witness

4    testimony, the defense has objected to two exhibits that we

5    anticipate using with our second witness and our third witness.

6    They filed a motion in limine.  We wanted to be heard on that

7    if possible to try to resolve that before the jury comes in.

8         THE COURT:  We don't need to do that before openings.

9    I suspect we are going to go at least until the break with your

10   first witness.  And I have some preliminary instructions for

11   the jury first.  So we will get there.

12        MS. PROUT:  That's perfect.  Thank you.

13        MR. GEYER:  Your Honor, we also may be able to work

14   that out overnight, just for your information.  Thank you.

15        THE COURT:  Ms. Prout, do you have a lapel mic?  Are

16   you going to want to roam or are you going to stick to the

17   podium?

18        MS. PROUT:  Yes, I am planning to use it.  Ms. Jenkins

19   said she had it available after you do your preliminary

20   instructions.

21        THE COURT:  Okay.  So regardless of whether it's for

22   the juror with the hearing issues, whenever you roam from the

23   microphone or if you think you are going to roam from the

24   microphone, make sure you have the lapel mic on.

25        MS. PROUT:  Would Your Honor prefer that I get that

1  ready to go now before your instructions?

2            THE COURT:  It takes a second.  Don't worry.

3            MS. PROUT:  Okay.

4            (The jury entered the courtroom at 2:16 p.m.)

5            THE COURT:  You all can have a seat.

6            Welcome back, everybody.  I hope everyone had a nice

7  lunch.

8            Before we begin the opening statements, I want to give

9  you a few preliminary instructions just to give you sort of a

10 road map of what the trial is going to look like over the next

11 week or so and some preliminary instructions about, you know,

12 your service as a juror during the trial.

13           These instructions are no substitute for the detailed

14 legal instructions that I will give you at the end of the

15 evidence.

16           The first thing is that you all should now have

17 notebooks.  Some jurors find it useful to take notes.  Others

18 find it distracting.  It is entirely up to you whether to take

19 notes or not.

20           If you do take notes, feel free to write anything down

21 that you like.  The notebooks will be locked in the jury room

22 overnight and discarded at the end of the trial, so no one will

23 ever know what you write in your notebook.

24           As you know, there are 14 of you, but only 12 will

25 wind up deliberating in the case.  Two of you are alternates.

1   The alternate seats were selected at random at the beginning of

2   the trial.  They are not necessarily seats 13 and 14 or 1 and 2

3   or any particular seat.

4          I will not disclose who the alternates are until the

5   end of my final instructions and before the jury deliberations

6   begin.  And I will apologize in advance for dismissing the

7   alternates before deliberations.  I sometimes describe it like

8   watching a movie and then having to go home before you know how

9   it ends.

10         But because any seat could be an alternate seat, you

11  should -- each of you should think of yourselves as a regular

12  juror and give this case your fullest and most serious

13  attention during trial.

14         All right.  As I told you yesterday, this is a

15  criminal case that began when the government -- when a grand

16  jury, I'm sorry, issued an indictment.  In summary, the

17  indictment charges that the defendant, Richard Barnett,

18  committed eight separate crimes arising from his alleged

19  conduct at the U.S. Capitol on January 6, 2021.  You will

20  receive detailed instructions at the end of the case about the

21  law that you should apply to each one of these alleged crimes.

22         In brief, however, Count 1 charges obstructing or

23  interfering with law enforcement during a civil disorder.

24         Count 2 charges obstruction of an official proceeding.

25         Count 3 charges entering and remaining in a restricted

building or grounds with a dangerous or deadly weapon.

Count 4 charges disorderly and disruptive conduct in a restricted building or grounds with a dangerous or deadly weapon.

Count 5 charges entering and remaining in certain rooms in the Capitol building.

Count 6 charges disorderly conduct in a Capitol building.

Count 7 charges parading or demonstrating in a Capitol building.

And Count 8 charges theft of government property.

Now, again, that's just a summary of the charges just to sort of give you a road map of the evidence that you are likely to hear during trial.

At the end of the trial, you will have to decide whether the evidence presented has convinced you beyond a reasonable doubt that Mr. Barnett committed any of the offenses with which he is charged in the indictment. To prove the offenses, the government must prove beyond a reasonable doubt each of the elements of the charged offense.

Again, I will instruct you on the specific elements of each charge at the end of the presentation of evidence.

You should understand that the indictment that I just summarized is not evidence. The indictment is simply a formal way of charging a person with a crime in order to bring his

1   case to trial.

2          You must not think of the indictment as evidence of

3   the guilt of the defendant just because he has been indicted.

4          At the end of the trial, you will have to decide

5   whether the government has proven each element of each one of

6   the eight charges beyond a reasonable doubt.

7          As I told you yesterday, the defendant is presumed to

8   be innocent.  That presumption remains throughout the trial,

9   unless and until he is proven guilty beyond a reasonable doubt.

10  The burden rests always on the government.

11         If the government proves each element of an offense

12  beyond a reasonable doubt, it is your duty to find the

13  defendant guilty of that offense.  But if you find the

14  government has not proved one or more elements of a particular

15  offense, you must find the defendant not guilty of that

16  offense.

17         You will hear me refer to each side throughout the

18  trial as the government or the defense.  If I use the term

19  government, I am referring to counsel for the government or the

20  government prosecution team.  If I use the word defense, I will

21  be referring to the defense team or one of the lawyers on that

22  side of the courtroom.

23         The trial will operate or proceed in four stages.  The

24  first stage is opening statements beginning with the

25  government.  The defendant may, but does not have to, give an

1   opening statement at the outset of the case.  And I have been

2   informed that the defense in this case is going to defer making

3   their opening statement until later in the case.

4        The opening statements are not evidence.  They are

5   simply intended to give you a road map or preview of what the

6   evidence will show.

7        The second stage of the case is the presentation of

8   evidence.  We will start in the same order.  First, with the

9   government's case in chief, there will be a direct examination

10  of each witness, then a cross-examination by the defense, and a

11  brief redirect examination by the government.

12        After the government's case, the defendant may, but is

13  not required to, put on a case in chief himself.  If the

14  defendant puts on a case, it will follow the same order; direct

15  examination, cross-examination, and redirect examination.

16        The government may then choose to bring a brief

17  rebuttal case.

18        During the presentation of evidence, the lawyers will

19  be asking witnesses questions.  Like their opening statements,

20  questions are not evidence.  Only evidence is sworn testimony

21  of witnesses and the exhibits that are admitted into evidence.

22        The third stage of the case will be instructions on

23  the law.  That's when I will give you those detailed

24  instructions that you will use in your deliberations.

25        And the final stage will be closing arguments in the

1    same order, the government and then the defense and a brief

2    rebuttal argument by the government.

3         And again, closing arguments of the lawyers are not

4    evidence.

5         All right.  Finally, a few instructions, and then we

6    will get to openings.

7         My responsibility is to run a fair and efficient trial

8    and to rule on legal questions that will arise during the trial

9    as well as to instruct you on the law.  It is your sworn duty

10   to accept the law as I instruct you.  You are also the only

11   ultimate deciders of the facts in this case.  You will weigh

12   the evidence and you will judge the credibility and the

13   believability of the witnesses that you hear from.

14        You may also hear me sustain or overrule an objection.

15   When parties question a witness, the other side is entitled to

16   object to the question.  If I sustain an objection, it means

17   that the question must be withdrawn and you must not speculate

18   what the answer would have been.

19        If the answer has already been given and I strike the

20   answer from the record, you are to disregard the witness's

21   answer.

22        The same is true for any exhibits that are stricken.

23        If I overrule an objection, that means the question

24   stands, the witness may answer the question, and you may

25   consider the witness's answer as evidence in the case.

1          All right.  I will reiterate my instruction to you

2    about discussing the case with anyone, doing any research, or

3    independent inquiry about the case.  Mr. Barnett is entitled to

4    a trial based only on the evidence that has been presented and

5    no outside factors.  And so juries have run into trouble in the

6    past where folks have tried to research the case outside of the

7    courtroom, and it's very -- it's a very serious matter and it's

8    something that we really counsel juries or direct juries not to

9    do.

10         This is, you know, a small courthouse.  You will

11   likely run into some of the lawyers, some of the court staff.

12   Please avoid any contact or conversation with any of the

13   parties or any of the lawyers.  Okay.  If someone avoids you or

14   avoids eye contact, they are not being rude.  They are just

15   following my instructions.  All right?

16         If you do happen to see something or hear something

17   that violates my instructions in that regard, just let

18   Ms. Jenkins or another member of the Court staff know about it,

19   all right, and we will deal with it.

20         You may or may not -- there may or may not be media

21   coverage of this case.  If anyone from the media approaches you

22   or tries to discuss the case with you, try to avoid that.  If

23   they persist, please bring it to my attention.  After the case

24   is over and a verdict has been rendered, you can discuss the

25   case as much as you like with anyone you like.  Okay?

1           We will have a number of court reporters.  Ms. Nestor

2    is here this afternoon.  She will be taking down everything

3    that is said.  But you will not have a copy of a transcript of

4    the proceedings in the jury room with you when you deliberate.

5    Okay.  So your memory and any notes that you decide to take

6    will control.  You will not have a transcript of the

7    proceedings.

8           All right.  So, ladies and gentlemen, please pay close

9    attention, and we will start with the opening statement of the

10   government which I understand Ms. Prout is going to deliver.

11   And before she does, we are going to get her a lapel mic so

12   that she is not tied to that microphone there so just relax.

13          Ladies and gentlemen, if at any time you feel

14   uncomfortable, you need to take a break, you need to ask a

15   question, just raise your hand and we will call on you.  Okay?

16          Also, while she's getting set, I know you have your

17   juror numbers, but now that you have been seated, I may refer

18   to you as juror 1 or juror 6 or juror 14.  The front row is 1

19   through 7.  The back row is 8 through 14.  Okay?

20          MS. PROUT:  Can you hear me now?

21          THE COURTROOM DEPUTY:  Keep your voice up.

22          THE COURT:  Do you want to test it?

23          MS. PROUT:  Ladies and gentlemen, can you hear me?

24          May it please the Court.

25          THE COURT:  It may.

1          MS. PROUT:  And if we can have the display as well,

2     please.

3          Good afternoon.  On January 6, 2021, thousands of

4     people breached the United States Capitol causing a civil

5     disorder and forcing Congress to suspend its meeting where it

6     was certifying the results of the 2020 presidential election.

7     This trial is about one of those people, the defendant, Richard

8     Barnett, who also calls himself Bigo.

9          He traveled more than a thousand miles from his home

10    in Arkansas to be in Washington, D.C. on January 6 where he

11    joined in that riot and actually made his way all the way to

12    the personal offices of the Speaker of the United States House

13    of Representatives, Nancy Pelosi.  He did this while carrying a

14    950,000-volt stun gun.

15         Let me back up.

16         As D.C. residents, you are all probably familiar with

17    the United States Capitol, which is just around the corner from

18    here.  Not everybody, however, focuses on the work that goes on

19    inside that building.  During this trial, you are going to get

20    a brief civics lesson on Congress including its role in the

21    presidential election process.  Congress has two parts.  It has

22    the Senate and the House of Representatives.

23         On January 6, 2021, the person who was formally in

24    charge of the Senate was the Vice President, Mike Pence.  The

25    person who was formally in charge of the House of

Representatives was the Speaker of the House, Nancy Pelosi.
Vice President Pence, of course, was second in line for
presidency, and the Speaker of the House, Nancy Pelosi, was
third in line.

Federal law requires that every four years, the House
of Representatives and the Senate meet together to count the
electoral votes and to certify the results of the presidential
election.  That's where they formally declare the winner of the
election.

Federal law specifies exactly when and how this is to
take place.  It must occur every time on January 6.  It must
start at 1:00 p.m., and it must take place in the chamber of
the House of Representatives.  This is actually spelled out in
the law.  It's not a secret.

It was this session on this day and for this purpose
that drove the mob, including the defendant, Mr. Barnett, to
invade the Capitol.

Instead of the vote certification proceeding as it had
done in years past, our democracy came to a grinding halt on
January 6 as thousands of rioters descended upon the Capitol.
They arrived in huge numbers.  They overwhelmed the police
forcing their way through barricades.  Many rioters engaged in
hand-to-hand combat with the police.  They threw things at them
and used pepper spray on them.  And eventually the rioters
reached the Capitol building itself breaking windows and

1    kicking in doors.

2          Hugely outnumbered police had no choice but to retreat

3    as the rioters gained entry deeper and deeper into the

4    building.  And the vote certification had to be suspended, and

5    members of Congress and the Vice President were forced to

6    evacuate.

7          As I said, there were thousands of rioters there that

8    day, but you are here to focus on just one, the defendant.  So

9    let's talk about Richard Barnett.

10          The defendant traveled from his home in Gravette,

11   Arkansas on January 4.  He stayed in a hotel in D.C. not too

12   far from here called the Hyatt House.  And he came ready.  He

13   had been planning this trip for weeks.

14          On December 24, 2020, about two weeks before

15   January 6, he posted to Facebook, I'll be in D.C. on the 6th

16   prepared to peaceful protest, defend, protect the innocent,

17   whatever.  My country will not be socialist as long as I am

18   alive to fight.  Who's in?  If not now, when?  Live free or

19   die.  Message me.

20          What exactly was the defendant preparing to fight for?

21   You will see that he was afraid that on January 6, our country

22   was going to come under the control of socialists or

23   communists.

24          On December 28, he posted, quote, I am fighting until

25   death for our country and Constitution, and again he said he

1  would be in D.C. on the 6th.

2  And he came prepared for violence.  On December 31,

3  the defendant went to his local Bass Pro store and he bought

4  supplies; pepper spray, two-way radios, and most importantly, a

5  stun gun.  This was not an ordinary stun gun.  It was a stun

6  gun that was concealed inside a metal walking stick.  It had

7  sharp spike electrodes that could be used to shock somebody,

8  but those spikes could also be used to stab somebody.

9  On January 3, three days before the riot, he posted a

10  video on Facebook showing how the stun gun worked and talking

11  about using it, in his words, in the concrete jungle.  What he

12  said was, if it got really rough, I could just pop the end off

13  this thing and I could light you up with about 950,000 volts.

14  That was three days before January 6.

15  The defendant brought that stun gun with him to

16  Washington, D.C. ready for use.  In fact, in his hotel bar the

17  night before, on January 5, he gave a demonstration to a crowd

18  showing exactly how to use it.  Hotel security cameras captured

19  him doing this.

20  On the morning of January 6, the defendant started his

21  day declaring his intentions right outside his hotel.  You will

22  see him proclaiming this to the world.

23  (The videotape was played.)

24  MS. PROUT:  From there, he went to a rally in support

25  of President Trump.  You will see a photograph of the defendant

standing in front of the Washington Monument wearing his plaid jacket, baseball hat, and jeans carrying an American flag that he had attached to a metal pipe at his house and the stun gun. You can see that black tip sticking out behind him in this photo.

From the rally, the defendant made his way with thousands of others a mile and a half to the U.S. Capitol.  You will hear that the Capitol grounds were restricted that day. They were off limits to the public.  And this is because a person who was protected by the Secret Service, in this case it was the Vice President and his family, were going to be at the Capitol that day and, in fact, were there.  The Vice President was there to oversee the certification of the Electoral College vote.

You are going to watch surveillance footage in this trial.  And you will see that the force and sheer numbers of the crowd were too much for the police to hold off.  The defendant was part of that crowd.  You will see the defendant join the crowd that was shouting at and pursuing the police. You will see a video of what he saw as he was approaching the building.  And we know this is what he saw because for a brief moment, the rioter who took this video reversed his camera and captures what's right behind him.  And we can see the defendant there, so we see what he saw as he was entering.

You are also going to see how once he made it inside

1   the Capitol building, he went all the way to the private

2   offices of the Speaker of the United States House of

3   Representatives, Nancy Pelosi, the elected official second in

4   line for the presidency.

5          You will see that the computers, cell phones, and

6   personal files in that office had been left behind when Speaker

7   Pelosi and her staff were forced to take shelter.  And while he

8   was there, the defendant violated that space.  He left a

9   menacing note that said, hey, Nancy, Bigo was here, bitch.

10         MR. GEYER:  Objection.

11         THE COURT:  Overruled.

12         MS. PROUT:  He put his feet on the desk that he

13  believed belonged to the Speaker of the House of

14  Representatives.  He paused for photos.  He also stole an

15  envelope from the office that was addressed to a United States

16  Congressman, Congressman Billy Long.  And he did all this while

17  staffers from the speaker's office were huddled in a room just

18  down the hall hiding from the rioters while the Vice President

19  was evacuated to a secure location and while the vote

20  certification was suspended as police fought to clear out and

21  resecure the Capitol building from these invaders.

22         Eventually the police found him and made him leave the

23  Speaker's office.

24         But it doesn't end there.  After he took what he

25  wanted from the Speaker's office, the defendant went to another

area of the Capitol called the Rotunda.  The Rotunda is smack in the middle of the building, right in between the Senate and the House of Representatives where Congress was supposed to be meeting to certify the 2020 presidential election results.

In fact, what you will hear is members of Congress, when they meet in a joint session like the certification, they have to physically cross through the Capitol from one chamber to the other walking right through the Rotunda.  But the defendant and other rioters interrupted that.  At about 3:00 p.m. when the defendant was in the Rotunda, this majestic room was filled with rioters.  D.C. Metropolitan police had formed a human blockade to try to prevent these rioters from passing and to clear out the Rotunda, but the defendant did not exit.

You will see in the Rotunda that the defendant who had left his flag in Speaker Pelosi's office repeatedly shouts at the police to go and get his flag for him in the midst of this civil disorder.

Now, bear in mind he's shouting at officers who are attempting to hold a line and clear out the building despite being completely outnumbered.  You will hear from some of these officers at trial.

You will see that as tensions rose the defendant's hand moves closer and closer to that stun gun.  You will hear from the officer who stood face to face with the defendant at

1    this moment.  You will hear how he feared for his life but how

2    he felt that it was his duty to stand his ground and not let

3    the defendant pass.

4           You will also see the defendant threatening the police

5    that he was going to call in reinforcements.  Here is a preview

6    of that.

7           (The videotape was played.)

8           MS. PROUT:  This scene comes to a head when the police

9    and the rioters engage in a pushing match and the defendant

10   apparently gets hit in the face with chemical spray.  After

11   that, he finally decides to leave the building.

12          But once he gets outside, the defendant proudly

13   declares to the world exactly what he had done.

14          (The videotape was played.)

15          MS. PROUT:  The defendant also made sure to tell one

16   last police officer, you all better pick a fucking side.  This

17   is war.  This is no, oh, somebody broke the law.  The fucking

18   communists declared war on us, boys.  I hope you get that.

19          So let's talk briefly about your job as jurors.  At

20   the end of the trial, Judge Cooper will instruct you on the

21   charges against the defendant and on the law that you need to

22   apply.  But it's helpful to know what the defendant has been

23   charged with now so that you know what to listen for as the

24   evidence comes in.

25          The defendant is facing eight charges for what he did

that day.  Count 1 is interfering with the police during a
civil disorder.  Quite simply, there was a violent civil
disorder at the Capitol and the defendant interfered with the
police who were doing their lawful duties during that civil
disorder.

Count 2 charges the defendant with obstructing an
official proceeding.  That charge is for corruptly interfering
with Congress's meeting, and it also includes attempting to
interfere with that meeting and helping others interfere with
the meeting.  In other words, when the defendant and other
rioters invaded the Capitol, Congress had to stop what it was
doing to evacuate the building, evacuate the chambers, and the
official proceeding was suspended until it was safe for them to
return.

And Counts 3 and 4, the defendant is charged with
entering and engaging in disorderly conduct in a restricted
area and doing so with a dangerous weapon.  That's the stun
gun.

Counts 5 through 7 charge the defendant with entering
and engaging in disorderly conduct in specific locations in the
Capitol including in Speaker Pelosi's offices.

And finally, in Count 8, the defendant is charged with
the theft of government property.  That's for the envelope that
he took from Speaker Pelosi's office addressed to a United
States Congressperson.

```
 1              As Judge Cooper will explain to you, we, the
 2    government, myself, Mr. Gordon, Mr. Whitesel, have the burden
 3    to prove these charges to you beyond a reasonable doubt.  And
 4    at the close of the evidence, Mr. Gordon will speak to you and
 5    ask you to find the defendant guilty on all charges.  Thank
 6    you.
 7              THE COURT:  Okay.  Thank you.
 8              And, Mr. Geyer, the defense waives or defers?
 9              MR. GEYER:  Your Honor, the defense is going to
10    reserve its opening.
11              THE COURT:  Very well.
12              MR. GEYER:  Thank you.
13              THE COURT:  Ms. Prout, would you like to call the
14    government's first witness?
15              MS. PROUT:  The government calls Emily Berret.
16              THE COURT:  Ladies and gentlemen, if between witnesses
17    you need to get up and stretch, feel free to do so.
18              Good afternoon, ma'am.
19              THE WITNESS:  Good afternoon.
20              THE COURT:  How are you?  If you could step right up
21    and remain standing and please raise your right hand.
22                              EMILY BERRET
23    Having been first duly sworn on oath, was examined and
24    testified as follows:
25              THE COURTROOM DEPUTY:  Thank you.  You may be seated.
```

```
 1              THE WITNESS:  Thank you.

 2              THE COURT:  Mr. Gordon.

 3              MR. GORDON:  Thank you, Your Honor.

 4                        DIRECT EXAMINATION

 5    BY MR. GORDON:

 6    Q    Good afternoon, Ms. Berret.

 7    A    Hi.

 8    Q    Can you please introduce yourself to the jury.

 9    A    Of course.  Hi.  My name is Emily Berret.  I currently

10    work on the Hill.  I work for a U.S. member, U.S. House of

11    Representatives member.  Right now for Hakeem Jeffries, who is

12    the minority leader of the house, and before that, I worked for

13    Speaker Nancy Pelosi.

14    Q    Ms. Berret, can you give us a bit of a just eighth grade

15    civics lesson.  How is Congress organized?

16    A    Of course.  So the House of -- or the U.S. Congress is

17    comprised of two different houses, the House of Representatives

18    and the Senate.  I work for the House of Representatives, which

19    is comprised of 435 members.  The Senate is comprised of a

20    hundred.  My office is in the U.S. Capitol, but there are also

21    different office buildings within that comprise the Capitol

22    complex.

23              THE COURT:  Ms. Berret, could I ask you to slow down

24    just a little bit.

25              THE WITNESS:  Okay.
```

```
 1              THE COURT:  And before we start, just so the jury has
 2    it clear, could you spell your last name, please.
 3              THE WITNESS:  Of course.  It's B-E-R-R-E-T.
 4              THE COURT:  Thanks.
 5              THE WITNESS:  Thank you.
 6    BY MR. GORDON:
 7    Q    Ms. Berret, you were talking about other office buildings
 8    on the House -- I'm sorry, on the Capitol complex.
 9    A    Yes.
10    Q    What are those other office buildings?
11    A    Each -- the Senate and the House each have different
12    buildings where their staff members and other Congress members
13    reside, where their office spaces are.  But the office space
14    for the speaker, who I worked for at the time, who I worked for
15    and who I work for now, were both in the Capitol building.
16    Q    And you currently work for, you said, Member Hakeem
17    Jeffries?
18    A    That's correct.
19    Q    And what is your role for Congressman Jeffries?
20    A    For Congressman Jeffries, I am the executive director of
21    the transition.  So I am working on his transition from a rank
22    and file member or a nonmember of leadership to a member of
23    leadership.
24    Q    What is his current role?
25    A    He is the House Minority Leader.
```

1    Q    What does it mean to be the Minority Leader?

2    A    The Minority Leader is the party that is not currently in

3    charge of Congress.  So you have the majority party, which is

4    currently led by the republicans, and the minority party, which

5    is led by the democrats.

6    Q    Can you give us just a brief summary of your professional

7    history as an adult.

8    A    Of course.  Of course.  I moved to D.C. about 13 years

9    ago.  I started off as a staff assistant working in the White

10   House under the Obama administration.  I was there for about

11   three years before I transitioned over to the House of

12   Representatives.  I have been in the House for 13 years -- or

13   sorry, for 10 years.  And 9 of those, I worked for Speaker

14   Nancy Pelosi and now for Hakeem Jeffries.

15   Q    So what year did you go to work for Speaker Pelosi?

16   A    2013.

17   Q    And in that year, what job did you have with her office?

18   A    I started off as her executive assistant.

19   Q    What does it mean to be an executive assistant?

20   A    Basically I ran her day-to-day life.  I managed calls, I

21   managed incoming members, correspondence, and really handled

22   her incoming and outgoing.  And really I have always kind of

23   been the person who has been seated right next to her in her

24   office space.

25   Q    And you said you have worked for her for nine years, is

1    that right?

2    A    Yes.

3    Q    Did you stay in the same role for nine years or did your

4    role change?

5    A    I did not stay in the same role, but I stayed in the same

6    office space where I was always just right next to her.  I went

7    from executive assistant to her deputy director of protocol and

8    events.  I then became her director of operations.  And my last

9    role with her was deputy chief of staff.

10   Q    Were you working for her on January 6, 2021?

11   A    I was.

12   Q    And what was your role in her office on that day?

13   A    On that day, I was her director of operations.

14   Q    Can you explain to the jury what it means to be a director

15   of operations?

16   A    Of course.  Of course.  It's really -- the director of

17   operations is -- handles the -- all the incoming, all the

18   outgoing, and basically runs the member's life from everything

19   as little to making sure her scheduling team is managing

20   things, long-term priorities and long-term goals to her

21   executive team that is handling the incoming correspondence

22   she's receiving, incoming phone calls.

23        So anytime, for example, the President would call, that

24   would be run through my shop and run through me and I would

25   make sure the Speaker would get that, and then just making sure

her priorities were always met.  That was my job.  I was her

right-hand woman, and I would just make sure that everything

she wanted was executed.  And that was my job as the director

of operations.

Q    In that role, were you responsible for directing others in

her staff to take actions or to take on work?

A    Yes.  Yes.  I managed pretty much telling all the staff

when we would have large events or there were bills on the

floor and we needed, you know, people to go have meetings with

her or staff needed to brief her.  I was managing all that

incoming.

Q    Now, in the week or so leading up to January 6, 2021, what

were the primary things that you were working on?

A    So at the time, we really had three main priorities.  One

was prepping for the electoral count that was on January 6

prepping for the inauguration on January 20, and then we were

working on the American Rescue Plan to pass COVID relief.

Q    I would like to take those things in turn, but in the

opposite order you just described them.  First, what was the

American Rescue Plan?

A    The American Rescue Plan was one of the legislative

priorities at the time of President Biden -- I'm sorry, of

incoming President Biden, and we were working in a bipartisan

manner to pass COVID relief for everyday Americans.  COVID was

raging, and we really needed to do something legislatively to

help small businesses.  And in that turn, one of the things I
was really working on with the American Rescue Plan and COVID
relief was helping the Speaker's priorities get into that
legislation but also making sure that we were doing all that we
could to help the American people.

Q    In terms of the nitty-gritty, looking back at that time,
what would an average day for you look like?  What were you
actually doing?

A    At that time during the COVID pandemic, my days were very
different than I think a usual day for me because we did not
have a lot of staff in the office.  We had a lot of staff
working from home.  But my priority as being her right-hand
woman was I was there when she was there.  So I would be in the
office extremely early, stay extremely late.  But especially
with ARP, we would have constant member phone calls, we would
have four corner meetings which included the four members of
leadership.  It included the White House Chief of Staff.  It
included the Secretary of Treasury.  It included all the main
players, and we were really working to get, you know, people in
and out so that we could get the legislation passed at that
time.

Q    You used the term four corners.  What does that refer to?

A    That refers to the two Senate leaders, so the majority and
minority leader of the Senate, and then the majority and
minority leader of the House.

```
 1   Q    You said your second big priority at that time was working

 2   on preparing for the inauguration.  Can you explain what you

 3   mean by that?

 4   A    Yes.  So the Speaker in her role was a member of JCCIC,

 5   and that was the Joint Congressional Committee for the

 6   Inauguration.  There are six members of that committee, three

 7   from the Senate, three from the House.  And that committee

 8   planned and executed the events at the Capitol for the

 9   inauguration.

10        So we were doing everything from planning the seating

11   arrangements out on the inaugural platform which were limited

12   due to COVID.  It involved the luncheon.  There's historically

13   a luncheon in the Capitol building for the incoming

14   President-elect and the outgoing.  And then organizing the

15   helicopter that landed on the Capitol grounds for the outgoing

16   President to leave.  Really doing those movements in concert

17   with the White House and the incoming President.

18   Q    What was your specific role in all of that?

19   A    I was the Speaker's designee at that time for JCCIC.  So

20   the Speaker couldn't be in every meeting, so I was in those for

21   her.

22   Q    And the third thing you said was a priority was preparing

23   for the electoral count on January 6?

24   A    Uh-huh.

25   Q    First, can you explain from Congress's operational
```

     1    perspective the significance of January 6?  Why does that date

     2    matter?

     3    A    So that date matters as that is the date set in law to be

     4    the day for the electoral count.  The President and the -- the

     5    President-elect after the election is not the President-elect

     6    until that time.  The certificates need to be certified and

     7    they have to be certified by the House and Senate that come

     8    together on January 6 for a joint session.

     9    Q    Let me take just one step even further back.  So a regular

    10    person might think that on election day, they vote, and whoever

    11    wins on election day is the President or the next President.

    12    Is that not true?

    13    A    That is not true.

    14    Q    Can you explain why that is not true?

    15    A    Because each state has their electors, their slate of

    16    electors that needs to certify the results of the election.

    17    These sometimes take time with some of the states, but each

    18    state sends a slate of electors that submits to the Congress

    19    their votes, and then those votes are counted on January 6.

    20    That is set -- that's the set date, on January 6, to be

    21    certified and to be counted by the House and the Senate.

    22    Q    Prior to 2021, had you worked on the Hill on a prior

    23    January 6 certification at a prior election?

    24    A    Yes.

    25    Q    Which election was that?

```
1   A     For Trump.

2   Q     The 2016 election?

3   A     Yes.

4   Q     And did you work for Speaker Pelosi in 2016 at that time?

5   A     Yes, I did.

6   Q     And what was her role or what was her title at that time?

7   A     I'm trying not to get my dates wrong, but she would have

8   been Speaker.

9   Q     And did you have a similar role in 2016 as you did in

10  20 --

11  A     I was not as hands-on in 2016, so I was more of an

12  observer during that.

13  Q     Later I am going to ask you to compare the two more.

14  A     Of course.

15  Q     But if all that's happening is votes are being counted,

16  what's the big deal?  What did your work or what did the

17  Speaker's office's work entail at that time in preparation for

18  January 6?

19  A     In preparation for that January 6, we -- COVID added extra

20  layers to this.  And we were, and me specifically, was

21  organizing the members that could be on the floor at the time.

22  We were limiting members to the floor because of COVID.  But we

23  also knew that some members were going to object.  We knew that

24  going in.  So our staff was preparing for our members to be

25  able to do -- to be able to be in the debates.
```

1      So we had to coordinate members on the floor, members in

2  the gallery who would stay in their office.  We would have a

3  whole staff plan of who was going to be where so we could

4  ensure that all of our members were being able and actively

5  being able to participate in January 6.

6      And our staff for weeks were preparing every single detail

7  so that when we came into the floor at 1:00 on January 6, that

8  it would be flawless.

9  Q    Why did you say at 1:00?

10  A    1:00 is when the -- January 6 when the electoral count is

11  set, that's the time that is set by, as I know it, by law.

12  Q    Can you explain the mechanics of what was actually

13  supposed to happen beginning at 1:00, like how that

14  certification process was supposed to work.

15  A    Of course.  And going back to 2016, from what I observed

16  previously and in this instance what I knew going in, 1:00,

17  call to order in the House.  The Senate would walk over from

18  the -- their chamber, which is also -- both chambers of the

19  House are on the same floor.  They would walk over from the

20  Senate side into the House chamber, into the House legislative

21  body, walk in.  It's very ceremonial.

22      And then the Vice President is the President of the

23  Senate.  So the President of the Senate, the Vice President,

24  comes to the rostrum and joins the speaker.  It's very

25  ceremonial.  They do the pledge, the prayer, and then the Vice

1    President begins going through the states and begins going

2    through each state one by one and asks if there are any

3    objections.

4         And we keep doing that until we get through all the states

5    until it's certified, and then the President-elect and the Vice

6    President are confirmed.

7    Q    What happens during that process if, you know, the state

8    is announced and someone objects to that state's votes?  What

9    happens next?

10   A    If someone objects, the Vice President asks if there are

11   any objectors.  And a House member's representative usually

12   will get up and then say that they have an objection to the

13   state count.  The Vice President will ask if a Senator has also

14   signed.  It has to be written.  And if a Senator has joined

15   that certification -- or that objection, my apologies.

16        And if that is the case, then we will recess for a period

17   of approximately two hours where the Senate will then -- the

18   Vice President will lead the Senate out back into their

19   chamber.  We will stay in our chamber.  The House will stay in

20   our chamber.  We will debate it.  And then once we have

21   completed debate and certified either the objection or we have

22   certified the current results, we then, the House, will notify

23   the Senate that we have done our process.

24        The Senate will then come back over to the House and we

25   start all over again and continue with the states in order.  So

1    this could take two to three, four hours depending on the

2    length of the debate.

3    Q    Does that process have to happen each time someone objects

4    to a state's slate?

5    A    Yes.

6    Q    Now, looking back in your experience in the 2016 election

7    certification, approximately how long did that certification

8    process take, ballpark?

9    A    Not long, a couple of hours, maybe two to three hours.

10   Q    Were there any interruptions?

11   A    Not that I remember, not that I recall.

12   Q    Any large protests that derailed things?

13   A    No.

14   Q    Anybody invade the Capitol, cause an evacuation?

15   A    No.

16          MR. GORDON:  Ms. Rouhi, can you please display for the

17   witness Government's Exhibit 823.

18          Your Honor, I am going to ask to move 823 into

19   evidence at this time.  I don't believe there is going to be

20   any objection from the defense.

21          MR. McBRIDE:  No objection, Your Honor.

22          THE COURT:  So moved.

23          (Government's 823 received in evidence.)

24          MR. GORDON:  May we please publish to the jury as

25   well?

1          THE COURT:  You may.

2    BY MR. GORDON:

3    Q    Ms. Berret, can you describe what we are looking at in

4    Government's Exhibit 823.

5    A    I can't see it.

6          MR. GORDON:  Ms. Jenkins, can you --

7          THE COURTROOM DEPUTY:  Give me a second.

8          THE COURT:  Can all of you see the monitors okay?

9    Okay.

10   BY MR. GORDON:

11   Q    Ms. Berret, are you able to see 823?

12   A    Yes.

13   Q    Can you tell us what we are looking at there?

14   A    You are looking at the -- this photo is the second floor

15   of the United States Capitol.

16   Q    Now, this floor plan, can you -- your screen should be a

17   touch screen.

18         MR. GORDON:  Is that right, Ms. Jenkins?  Hers has the

19   ability to draw?

20         It does?  Great.

21   BY MR. GORDON:

22   Q    Can you use your finger and can you indicate for us by

23   drawing a box around it where the House of Representatives

24   chamber is?

25   A    It's right over on the side.

```
 1   Q    Can you then draw a box around where the Senate chamber
 2   is?
 3   A    (Indicating.)
 4        THE COURT:  Mr. Gordon, we are going to have to do
 5   this a number of times, I suspect.  If you could just, for the
 6   record, indicate that, in this case, she's drawn the first box
 7   around the chamber -- rectangular chamber on the left side of
 8   the screen and the second box around the rectangular chamber on
 9   the right side of the screen.
10        MR. GORDON:  I will.  Thank you, Your Honor.
11   BY MR. GORDON:
12   Q    Ms. Berret, do you see the circle in the center where
13   Rotunda is written?
14   A    Yes.
15   Q    Can you explain what the Rotunda is.
16   A    The Rotunda is the center of the Capitol.  It is basically
17   the middle between both chambers, and it is the -- when you are
18   standing in it, when you look up, it is the gorgeous pretty
19   much center of the Capitol that has the apotheosis of
20   Washington on the ceiling.  It is -- pretty much when you go
21   into the Capitol, you know you are in the Capitol when you are
22   in the Rotunda.
23   Q    Is the apotheosis of Washington, is that a fresco on the
24   ceiling?
25   A    A fresco on the ceiling, yes.
```

1   Q     There are also other sort of giant paintings on the walls?

2   A     Yes.

3   Q     How do you get from the House chamber to the Senate

4   chamber and back again?

5   A     Straight across.

6   Q     When you are standing in the House chamber, if the door is

7   open, can you see the Senate chamber?

8   A     Yes.  If their doors are open, yes.

9   Q     Can you actually see rostrum to rostrum if both doors are

10  open?

11  A     I don't think I have ever seen them both open, but I know

12  you can look down and see them.

13  Q     When you said the Senators, if there are objections

14  raised, leave the House chamber and walk back to the Senate

15  chamber, debate, and come back again, can you draw with your

16  finger a line the path they walked?

17  A     Yes.  Direct across.

18         MR. GORDON:  Let the record reflect that Ms. Berret

19  has drawn a line basically straight down the middle connecting

20  the two boxes.

21  BY MR. GORDON:

22  Q     Now, Ms. Berret, can you please click the button in the

23  upper right corner and clear the markings you have made so far.

24  A     Yes.

25  Q     Thank you.

1        In this floor plan of the second floor, do you see where

2   you worked?

3   A     Yes.

4   Q     Does Speaker Pelosi have an office on the second floor of

5   the Capitol?

6   A     She does.

7   Q     Is it just one room or is it multiple rooms?

8   A     Multiple rooms.

9   Q     Can you describe the Speaker's office area or suite of

10  offices how it's laid out?

11  A     Of course.  Can I draw?

12  Q     Please.

13  A     Okay.  So this is where her -- sorry, my bad drawing here.

14  Hold on.

15        So that is pretty much the Speaker's suite right here.

16  Q     Hold on for a second.

17        MR. GORDON:  Let the record reflect Ms. Berret has

18  drawn an outline, a perimeter essentially in the shape of an F

19  starting from the upper left-hand corner of the center

20  rectangle of the floor plan covering those offices in that

21  northwest corner.

22        THE WITNESS:  So that second floor suite has a series

23  of rooms that connect, so there are two larger rooms that

24  connect right at the start of the F, and then there's a

25  conference room, the speaker's office and my suite, the

```
 1   executive suite.  There's also a conference room on that floor
 2   and a kitchen.  So that's her main suite in the Capitol.
 3   BY MR. GORDON:
 4   Q    Is one of those rooms where Speaker Pelosi worked every
 5   day?
 6   A    That's correct.
 7   Q    And where was your work area in relation to her work area?
 8   A    Right next to it, connecting.
 9   Q    Did she have a desk in her personal office?
10   A    She did.
11   Q    And did you have a desk in yours?
12   A    Yes.
13   Q    Okay.  Do people sometimes mistake your office for hers?
14   A    No.
15   Q    How about people who have never been there before?
16   A    No.
17   Q    Why is that?
18   A    Her office is pretty clear that it's a very ceremonial,
19   very beautiful office.  My office looked like a work station.
20   Q    All right.  Now, you said there were how many conference
21   rooms in that suite?
22   A    Two.
23   Q    What distinguishes the conference rooms from each other?
24   A    The larger conference room -- can I clear?
25   Q    Yes, please.
```

```
1    A    This larger conference room.

2          MR. GORDON:  Let the record reflect that she's drawn

3    an outline around the upper left-hand corner room, the

4    corner-most room.

5          THE WITNESS:  That conference room is where the

6    Speaker held almost every meeting she would have with members

7    of Congress, with heads of state, that would be where she would

8    hold her meetings so it was very ceremonial.

9          The other conference room over here on that -- on the

10   right side --

11         MR. GORDON:  Let the record reflect Ms. Berret has

12   drawn an outline around an office that is essentially

13   catty-corner from the one before.

14         THE WITNESS:  That second office had no windows, no

15   real distinct markings.  That office was generally used for

16   staff meetings.  At the time it was used by me for some

17   archiving programs I was doing and some other, you know,

18   organizing during COVID.  While we had the time, I took

19   advantage of the conference room.

20         MR. GORDON:  Ms. Rouhi, can we please clear 823.

21         And, Ms. Berret, could you please clear the markings

22   that you made.

23         THE WITNESS:  Yes.

24   BY MR. GORDON:

25   Q    I want to direct your attention to January 6, 2021
```

```
 1   specifically and your memories of your experience that day.

 2   A     Yes.

 3   Q     About what time did you get to work?

 4   A     Probably about 6:30.

 5   Q     In the morning?

 6   A     In the morning, yes.

 7   Q     Why so early?

 8   A     I always love to get in early, but especially on days with

 9   large events, I like to be the first one in to really get

10   things organized.

11   Q     Were you the first one in?

12   A     Yes.

13   Q     When you enter the Capitol, do you have to go through any

14   security proceeding?

15   A     Yes.

16   Q     What did you have to do?

17   A     Well, that day in particular, I did not park in my normal

18   parking spot.  So I parked in one of the garages.  So I went

19   through multiple layers of security to get in.  I had to go

20   through entering the Rayburn garage.  I had to go through a

21   metal detector and go through security at that point showing my

22   ID.  And then I had to walk all the way across to the Capitol

23   where I then went through another checkpoint where I had to go

24   through another mag and -- magnetometer and go through another

25   screening and show my ID.  And then I was able to continue on
```

1  to my office.

2  Q    Now, you said Rayburn.  Are you referring to the Rayburn

3  office building?

4  A    That's correct.

5  Q    Is that one of the office buildings you were referring to

6  earlier that's not the Capitol itself but is on the Capitol

7  grounds?

8  A    That's correct.

9  Q    Could you describe for us, you know, where those office

10  buildings are in relation to the Capitol on the Capitol

11  grounds?

12  A    Of course.  So if the House side -- if the Capitol is

13  right in the center, three buildings are across the street, and

14  it's one, two, three.  They are all next to each other.

15  Q    And does the Senate have a similar set of one, two, three

16  office buildings on its side?

17  A    Yes.

18  Q    What if somebody wasn't coming from Rayburn, if they were

19  just -- or any of the other office buildings, and they just

20  wanted to walk directly into the Capitol.  If you walked into

21  the Capitol, would you have to go through a metal detector?

22  A    Yes.

23  Q    Even you, someone who's worked there for nine years?

24  A    Yes.

25  Q    Even someone who is the director, the right-hand woman for

1    the Speaker of the House, you would have to go through a metal

2    detector?

3    A    Yes.

4    Q    Every time?

5    A    Every time.

6    Q    Do you recognize the people who worked the metal detector?

7    A    Yes.

8    Q    You couldn't say, like, hey, nice to see you again, saw

9    you yesterday, see you tomorrow.  Emily, you know me, can I

10   walk around just this once?

11   A    Never.

12   Q    Is that true for essentially everybody other than members

13   themselves?

14   A    Other than members, yes.

15   Q    Did you ever -- were you ever part of tour groups coming

16   into the Capitol?

17   A    Yes.

18   Q    When a tour group came in, would they have to go through

19   similar metal detectors?

20   A    Yes.

21   Q    Were tour groups coming in or allowed to come in on

22   January 6, 2021?

23   A    No.

24   Q    Can you explain why not.

25   A    During COVID, we shut down all tours.  But on a day like

1    January 6 and similar days of joint sessions, inaugurations,

2    any of these large events, tours are completely shut down.

3    Q    What does that mean, doors are completely shut down?

4    A    No one is allowed, including members of Congress, to bring

5    tour groups into the Capitol because, for example, on

6    January 6, with the Senate walking over to the House, that

7    entire path needs to remain clear, so we would not have tour

8    groups around on that floor.

9    Q    You said you had shut tours down during COVID?

10   A    Uh-huh.

11   Q    Does that stretch all the way back to March of 2020?

12   A    Yes, March or April.

13   Q    Now, so on that day, you walked through that security

14   about 6:30 in the morning, you said?

15   A    Yes.

16   Q    Did you work from Rayburn or did you go into the Capitol

17   itself?

18   A    I went into the Capitol.

19   Q    And into the Speaker suite of offices?

20   A    Yes.

21   Q    Did anything noteworthy happen, let's say, before noon?

22   A    No.

23   Q    Just stay in your office that whole time?

24   A    I stayed in the office or I was helping get badges to some

25   of the Senators' staff.  We limited floor staff at that point,

```
 1   so I was helping McConnell's staff and Schumer's staff and some
 2   of the other Senate leaders with their staff badges, so I was
 3   going in between offices but nothing out of the ordinary.
 4   Q    When you say McConnell's staff, are you referring to then
 5   Senate Majority Leader Mitch McConnell?
 6   A    Yes.
 7   Q    And when you say Schumer's staff, you are referring to
 8   then Senate Minority Leader Chuck Schumer?
 9   A    Yes.
10   Q    Does Speaker Pelosi's suite have windows?
11   A    Yes.
12   Q    During that time before noon, did you look out the
13   windows?
14   A    Yes.
15   Q    Did you see anything that concerned you?
16   A    No.
17   Q    Why not?
18   A    It just looked like a normal day.
19   Q    In what way?
20   A    I would look out the window all the time.  My desk faced
21   the window.  Well, my back faced the window, and I would look
22   out all the time.  But we had scaffolding out on the balcony
23   because we were prepping for the inauguration.  I really didn't
24   look all the way down the mall.  It was a normal day.  I was
25   prepping for my own events.
```

```
 1   Q     In your eight years or nine years prior to that, had you

 2   ever seen large protests outside the Capitol?

 3   A     Yes.

 4   Q     Ever seen any of them become violent?

 5   A     No.

 6   Q     At 1:00 or shortly before, did you leave your office?

 7   A     I did.

 8   Q     Where did you go?

 9   A     I went to the House floor.

10   Q     Why did you do that?

11   A     I was helping prep our staff.  We did a staff meeting on

12   the House --

13           (There was an interruption by the court reporter.)

14           THE WITNESS:  We had a staff meeting on the House

15   floor, so just making sure everyone knew their assignments for

16   the day, just making sure we had all the members on the floor

17   that we needed at that time.  And then I went back to my office

18   to get the Speaker, and then I brought her to the floor right

19   before 1:00.

20   BY MR. GORDON:

21   Q     So on the floor at that time from Speaker Pelosi's office

22   was Speaker Pelosi herself, you, and who, if anyone, else?

23   A     Additional staff members from our office and members of

24   the leadership were on the House floor, and then we had some

25   members of Congress up in the gallery.
```

1    Q    From her -- was the entirety of Speaker Pelosi's staff

2    there with her on the floor?

3    A    No.

4    Q    Approximately how many staff does she have?

5    A    How many in total does she have, or how many did she have

6    that day?

7    Q    How many did she have working at the Capitol that day?

8    A    It was definitely a slimmed down number because of COVID,

9    but I would say we had between 16 to 18 staff members there

10   that day.

11   Q    How many came with you and Speaker Pelosi to the floor

12   itself?

13   A    About five.

14   Q    Where did the other, you know -- where did the remaining

15   people stay or work from?

16   A    So we had some members who were up in the gallery helping

17   those -- some staff members helping those members on the

18   gallery.  We had a lot of members who were in the office who

19   were going about doing the day-to-day work we needed.

20   Q    When you say members, you are referring to staff --

21   A    I'm sorry, staff members.  Staff members in our office who

22   were doing the day-to-day work that we needed to get done.

23   Q    What's the ballpark number of people who remained in the

24   Speaker's suite of offices?

25   A    About eight.

1  Q    Okay.

2         THE COURT:  Mr. Gordon, is this a good time to take a

3  15-minute break?

4         MR. GORDON:  Sure, Your Honor.

5         THE COURT:  We are going to take our afternoon break,

6  ladies and gentlemen, about 15 minutes.  It's about 3:18 now.

7  Let's come back just after 3:30.  No discussions about the

8  case.  No research about the case.

9         (The jury exited the courtroom at 3:18 p.m.)

10        (A recess was taken at 3:18 p.m.)

11        THE COURT:  Mr. Gordon, how long do you think you

12  have?

13        MR. GORDON:  I guess I am probably halfway done with

14  her, Your Honor, but just to be conservative, let's say a third

15  of the way done.

16        THE COURT:  I'm sorry?

17        MR. GORDON:  I'm guessing I'm halfway done with her,

18  but just to be conservative, let's say I'm a third of the way

19  done.

20        THE COURT:  Okay.  Let's get the jury.

21        (The jury entered the courtroom at 3:38 p.m.)

22        THE COURT:  Please be seated, everyone.

23        Mr. Gordon.

24        Ms. Berret, I remind you you are still under oath.

25        MR. GORDON:  Thank you, Your Honor.

1    BY MR. GORDON:

2    Q    Ms. Berret, before we return to the events of January 6,

3    there are a couple of background things I neglected to ask you

4    about that I want to return to.

5    A    Of course.

6    Q    First, if I am taking a tour of the Capitol and I walk

7    through the Rotunda, is there any way I would know that I have

8    arrived at Speaker Pelosi's suite of offices?

9    A    When you come through the Rotunda into Statuary Hall,

10   that's the tour route, so you are going Rotunda -- there's a

11   small Rotunda, Statuary Hall, and then the House floor.  Tours

12   stop at Statuary Hall.  In the small little Rotunda going into

13   Stat Hall, there is a name plate that says Speaker of the House

14   Nancy Pelosi.

15          MR. GORDON:  Your Honor, at this time, I would like to

16   admit Government's Exhibit 151.  I don't believe there will be

17   any objection.

18          THE COURT:  Any objection, Counsel?

19          MR. GEYER:  No, sorry, Your Honor, no objection.

20          THE COURT:  So moved.

21          (Government's 151 received in evidence.)

22   BY MR. GORDON:

23   Q    Now, Ms. Berret, Government's Exhibit 151, is that what

24   you are referring to?

25   A    No.

```
1    Q     So what is this?  What are we looking at in 151?

2    A     So that is -- you are already in the suite.

3    Q     So there's an offices plaque outside?

4    A     Yes.

5    Q     Then in that, you drew that F?

6    A     Yes.

7    Q     So we have walked through the F -- through the sort of

8    main hall of the F at that point?

9    A     You have made it through the main hall and you have

10   turned -- H232 was my office.  H232 was my office.  So you have

11   bypassed the front desk staff assistant, you have passed cops,

12   you're passed security, and you've gotten to my desk, to my

13   office.

14   Q     And this is the plaque that's outside your office?

15   A     Yes.

16   Q     Even though you are not the Speaker?

17   A     Correct.

18   Q     Why is the plaque outside your office then?

19             (There was an interruption by the court reporter.)

20             THE WITNESS:  It symbolizes the office of the speaker

21   of the entire suite.

22   BY MR. GROSS:

23   Q     Could you explain the difference between --

24             MR. GORDON:  And we can take that down.  Thank you.

25
```

```
 1  BY MR. GORDON:

 2  Q    Can you explain the difference between a Speaker or the

 3  Speaker of the House, and the minority or majority leader?

 4  A    So the Speaker is the presiding office or the head or, as

 5  I like to say sometimes, the CEO of the House of

 6  Representatives.  The Speaker is the highest official in

 7  Congress, as that person is the second in line to the

 8  presidency.  So President, Vice President, Speaker, and then

 9  you go to the Senate, then you get to the Senate Pro Tem.  So

10  the speaker is the highest person in that order.

11  Q    So you are saying that if the President -- if something

12  happened to the President and something happened to the Vice

13  President --

14  A    The Speaker would become President.

15  Q    Okay.  Is there any official in the legislative branch

16  that ranks higher than Speaker of the House?

17  A    No.

18  Q    That office suite, does it belong to Nancy Pelosi no

19  matter what role she had in Congress?

20  A    No, it belongs to the House, to the office of the Speaker.

21  Q    So who's in it today?

22  A    McCarthy.

23  Q    Is that Representative -- or Speaker of the House --

24  Speaker of the House of Representatives Kevin McCarthy from

25  California?
```

```
 1   A     Yes, that's correct.

 2   Q     All right.  Now, returning to January 6 specifically.

 3   A     Uh-huh.

 4   Q     I left off before the break, about 1:00 you described

 5   being on the House floor itself.

 6   A     Yes.

 7   Q     What happened at 1:00?

 8   A     At 1:00 the ceremonial procession began.  The Senate

 9   processed from their chamber across the second floor through

10   the Rotunda, Stat Hall, to the House.  The mahogany boxes were

11   leading the way.  Those mahogany boxes had all the

12   certificates, all the votes in those.  The Senate came in, the

13   Vice President took his seat next to the Speaker of the House

14   who was -- she was already up on the rostrum, and then we began

15   the proceedings.

16   Q     Ms. Berret, you used a couple terms there that I want to

17   make sure we had some explanations of.  You said Stat Hall.

18   What is Stat Hall?

19   A     Statuary Hall.  It's the room right off of the Rotunda.

20   So Rotunda, the small Rotunda, Statuary Hall, and then the

21   House chamber.

22   Q     Why is it called Statuary Hall?

23   A     A lot of the statues -- every state gets two statues, and

24   many of those statues reside in Statutory Hall.  It also used

25   to be the old House chamber before the expansion of the
```

Capitol.

Q    And you said the mahogany boxes led the way.  Could you explain that a little bit more.

A    Of course.  So the mahogany boxes are the traditional boxes that are used for the electoral count.  They are locked boxes that have the votes in the boxes.  So they are brought into the chamber, into the House chamber.  And then as states are called, those boxes are opened, and that's where the certificates come from.

Q    If those boxes were stolen or burned or something else happened to them, would we -- what would consequence of that be?

A    I don't quite know, but it would not, to my knowledge, be great.

Q    Can you explain what you mean by that?

A    It would have stopped the certifying of the election of the President and the Vice President if those were stolen.

Q    So the procession occurs, everyone comes in.  At that point, were you aware of any danger?

A    No.

Q    To that point, had things proceeded in the same way as they did four years earlier when you were present for the certification of the election of Donald Trump?

A    That's correct.  Nothing was out of the ordinary at that point.

1    Q    And were you aware that there had been a large rally, you

2    know, near the Capitol earlier that day?

3    A    Yes.  We had watched some of it on TV before the Speaker

4    and I came to the floor.

5    Q    And were you aware of what the general subject matter of

6    that rally was?

7    A    Yes.  It was to stop the certification, to rally his

8    supporters, Trump supporters, to come to the Capitol and

9    protest.

10   Q    Were you familiar with the slogan stop the steal?

11   A    Yes.

12   Q    What did that refer to?

13   A    That the election had been stolen and that somehow Trump

14   supporters were going to stop the steal, stop the election from

15   being stolen from them.

16   Q    Okay.  And was there any relationship between that slogan,

17   stop the steal, and that rally that was taking place earlier?

18   A    Yes.

19   Q    Can you explain what the relationship was?

20   A    It's every sign that you would see or the shouting when we

21   could hear you could hear the shouting of stop the steal.  And

22   we could hear that very loudly inside the chamber.

23   Q    But at 1:00, the procession, you say you didn't perceive

24   any danger?

25   A    No, not at that time.

Q     And why is that?

A     To me, it looked like a normal protest I had seen.  I looked out the window and I was in the Speaker's lobby, which was sort of our entrance into the chamber.  And I looked out the window and I saw groups of protesters.  I have seen that before.  To me, it was nothing out of the ordinary at 1:00.

Q     Describe what happened next.  You know, walk us through what was happening inside the House chamber after the procession was completed.

A     Inside the House chamber, everything was going as planned. Nothing was out of the ordinary to the members, to the Speaker, to anyone in the chamber.  At a certain period, ballpark 1:30-ish, I started noticing our security detail have a -- be on a little bit more on alert.

Q     Let me stop you there.

A     Yes.

Q     Two points.  First you said our security detail.  Who are you referring to?

A     Every leader of Congress, the main leadership has a security detail.  The Speaker of the House as the Speaker and in the line of succession has a security detail.  So her security detail we would call our security detail because they were always with us.

Q     And what law enforcement agency provided the officers or the agents who comprised that security detail?

1    A    The Capitol Police, U.S. Capitol Police.

2    Q    Not the Secret Service?

3    A    Correct.

4    Q    So when you say that you saw the members of your security

5    detail becoming more alert, what do you mean?  Can you be more

6    specific about what you observed?

7    A    Uh-huh.  So one of my jobs as her at that time director of

8    operations, I was our security liaison.  So I would work

9    directly with our sergeants of our team.  And the one sergeant

10   at the time came up to me.  I had walked out of the floor.  The

11   chanting was getting louder.  And he said, there's nothing to

12   be alarmed of at this point, but we are keeping an eye on it.

13        So he asked that I continue to come in and out of the

14   floor so that we could continue to communicate separate from

15   the Sergeant at Arms' office who the Sergeant at Arms office

16   assists with the U.S. Capitol Police but is not the dignitary

17   protection, as we call them, of our security detail.

18        So the sergeant at that time had asked that I just

19   continue to be in touch with him in case, and I had prepped for

20   this with them before, we needed to evacuate the Speaker.

21   Q    You said you had prepped with them before.  What do you

22   mean by that?

23   A    I always knew, although I had never run a drill with them,

24   that if anything were to happen and we needed to take the

25   Speaker out of the Capitol, that we would have certain

```
1    protocols in place so that we would be able to get the Speaker
2    out of the Capitol in a safe manner.  So I had never done the
3    step of actually getting her out in an emergency, but I knew
4    the protocols that would kick into gear if something were to
5    happen.
6    Q    So after the Sergeant at Arms communicated that to you,
7    what happened next?
8    A    The Speaker's staff who were on the floor started to pay
9    more attention to what was going on outside.
10   Q    Could you see what was going on outside from --
11   A    At that point, yes.  At that point -- and I was in
12   communication with -- my deputy at the time was in our office
13   suite.  My deputy had told me through texting and calls that
14   the protesters were starting to come up onto the inaugural
15   platform.
16   Q    Where is that located, the inaugural platform?
17   A    It's right outside of our office suite.  When you get to
18   my office, next to my office is a door that leads out to a
19   balcony, the Speaker's balcony.  And then right below it is
20   where the inaugural platform is.  So it's on the west front of
21   the Capitol.  But to me, it's -- and all I have ever known is
22   it's locked down.  You can't get up there.  So she was -- my
23   deputy was telling me that people were on the inaugural
24   platform.  We knew something was wrong.
25   Q    And you said you -- that was what your deputy was
```

1    communicating, and you said you could see things as well?

2    A    So we could see from the Speaker's lobby, people coming up

3    closer to the doors.

4    Q    Inside the Capitol or --

5    A    Outside, outside the Capitol, to the point that some of

6    the U.S. Capitol Police who were in the Speaker's lobby started

7    taking some of the furniture and barricading the doors.

8         At that point we didn't -- again, I still thought it was a

9    normal -- there was no alarm at that point.

10   Q    Even though they are barricading the doors?

11   A    Yes.

12   Q    Why did you think there was no alarm even if they had

13   already barricaded doors?

14   A    I never could have imagined a breach.

15   Q    Okay.  So explain what happened next.

16   A    So what happened next was the sergeant of my team came

17   back, pulled me off the floor, and he said to me, the next time

18   you see the whites of my eyes, take the Speaker down.

19   Q    What does that mean, take the Speaker down?

20   A    To pull her down from the podium, from the rostrum, and we

21   were going to get her out of the Capitol.  And at that point, I

22   went back onto the floor.  My chief of staff was not there.  My

23   chief of staff was huddling with the Senate leadership staff at

24   that point.

25        I called her and I asked her to come back and I said it

```
1    was urgent.  Anything my sergeant says to me I take as number
2    one priority, so I knew it was urgent.  So I asked her to come
3    back.
4         She came back.  I then went back into the Speaker's lobby.
5    My chief of staff stayed on the floor.  At that time I stepped
6    out and I called my deputy and I said please don't be alarmed
7    yet, I need you to go on lockdown.
8    Q    What does that mean, go on lockdown?
9    A    I asked her to go ahead at this point, lock all the doors
10   in the office suite, and everyone stay together.
11        At that point, all of the staff moved to their office
12   spaces and locked their doors.  At that point I told them it
13   was not alarm to get into what I would call our safe room.
14   Q    Not yet?
15   A    Not yet.  So then I went back out and the sergeant came
16   running at me.  I saw the whites of his eyes, walked in the
17   floor calm, my chief of staff slipped the Speaker a note, and
18   we pulled her down.  We did a quick transfer.  We put another
19   member up at the rostrum so that the session could continue.
20   Q    Why is that important?
21   A    We did not want to stop the proceedings.  And the Speaker
22   as her ability as a presiding officer can designate another
23   member to take over, as you would call it, Speaker Pro Tem, so
24   they could step into her place if she needed to leave.
25        So we got another member up to the rostrum.  We pulled the
```

```
 1   Speaker out into the hallway, and we started running.
 2   Q    So who is the we at that point?
 3   A    The we at that point is myself, the chief of staff, the
 4   Speaker, the Speaker's daughter, and our security detail.
 5   Q    You said you started running?
 6   A    We started running.
 7   Q    Where?  I mean, I don't want you to give us any
 8   information or detail that would compromise security or safety
 9   plans.  When I say where, I don't want a specific location.
10   A    Of course.
11   Q    Generally describe.
12   A    Generally describe, and to back up, on the moment we
13   started running, I called my deputy and I said get into
14   lockdown now, get into the safe room.  So that is when all of
15   our staff started coming out of their office spaces and going
16   into the other conference room, that conference room that I had
17   mentioned was used for my archiving at the time.
18   Q    The one with no windows?
19   A    The one with no windows.  So during that few seconds
20   before we really started running, that is when our staff went
21   into that location.
22   Q    I'm going to stop you there, Ms. Berret.
23            MR. GORDON:  At this time, I would like to put into
24   evidence Government's Exhibit 104.  I don't believe there is
25   any objection from the defense.
```

 1          MR. GEYER:  No objection, Your Honor.

 2          THE COURT:  So moved.

 3          (Government's 104 received in evidence.)

 4   BY MR. GORDON:

 5   Q    All right.  Before we press play on this, Ms. Berret, can

 6   you tell us what we are looking at in the video that's up on

 7   the screen as Government's 104?

 8   A    Of course.  In that F shape, this is the long hallway.

 9   Once you come into that small Rotunda area, you see the Speaker

10   Nancy Pelosi sign and then you come in.  Right before the

11   screen starts is a desk, and that's where our staff assistant

12   sat, welcome you to the office, and then you see other doors to

13   the office suites.  And that double door at the very end of the

14   hall is the other conference room that I had mentioned, not the

15   one the staff went into.

16          MR. GORDON:  Ms. Rouhi, can you please press play.  I

17   am going to ask you to pause at various points.

18          (The videotape was played.)

19          MR. GORDON:  Pause there.

20   BY MR. GORDON:

21   Q    Please don't give us any names, but who are we -- or what

22   kind of person are we looking at in the man with the suit on

23   that we see running?

24   A    These are two members of Speaker Pelosi's staff, and they

25   were in our scheduling department, so they were there on that

1    day.

2            MR. GORDON:  Can you press play, please.

3            (The videotape was played.)

4            MR. GORDON:  Stop here.  Just for the record, stopped

5    at 15 seconds on the video.

6    BY MR. GORDON:

7    Q    What is that room we just saw them go into?

8    A    That is that secondary conference room.

9    Q    Other than the fact that it has no windows, are there any

10   other reasons why you describe it as the safe room?

11   A    It has two double doors, so the first door you go in is a

12   locked door, and then the second door is a more hardened door.

13   I always just knew it as the space if there was a tornado or a

14   weather event, that that is the room that we would go into

15   because it didn't have windows and it had, to my knowledge,

16   secure doors.

17           MR. GORDON:  Ms. Rouhi, if you would please press play

18   again.

19           (The videotape was played.)

20           MR. GORDON:  Pause, please.  Stopped at the 21 second

21   mark.

22   BY MR. GORDON:

23   Q    Are we looking at a staff member here?

24   A    Yes.

25           MR. GORDON:  Press play, please.

```
 1              (The videotape was played.)
 2              MR. GORDON:  24 second mark, we saw another staff
 3    member, and another at 29, another at 32.
 4    BY MR. GORDON:
 5    Q    Are those all staff members?
 6    A    Yes.
 7    Q    And the one at the 37 second mark, also a staff member?
 8    A    Yes.
 9    Q    To your knowledge, is this movement of these staff members
10    in response to your order that they go to the safe room?
11    A    Yes.
12    Q    After you communicated that order, what happened next?
13    A    After I communicated that order, I was with the Speaker,
14    so we started running.  We moved through the Capitol into a
15    tunnel, into the Speaker's detail, into her vehicle.  At the
16    time of us running, I started to know how serious this was
17    because other members of leadership were going past us.  So
18    other members of Congress with security details had also been
19    pulled from the floor at that time.
20         So all of the details were going to their location to get
21    into their vehicles.  So then we all jumped into the Speaker's
22    vehicles and left the building and we headed to our secure
23    location.
24    Q    Did you go to the same secure location as Speaker Pelosi?
25    A    Yes.
```

1   Q    Once you got to the secure location, do you know,

2   ballpark, about what time that was?

3   A    It was probably 2:20, 2:25.  It was very quick.

4   Q    Once you got there, what did you do?  Actually, let me

5   start at the end.  About how long did you stay there?

6   A    We stayed there until approximately 6:40 p.m.

7   Q    Okay.  And the entire time -- and you were there that

8   whole span?

9   A    That whole time.

10  Q    Was Speaker Pelosi with you that whole time?

11  A    That whole time, yes.

12  Q    Now, in that -- can you summarize what you were doing

13  during that four-ish hours?

14  A    Of course.  So during that time, the members of the

15  leadership were all together.  Because this happened so

16  quickly, there was not a lot of staff.  There were not a lot of

17  staff with these members.  So myself and my chief of staff and

18  the very few staff that were there began to execute on phone

19  calls calling the Vice President, connecting all those calls.

20  At that time we realized, when we got there, that the Speaker

21  left her cell phone in the chamber.  So my phone --

22  Q    Like on the rostrum?

23  A    On the rostrum.  So I was the lifeline to everyone.  My

24  cell phone became operation center.

25  Q    Did the Speaker's cell phone have personal phone numbers

 1  of other United States government leaders in it?

 2  A    Yes.

 3  Q    Did it have personal phone numbers of world leaders in it?

 4  A    Yes.  So during that span of time, because my deputy was

 5  hiding and barricaded in a conference room, I had no support.

 6  And luckily for me, Leader Schumer's staff members were not at

 7  the Capitol that day.  Many of their staff was not there.  So

 8  my counterpart in Leader Schumer's office called me and just

 9  said, whatever you need, I'm here for you.

10      So Schumer's staff member and his national security

11  adviser began connecting every phone call for Schumer, for

12  Pelosi, for anyone in that safe house through me.  So I was

13  constantly handing my phone off to them, relaying back to

14  staff, trying to get press releases out.  I was doing all of

15  that on my cell phone.

16  Q    Was that the only cell phone that you owned or used at

17  that time?

18  A    No.

19  Q    How many cell phones did you own and use at that time?

20  A    Two.

21  Q    Was one a work phone and one a personal phone, or was

22  there some other delineation between them?

23  A    That was my work phone, and my personal phone was on my

24  desk.

25  Q    During -- at that safe location or the evacuation

1  location, were there televisions?

2  A    Yes.

3  Q    Were they -- were they on?

4  A    So when we moved into a larger space, we got -- I can't

5  remember what channel it was on, but we got the news on, so we

6  were watching in realtime what was going on.

7  Q    And what did you see?

8  A    At that point, protesters completely taking over the

9  Capitol, the smashing of the windows, everything at that point.

10      During that time, we were also trying to get our staff to

11  a more secure location.  We were trying to get them out of that

12  conference room and to where the members of the floor had been

13  evacuated to one of the other office buildings.

14      So my chief and I were constantly in communication.  We

15  knew at that point there had been a breach of the Capitol, but

16  we did not know at that point it had gotten to our office.  At

17  that point we did not realize they had gotten to the second

18  floor of the Capitol.

19      So we did not understand from the secure location why the

20  Capitol Police could not get to our staff until we started

21  seeing on TV the rioters breaking into the suite so --

22  Q    Let me stop you there.  When you say the suite, do you

23  mean the Speaker's suite?

24  A    The Speaker's suite, yes.

25  Q    You saw on TV rioters breaking into that room?

1  A     Yes.

2  Q     Did you see it live or were you seeing recordings?

3  A     The moment I noticed that they were in the suite was I had

4  just finished connecting a call to the Speaker.  I had not

5  looked up at the TV, and I got a text message on my phone from

6  a lovely man in Canada who sent me some tweets of someone in my

7  office and that person had said I just want to make you aware

8  your phone number is visible.  Here are the tweets.  If you

9  would like me to contact Twitter and help you get your phone

10 number down, I will.

11        At that point, I turned to my chief of staff just

12 exacerbated they had gotten into our office.  And then we

13 started looking at the screen, and then the tweets started

14 coming in of --

15 Q     Now, the phone number you are referring to, is that the

16 work cell phone that you had with you in the safe space or your

17 personal cell phone that you had left in your office?

18 A     The work cell phone that I had on a card on my desk.

19 Q     So that same phone that people were using throughout the

20 leadership of the government to contact Speaker Pelosi, that

21 same phone number was now available on Twitter?

22 A     Yes.

23 Q     Were you also getting essentially phone calls from random

24 people on that phone at that time?

25 A     Yes.

```
 1   Q     Did that interrupt --
 2   A     It interrupted greatly.
 3   Q     Okay.  So tell us what happened next.
 4   A     So at that point, I was getting the photos of someone
 5   sitting at my desk.
 6   Q     What do you mean you were getting photos?
 7   A     Tweets were coming in through staff members, through
 8   friends to my work phone of someone sitting at my desk.
 9             MR. GORDON:  Your Honor, at this time the government
10   submits Government's Exhibit 704 into evidence.
11             MR. GEYER:  No objection, Your Honor.
12             THE COURT:  So moved.
13             (Government's 704 received in evidence.)
14   BY MR. GORDON:
15   Q     Ms. Berret, in Government's Exhibit 704, is that the
16   photograph that you saw?
17   A     Yes.
18   Q     Now, walk us through what we are looking at in this
19   photograph.
20   A     Of course.  So this is my desk.  What you are looking at
21   is on my desk are files of the day.  You can kind of see how in
22   a hurry I had been to get to the floor because I promise I
23   don't ever leave my desk this messy.  But you see the credenza
24   where the American flag is on right now.
25   Q     Ms. Berret, feel free to use your finger to draw.
```

```
1    A    Perfect.  So the circle of the photo that I just put on

2    here, that was a present to the Speaker from John Lewis,

3    Congressman John Lewis, so this credenza was the place I kept

4    gifts or artifacts or things that the Speaker highly valued.

5              MR. GORDON:  Let the record reflect Ms. Berret circled

6    the black and white photograph on the far left of the screen.

7              THE WITNESS:  It is also where I kept her daily

8    materials.  So as I called it, her packet of information and

9    memos and materials the Speaker needed for the next day.  That

10   also included phone numbers of people she needed to call.  That

11   was that credenza.

12             And then if you go to my desk, the files on my desk,

13   those files include basically all the planning and execution

14   for -- and memos for the Speaker.

15             The Speaker's desk is meticulous because I keep

16   everything on my desk that she might need, so --

17   BY MR. GORDON:

18   Q    I'm sorry, go ahead.

19   A    No, please.  So that -- for example, that included phone

20   numbers of conversations the Speaker may have had with a world

21   leader.  I would keep that at my desk in case she might need to

22   reference it.  Another time it would include, in this instance,

23   the planning for January 6, the inauguration, and ARP, American

24   Rescue Plan.

25   Q    Would you consider those materials sensitive?
```

```
1   A      Yes.

2   Q      Can you please clear those markings.

3          I have circled an area in blue.  Can you tell us what we

4   see in the circle in blue?

5   A      That is my personal cell phone.

6   Q      What about the white object that is next to your personal

7   cell phone, what is that?

8   A      That is a note card -- I love to use note cards -- of who

9   received a gallery pass for that day.  So some of the items on

10  my desk, including this congressional field folder, those were

11  the plannings of our office for January 6.

12          MR. GORDON:  Let the record reflect that when I said I

13  drew a circle in blue, referring to drawing a circle around the

14  left side of the desk or the top side as you are looking at the

15  photograph.  Ms. Berret circled a black folder with a gold seal

16  in the bottom or right side of the desk.

17  BY MR. GORDON:

18  Q      I have circled a cabinet in the northwest quadrant.  Can

19  you tell us what that cabinet was used for.

20  A      Of course.  So inside that cabinet are my shoes.  That's

21  where I kept my personal shoe collection.  But on top is that

22  coin rack.  Those are coins that the Speaker has received.  We

23  call them challenge coins.  They typically come from military,

24  from secretaries of defense, from foreign leaders.  I keep them

25  on display at my desk.
```

1    Those file folders are a little more sensitive.  They

2  include -- they would include at that time more personal

3  materials of the Speaker.

4    And then some of the additional stuff not in the filing

5  included letters and notes and other things that I needed to

6  remind myself to do either for the Speaker or with the Speaker.

7  Q    Now, when you saw this photograph, you received it as a

8  tweet, is that right?

9  A    Yes.

10  Q    Was it -- were you on Twitter yourself?  How did that

11  tweet come to you?

12  A    It came to me via a text from someone in Canada.

13  Q    When you saw this photograph, what did you do?

14  A    I took a moment because I panicked as I could see my cell

15  phone, I stepped out of the room with the Speaker, and I called

16  my husband.  And I had warned my husband on the way to the

17  secure location he would not hear from me.  I would talk to him

18  when I could.  So he knew if I was calling him, something had

19  happened.

20    I called him and said, there are photos of my desk.  And

21  he said, I know.  And I said, all of my personal information is

22  there.  My purse is right behind the chair.  It's just out of

23  screen.  All of my credit cards, everything were in there.

24    My personal phone, I was worried, I knew friends were

25  probably texting, as some other photos I had seen, my screen

1    was lit up, so I did know people were texting me.

2         So I asked my husband, I said, I need you to lock

3    everything down, start calling the credit card companies, start

4    calling everything, and do that because I don't know what's

5    about to happen to my stuff, so please do that for me.

6         And then I didn't worry about my stuff again, and I went

7    back into the room and we started more calls.

8         At this time the calls became louder as clearly we knew

9    our personal spaces were being violated.

10   Q    That American flag that we see on the credenza, was that

11   one of Speaker Pelosi's possessions?

12   A    No.

13   Q    Was that there when you left your office that morning?

14   A    No.

15   Q    Now, during this time when you discovered that the office

16   had been breached, were you in communication with your

17   colleagues who were in the safe room?

18   A    Yes.

19   Q    And how were you in communication with them?

20   A    We were in communication via text only.

21   Q    Why?  Why only text?

22   A    The first door to the conference room had been broken, so

23   we knew it was bad.  At that point they could hear all the

24   rioters, and the rioters had gone to that second door and were

25   banging on the door.

1    At that time the staff in that room had turned off all the

2  lights.  They all had hidden under the table.  All their cell

3  phones were on silent.  And they just waited there.  So we were

4  texting them, letting them know someone was coming.  We were --

5  that's what we thought.  We were hoping we could get them out

6  as quickly as possible.  We were getting -- my chief of staff

7  and I were getting very panicked texts from the people in the

8  conference room that that second door was going to be breached

9  and they did not know what to do.

10 Q    Were you responsible for the safety of those people in

11 your role?

12 A    Yes.

13 Q    Knowing that one of the doors had already been broken and

14 that you had five to eight staff members hiding in that room,

15 what steps were you taking to try to keep them safe?

16 A    Trying as much as I could to tell them everything would be

17 okay not knowing what would happen.  Some of our security

18 detail were still at the Capitol and trying to figure out how

19 to get to them.  Our security team with us at the secure

20 location were in constant communication with us about what was

21 going on and what they were trying to do to get them out.

22    To us, it was a very bleak situation, but I could not tell

23 them that.

24 Q    What do you mean it was a bleak situation?

25 A    They couldn't get to them.  The Capitol Police just could

1   not get through the rioters.  They could not hold them back.

2   They just -- they had completely swarmed that suite, and the

3   Capitol Police could not find a way to get to them at that

4   time.

5   Q    Were you in communication with those staff members at the

6   same time that you were seeing this photograph?

7   A    Yes.

8   Q    What did you do next?

9   A    I went back to work.  I went back to calling and doing as

10  much as I could with the Speaker and with the other members to

11  get the Capitol Police help.

12  Q    Do you know sort of approximately how long into your time

13  in that safe room you saw this photograph and were engaged in

14  the texts and the calls that you are talking about now?

15  A    I don't know the exact time, but it felt pretty early on

16  to when we were in the safe room.

17  Q    If you had to give us your best guess, what would you say?

18  A    After 2:00 -- like 2:30 probably.

19  Q    So within the first 15 minutes you were there?

20  A    Yeah.

21  Q    Did anything else significant happen for you over the

22  course of the next few hours, or was it sort of more of the

23  same?

24  A    It was more of the same.  More of the same with the phone

25  calls, more of the same of trying to find out what was going on

1    on the Hill.  At some point we were able to push -- the Capitol

2    Police were able to push the rioters out of the suite, and we

3    were able to get our staff out of the conference room into a

4    secure location.

5    Q    When you -- and you said you left the safe room, say,

6    approximately 6:45, is that right?

7    A    Yes.

8    Q    Where did you go after that?

9    A    All of the members of leadership all returned to the

10   Capitol together and they went directly to where the members

11   had been holding in their own secure location in one of the

12   office buildings.

13         So they had all gone there.  And then we knew we needed to

14   get the Speaker prepped to go back onto the floor, so myself

15   and two other --

16   Q    Let me stop you there.

17   A    Sorry.

18   Q    Why would the Speaker need to go back onto the floor, for

19   what purpose?

20   A    To continue the certification.  We were going back into

21   session that evening.  The floor had been cleaned to the best

22   of its ability, but we were going back that evening to certify

23   the results.

24   Q    And so what did that involve for you?  So you come back,

25   you meet up with the other members, and then what?

```
 1   A     And then I needed to come back, find out what shape the
 2   office was in, and see if she could even work from her office.
 3         So I came back to the office suite with two of my
 4   coworkers.  And one of my coworkers was -- we had gone into the
 5   Speaker's office.  There's glass everywhere.  And he was
 6   sweeping up the glass.  And we just started to clean her office
 7   and put it back together as best as we could.
 8   Q     The broken glass, could you tell where it had come from?
 9   A     The mirror, the mirror in her office had been smashed.
10   Q     What, if any, other damage or disarray did you see?
11   A     I started taking inventory of anything that was stolen in
12   her office.
13   Q     Were things stolen?
14   A     Yes.  Yes.  A lot of things had been stolen from her
15   office including some very personal belongings to the Speaker.
16   Q     Were any sensitive materials stolen?
17   A     Not that I could tell at that time.  And then I went to my
18   office and I looked at the damage.  I had noticed things that
19   were stolen or missing.  And I tried the best that I could to
20   clean up my desk.
21   Q     What did you see at your desk or near your desk, what
22   damage or disarray, if any?
23   A     There was a lot of blood.  That flag was there.  That flag
24   was in that same location, and there was blood over it, all
25   over it.  And then on my desk I found two threatening notes
```

1    that had been left there.  One of the envelopes that was to

2    remind myself of something we needed to get done, and that's

3    also when I had received footage of the second envelope that

4    had been taken from my desk.

5           MR. GORDON:  Your Honor, at this time, I would like to

6    admit into evidence and publish what's previously marked as

7    Government's 702, 704 through 709, and 720 through 722.  And

8    again, I don't expect there's any objection from the defense.

9           MR. GEYER:  No objections, Your Honor.

10          THE COURT:  Ms. Jenkins, did you get all of that?

11          THE COURTROOM DEPUTY:  Yes.

12          MR. GORDON:  I can say them again if I need to.

13          THE COURTROOM DEPUTY:  No.

14          MR. GORDON:  All right.  Can we start with 702,

15   please.

16          THE COURT:  So moved.

17          (Government's 702, 704-709 and 720-722 received in

18   evidence.)

19          MR. GORDON:  Thank you, Your Honor.  I apologize.

20   BY MR. GORDON:

21   Q    Ms. Berret, can you explain to us, what are we looking at

22   in Government's Exhibit 702?

23   A    So this is the second door.  When you walk into the

24   Speaker's suite, this is the senior staff office.  So this

25   office had four of our staff -- five of our staff members in

1   it.  And this is one of my colleagues' desks and the couch next

2   to it.

3   Q    Now, without being able to see the face, do you recognize

4   the clothing of the person whose feet are up on that desk?

5   A    Yes.

6   Q    Why do you recognize that clothing?

7   A    Because of the photos I had been sent.

8   Q    Is that the same as the person in Government's 704?

9   A    Yes.

10        MR. GORDON:  All right.  Now, can we have 704 again.

11        And now 705, please.

12   BY MR. GORDON:

13   Q    What do we see in 705?

14   A    The same photo.

15   Q    I have drawn a rectangle around an item sticking out of

16   the person's --

17        MR. GEYER:  Objection, Your Honor.

18        THE COURT:  Let's hear the question.

19        MR. GEYER:  Here or --

20        THE COURT:  Wait.  Let's go to the phone.

21        (The following was heard sidebar.)

22        MR. GEYER:  Your Honor, I don't know what her basis is

23   for having any idea about what's on his belt.  It's not clear

24   from the picture.  She evacuated a long time before the arrival

25   of Mr. Barnett and returned long after.

1          THE COURT:  Counsel, where are you going with it?

2          MR. GORDON:  I am going to ask her if she recognizes

3    it.  I expect she's going to say no because I am going to ask

4    her if it's hers or something that was in the office.

5          THE COURT:  That's fine.

6          (The following was heard in open court.)

7    BY MR. GORDON:

8    Q    Ms. Berret, do you recognize the item that I have drawn a

9    blue rectangle around that appears to be sticking out of the

10   person's belt?

11   A    I do not.

12   Q    Does that appear to be anything that was in the Speaker's

13   office suite that you knew of?

14   A    No.

15         MR. GORDON:  Can I have 705, please.  That was 705.

16   May I have 706, please.

17   BY MR. GORDON:

18   Q    Ms. Berret, what are we looking at in 706?

19   A    You are looking at the same man at my desk and a letter

20   that he had taken from my desk.

21   Q    Can you tell us, first of all, what is that letter?

22   A    So that letter -- around the holidays, we send holiday

23   letters and chocolates to every member.  It's the Speaker's

24   thing.  She loves to do it.  And when the Speaker was gone for

25   holiday break, some other members had sent her some gifts.  So

1    this envelope and a few others I had at the credenza were

2    reminders to me to have the Speaker send a thank you.

3    Q    Was there a thank you note inside that envelope at that

4    time?

5    A    No, just a blank envelope.

6    Q    Was that envelope on your desk when you left your office

7    for the last time that morning?

8    A    No.

9    Q    Where was it?

10   A    Can we go back to 705, and I can show it?

11          MR. GORDON:  Please, Ms. Rouhi, can you help?

12          THE WITNESS:  If I want to draw, it was underneath

13   that charging port.

14          MR. GORDON:  Just let the record reflect that

15   Ms. Berret's drawn a circle on the credenza behind the back of

16   the person sitting at the desk in 705, and the circle is behind

17   the display case for the challenge coins.

18   BY MR. GORDON:

19   Q    So the envelope is underneath the charger?

20   A    That's correct.

21   Q    Was it visible?

22   A    Not unless you stood up and looked from on top.

23   Q    Was it the only envelope in that location?

24   A    No.  There were about five others.

25          MR. GORDON:  Back to 706, please.

BY MR. GORDON:

Q    Now, the person sitting at the desk is holding a cell phone.  Is that your cell phone?

A    That is not.

Q    Okay.  Can you tell us what we are looking at through the doorway where the person with the red sweatshirt is standing?

A    Through the doorway where that person is standing is the Speaker's desk.  That is the Speaker's office that we are looking into.  As you can see, I sit pretty much right next to her.

        MR. GORDON:  707, please.

BY MR. GORDON:

Q    What are we looking at in 707?

A    Pretty much the same view of that office suite.

        MR. GORDON:  708, please.

        And then 709.

BY MR. GORDON:

Q    All right.  When you had left your office that morning, had there been blood anywhere in your desk area?

A    No.

Q    Any broken glass, anything like that?

A    No.

Q    Besides the personal items you mentioned that were stolen, the broken glass and the blood, what else, if~anything, did you see sort of in the aftermath when you returned to the office --

```
 1   I'm sorry, and also don't get into the notes.  We will leave
 2   those.
 3   A    So mostly I noticed all the blood, but there were also two
 4   picture frames that had been pulled down from the wall that had
 5   some swear words written on them.  So those were the very first
 6   thing I put back on the wall.  And I did an inventory to see
 7   kind of what else had been taken from my office suite, but it
 8   seemed as almost all of the damage had been to the Speaker's
 9   office.
10              MR. GORDON:  May I have 720, please?
11   BY MR. GORDON:
12   Q    What do we see in 720?
13   A    So in this photo, you can see my phone lit up in there, so
14   the people texting me, checking in, you see some of the notes
15   more clearly that had been left at my desk.  Also in this
16   photo, to point out some of the artwork and some of the other
17   pieces in here, I am going to circle -- that piece of art is a
18   work of art from the Smithsonian.  The piece of art through the
19   window is on loan to the House from the de Young museum in
20   California.  These were some, to me, priceless pieces of work
21   in these office spaces that the House curator, the people who
22   handle these artifacts, would come in and check in on us almost
23   biweekly to make sure we had not damaged.
24              MR. GORDON:  And just let the record reflect that
25   Ms. Berret drew circles around pieces of art on the far upper
```

1    left of the screen through the doorway in the middle of the

2    screen, and I had drawn a circle around the cell phone on the

3    desk at the very bottom center of the screen.

4           721, please.

5    BY MR. GORDON:

6    Q    All right.  What do we see in 721?

7    A    A similar view, but at this point, you see a few other

8    additions to my desk and just things had been moved around.

9    Q    I've drawn a blue box around an item hanging from the

10   defendant's belt loop.  Do you recognize that item?

11   A    No.

12   Q    Was that anything that was in the Speaker's suite or near

13   your desk when you left it?

14   A    No.

15          MR. GORDON:  And 722, please.

16   BY MR. GORDON:

17   Q    Do we see anything noteworthy in 722 that you haven't

18   pointed out in one of the previous photographs?

19   A    The only other thing you could see here is my purse, kind

20   of the circle right there.  And you could see where the -- you

21   could see a better angle of where the note cards had been --

22   where the envelopes had been.

23   Q    And is that the item that I drew a circle around in blue?

24   A    Yes.

25          MR. GORDON:  So let the record reflect I drew that

```
 1   around a black rectangular object behind the challenge coin
 2   display.
 3   BY MR. GORDON:
 4   Q    And it's under that that the envelopes were?
 5   A    Correct.
 6   Q    Including the one you saw the person holding in the
 7   previous photographs?
 8   A    That's correct.
 9        MR. GORDON:  At this time, Your Honor, I would like to
10   introduce Government's Exhibit 395.  It's a video.  I don't
11   anticipate any objection from the defense.
12        MR. GEYER:  No objection, Your Honor.
13        THE COURT:  So moved.
14        (Government's 395 received in evidence.)
15        MR. GORDON:  I am beginning the video at the 48
16   minutes and 40 second mark in the video, which is not the time
17   stamp that refers to the video's time.
18   BY MR. GORDON:
19   Q    Ms. Berret, as we are getting this cued up, as we play
20   this video, I am going to asking you to narrate for the jury
21   what they are looking at, what areas of the Capitol that they
22   can see.
23        THE COURTROOM DEPUTY:  Counsel, you can't speak.  The
24   court reporter will have trouble.
25        MR. GORDON:  Scratch that for the kindness of the
```

1    court reporter.  What we are going to do is pause it

2    periodically rather than have you talk over the audio and the

3    video.

4              THE WITNESS:  Okay.

5              MR. GORDON:  Going to press play now.

6              (The videotape was played.)

7              MR. GORDON:  Pause, please.

8    BY MR. GORDON:

9    Q    Just to orient us, can you describe where we are in the

10   Capitol at this point in the video?

11   A    So at that point, you are on the second floor and you are

12   in that small Rotunda area that I mentioned is between the

13   Rotunda and Statuary Hall.

14   Q    So the mini Rotunda between the big Rotunda and --

15   A    Yes.

16             MR. GORDON:  Ms. Rouhi, continue, please.

17             (The videotape was played.)

18             MR. GORDON:  Pause, please.

19             If you could rewind like two seconds.

20             (The videotape was played.)

21   BY MR. GORDON:

22   Q    We may have missed it, but there was a glimpse a few

23   seconds before in the far left of a white room with a big

24   painting on the wall.

25   A    That was the Rotunda.

```
 1   Q    Okay.  That's the main Rotunda, correct?

 2   A    The main Rotunda, yes.

 3        MR. GORDON:  Ms. Rouhi, you can continue from here.

 4   It's okay.

 5             (The videotape was played.)

 6        MR. GORDON:  Pause, please.

 7   BY MR. GORDON:

 8   Q    I have stopped at 49:21.  Can you describe for us what we

 9   are looking at in 49:21?

10        THE COURT:  If you could just pause for a moment.

11             Ladies and gentlemen, throughout the week, I suspect

12   you are going to see a number of video clips.  If the video

13   clips admitted into evidence, you will have them back in the

14   jury room for deliberation.  So for those of you who are taking

15   notes or memorizing, there will be two dates on these videos.

16   One is the date that Mr. Gordon just referred to at the bottom,

17   which is the date of the clip -- or I'm sorry, the time of the

18   clip, but then there may be a date stamp on the original video

19   that gives a time of day.

20             And so just for the sake of clarity, keep in mind that

21   there are two different numbers that counsel may or may not be

22   referring to as they play these videos.  Okay?

23        MR. GORDON:  Thank you, Your Honor.

24             And for this video, I'm going to be exclusively

25   referring to the video's time stamp and not the time of day.
```

BY MR. GORDON:

Q    I stopped this one at 49:21.  So, Ms. Berret, can you tell

us what we are looking at at this paused moment.

A    So this is, you are directly seeing the front desk of the

office, so that is where one of our staff assistants sits.  And

that is the long hallway, the start of the F into the office

suite.

Q    Okay.

        MR. GORDON:  Continue, please, Ms. Rouhi.

        (The videotape was played.)

        MR. GORDON:  Pause, please.

BY MR. GORDON:

Q    What room is this?

A    That's the senior staff office, that first -- the first

and second door when you come into the suite.

Q    When I showed you the photo that was 702 with the person's

feet on the desk but the face blocked by a flag, is that this

room?

A    That's that room, yes.

        MR. GORDON:  Continue, please.

        (The videotape was played.)

        MR. GORDON:  Pause, please.

BY MR. GORDON:

Q    I want you to listen for a deep-ish voice talking off

screen and tell me if you recognize that voice.

```
 1   A    Okay.

 2            MR. GORDON:  Continue, please.

 3            (The videotape was played.)

 4            MR. GORDON:  Pause, please.

 5   BY MR. GORDON:

 6   Q    Half a second ago, we saw a glimpse of another room to the

 7   right.  What room is that?

 8   A    That's our scheduling office.

 9            MR. GORDON:  Press play, please.

10            (The videotape was played.)

11            MR. GORDON:  Pause.  Oop, go back a millisecond.

12            (The videotape was played.)

13   BY MR. GORDON:

14   Q    Okay.  First I asked you to listen to that for a voice.

15   Do you recognize that voice?

16   A    Yes.

17   Q    Why do you recognize that voice?

18   A    Because it's the same voice in the video of the defendant

19   holding the envelope.

20   Q    You have seen another video that I haven't shown you yet

21   in court today?

22   A    Correct.

23   Q    Do you recognize the person that is shown at 49:50 where I

24   have paused it?

25   A    Yes.
```

1   Q     Why do you recognize that person?

2   A     Because that's the same person at my desk.

3   Q     Is that your desk where he's sitting at this moment?

4   A     No.

5              MR. GORDON:  Continue, please.

6              (The videotape was played.)

7              MR. GORDON:  Pause.

8   BY MR. GORDON:

9   Q     Can you tell us what room -- are we still in that same

10  room as before or have we moved to a different room?

11  A     You have moved from the senior staff office to the

12  scheduling office.  You are in the scheduling office right now.

13  Q     Okay.  For the record, that's at 50 and 18.

14  A     Uh-huh.

15             MR. GORDON:  Continue, please.

16             (The videotape was played.)

17             MR. GORDON:  Pause, please.

18  BY MR. GORDON:

19  Q     50:35, where are we now?

20  A     In the Speaker's actual office.

21  Q     And through that doorway that we are looking at at this

22  moment, is that where your office is?

23  A     Yes, that's correct.

24             MR. GORDON:  Continue, please.

25             (The videotape was played.)

```
 1              MR. GORDON:  Pause, please.

 2   BY MR. GORDON:

 3   Q    All right.  I have stopped at 51:31.  At that point, have

 4   we now exited Speaker Pelosi's office suite?

 5   A    Yes.  You are coming out into the small Rotunda at that

 6   point.

 7              MR. GORDON:  Okay.  And, Ms. Rouhi, could you please

 8   play about 20 seconds more, and then we will stop.

 9              (The videotape was played.)

10              MR. GORDON:  Stop, please.

11   BY MR. GORDON:

12   Q    I stopped at 51:54.  Are we now in the main Rotunda?

13   A    Yes.

14   Q    It might look far in the map.  In sort of a real-world

15   experience, about how far is it from the end of Speaker

16   Pelosi's office to the Rotunda?

17   A    It's extremely close.  Everything is extremely close.

18   Q    Ballpark number of feet or how many seconds it takes you

19   to walk from --

20   A    Less than five seconds.

21              MR. GORDON:  All right.  Will you take that down,

22   please, Ms. Rouhi.

23              And, Your Honor, I can, by the way, stop at any point

24   you want to for today, or I can keep going, try to wrap up the

25   witness, whatever your preference is.
```

```
1              THE COURT:  How much longer do you think you have?

2              MR. GORDON:  I think I have probably 10-ish minutes,

3    maybe 15.

4              THE COURT:  Okay.

5              Ladies and gentlemen, I may pose this question to you

6    on many of the trial days.  Another ten minutes okay?

7              JURORS:  (Nodding head.)

8              THE COURT:  Okay.  Why don't you wrap up, and then we

9    will start fresh tomorrow.

10             MR. GORDON:  Will do.

11   BY MR. GORDON:

12   Q    Ms. Berret, that video we just watched, did that better

13   reflect -- or let's say this.  How did the way your office

14   appeared in that video compare to how it looked when you found

15   it or when you came back to it later?

16   A    You could see the broken glass in that video.  You could

17   see some of the notes had been left.  But when we came back, it

18   just was completely trashed, completely.  Files everywhere,

19   glass broken, everything smashed in the kitchen, doors flung

20   open, doors broken.  The video doesn't do any justice to the

21   amount of damage we came back to.

22             MR. GORDON:  Government's Exhibit 731, please, admit

23   that into evidence.  I don't believe there's going to be any

24   objection.

25             MR. GEYER:  No objection, Your Honor.
```

```
 1              THE COURT:  So moved.
 2              (Government's 731 received in evidence.)
 3   BY MR. GORDON:
 4   Q    Could you tell us what we are looking at in
 5   Government's 731.
 6   A    You are looking at the same envelope that was on my
 7   credenza that the defendant was holding at my desk.
 8   Q    Where is he now?
 9   A    Outside of the Capitol.  This is near the inaugural
10   platform.
11   Q    Who is the Honorable Billy Long?
12   A    He is a republican member of Congress.
13   Q    So Speaker Pelosi sends chocolates to republicans too?
14   A    Yes.  They are -- the Speaker and Billy Long are, I would
15   say, genuine friends, so yes.
16   Q    How do you get those envelopes?
17   A    There's an entire franking system we have to go through
18   which basically allows members of Congress to send mail -- I
19   won't go into all of franking because, to be honest, I don't
20   quite understand it, but it's a way that members of Congress
21   can send letters through the mail.  We don't have to worry
22   about postage.  It's an entire franking system that they have.
23   I have to get these specially made.  It's a whole process to
24   actually get these envelopes.
25   Q    So you can't just go down to CVS and buy an envelope and
```

1   stamp her signature on the corner?

2   A    No.

3   Q    Would you characterize this envelope, once you have

4   acquired it, as Speaker Pelosi's personal property or

5   government property?

6   A    Government property.

7   Q    Can you explain why.

8   A    Because it's -- the Speaker is sending these in her

9   official capacity as the Speaker of the House, as a member of

10  Congress.  To me, sending these letters and sending via these

11  envelopes is sending them on behalf of the government.

12  Q    If I wanted one, could I, like, buy it from you?

13  A    No.

14  Q    What if I gave you a quarter?  A quarter's got to be worth

15  more than an envelope, right?

16  A    I don't even know how much they are worth, to be honest,

17  but I have never known of selling these or giving them away to

18  people.  I have just always known we send these for official

19  reasons only.

20  Q    Does she ever give them away as souvenirs or Christmas

21  presents or anything like that?

22  A    No.

23       MR. GORDON:  I would like at this time to admit

24  Government's Exhibit 703.  Again, I don't expect a defense

25  objection.

```
 1              MR. GEYER:  No objection, Your Honor.
 2              THE COURT:  So moved.
 3              (Government's 703 received in evidence.)
 4   BY MR. GORDON:
 5   Q    Do you recognize the person pictured in 703?
 6   A    Yes.
 7   Q    And who is that?
 8   A    The defendant.
 9   Q    And how do you recognize him?
10   A    The same person at my desk.
11   Q    Can you tell from this picture where he is standing?
12   A    Near the Washington Monument.
13   Q    Is that the object that I have drawn an L around in the
14   upper right-hand corner?
15   A    Yes.
16   Q    Now, the flag that you see him holding in this picture,
17   how does the size of that flag compare to the size of the flag
18   that you saw on your credenza?
19   A    Exact same.
20   Q    The flag that you saw on the credenza, you said it was
21   still there when you came back?
22   A    That's correct.
23   Q    Was the flag loose or was it attached to something?
24   A    The flag was loose.  I do not recall if it was attached to
25   something, but again, I was not looking that closely.
```

1          MR. GORDON:  Okay.  And now I would like to move in

2    Government's Exhibits 152 through 155 which, again, I don't

3    expect there to be an objection to.

4          MR. GEYER:  No objection, Your Honor.

5          THE COURT:  So moved.

6          (Government's 152-155 received in evidence.)

7    BY MR. GORDON:

8    Q    What are we looking at in 152?

9    A    This is the doorway leading into my office from the

10   hallway.

11   Q    Is that your desk in the sort of back of the photograph?

12   A    Yes.

13   Q    All right.

14         MR. GORDON:  153, please.

15   BY MR. GORDON:

16   Q    What are we looking at in 153?

17   A    These were the files and additional items that were on my

18   desk that we had moved from my desk to this coffee table.

19   Q    So they weren't here when you came in?

20   A    Correct.  Correct.  They were on my desk when I came in.

21   Q    What did you -- when you came in and you said you found

22   everything the way you have described it already, you said you

23   started cleaning up.  What does that mean?  What did you

24   actually do?

25   A    So the first thing I did was I moved my chair into the

```
 1   hallway and decided to have a standing desk because there was
 2   blood on the chair.  There was blood on the flag on the
 3   credenza and on my desk.  So I started cleaning, found some
 4   Lysol wipes and started wiping everything down, and then I
 5   threw out these letters.
 6   Q    Did you find a quarter on your desk?
 7   A    Yes.
 8   Q    What did you do with that?
 9   A    I threw it out.
10   Q    Why?
11   A    Just cleaned my desk so I could get back to work.
12   Q    Had it been there when you left your office?
13   A    No.
14   Q    The papers and things you found at your desk that weren't
15   yours, what did you do with those?
16   A    I threw them out.
17   Q    Did at some point you pull them out of the trash?
18   A    Yes.
19   Q    Why did you do that?
20   A    Because I had realized I had thrown out some things I
21   probably should not have.  And the FBI at that point had come
22   back into the office and asked where these items were as the
23   FBI had seen them in the photos as well so they knew they
24   existed.  So I pulled them out of the trash.  And that is why
25   one of them is a little wet.
```

```
 1   Q    Why do you say you did something with them you shouldn't
 2   have?
 3   A    To me, I've watched enough shows, crime shows, that I knew
 4   you don't want to dispose of evidence, but at that point, I was
 5   just so ready to get back to work and I needed to clean my desk
 6   that I threw them out.
 7             MR. GORDON:  154, please.
 8   BY MR. GORDON:
 9   Q    What do we see in 154?
10   A    So these are the notes that were left on my desk.
11   Q    All right.  Now, I would like you to go left to right.  So
12   starting with the blue envelope on the left, can you read to
13   the jury what's written on that envelope?
14   A    You will never steal this country.
15   Q    Can you read what's written on the letter in the middle?
16   A    I can't read the name, but that was to another member of
17   Congress.
18   Q    And how about what's written on that letter in black
19   writing?
20   A    The first are the two other members of our leadership,
21   Hoyer and Clyburn.  That was my writing.  The other handwriting
22   is not mine.  And that's, hey, Nancy, Bigo was here, biotch.
23   Q    So I'm drawing a circle around the blue writing in the
24   upper left-hand corner of the white note.  That's what you say
25   is your handwriting?
```

1   A      Yes.

2   Q      Is any of the rest of this your handwriting?

3   A      No.

4   Q      How about what's on the sort of wet manila envelope?

5   A      We will not back down.

6   Q      And what about the upside down envelope that we see, can

7   you explain the significance of that?  Why did you put that on

8   the coffee table?

9   A      That was another envelope that I had back on my credenza

10  that had been taken off the credenza and was on my desk, and

11  then when I had thrown it out, I pulled it out of the trash and

12  put it here.

13          MR. GORDON:  And 155, please.

14  BY MR. GORDON:

15  Q      Is that just a closeup of the letter you saw before?

16  A      Uh-huh.

17  Q      Do you -- have you ever heard the word biotch?

18  A      Yes.

19  Q      What do understand that to mean?

20  A      A slang word for bitch.

21  Q      Do you understand there to be any meaningful difference

22  between the two words?

23  A      No.

24  Q      Have you been called both of them?

25  A      Yes.

 1            MR. GORDON:  Take that down, please.

 2     BY MR. GORDON:

 3     Q    Ms. Berret, can you walk us through sort of an overview or

 4     summary of what the rest of your evening looked like after you

 5     cleaned your office?

 6     A    Uh-huh.  So the rest of the evening, we got back to her

 7     office, the Speaker's office, we prepared her remarks for when

 8     she went back onto the House floor, we reconvened at 9:00 on

 9     the House floor, and we started again.  We continued down the

10     line of the states, of the objectors, all of that.  I stayed

11     throughout the night.  I think we left 3:30, 4:00 in the

12     morning when everything had been done.

13            But during that time when the Speaker was on the floor, I

14     came back to the office to talk to the staff.  Again, they were

15     my priority and I felt responsible for them being in that

16     conference room.  So I went back and talked to them, relayed if

17     any of you would like to go home, go home.  You do not need to

18     be here.  You suffered an incredible trauma, go home.  Everyone

19     stayed until everything was done.  No one went home.  We all

20     wanted to be together.

21            At that time I went back to my desk, and in another photo

22     that had been posted on Twitter, there were some additional

23     phone numbers that had been leaked from my desk, my phone

24     number, my chief of staff's phone number, and then two phone

25     numbers of very prominent women that I wanted to call.  One of

1    them was Wendy Sherman who is now the Deputy Director of the

2    State Department.

3        And I called her at 11:00 and I apologized.  I called to

4    apologize and say I am so sorry that I had your phone number on

5    my desk.  And she told me to stop.  And she, you know, wanted

6    me to know it was not my fault that someone had broken into my

7    personal space, into my office, into my desk, and had taken

8    photos of that space and violated my personal property.

9        I also called then another phone number that was out there

10   of the Director of White House Presidential Personnel at that

11   time.  I again called her and apologized.  I did the same thing

12   again.

13       I just felt so responsible that someone had broken into my

14   office and went through my stuff, and I felt a need that I

15   needed to call these people and apologize because, through no

16   fault of their own, their numbers had been leaked and exposed

17   to the world as well as mine had.  And I just wanted them to

18   know that I was sorry that that happened to them as much as it

19   was to me.  And it was something I needed to do that night, to

20   just make sure that they knew that I was sorry for that.

21       I then went back to the floor and I just stayed on the

22   floor until we were done.

23   Q    When you say we were done, what was done?

24   A    Until the President-elect and the Vice President-elect had

25   officially -- the results had officially been certified.  The

1   joint session was dissolved, the members departed, and we had a

2   President and Vice President at that time.

3   Q    Did the riot interrupt your ability, your ability, to work

4   on that certification?

5   A    Yes.

6   Q    How?

7   A    We had to stop what we were doing for a large amount of

8   time so that we could deal with people in the Capitol and that

9   were impeding our ability to get work done.  And we were

10  delayed, but we were not stopped, so we were able to go back

11  and complete the work.  But for a significant amount of time,

12  we were not able to do our jobs and certify the election.  We

13  had to pause while these people were in the Capitol and

14  destroying property and until we could clean the Capitol and

15  get the members safely back to the floor to continue.

16  Q    And how about -- you had said at the start of this that

17  there were three priorities that you were working on, that

18  being one of them.

19       Did the riot in the presence of the people in the Capitol

20  and in Speaker Pelosi's office, did that interfere with your

21  work on the inaugural planning?

22  A    Yes.

23  Q    How so?

24  A    During that time, we knew it would be a long time there.

25  We were going to have planning meetings with the other members

```
 1   of JCCIC.  I could not, for the inaugural and for ARP, focus on
 2   any of those emails.  Anything that had been coming in I could
 3   not attend to because my deputy was hidden under a conference
 4   table and I was dealing with all these phone calls and trying
 5   to figure out what to do from -- to get the members back to
 6   work.
 7   Q    Did the riot have any sort of lasting impact on Speaker
 8   Pelosi's office beyond what you've just described in the
 9   immediate aftermath on that day?
10   A    Yes.  People left.  We lost a lot of people in our office
11   because of this.  And January 6 was a large part of why some of
12   our staff have completely left government service altogether.
13   To my knowledge, only two people out of the eight in the
14   conference room still work in government service.  One of them
15   still works on the Hill.  The rest do not.
16        Out of the other staff who were on the Hill, the reason we
17   have stayed is so that we can continue with the institutional
18   knowledge to allow the Capitol and these institutions to
19   survive.  And for me, personally, a large reason why I have
20   stayed with my current -- with this new boss is so that I can
21   preserve the institution and what is happening.  And for me, a
22   large part of that is January 6, and that is why I have stayed.
23             MR. GORDON:  Your Honor, may I have a moment to
24   confer?
25             THE COURT:  Sure.
```

 1          MR. GORDON:  So, Your Honor, with the Court's

 2   indulgence, I do have two more questions I would like to ask

 3   just to wrap this up.

 4          THE COURT:  Keep them short.

 5          MR. GORDON:  Thank you.

 6   BY MR. GORDON:

 7   Q    Ms. Berret, just to return to a couple matters from

 8   before, can you tell us, if you know, how long your colleagues

 9   were in the safe room?

10   A    Approximately three hours.

11   Q    And you said that you called them and directed them to go

12   in right as you were evacuating, is that right?

13   A    That's correct.

14   Q    Were you the one who directed them that they were okay to

15   leave or did that happen in a different way?

16   A    I did not direct them that they could leave.  The Capitol

17   Police and members of our security detail who remained at the

18   Capitol at that time were able to get to them and were able to

19   get them out.  But we had been in constant communication with

20   them to make sure that they were able to get out safely.

21   Q    But that didn't happen until 5:30-ish, is that fair?

22   A    Correct.

23   Q    Did the rioters who were not just in the Capitol generally

24   but in the Speaker's suite specifically, did their presence

25   have any particular effect on the ability of the Capitol Police

1  to get to the staff members in the conference room?

2  A    Yes.   There was no way in to get to those staffers without

3  getting through the rioters, and they could not get through.

4         MR. GORDON:  All right, Your Honor, that's it.

5         Thank you very much.

6         THE COURT:  Can we go to the phone real quick.

7         (The following was heard sidebar.)

8         THE COURT:  Mr. Gordon, she referred to the defendant

9  a number of times, but I don't think you got an in-court

10  identification.  To clean up the record, do you want to do that

11  quickly?

12         MR. GORDON:  Sure, Your Honor.  Thank you.

13         (The following was heard in open court.)

14  BY MR. GORDON:

15  Q    Ms. Berret, in a number of those photographs, you

16  identified the defendant or said you recognized him.  Do you

17  see him in the courtroom today?

18  A    Yes.

19  Q    Can you please point him out or identify an article of

20  clothing -- or tell us where you see him and identify an

21  article of clothing you see him wearing.

22  A    He's right behind you, and I can't see anything but his

23  suit jacket and the blue shirt he is wearing.

24  Q    The man standing up, is that the person you recognize and

25  have identified?

```
 1   A    Yes.

 2   Q    The same man you saw sitting at your desk?

 3   A    Correct.

 4            MR. GORDON:  Thank you, Your Honor.

 5            THE COURT:  And the record will reflect an in-court

 6   identification.

 7            You may step down.  Don't discuss your testimony with

 8   anyone overnight.

 9            THE WITNESS:  Thank you.

10            THE COURT:  All right.  Ladies and gentlemen, that

11   brings us to the end of a long but productive day.  I thank you

12   for your attention and for your patience.  Does anyone have any

13   child care obligations at the end of the day, are there any

14   hard stops on any of your calendars tomorrow or the rest of the

15   week except for Friday?

16            A JUROR:  Friday.

17            THE COURT:  Okay.  Just for planning purposes, we will

18   likely take at least part of the afternoon off on Friday

19   depending on where we are with witnesses.  We got a little bit

20   of a later start, but I will consult with the attorneys as we

21   go through the week and try to keep you updated on where we are

22   with respect to our schedule.

23            Again, no discussions about the case tonight.  No

24   research about the case.  We have arranged to have breakfast in

25   the jury room for you all starting at --
```

106

```
1              Ms. Jenkins, 8:00 a.m.?

2              THE COURTROOM DEPUTY:  8:30.

3              THE COURT:  8:30.  So if you want to come in a little

4    early to have breakfast, feel free to do so.  There will be

5    someone to buzz you in starting at about 8:15.  Let's try to be

6    convened and ready to go as close to 9:00 as possible.

7    Sometimes the attorneys will have legal issues for me to deal

8    with in the morning.  We are going to try to get started as

9    close to 9:00 as possible, but it may be closer to 9:30 so just

10   bear with us.  All right.  Have a great evening.

11             Also, just a word about COVID.  I know that, you know,

12   there's a new variant out there.  I don't know how

13   transmissible it is.  But now that you all have been assembled

14   on the jury, you are not just individuals, but you are a group,

15   and it's important for you all to try your best to stay

16   healthy.  The same is true for the lawyers and court staff.  I

17   would hate to lose a juror because of COVID.  So just, you

18   know, be vigilant.  If anyone does feel symptomatic, just let

19   us know and we will figure out what to do.  But you now have a

20   communal obligation to each other, as do all of we.  So let's

21   be safe and have a great evening, and we will see you bright

22   and early in the morning.  Thank you.

23             (The jury exited the courtroom at 5:04 p.m.)

24             THE COURT:  All right.  Please be seated.

25             So who do we have tomorrow?
```

```
 1              MS. PROUT:  Your Honor, we may do a little juggling
 2    because some of the witnesses are out of town, so we may want
 3    to bring them in early so they don't have to stay over for a
 4    second night.  But we are expecting Captain Carneysha Mendoza,
 5    Special Agent Elizabeth Glavey, Gerald Stutte, Zachary Wendel,
 6    and Billy Pennington.  Again, some of those we may switch the
 7    order around, but that's who we are expecting for tomorrow.
 8              THE COURT:  Okay.  And you said that there might be an
 9    issue with respect to one of those folks.  We can deal with it
10    in the morning or you can give me a preview.  Have you worked
11    things out?
12              MS. PROUT:  It sounds like it may be worth having a
13    conversation with opposing counsel before we resume with the
14    Court.
15              THE COURT:  Okay.  That's fine.  Have a great evening.
16    We will see you at 9:00 tomorrow morning.
17              (The trial adjourned at 5:06 p.m.)
18                             - - -
19
20
21
22
23
24
25
```

C E R T I F I C A T E

      I hereby certify that the foregoing is an accurate transcription of the proceedings in the above-entitled matter.


1/10/23              s/ Tammy Nestor
                      Tammy Nestor, RMR, CRR
                      Official Court Reporter
                      333 Constitution Avenue NW
                      Washington, D.C. 20001
                      tammy_nestor@dcd.uscourts

A JUROR: [1]  105/16
BY MR. GORDON: [6]
49/22 50/25 61/4 69/17 84/3
89/18
JURORS: [1]  91/7
MR. GEYER: [15]  4/13
18/10 22/9 22/12 49/19 61/1
68/11 77/9 78/17 78/19
78/22 84/12 91/25 94/1 95/4
MR. GORDON: [87]  23/3
34/16 34/24 35/6 35/18
36/10 37/18 38/17 40/2
40/11 40/20 48/4 48/13
48/17 48/25 49/15 50/24
60/23 61/16 61/19 62/2 62/4
62/17 62/20 62/25 63/2 68/9
69/5 70/12 77/5 77/12 77/14
77/19 78/10 79/2 79/15
80/11 80/14 80/25 81/11
81/15 82/10 82/24 83/15
83/25 84/9 84/15 84/25 85/5
85/7 85/16 85/18 86/3 86/6
86/23 87/9 87/11 87/20
87/22 88/2 88/4 88/9 88/11
89/5 89/7 89/15 89/17 89/24
90/1 90/7 90/10 90/21 91/2
91/10 91/22 93/23 95/1
95/14 97/7 98/13 99/1
102/23 103/1 103/5 104/4
104/12 105/4
MR. McBRIDE: [1]  34/21
MS. PROUT: [15]  4/2 4/12
4/18 4/25 5/3 12/20 12/23
13/1 16/24 18/12 20/8 20/15
22/15 107/1 107/12
THE COURT: [56]  4/8 4/15
4/21 5/2 5/5 12/22 12/25
18/11 22/7 22/11 22/13
22/16 22/20 23/2 23/23 24/1
24/4 34/22 35/1 35/8 36/4
48/2 48/5 48/11 48/16 48/20
48/22 49/18 49/20 61/2
68/12 77/10 77/16 78/18
78/20 79/1 79/5 84/13 86/10
91/1 91/4 91/8 92/1 94/2
95/5 102/25 103/4 104/6
104/8 105/5 105/10 105/17
106/3 106/24 107/8 107/15
THE COURTROOM
DEPUTY: [7]  12/21 22/25
35/7 77/11 77/13 84/23
106/2
THE WITNESS: [15]  22/19
23/1 23/25 24/3 24/5 38/22
40/5 40/14 40/23 46/14
50/20 69/7 80/12 85/4 105/9

0

038 [1]  1/3
08077 [1]  2/11

1

1/10/23 [1]  108/8
10 [2]  1/5 25/13
10-ish [1]  91/2
10016 [1]  2/7
104 [3]  60/24 61/3 61/7
11:00 and [1]  100/3
13 [3]  6/2 25/8 25/12
130 [1]  2/10
14 [4]  5/24 6/2 12/18 12/19
141 [1]  2/10
15 [4]  48/6 62/5 74/19 91/3
15-minute [1]  48/3
151 [4]  49/16 49/21 49/23
50/1
152 [2]  95/2 95/8
152-155 [1]  95/6
153 [2]  95/14 95/16
154 [2]  97/7 97/9
155 [3]  95/2 95/6 98/13
16 [1]  47/9
18 [2]  47/9 89/13
1:00 [9]  32/9 32/13 32/16
46/19 52/4 52/7 52/8 54/23
55/6
1:00 is [1]  32/10
1:00 on [1]  32/7
1:00 or [1]  46/6
1:00 p.m [1]  14/12
1:30-ish [1]  55/13

2

20 [3]  27/16 31/10 90/8
20001 [2]  2/14 108/10
2013 [1]  25/16
2016 [6]  31/2 31/4 31/9
31/11 32/15 34/6
2020 [4]  13/6 15/14 19/4
44/11
2021 [8]  6/19 13/3 13/23
26/10 27/12 30/22 40/25
43/22
2023 [1]  1/5
20530 [1]  1/18
21 [1]  62/20
21-038 [1]  1/3
21209 [1]  2/4
23 [1]  108/8
24 [2]  15/14 63/2
25th [1]  2/7
28 [1]  15/24
2833 [1]  2/3
29 [1]  63/3
2:00 [1]  74/18
2:14 [1]  4/1
2:16 [1]  5/4
2:20 [1]  64/3
2:25 [1]  64/3
2:30 [1]  74/18

3

303 [1]  2/10
30303 [1]  1/12
31 [1]  16/2
32 [1]  63/3
3200 [1]  1/15
331 [1]  2/3
333 [2]  2/14 108/9
33602 [1]  1/15
37 [1]  63/7
395 [2]  84/10 84/14
3:00 p.m [1]  19/10
3:18 [3]  48/6 48/9 48/10
3:30 [2]  48/7 99/11
3:38 [1]  48/21
40 [1]  84/16
400 [1]  1/14
435 [1]  23/19
48 [1]  84/15
49:21 [3]  86/8 86/9 87/2
49:50 where [1]  88/23
4:00 in [1]  99/11

5

50 [1]  89/13
50:35 [1]  89/19
51:31 [1]  90/3
51:54 [1]  90/12
5:04 [1]  106/23
5:06 [1]  107/17
5:30-ish [1]  103/21

6

601 [1]  1/17
6:30 [2]  41/4 44/14
6:40 p.m [1]  64/6
6:45 [1]  75/6
6th [2]  15/15 16/1

7

702 [5]  77/7 77/14 77/17
77/22 87/16
703 [3]  93/24 94/3 94/5
704 [6]  68/10 68/13 68/15
77/7 78/8 78/10
704-709 [1]  77/17
705 [6]  78/11 78/13 79/15
79/15 80/10 80/16
706 [3]  79/16 79/18 80/25
707 [2]  81/11 81/13
708 [1]  81/15
709 [3]  77/7 77/17 81/16
720 [3]  77/7 82/10 82/12
720-722 [1]  77/17
721 [2]  83/4 83/6
722 [4]  77/7 77/17 83/15
83/17
731 [3]  91/22 92/2 92/5
75 [1]  1/12

8

823 [6]  34/17 34/18 34/23
35/4 35/11 40/20
8:00 a.m [1]  106/1
8:15 [1]  106/5
8:30 [2]  106/2 106/3

9

950,000 volts [1]  16/13
950,000-volt [1]  13/14
99 [1]  2/6
9:00 as [2]  106/6 106/9
9:00 on [1]  99/8
9:00 tomorrow [1]  107/16
9:30 [1]  106/9

A

a.m [1]  106/1
ability [7]  35/19 59/22 75/22
101/3 101/3 101/9 103/25
able [17]  4/13 31/25 31/25
32/4 32/5 35/11 41/25 57/1
75/1 75/2 75/3 78/3 101/10
40 [1]  103/18 103/18
103/20
about [49]  5/11 6/20 11/2
11/3 11/18 13/7 15/9 15/14
16/11 16/13 19/19 20/19 24/7
25/8 25/10 39/15 41/3 41/4
44/14 47/13 47/19 47/25
48/6 48/6 48/7 48/8 49/4
52/4 56/6 64/2 64/5 70/6
72/5 72/6 73/24 74/14 78/23
80/24 90/8 90/15 92/22
97/18 98/4 98/6 101/16
105/23 105/24 106/5 106/11
above [1]  108/5
above-entitled [1]  108/5
accept [1]  10/10
accurate [1]  108/4
acquired [1]  93/4
across [5]  37/5 37/17 41/22
42/13 52/9
Action [1]  1/3
actions [1]  27/6
actively [1]  32/4
actual [1]  89/20
actually [9]  13/11 14/13 28/8
32/12 37/9 57/3 64/4 92/24
95/24
added [1]  31/19
additional [4]  46/23 71/4
95/17 99/22
additions [1]  83/8
addressed [2]  18/15 21/24
adjourned [1]  107/17
administration [1]  25/10
admit [4]  49/16 77/6 91/22
93/23
admitted [2]  9/21 86/13
adult [1]  25/7
advance [1]  6/6
advantage [1]  40/19
adviser [1]  65/11
afraid [1]  15/21
after [15]  4/19 9/12 11/23
18/24 20/10 30/5 48/7 55/8
57/6 63/12 63/13 74/18 75/8
78/25 99/4
aftermath [2]  81/25 102/9
afternoon [8]  1/6 12/2 13/3
22/18 22/19 23/6 48/5
105/18
again [23]  7/12 7/21 10/3
15/25 33/25 37/4 37/15 43/8
58/8 62/18 72/6 77/8 77/12
78/10 93/24 94/25 95/2 99/9
99/14 100/11 100/12 105/23
107/6
against [1]  20/21
agency [1]  55/24
Agent [1]  107/5
agents [1]  107/5
ago [2]  25/9 88/6
ahead [2]  59/9 69/18
alarm [3]  58/9 58/12 59/13
alarmed [2]  56/12 59/6
alert [2]  55/14 56/5
Alison [1]  1/11
alive [1]  15/18
all [84]  5/5 5/16 6/14 10/5
11/1 11/15 11/19 12/8 13/11

**A**

all... [75]  13/16 18/1 18/16
20/16 22/5 26/17 26/17 27/7
27/10 28/4 28/18 29/18
31/15 32/4 33/4 33/25 35/8
39/20 41/22 42/14 43/25
44/11 45/20 45/22 45/24
46/16 52/2 52/11 52/12
57/21 59/9 59/11 60/14 61/5
63/5 63/20 63/21 64/15
64/19 65/14 69/13 71/21
71/23 72/23 73/1 73/2 73/2
75/9 75/9 75/13 76/24 77/10
77/14 78/10 79/21 81/18
82/3 82/8 83/6 90/3 90/21
92/19 95/13 97/11 99/10
99/19 102/4 104/4 105/10
105/25 106/10 106/13
106/15 106/20 106/24
alleged [2]  6/18 6/21
allow [1]  102/18
allowed [2]  43/21 44/4
allows [1]  92/18
almost [3]  40/6 82/8 82/22
already [6]  10/19 50/2 52/14
58/13 73/13 95/22
also [31]  4/13 10/10 10/14
12/16 13/8 16/8 17/25 18/14
20/4 20/15 21/8 23/20 28/4
31/23 32/18 33/13 37/1 39/1
52/24 63/7 63/18 66/10
67/23 69/7 69/10 77/3 82/1
82/3 82/15 100/9 106/11
alternate [2]  6/1 6/10
alternates [3]  5/25 6/4 6/7
although [1]  56/23
altogether [1]  102/12
always [9]  8/10 25/22 26/6
27/1 41/8 55/23 56/23 62/13
93/18
am [17]  4/18 8/19 15/17
15/24 24/20 24/21 31/13
34/18 48/13 49/6 61/17 79/2
79/3 82/17 84/15 84/20
100/4
AMERICA [1]  1/2
American [9]  17/2 27/17
27/20 27/21 28/2 28/5 68/24
69/23 72/10
Americans [1]  27/24
amount [3]  91/21 101/7
101/11
angle [1]  83/21
announced [1]  33/8
another [19]  11/18 18/25
41/23 41/24 41/24 59/18
59/22 59/25 63/2 63/3 63/3
69/22 88/6 88/20 91/6 97/16
98/9 99/21 100/9
answer [6]  10/18 10/19
10/20 10/21 10/24 10/25
anticipate [2]  4/5 84/11
any [49]  6/3 6/10 7/17 10/22
11/2 11/12 11/12 11/13 12/5
12/13 33/2 33/11 34/10
34/12 34/20 41/13 42/19
44/2 46/4 49/7 49/17 49/18
51/15 53/19 54/16 54/24
60/7 60/25 61/21 62/9 76/10

81/21 84/11 90/23 91/20
91/23 98/2 98/21 99/17
102/2 102/7 103/25 105/12
105/13 105/14
Anybody [1]  34/14
anyone [9]  11/2 11/21 11/25
46/22 55/12 65/12 105/8
105/12 106/18
anything [15]  5/20 44/21
45/15 56/24 59/1 74/21
76/11 79/12 81/21 81/24
83/12 83/17 93/21 102/2
104/22
anytime [1]  26/23
anywhere [1]  81/19
apologies [1]  33/15
apologize [4]  6/6 77/19 100/4
100/15
apologized [2]  100/3 100/11
apotheosis [2]  36/19 36/23
apparently [1]  20/10
appear [1]  79/12
APPEARANCES [2]  1/10
1/19
appeared [1]  91/14
appears [1]  79/9
apply [2]  6/21 20/22
approaches [1]  11/21
approaching [1]  17/20
approximately [7]  33/17 34/7
47/4 64/6 74/12 75/6 103/10
April [1]  44/12
archiving [2]  40/17 60/17
are [141]  4/9 4/15 4/16 4/23
5/13 5/24 5/25 6/2 6/4 7/13
9/4 9/4 9/20 9/21 10/3 10/10
10/20 10/22 11/14 11/14
12/11 13/16 13/19 15/8
17/15 17/25 19/19 22/20
23/20 24/10 24/13 29/6
30/19 31/15 32/19 33/2 33/6
33/10 35/3 35/11 35/13
35/14 36/4 36/17 36/21
36/21 37/1 37/6 37/8 37/9
37/13 38/23 42/2 42/10
42/13 42/14 44/2 44/3 45/4
45/7 47/20 48/5 48/24 49/3
49/10 49/24 50/1 50/2 50/16
51/11 53/4 53/5 53/5 53/6
53/8 53/8 55/17 56/12 58/10
61/6 61/21 61/22 61/24 62/9
62/23 63/5 67/8 67/15 68/18
68/20 68/21 70/14 70/20
70/22 71/1 71/20 74/14
77/21 78/4 79/1 79/18 79/19
81/5 81/8 81/13 84/19 84/21
85/1 85/9 85/11 85/11 86/9
86/12 86/14 86/21 87/3 87/4
89/9 89/12 89/19 89/21 90/5
90/12 92/4 92/6 92/14 92/14
93/16 95/8 95/16 97/10
97/20 105/13 105/19 105/21
106/8 106/14 106/14 107/2
107/4 107/7

arise [1]  10/8
arising [1]  6/18
Arkansas [2]  13/10 15/11
Arms [2]  56/15 57/6
Arms' [1]  56/15
around [22]  13/17 35/23 36/1
36/7 36/8 40/3 40/12 43/10
44/8 70/13 78/15 79/25 82/9
82/25 83/2 83/8 83/9 83/23
84/1 94/13 97/23 107/7
ARP [3]  28/15 69/23 102/1
arranged [1]  105/24
arrangements [1]  29/11
arrival [1]  78/24
arrived [2]  14/21 49/8
art [4]  82/17 82/18 82/18
82/25
article [2]  104/19 104/21
artifacts [2]  69/4 82/22
artwork [1]  82/16
as [97]  5/12 5/24 6/11 6/14
8/2 8/7 8/18 10/9 10/9 10/10
10/25 11/25 11/25 12/18
13/1 13/16 14/18 14/20 15/3
15/7 15/17 15/17 17/20
17/24 18/20 19/23 20/19
20/23 22/1 22/24 25/7 25/9
25/18 26/19 27/3 28/12 30/3
31/9 31/11 32/11 34/24 51/4
51/7 53/7 53/21 55/10 55/20
56/7 56/17 58/1 59/1 59/22
59/22 59/23 61/7 62/10
62/13 63/24 69/8 70/14 71/7
71/14 71/25 72/8 73/6 73/6
73/16 73/16 74/9 74/10 76/7
76/7 77/6 78/8 81/9 82/8
84/19 84/19 86/22 89/10
93/4 93/9 93/9 93/20 96/22
96/23 100/17 100/17 100/18
100/18 103/12 105/20 106/6
106/6 106/8 106/9 106/20
ask [11]  12/14 22/5 23/23
31/13 33/13 34/18 34/18 49/3
61/17 79/2 79/3 103/2
asked [8]  56/13 56/18 58/25
59/2 59/9 72/2 88/14 96/22
asking [2]  9/19 84/20
asks [2]  33/2 33/10
assembled [1]  106/13
assignments [1]  46/15
assistant [6]  25/9 25/18
25/19 26/7 50/11 61/11
assistants [1]  87/5
assists [1]  56/16
Atlanta [1]  1/12
attached [3]  17/3 94/23
94/24
attempting [2]  19/20 21/8
attend [1]  102/3
attention [6]  6/13 11/23 12/9
40/25 57/9 105/12
Attorney's [1]  1/11 1/14 1/17
attorneys [2]  105/20 106/7
audio [1]  85/2
available [2]  4/19 67/21
Avenue [4]  2/3 2/6 2/14
108/9
average [1]  28/7

avoids [2]  11/13 11/14
aware [4]  53/19 54/1 54/5
67/7
away [2]  93/17 93/20

**B**

B-E-R-R-E-T  [1]  24/3
back [62]  5/6 12/19 13/15
28/6 30/9 32/15 33/18 33/24
34/6 37/4 37/14 37/15 44/11
45/21 46/17 48/7 58/17
58/22 58/25 59/3 59/4 59/4
59/15 60/12 65/13 72/7 74/1
74/9 74/9 75/14 75/18 75/20
75/22 75/24 76/1 76/3 76/7
80/10 80/15 80/25 82/6
86/13 88/11 91/15 91/17
91/21 94/21 95/11 96/11
96/22 97/5 98/5 98/9 99/6
99/8 99/14 99/16 99/21
100/21 101/10 101/15 102/5
background [1]  49/3
bad [2]  38/13 72/23
badges [2]  44/24 45/2
balcony [3]  45/22 57/19
57/19
ballpark [5]  34/8 47/23 55/12
64/2 90/18
Baltimore [1]  2/4
banging [1]  72/25
bar [1]  16/16
BARNETT [8]  1/5 6/17 7/17
11/3 13/8 14/16 15/9 78/25
barricaded [2]  58/13 65/5
barricades [1]  14/22
barricading [2]  58/7 58/10
baseball [1]  17/2
based [1]  11/4
basically [6]  25/20 26/18
36/16 37/19 69/13 92/18
basis [1]  78/22
Bass [1]  16/3
be [83]  4/6 4/13 5/21 6/10
8/8 8/21 9/9 9/19 9/22 9/25
10/17 11/20 12/2 13/10 15/4
15/15 15/17 16/1 16/7 16/8
17/11 19/3 22/25 25/1 25/19
26/14 26/24 28/13 29/20
30/3 30/6 30/7 30/20 30/21
31/21 31/24 31/25 31/25
32/3 32/8 33/14 34/19 35/16
40/7 41/9 48/14 48/18 48/22
49/16 52/25 53/12 53/13
55/13 56/5 56/12 56/19 57/1
59/6 73/8 73/16 79/9 79/12
86/15 86/18 86/21 86/24
91/23 92/19 93/14 93/16
95/3 98/21 99/18 99/20
101/24 106/4 106/5 106/9
106/18 106/21 106/24 107/8
107/12
bear [2]  19/19 106/10
beautiful [1]  39/19
became [2]  26/8 64/24 72/8
because [32]  6/10 8/3 17/9
17/21 28/10 30/15 31/22
44/5 45/23 47/8 55/22 62/15
63/17 64/15 65/4 68/22
69/15 71/14 72/4 78/7 79/3

**B**
because... [11] 88/18 89/2 92/19 93/8 96/1 96/20 100/15 102/3 102/11 106/17 107/2
become [2] 46/4 51/14
becoming [1] 56/5
been [52] 8/3 9/1 10/18 10/19 11/4 11/24 12/17 15/13 18/6 20/22 22/23 25/12 25/23 25/23 31/8 39/15 54/1 54/13 63/18 66/12 66/15 68/22 72/16 72/22 73/13 75/1 75/21 76/9 76/14 77/1 77/4 78/7 81/19 82/4 82/7 82/8 82/15 83/8 83/21 83/22 91/17 96/12 98/10 98/24 99/12 99/22 99/23 100/16 100/25 102/2 103/19 106/13
before [39]  1/8 4/2 4/7 4/8 5/1 5/8 6/5 6/7 6/8 12/11 15/14 16/9 16/14 16/17 23/12 24/1 25/11 39/15 40/13 44/21 45/12 46/6 46/19 49/2 52/4 52/25 54/3 55/6 56/20 56/21 60/20 61/5 61/10 78/24 85/23 89/10 98/15 103/8 107/13
began [6]  4/1 6/15 52/8 52/14 64/18 65/11
begin [2]  5/8 6/6
beginning [4]  6/1 8/24 32/13 84/15
begins [2]  33/1 33/1
behalf [1]  93/11
behind [8]  17/4 17/23 18/6 71/22 80/15 80/16 84/1 104/22
being [12]  11/14 19/21 28/12 31/15 32/4 32/5 52/5 54/15 72/9 78/3 99/15 101/18
believability [1]  10/13
believe [4]  34/19 49/16 60/24 91/23
believed [1]  18/13
belong [1]  51/18
belonged [1]  18/13
belongings [1]  76/15
belongs [1]  51/20
below [1]  57/19
belt [3]  78/23 79/10 83/10
BERRET [36]  3/3 22/15 22/22 23/6 23/9 23/14 23/23 24/7 35/3 35/11 36/12 37/18 37/22 38/17 40/11 40/21 48/24 49/2 49/23 52/16 60/22 61/5 68/15 68/25 69/5 70/15 77/21 79/8 79/18 82/25 84/19 87/2 91/12 99/3 103/7 104/15
Berret's [1]  80/15
Besides [1]  81/23
best [5]  74/17 75/21 76/7 76/19 106/15
better [3]  20/16 83/21 91/12 84/16 65/22 85/12 85/14

beyond [7]  7/16 7/19 8/6 8/9 8/12 22/3 102/8
Biden [2]  27/22 27/23
big [4]  29/1 31/16 85/14 85/23
Bigo [3]  13/8 18/9 97/22
bills [1]  27/8
Billy [4]  18/16 92/11 92/14 107/6
biotch [2]  97/22 98/17
bipartisan [1]  27/23
bit [5]  23/14 23/24 53/3 55/14 105/19
bitch [2]  18/19 98/20
biweekly [1]  82/23
black [5]  17/4 69/6 70/15 84/1 97/18
blank [1]  80/5
bleak [2]  73/22 73/24
blockade [1]  19/12
blocked [1]  87/17
blood [7]  76/23 76/24 81/19 81/24 82/3 96/2 96/2
blue [9]  70/3 70/4 70/13 79/9 83/9 83/23 97/12 97/23 104/23
body [1]  32/21
boss [1]  102/20
both [6]  24/15 32/18 36/17 37/9 37/11 98/24
bottom [3]  70/16 83/3 86/16
bought [1]  16/3
box [5]  35/23 36/1 36/6 36/8 83/9
boxes [10]  37/20 52/10 52/11 53/2 53/4 53/5 53/6 53/6 53/8 53/10
boys [1]  20/18
Bradford [1]  2/9
branch [1]  51/15
breach [2]  58/14 66/15
breached [3]  13/4 72/16 73/8
break [6]  4/9 12/14 48/3 48/5 52/4 79/25
breakfast [2]  105/24 106/4
breaking [3]  14/25 66/21 66/25
brief [8]  6/22 9/11 9/16 10/1 13/20 17/21 25/6 27/10
briefly [1]  20/19
bright [1]  106/21
bring [5]  7/25 9/16 11/23 44/4 107/3
brings [1]  105/11
broke [1]  20/17
broken [10]  72/22 73/13 76/8 81/21 81/24 91/16 91/19 91/20 100/6 100/13
brought [3]  16/15 46/18 53/6
building [19]  7/1 7/3 7/6 7/8 7/10 13/19 14/25 15/4 17/21 18/1 18/21 19/2 19/20 20/11 21/12 24/15 29/13 42/3 63/22
buildings [11]  23/21 24/7 24/10 24/12 42/5 42/10 42/13 42/16 42/19 66/13 75/12

burned [2] 18/23
burned [1]  53/10
businesses [1]  28/1
button [1]  37/22
buy [2]  92/25 93/12
buzz [1]  106/5
bypassed [1]  50/11

**C**
cabinet [3]  70/18 70/19 70/20
calendars [1]  105/14
California [2]  51/25 82/20
call [16]  4/2 12/15 20/5 22/13 26/23 32/17 55/22 56/17 59/13 59/23 65/11 67/4 69/10 70/23 99/25 100/15
called [17]  15/12 19/1 52/22 53/8 58/25 59/6 60/13 65/8 69/8 71/15 71/20 98/24 100/3 100/3 100/9 100/11 103/11
calling [5]  64/19 71/18 72/3 72/4 74/9
calls [14]  13/8 22/15 25/20 26/22 28/15 57/13 64/19 64/19 67/23 72/7 72/8 74/14 74/25 102/4
calm [1]  59/17
came [22]  14/19 15/12 16/2 32/7 43/18 47/11 52/12 54/4 56/10 58/16 59/4 59/15 71/12 76/3 91/15 91/17 91/21 94/21 95/19 95/20 95/21 99/14
camera [1]  17/22
cameras [1]  16/18
can [84]  5/5 11/24 12/20 12/23 13/1 17/4 17/23 23/8 23/14 25/6 26/14 29/2 29/25 30/14 32/12 34/16 35/3 35/6 35/8 35/13 35/16 35/22 35/22 36/1 36/15 37/7 37/9 37/12 37/15 37/22 38/9 38/11 39/24 40/20 43/9 44/11 50/24 51/2 53/15 54/19 56/5 59/22 61/5 61/16 62/2 64/12 68/21 70/2 70/3 70/18 77/12 77/14 77/21 78/10 79/15 79/21 80/10 80/10 80/11 81/5 81/9 82/13 84/22 85/9 86/3 86/8 87/2 89/9 90/23 90/24 92/21 93/7 94/11 97/12 97/15 98/6 99/3 102/17 102/20 103/8 104/6 104/19 107/5 107/10
can't [7]  35/5 57/22 66/4 84/23 92/25 97/16 104/22
Canada [2]  67/6 71/12
capacity [1]  93/9
Capitol [87]  6/19 7/6 7/7 7/9 13/4 13/17 14/17 14/20 14/25 17/7 17/8 17/12 18/1 18/21 19/1 19/7 21/3 21/11 21/21 23/20 23/21 24/8 24/15 29/8 29/13 29/15 34/14 35/15 36/16 36/19 36/21 36/21 38/5 39/2 41/13 41/22 42/6 42/6 42/10 42/10 42/12 42/20 42/21 43/16 44/5 44/16 44/18 46/2 47/7

burst [1]  53/10
businesses [1]
54/8 56/1
56/1 56/16 56/25 57/2 57/21 58/4 58/5 58/6 58/21 63/14 65/7 66/9 66/15 66/18 66/20 73/18 73/25 74/3 74/11 75/1 75/10 84/21 85/10 92/9 101/8 101/13 101/14 101/19 102/18 103/16 103/18 103/23 103/25
Captain [1]  107/4
captured [1]  16/18
captures [1]  17/23
card [3]  67/18 70/8 72/3
cards [3]  70/8 71/23 83/21
care [1]  105/13
Carneysha [1]  107/4
carrying [2]  13/13 17/2
case [34]  5/25 6/12 6/15 6/20 8/1 9/1 9/2 9/3 9/7 9/9 9/12 9/13 9/14 9/17 9/22 10/11 10/25 11/2 11/3 11/6 11/21 11/22 11/23 11/25 17/10 33/16 36/6 48/8 48/8 56/19 69/21 80/17 105/23 105/24
catty [1]  40/13
catty-corner [1]  40/13
cause [1]  34/14
causing [1]  13/4
ceiling [3]  36/20 36/24 36/25
cell [17]  18/5 64/21 64/24 64/25 65/15 65/16 65/19 67/16 67/17 67/18 70/5 70/7 71/14 73/2 81/2 81/3 83/2
center [5]  36/12 36/16 36/19 38/19 42/13 64/24 83/3
CEO [1]  51/5
ceremonial [5]  32/21 32/25 39/18 40/8 52/8
certain [3]  7/5 55/12 56/25
certificates [3]  30/6 52/12 53/9
certification [14]  14/18 15/4 17/13 18/20 19/6 30/23 32/14 33/15 34/7 53/23 54/7 75/20 101/4
certified [7]  30/6 30/7 30/21 33/5 33/21 33/22 100/25
certify [6]  14/7 19/4 30/16 75/22 101/12 108/3
certifying [2]  13/6 53/16
chair [3]  71/22 95/25 96/2
challenge [3]  70/23 80/17 84/1
chamber [29]  14/12 19/7 32/18 32/20 33/19 33/19 33/20 35/24 36/1 36/7 36/7 36/8 37/3 37/4 37/6 37/7 37/14 37/15 52/9 52/21 52/25 53/7 53/7 54/22 55/4 55/8 55/10 55/12 64/21
chambers [3]  21/12 32/18 36/17
change [1]  26/4
channel [1]  56/5
chanting [1]  56/11
characterize [1]  93/3
charge [6]  7/22 13/24 13/25 21/7 21/19 25/3

## C

charged [5]  7/18 7/20 20/23
 21/15 21/22
charger [1]  80/19
charges [16]  6/17 6/22 6/24
 6/25 7/2 7/5 7/7 7/9 7/11
 7/12 8/6 20/21 20/25 21/6
 22/3 22/5
charging [2]  7/25 80/13
check [1]  82/22
checking [1]  82/14
checkpoint [1]  41/23
chemical [1]  20/10
chief [14]  9/9 9/13 26/9
 28/17 58/22 58/23 59/5
 59/17 60/3 64/17 66/14
 67/11 73/6 99/24
child [1]  105/13
chocolates [2]  79/23 92/13
choice [1]  15/2
choose [1]  9/16
Christmas [1]  93/20
CHRISTOPHER [1]  1/8
Chuck [1]  45/8
Cinnaminson [1]  2/11
circle [12]  36/12 69/1 70/4
 70/13 70/13 80/15 80/16
 82/17 83/2 83/20 83/23
 97/23
circled [4]  69/5 70/3 70/15
 70/18
circles [1]  82/25
civics [2]  13/20 23/15
civil [6]  6/23 13/4 19/18 21/2
 21/2 21/4
clarity [1]  86/20
clean [5]  76/6 76/20 97/5
 101/14 104/10
cleaned [3]  75/21 96/11 99/5
cleaning [2]  95/23 96/3
clear [12]  18/20 19/13 19/20
 24/2 37/23 39/18 39/24
 40/20 40/21 44/7 70/2 78/23
clearly [2]  72/8 82/15
Clevenger [1]  2/2
click [1]  37/22
clip [2]  86/17 86/18
clips [2]  86/12 86/13
close [6]  12/8 22/4 90/17
 90/17 106/6 106/9
closely [1]  94/25
closer [4]  19/24 19/24 58/3
 106/9
closeup [1]  98/15
closing [2]  9/25 10/3
clothing [4]  78/4 78/6 104/20
 104/21
Clyburn [1]  97/21
coffee [2]  95/18 98/8
coin [2]  70/22 84/1
coins [3]  70/22 70/23 80/17
colleagues [2]  72/17 103/8
colleagues' [1]  74/1
collection [1]  70/21
College [1]  17/13
COLUMBIA [1]  1/1
combat [1]  14/23
come [24]  15/22 30/7 33/24
 37/15 43/21 48/7 49/9 53/9

 61/9 61/10 70/23 71/11
 75/24 76/1 76/8 82/22 87/15
 96/21 106/3
comes [5]  4/7 20/8 20/24
 32/24 53/18
coming [10]  42/18 43/15
 43/21 58/2 60/15 67/14 68/7
 73/4 90/5 102/2
committed [2]  6/18 7/17
committee [3]  29/5 29/6 29/7
communal [1]  106/20
communicate [1]  56/14
communicated [3]  57/6 63/12
 63/13
communicating [1]  58/1
communication [8]  57/12
 66/14 72/16 72/19 72/20
 73/20 74/5 103/19
communists [2]  15/23 20/18
companies [1]  72/3
compare [3]  31/13 91/14
 94/17
complete [1]  101/11
completed [2]  33/21 55/9
completely [8]  19/21 44/2
 44/3 66/8 74/2 91/18 91/18
 102/12
complex [2]  23/22 24/8
comprise [1]  23/21
comprised [4]  23/17 23/19
 23/19 55/25
compromise [1]  60/8
computers [1]  18/5
concealed [1]  16/6
concerned [1]  45/15
concert [1]  29/16
concrete [1]  16/11
conduct [5]  6/19 7/2 7/7
 21/16 21/20
confer [1]  102/24
conference [22]  38/25 39/1
 39/20 39/23 39/24 40/1 40/5
 40/9 40/19 60/16 60/16
 61/14 62/8 65/5 66/12 72/22
 73/8 75/3 99/16 102/3
 102/14 104/1
confirmed [1]  33/6
Congress [24]  13/5 13/20
 13/21 15/5 19/3 19/5 21/11
 23/15 23/16 24/12 25/3
 30/18 40/7 44/4 46/25 51/7
 51/19 55/19 63/18 92/12
 92/18 92/20 93/10 97/17
Congress's [2]  21/8 29/25
congressional [2]  29/5 70/10
Congressman [5]  18/16
 18/16 24/19 24/20 69/3
Congressperson [1]  21/25
connect [3]  38/23 38/24
connecting [5]  37/19 39/8
 64/19 65/11 67/4
consequence [1]  53/11
conservative [2]  48/14 48/18
consider [2]  10/25 69/25
constant [3]  28/15 73/20
 103/19
constantly [2]  65/13 66/14
Constitution [3]  2/14 15/25

 consult [1]  105/20
Cont [1]  2/1
contact [4]  11/12 11/14 67/9
 67/20
continue [17]  33/25 41/25
 56/13 56/14 56/19 59/19
 75/20 85/16 86/3 87/9 87/20
 88/2 89/5 89/15 89/24
 101/15 102/17
continued [1]  99/9
control [2]  12/6 15/22
convened [1]  106/6
conversation [2]  11/12
 107/13
conversations [1]  69/20
convinced [1]  7/16
COOPER [3]  1/8 20/20 22/1
coordinate [1]  32/1
cops [1]  50/11
copy [1]  12/3
corner [11]  13/17 28/16
 37/23 38/19 38/21 40/3 40/4
 40/13 93/1 94/14 97/24
corner-most [1]  40/4
corners [1]  28/22
correct [20]  24/18 39/6 42/4
 42/8 50/17 52/1 53/24 56/3
 80/20 84/5 84/8 86/1 88/22
 89/23 94/22 95/20 95/20
 103/13 103/22 105/3
correspondence [2]  25/21
 26/21
corruptly [1]  21/7
couch [1]  78/1
could [61]  6/10 16/7 16/8
 16/12 16/13 22/20 23/23
 24/2 28/5 28/20 31/21 32/3
 34/1 36/5 40/21 42/9 50/23
 53/2 54/21 54/21 54/22
 56/14 57/10 58/1 58/2 58/14
 59/19 59/24 66/20 71/14
 71/18 72/23 73/5 73/16
 73/22 73/25 74/1 74/3 74/10
 76/2 76/7 76/8 76/17 76/19
 83/19 83/20 83/21 85/19
 86/10 90/7 91/16 91/16 92/4
 93/12 96/11 101/8 101/14
 102/1 102/2 103/16 104/3
couldn't [3]  29/20 43/8 73/25
counsel [7]  8/19 11/8 49/18
 79/1 84/23 86/21 107/13
count [18]  6/22 6/24 6/25 7/2
 7/5 7/7 7/9 7/11 14/6 21/1
 21/6 21/22 27/15 29/23 30/4
 33/3 33/13 53/5
Count 1 [2]  6/22 21/1
Count 2 [2]  6/24 21/6
counted [3]  30/19 30/21
 31/15
counterpart [1]  65/8
country [4]  15/17 15/21
 15/25 97/14
Counts [2]  21/15 21/19
couple [4]  34/9 49/3 52/16
 103/7
course [20]  14/2 23/9 23/16
 24/3 25/8 25/8 26/16 26/16
 31/14 32/15 38/11 42/12

 court [18]  1/12 1/13 11/11
 11/18 12/1 12/24 46/13
 50/19 79/6 84/24 85/1 88/21
 104/9 104/13 105/5 106/16
 107/14 108/9
Court's [1]  103/1
courthouse [1]  11/10
courtroom [7]  5/4 8/22 11/7
 48/9 48/21 104/17 106/23
coverage [1]  11/21
covering [1]  38/20
COVID [14]  27/17 27/24
 27/24 28/2 28/9 29/12 31/19
 31/22 40/18 43/25 44/9 47/8
 46/11 106/17
coworkers [2]  76/4 76/4
CRC [1]  1/3
credenza [12]  68/23 69/3
 69/11 72/10 80/1 80/15 92/7
 94/18 94/20 96/3 98/9 98/10
credibility [1]  10/12
credit [2]  71/23 72/3
crime [2]  7/25 97/3
crimes [2]  6/18 6/21
criminal [2]  1/3 6/15
cross [4]  3/2 9/10 9/15 19/7
cross-examination [2]  9/10
 9/15
crowd [4]  16/17 17/17 17/18
 17/19
CRR [2]  2/13 108/8
cued [1]  84/19
curator [1]  82/21
current [3]  24/24 33/22
 102/20
currently [4]  23/9 24/16 25/2
 25/4
CVS [1]  92/25

## D

D.C [12]  1/4 1/18 2/14 13/10
 13/16 15/11 15/15 16/1
 16/16 19/11 25/8 108/10
daily [1]  69/7
damage [5]  76/10 76/18
 76/22 82/8 91/21
damaged [1]  82/23
danger [2]  53/19 54/24
dangerous [3]  7/1 7/3 21/17
date [7]  30/1 30/3 30/3 30/20
 86/16 86/17 86/18
dates [2]  31/7 86/15
daughter [1]  60/4
day [41]  14/15 15/8 16/21
 17/8 17/12 21/1 25/20 25/20
 26/12 26/13 28/7 28/10 30/4
 30/10 30/11 39/5 41/1 41/17
 43/25 44/13 45/18 45/24
 46/16 47/6 47/7 47/10 47/19
 47/19 47/22 47/22 54/2 62/1
 65/7 68/21 69/9 70/9 86/19
 86/25 102/9 105/11 105/13
days [6]  16/9 16/14 28/9 41/8
 44/1 91/6
dcd.uscourts [1]  108/10
dcd.uscourts.gov [1]  2/15
de [1]  82/19
deadly [2]  7/1 7/3

**D**

deal [5]  11/19 31/16 101/8
  106/7 107/9
dealing [1]  102/4
death [1]  15/25
debate [4]  33/20 33/21 34/2
  37/15
debates [1]  31/25
December [3]  15/14 15/24
  16/2
December 24 [1]  15/14
December 28 [1]  15/24
December 31 [1]  16/2
decide [3]  7/15 8/4 12/5
decided [1]  96/1
deciders [1]  10/11
decides [1]  20/11
declare [1]  14/8
declared [1]  20/18
declares [1]  20/13
declaring [1]  16/21
deep [1]  87/24
deep-ish [1]  87/24
deeper [2]  15/3 15/3
defend [1]  15/16
defendant [50]  1/6 2/2 6/17
  8/3 8/7 8/13 8/15 8/25 9/12
  9/14 13/7 14/16 15/8 15/10
  15/20 16/3 16/15 16/20
  16/25 17/6 17/18 17/18
  17/23 18/8 18/25 19/9 19/10
  19/13 19/15 19/25 20/3 20/4
  20/9 20/12 20/15 20/21
  20/22 20/25 21/3 21/6 21/10
  21/15 21/19 21/22 22/5
  88/18 92/7 94/8 104/8
  104/16
defendant's [2]  19/23 83/10
defense [15]  4/4 8/18 8/20
  8/21 9/2 9/10 10/1 22/8 22/9
  34/20 60/25 70/24 77/8
  84/11 93/24
defer [1]  9/2
defers [1]  22/8
definitely [1]  47/8
delayed [1]  101/10
deliberate [1]  12/4
deliberating [1]  5/25
deliberation [1]  86/14
deliberations [3]  6/5 6/7 9/24
delineation [1]  65/22
deliver [1]  12/10
democracy [1]  14/19
democrats [1]  25/5
demonstrating [1]  7/9
demonstration [1]  16/17
departed [1]  101/1
department [2]  61/25 100/2
depending [2]  34/1 105/19
deputy [11]  26/7 26/9 57/12
  57/13 57/23 57/25 59/6
  60/13 65/4 100/1 102/3
derailed [1]  34/12
descended [1]  14/20
describe [10]  6/7 35/3 38/9
  42/9 55/7 60/11 60/12 62/10
  85/9 86/8
described [4]  27/19 52/4
  95/22 102/8

designate [1]  59/2
designee [1]  29/19
desk [64]  18/12 39/9 39/11
  45/20 50/11 50/12 61/11
  65/24 67/18 68/5 68/8 68/20
  68/21 68/23 69/12 69/12
  69/15 69/16 69/21 70/10
  70/14 70/16 70/25 71/20
  76/20 76/21 76/21 76/25
  77/4 78/4 79/19 79/20 80/6
  80/16 81/2 81/8 81/19 82/15
  83/3 83/8 83/13 87/4 87/17
  89/2 89/3 92/7 94/10 95/11
  95/18 95/18 95/20 96/1 96/3
  96/6 96/11 96/14 97/5 97/10
  98/10 99/21 99/23 100/5
  100/7 105/2
desks [1]  78/1
despite [1]  19/20
destroying [1]  101/14
detail [15]  32/6 55/13 55/17
  55/20 55/21 55/22 55/22
  55/25 56/5 56/17 60/4 60/8
  63/15 73/18 103/17
detailed [3]  5/13 6/20 9/23
details [2]  63/18 63/20
detector [4]  41/21 42/21 43/2
  43/6
detectors [1]  43/19
did [90]  13/13 18/16 19/13
  20/25 25/15 25/17 26/3 26/3
  26/5 28/10 31/4 31/5 31/9
  31/9 31/16 31/16 32/9 34/7
  39/9 39/10 39/11 41/3 41/16
  41/17 43/15 44/16 44/16
  44/21 45/12 45/15 46/6 46/7
  46/8 46/10 46/11 47/5 47/7
  47/14 47/14 53/22 54/12
  58/12 59/18 59/21 63/24
  64/4 64/5 64/25 65/3 65/19
  66/7 66/16 66/17 66/19 67/2
  68/1 71/10 71/13 72/1 73/9
  74/8 74/21 75/8 75/24 76/10
  76/21 77/10 81/24 82/6
  91/12 91/13 95/21 95/23
  95/25 96/6 96/8 96/15 96/17
  96/19 97/1 98/7 100/11
  101/3 101/19 101/20 102/7
  103/15 103/16 103/22
  103/24
didn't [6]  45/23 54/23 58/8
  62/15 72/6 103/21
die [1]  15/19
difference [3]  50/23 51/2
  98/21
different [7]  23/17 23/21
  24/11 28/10 86/21 89/10
  103/15
dignitary [1]  56/16
direct [8]  3/2 9/9 9/14 11/8
  23/4 37/17 40/25 103/16
directed [2]  103/11 103/14
directing [1]  27/5
directly [5]  4/3 42/20 56/9
  75/10 87/4
director [11]  24/20 26/7 26/8
  26/13 26/14 26/16 27/3
  42/25 56/7 100/1 100/10
disarray [2]  76/10 76/22

disclose [1]  6/4
discovered [1]  72/15
discuss [3]  11/22 11/24
  105/7
discussing [1]  11/2
discussions [2]  48/7 105/23
dismissing [1]  6/6
disorder [6]  6/23 13/5 19/18
  21/2 21/3 21/5
disorderly [4]  7/2 7/7 21/16
  21/20
display [5]  13/1 34/16 70/25
  80/17 84/2
dispose [1]  97/4
disregard [1]  10/20
disruptive [1]  7/2
dissolved [1]  101/1
distinct [1]  40/15
distinguishes [1]  39/23
distracting [1]  5/18
DISTRICT [3]  1/1 1/1 1/9
do [81]  4/8 4/15 4/19 5/20
  11/9 11/16 12/22 22/17
  27/25 31/25 32/25 36/4
  36/12 37/3 38/1 39/13 41/13
  41/16 43/6 46/10 48/11 56/5
  56/21 64/1 64/4 66/22 68/6
  71/6 71/13 72/4 72/5 73/9
  73/21 73/24 74/8 74/12 78/3
  78/6 78/13 79/8 79/11 79/24
  82/12 83/6 83/10 83/17 85/1
  88/15 88/17 88/23 89/1 91/1
  91/10 91/20 92/16 94/5 94/9
  94/24 95/24 96/8 96/15
  96/19 97/1 97/9 98/17 98/19
  98/21 99/17 100/19 101/12
  102/5 102/15 103/2 104/10
  104/10 104/16 106/4 106/19
  106/20 106/25 107/1
does [25]  8/25 12/11 25/1
  25/19 28/22 30/1 34/3 35/20
  38/4 38/6 42/15 44/3 44/11
  45/10 47/4 47/5 51/18 58/19
  59/8 79/12 93/20 94/17
  95/23 105/12 106/18
doesn't [2]  18/24 91/20
doing [17]  11/2 16/19 21/4
  21/12 21/17 28/4 28/8 29/10
  29/16 33/4 40/17 47/19
  47/22 64/12 65/14 74/9
  101/7
don't [30]  4/8 5/2 34/19
  37/11 49/16 53/13 59/6 60/7
  60/9 60/24 61/21 68/23 72/4
  74/15 77/8 78/22 82/1 84/10
  91/8 91/23 92/19 92/21
  93/16 93/24 95/2 97/4 104/9
  105/7 106/12 107/3
Donald [1]  53/23
done [16]  14/19 20/13 33/23
  47/22 48/13 48/15 48/17
  48/19 57/2 77/2 99/12 99/19
  100/22 100/23 101/9 101/9
door [13]  37/6 57/18 61/13
  62/11 62/12 62/12 62/12
  72/22 72/24 72/25 73/8
  77/23 87/15
doors [16]  15/1 37/8 37/9

57/18 57/19 58/10 58/13
  59/9 59/12 61/12 62/11
  62/16 73/13 91/19 91/20
doorway [5]  81/6 81/7 83/1
  89/21 95/9
double [2]  61/13 62/11
doubt [6]  7/17 7/19 8/6 8/9
  8/12 22/3
down [29]  5/20 12/2 18/18
  23/23 37/12 37/19 43/25
  44/2 44/3 44/9 45/24 47/8
  50/24 57/22 58/18 58/19
  58/20 59/18 67/10 72/3 82/4
  90/21 92/25 96/4 98/5 98/6
  99/1 99/9 105/7
draw [6]  35/19 36/1 37/15
  38/11 68/25 80/12
drawing [4]  35/23 38/13
  70/13 97/23
drawn [11]  36/6 37/19 38/18
  40/2 40/12 78/15 79/8 80/15
  83/2 83/9 94/13
drew [5]  50/5 70/13 82/25
  83/23 83/25
drill [1]  56/23
Drive [1]  1/12
drove [1]  14/16
due [1]  29/12
duly [1]  22/23
during [25]  5/12 6/13 6/23
  7/14 9/18 10/8 13/19 21/1
  21/5 21/12 31/12 33/7 40/18
  43/25 44/9 45/12 60/19
  64/13 64/14 65/4 65/25
  66/10 72/15 99/13 101/24
duties [1]  21/4
duty [3]  8/12 10/9 20/2

**E**

each [18]  6/11 6/21 7/20
  7/22 8/5 8/5 8/11 8/17 9/10
  24/11 24/11 30/15 30/17
  33/2 34/3 39/23 42/14
  106/20
earlier [4]  42/6 53/22 54/2
  54/17
early [7]  28/14 41/7 41/8
  74/15 106/4 106/22 107/3
effect [1]  103/25
efficient [1]  10/7
eight [6]  6/18 8/6 20/25 46/1
  47/25 73/14 102/13
eighth [1]  23/14
either [2]  33/21 71/6
elect [6]  29/14 30/5 30/5
  30/5 100/24 100/24
elected [1]  18/3
election [18]  13/6 13/21 14/8
  14/9 19/4 30/5 30/10 30/11
  30/16 30/23 30/25 31/2 34/6
  53/16 53/23 54/13 54/14
  101/12
electoral [7]  14/7 17/13 27/15
  29/23 30/4 32/10 53/5
electors [3]  30/15 30/16
  30/18
electrodes [1]  16/7
element [2]  8/5 8/11
elements [3]  7/20 7/21 8/14
Elizabeth [1]  107/5

**E**

else [5]  46/22 53/10 74/21 81/24 82/7
emails [1]  102/2
emergency [1]  57/3
EMILY [5]  3/3 22/15 22/22 23/9 43/9
end [15]  5/14 5/22 6/5 6/20 7/15 7/22 8/4 16/12 18/24 20/20 61/13 64/5 90/15 105/11 105/13
ends [1]  6/9
enforcement [2]  6/23 55/24
engage [1]  20/9
engaged [2]  14/22 74/13
engaging [2]  21/16 21/20
enough [1]  97/3
ensure [1]  32/4
entail [1]  31/17
enter [1]  41/13
entered [2]  5/4 48/21
entering [6]  6/25 7/5 17/24 21/16 21/19 41/20
entire [5]  44/7 50/21 64/7 92/17 92/22
entirely [1]  5/18
entirety [1]  47/1
entitled [3]  10/15 11/3 108/5
entrance [1]  55/4
entry [1]  15/3
envelope [19]  18/15 21/23 77/3 80/1 80/3 80/5 80/6 80/19 80/23 88/19 92/6 92/25 93/3 93/15 97/12 97/13 98/4 98/6 98/9
envelopes [6]  77/1 83/22 84/4 92/16 92/24 93/11
especially [2]  28/14 41/8
Esquire [6]  1/11 1/13 1/16 2/2 2/5 2/9
essentially [4]  38/18 40/12 43/12 67/23
evacuate [4]  15/6 21/12 21/12 56/20
evacuated [3]  18/19 66/13 78/24
evacuating [1]  103/12
evacuation [2]  34/14 65/25
even [8]  30/9 42/23 42/25 50/16 58/10 58/12 76/2 93/16
evening [7]  75/21 75/22 99/4 99/6 106/10 106/21 107/15
event [1]  62/14
events [7]  26/8 27/8 29/8 41/9 44/2 45/25 49/2
eventually [2]  14/24 18/22
ever [10]  5/23 37/11 43/15 43/15 46/2 46/4 57/21 68/23 93/20 98/17
every [13]  14/5 14/11 29/20 32/6 39/4 40/6 43/4 43/5 52/23 54/20 55/19 65/11 79/23
everybody [3]  5/6 13/18 43/12
everyday [1]  27/24
everyone [7]  5/6 46/15 48/22 53/18 59/10 64/23 99/18

everything [20]  27/1 27/2 29/10 55/10 66/9 69/16 71/23 72/3 72/4 73/16 90/17 91/19 95/22 96/4 99/12 99/19
everywhere [2]  76/5 91/18
evidence [35]  5/15 7/13 7/16 7/22 7/24 8/2 9/4 9/6 9/8 9/18 9/20 9/20 9/21 10/4 10/12 10/25 11/4 20/24 22/4 34/19 34/23 49/21 60/24 61/3 68/10 68/13 77/6 77/18 84/14 86/13 91/23 92/2 94/3 95/6 97/4
exacerbated [1]  67/12
exact [2]  74/15 94/19
exactly [4]  14/10 15/20 16/18 20/13
examination [7]  9/9 9/10 9/11 9/15 9/15 9/15 23/4
examined [1]  22/23
example [3]  26/23 44/5 69/19
except [1]  105/15
exclusively [1]  86/24
execute [1]  64/18
executed [2]  27/3 29/8
execution [1]  69/13
executive [6]  24/20 25/18 25/19 26/7 26/21 39/1
Exhibit [11]  34/17 35/4 49/16 49/23 60/24 68/10 68/15 77/22 84/10 91/22 93/24
exhibits [5]  3/6 4/4 9/21 10/22 95/2
existed [1]  96/24
exit [1]  19/14
exited [3]  48/9 90/4 106/23
expansion [1]  52/25
expect [4]  77/8 79/3 93/24 95/3
expecting [2]  107/4 107/7
experience [3]  34/6 41/1 90/15
explain [17]  22/1 26/14 29/2 29/25 30/14 32/12 36/15 43/24 50/23 51/2 53/3 53/15 54/19 58/15 77/21 93/7 98/7
explanations [1]  52/17
exposed [1]  100/16
extra [1]  31/19
extremely [4]  28/14 28/14 90/17 90/17
eye [2]  11/14 56/12
eyes [2]  58/18 59/16

**F**

face [5]  19/25 19/25 20/10 78/3 87/17
Facebook [2]  15/15 16/10
faced [2]  45/20 45/21
facing [1]  20/25
fact [4]  16/16 17/12 19/5 62/9
factors [1]  11/5
facts [1]  10/11
fair [2]  10/7 103/21
familiar [2]  13/16 54/10
family [1]  17/11
far [7]  15/12 37/23 69/6 82/25 85/23 90/14 90/15

faulted [1]  101/6
FBI [2]  96/21 96/23
feared [1]  20/1
Federal [2]  14/5 14/10
feel [6]  5/20 12/13 22/17 68/25 106/4 106/18
feet [4]  18/12 78/4 87/17 90/18
felt [5]  20/2 74/15 99/15 100/13 100/14
few [5]  5/9 10/5 60/19 64/18 74/22 80/1 83/7 85/22
field [1]  70/10
fight [2]  15/18 15/20
fighting [1]  15/24
figure [3]  73/18 102/5 106/19
file [2]  22/4 72/1
filed [1]  4/6
files [6]  18/6 68/21 69/12 69/13 91/18 95/17
filing [1]  71/4
filled [1]  19/11
final [2]  6/5 9/25
finally [3]  10/5 20/11 21/22
find [10]  5/17 5/18 8/12 8/13 8/15 22/5 74/3 74/25 76/1 96/6
fine [2]  79/5 107/15
finger [3]  35/22 37/16 68/25
finished [1]  67/4
Firm [2]  2/2 2/6
first [24]  4/10 4/11 5/16 8/24 9/8 22/14 22/23 27/19 29/25 36/6 41/9 41/11 49/6 55/17 62/11 72/22 74/19 79/21 82/5 87/14 87/14 88/14 95/25 97/20
five [5]  47/13 73/14 77/25 80/24 90/20
flag [15]  17/2 19/16 19/17 68/24 72/10 76/23 76/23 87/17 94/16 94/17 94/17 94/20 94/23 94/24 96/2
flawless [1]  32/8
floor [50]  2/7 27/9 31/21 31/22 32/1 32/7 32/19 35/14 35/16 38/1 38/7 38/4 38/20 38/22 39/1 44/8 44/25 46/9 46/15 46/16 46/18 46/21 46/24 47/2 47/11 49/11 52/5 52/9 54/4 56/10 56/14 57/8 58/17 58/22 59/5 59/17 63/19 66/12 66/18 68/22 75/14 75/18 75/21 85/11 99/8 99/9 99/13 100/21 100/22 101/15
Florida [1]  1/15
flung [1]  91/19
focus [2]  15/8 102/1
focuses [1]  11/19
folder [2]  70/10 70/15
folders [1]  71/1
folks [2]  11/6 107/9
follow [1]  9/14
following [6]  4/1 11/15 78/21 79/6 104/7 104/13
follows [1]  22/24
footage [2]  17/15 77/3
force [1]  17/16

forcing [2]  13/5 14/22
foregoing [1]  108/3
foreign [1]  70/24
formal [1]  7/24
formally [1]  13/23 13/25 14/8
formed [1]  19/12
FormerFedsGroup.Com [1]  2/9
fought [1]  18/20
found [6]  18/22 76/25 91/14 95/21 96/3 96/14
four [9]  8/23 14/5 28/16 28/16 28/22 34/1 53/22 64/13 77/25
four-ish [1]  64/13
frames [1]  82/4
franking [3]  92/17 92/19 92/22
free [5]  5/20 15/18 22/17 68/25 106/4
fresco [2]  36/23 36/25
fresh [1]  91/9
Friday [3]  105/15 105/16 105/18
friends [3]  68/8 71/24 92/15
front [5]  12/18 17/1 50/11 57/20 87/4
fucking [2]  20/16 20/17
fullest [1]  6/12
furniture [1]  58/7
further [1]  30/9

**G**

gained [1]  15/3
gallery [5]  32/2 46/25 47/16 47/18 70/9
garage [1]  41/20
garages [1]  41/18
gave [2]  16/17 93/14
gear [1]  57/4
general [1]  54/5
generally [4]  40/15 60/11 60/12 103/23
gentlemen [8]  12/8 12/13 12/23 22/16 48/6 86/11 91/5 105/10
genuine [1]  92/15
Georgia [1]  1/12
Gerald [1]  107/5
get [66]  4/11 4/25 10/6 12/11 13/19 19/17 20/18 22/17 26/25 28/3 28/19 28/20 31/7 33/4 33/12 37/3 41/3 41/8 41/9 41/19 44/24 46/18 47/22 48/20 51/9 57/1 57/17 57/22 58/21 59/13 60/13 60/14 63/20 65/14 66/10 66/11 66/20 67/9 68/22 73/5 73/19 73/21 73/25 74/1 74/3 74/11 75/3 75/14 77/2 77/10 82/1 92/16 92/23 92/24 96/11 97/5 101/9 101/15 102/5 103/18 103/19 103/20 104/1 104/2 104/3 106/8
gets [3]  20/10 20/12 52/23
getting [10]  12/16 56/11 57/3 67/23 68/4 68/6 73/6 73/7 84/19 104/3
Geyer [2]  2/9 22/8

G

giant [1] 37/1
gifts [2] 69/4 79/25
give [16] 5/8 5/9 5/14 6/12
7/13 8/25 9/5 9/23 23/14
25/6 35/7 60/7 61/21 74/17
93/20 107/10
given [1] 10/19
gives [1] 86/19
giving [1] 93/17
glass [7] 76/5 76/6 76/8
81/21 81/24 91/16 91/19
Glavey [1] 107/5
glimpse [2] 85/22 88/6
go [48] 4/3 4/9 5/1 6/8 19/17
25/15 27/9 36/20 41/13
41/19 41/20 41/21 41/23
41/24 42/21 43/1 43/18
44/16 46/8 51/9 59/7 59/8
59/9 62/7 62/11 62/14 63/10
63/24 69/12 69/18 75/8
75/14 75/18 78/20 80/10
88/11 92/17 92/19 92/25
97/11 99/17 99/17 99/18
101/10 103/11 104/6 105/21
106/6
goals [1] 26/20
goes [1] 13/18
going [61] 4/9 4/16 4/16 4/23
5/10 9/2 12/10 12/11 13/19
15/22 17/11 17/15 17/25
20/5 22/9 31/13 31/23 31/24
32/3 32/15 32/16 33/1 33/1
48/5 49/10 49/12 54/14
55/10 57/9 57/10 58/21
60/15 60/22 61/17 63/17
63/20 66/6 73/8 73/21 74/25
75/20 75/22 79/1 79/2 79/3
79/3 82/17 84/20 85/1 85/5
86/12 86/24 90/24 91/23
101/25 106/8
gold [1] 70/15
gone [4] 72/24 75/13 76/4
79/24
good [5] 13/3 22/18 22/19
23/6 48/2
Gordon [10] 1/13 22/2 22/4
23/2 36/4 48/2 48/11 48/23
86/16 104/8
gorgeous [1] 36/18
GORGON [1] 3/4
got [12] 16/12 59/25 64/1
64/4 64/20 66/4 66/5 67/5
93/14 99/6 104/9 105/19
gotten [4] 50/12 66/16 66/17
67/12
government [28] 6/15 7/11
7/19 8/5 8/10 8/11 8/14 8/18
8/19 8/19 8/20 8/25 9/11
9/16 10/1 10/2 12/10 21/23
22/2 22/15 65/1 67/20 68/9
93/5 93/6 93/11 102/12
102/14
government's [29] 3/6 9/9
9/12 22/14 34/17 34/23 35/4
49/16 49/21 49/23 60/24
61/3 61/7 68/10 68/13 68/15
77/7 77/17 77/22 78/8 84/10
94/3 95/2 95/6
Government's 731 [1] 92/5
grade [1] 23/14
grand [1] 6/15
Gravette [1] 15/10
great [5] 35/20 53/14 106/10
106/21 107/15
greatly [1] 68/2
grinding [1] 14/19
gritty [1] 28/6
Gross [1] 2/2
ground [1] 20/2
grounds [6] 7/1 7/3 17/8
29/15 42/7 42/11
group [2] 43/18 106/14
groups [5] 43/15 43/21 44/5
44/8 55/5
guess [2] 48/13 74/17
guessing [1] 48/17
guilt [1] 8/3
guilty [4] 8/9 8/13 8/15 22/5
gun [9] 13/14 16/5 16/5 16/6
16/10 16/15 17/3 19/24
21/18

H

H232 [2] 50/10 50/10
had [133] 4/19 5/6 14/18
15/2 15/4 15/13 16/6 17/3
18/6 19/11 19/15 20/13
21/11 27/14 28/11 30/22
32/1 40/14 40/18 41/19
41/20 41/22 41/23 44/9
45/22 46/1 46/14 46/16
46/24 47/9 47/16 47/18
51/19 52/11 52/17 53/21
54/1 54/3 54/13 55/2 56/10
56/18 56/19 56/21 56/23
57/2 57/13 58/12 60/16
61/14 62/15 63/18 65/5
66/12 66/15 66/16 66/17
67/3 67/4 67/7 67/12 67/16
67/17 67/18 68/22 69/20
71/16 71/18 71/25 72/16
72/22 72/24 73/1 73/2 73/13
73/14 74/2 74/17 75/11
75/13 75/21 76/4 76/8 76/9
76/14 76/18 77/1 77/3 77/4
77/25 78/7 79/20 79/25 80/1
81/18 81/19 82/4 82/4 82/7
82/8 82/15 82/23 83/2 83/8
83/21 83/22 91/17 95/18
96/12 96/20 96/20 96/21
96/23 98/9 98/10 98/11
99/12 99/22 99/23 100/4
100/6 100/7 100/13 100/16
100/17 100/24 100/25 101/1
101/7 101/13 101/16 102/2
103/19
Hakeem [3] 23/11 24/16
25/14
half [2] 17/7 88/6
halfway [2] 48/13 48/17
hall [16] 18/18 49/9 49/11
49/12 49/13 50/8 50/9 52/10
52/17 52/18 52/19 52/20
52/22 52/24 61/14 85/13
hallway [5] 60/1 61/8 87/6
95/10 96/1

hand [12] 12/15 14/23 14/23
19/24 22/21 27/2 28/12
38/19 40/3 42/25 94/14
97/24
handing [1] 65/13
handle [1] 82/22
handled [1] 25/21
handles [1] 26/17
handling [1] 26/21
hands [1] 31/11
hands-on [1] 31/11
handwriting [3] 97/21 97/25
98/2
hanging [1] 83/9
happen [11] 11/16 32/13
34/3 44/21 56/24 57/5 72/5
73/17 74/21 103/15 103/21
happened [13] 51/12 51/12
52/7 53/11 55/7 57/7 58/15
58/16 63/12 64/15 68/3
71/19 100/18
happening [3] 31/15 55/8
102/21
happens [2] 33/7 33/9
hard [1] 105/14
hardened [1] 62/12
has [28] 4/4 7/16 8/3 8/5
8/14 10/19 11/4 11/24 13/21
13/21 20/22 24/1 25/23
30/15 33/13 33/14 33/14
35/18 36/19 37/19 38/17
38/22 40/11 55/19 55/21
62/9 62/11 70/22
hat [1] 17/2
hate [1] 106/17
have [137] 4/10 4/15 4/24
5/5 5/16 7/15 8/4 8/25 9/1
10/18 11/5 11/6 12/1 12/3
12/6 12/16 12/17 13/1 19/7
22/2 24/11 25/3 25/12 25/17
25/22 25/25 27/8 27/9 28/11
28/15 28/16 30/7 31/7 31/9
32/2 33/12 33/20 33/21
33/23 34/3 36/4 37/11 37/23
38/4 39/9 39/11 39/15 40/6
41/13 41/16 42/15 42/21
43/1 43/18 44/7 45/10 47/4
47/5 47/5 47/7 48/12 49/7
50/7 50/9 50/9 50/10 50/11
53/6 53/16 55/5 55/13 56/25
57/21 58/14 62/15 64/25
65/3 69/20 70/3 70/18 78/10
78/15 79/8 79/15 79/16 80/2
82/10 84/24 85/2 85/22 86/8
86/13 88/20 88/24 89/10
89/11 90/3 90/3 91/1 91/2
92/17 92/21 92/22 92/23
93/3 93/17 93/18 94/13
95/22 96/1 96/21 97/2 98/17
98/24 101/25 102/7 102/12
102/17 102/19 102/22
102/23 103/2 103/25 104/25
105/12 105/24 105/24 106/4
106/21 106/10 106/13 106/19
106/21 106/25 107/3 107/10
107/15
haven't [2] 83/17 88/20
having [4] 6/8 22/23 78/23

he [58] 7/18 8/3 8/9 13/9
13/10 13/13 15/11 15/12
15/12 15/15 15/21 15/24
15/25 15/25 16/2 16/3 16/9
16/11 16/17 16/24 17/3
17/20 17/20 17/21 17/24
17/24 17/25 18/1 18/7 18/8
18/12 18/12 18/14 18/14
18/16 18/24 18/24 20/1 20/2
20/5 20/11 20/12 20/13
20/25 21/24 24/25 56/11
56/13 58/17 71/17 71/18
71/21 76/5 79/20 92/8 92/12
94/11 104/23
he's [3] 19/19 89/3 104/22
head [2] 20/8 51/4 91/7
headed [1] 63/22
heads [1] 40/7
healthy [1] 106/16
hear [18] 7/14 8/17 10/13
10/14 11/16 12/20 12/23
17/8 19/5 19/21 19/24 20/1
54/21 54/21 54/22 71/17
72/23 78/18
heard [6] 4/6 78/21 79/6
98/17 104/7 104/13
hearing [1] 4/22
held [1] 40/6
helicopter [2] 29/15
help [5] 28/1 28/5 67/9 74/11
80/11
helpful [1] 20/22
helping [7] 21/9 28/3 44/24
45/1 46/11 47/16 47/17
her [71] 12/11 18/7 25/17
25/18 25/20 25/22 25/23
25/23 25/25 26/6 26/7 26/8
26/19 26/20 27/1 27/1 27/6
27/10 27/10 28/12 29/4
29/21 31/6 31/6 38/13 39/2
39/7 39/9 39/18 40/8 46/18
47/1 47/2 48/14 48/17 55/21
56/7 57/3 58/20 58/21 58/25
58/25 59/2 59/9 59/18 59/22
59/24 63/15 64/21 69/7 69/8
76/2 76/6 76/9 76/12 76/14
78/22 79/2 79/4 79/25 81/10
93/1 93/8 99/6 99/7 100/3
100/11
here [22] 12/2 13/18 15/8
15/12 18/9 20/5 38/13 38/15
40/9 62/4 62/23 65/9 67/8
69/2 78/19 82/17 83/19 86/3
95/19 97/22 98/12 99/18
hereby [1] 108/3
hers [3] 35/18 39/13 79/4
herself [1] 46/22
hey [3] 18/9 43/8 97/22
Hi [2] 23/7 23/9
hidden [2] 73/2 102/3
hiding [3] 18/18 65/5 73/14
higher [1] 51/16
highest [2] 51/6 51/10
highly [1] 69/4
Hill [5] 23/10 30/22 75/1
102/15 102/16
him [19] 16/15 16/19 16/22

## H

him... [16] 17/4 17/23 18/22
18/22 19/17 56/19 71/17
71/18 71/20 94/9 94/16
104/16 104/17 104/19
104/20 104/21
himself [2] 9/13 13/8
his [30] 6/18 7/25 13/9 13/11
15/10 16/3 16/11 16/16
16/20 16/21 16/21 17/1 17/3
17/6 17/11 17/22 18/12
19/16 19/17 20/1 20/2 20/2
24/21 24/24 52/13 54/7
59/16 65/10 78/23 104/22
historically [1] 29/12
history [1] 25/7
hit [1] 20/10
hold [6] 17/17 19/20 38/14
38/16 40/8 74/1
holding [6] 75/11 81/2 84/6
88/19 92/7 94/16
holiday [2] 79/22 79/25
holidays [1] 79/22
home [8] 6/8 13/9 15/10
28/12 99/17 99/17 99/18
99/19
honest [2] 92/19 93/16
Honor [34] 4/2 4/13 4/25
22/9 23/3 34/18 34/21 36/10
48/4 48/14 48/25 49/15
49/19 61/1 68/9 68/11 77/5
77/9 77/19 78/17 78/22 84/9
84/12 86/23 90/23 91/25
94/1 95/4 102/23 103/1
104/4 104/12 105/4 107/1
HONORABLE [2] 1/8 92/11
hope [2] 5/6 20/18
hoping [1] 73/5
hotel [4] 15/11 16/16 16/18
16/21
hours [7] 33/17 34/1 34/9
34/9 64/13 74/22 103/10
house [72] 13/12 13/22
13/25 14/1 14/3 14/5 14/13
15/12 17/3 18/2 18/13 19/3
23/10 23/12 23/16 23/17
23/18 24/8 24/11 24/25
25/10 25/11 25/12 28/17
28/25 29/7 29/17 30/7 30/21
32/17 32/19 32/20 32/20
33/11 33/19 33/22 33/24
35/23 37/3 37/6 37/14 42/12
43/1 44/6 46/9 46/12 46/14
46/24 49/11 49/13 51/3 51/5
51/16 51/20 51/23 51/24
52/5 52/10 52/13 52/21
52/25 53/7 55/8 55/10 55/20
65/12 82/19 82/21 93/9 99/8
99/9 100/10
houses [1] 23/17
how [45] 6/8 14/10 16/10
16/18 17/25 20/1 20/1 22/20
23/15 32/13 34/7 37/3 38/10
39/15 39/20 47/4 47/5 47/5
47/7 47/11 48/11 63/16 64/5
65/19 68/21 71/10 72/19
73/18 74/12 90/15 90/18
91/1 91/13 91/14 92/16
93/16 94/9 94/17 97/18 98/4

however [2] 6/22 13/18
Hoyer [1] 97/21
huddled [1] 18/17
huddling [1] 58/23
huge [1] 14/21
Hugely [1] 15/2
huh [7] 29/24 44/10 52/3
56/7 89/14 98/16 99/6
human [1] 19/12
hundred [1] 23/20
hurry [1] 68/22
husband [3] 71/16 71/16
72/2
Hyatt [1] 15/12

## I

I'll [1] 15/15
I'm [16] 6/16 24/8 27/22 31/7
47/21 48/16 48/17 48/17
48/18 60/22 65/9 69/18 82/1
86/17 86/24 97/23
I've [2] 83/9 97/3
I-N-D-E-X [1] 2/16
ID [2] 41/22 41/25
idea [1] 78/23
identification [2] 104/10
105/6
identified [1] 104/16 104/25
identify [2] 104/19 104/20
imagined [1] 58/14
immediate [1] 102/9
impact [1] 102/7
impeding [1] 101/9
important [2] 59/20 106/15
importantly [1] 16/4
inaugural [8] 29/11 57/14
57/16 57/20 57/23 92/9
101/21 102/1
inauguration [6] 27/16 29/2
29/6 29/9 45/23 69/23
inaugurations [1] 44/1
include [4] 69/13 69/22 71/2
71/2
included [2] 28/16 28/17
28/18 28/18 69/10 69/19
71/5
includes [1] 21/8
including [7] 13/20 14/16
21/21 44/10 70/16 76/15 84/6
incoming [9] 25/21 25/22
26/17 26/21 26/22 27/11
27/23 29/13 29/17
incredible [1] 99/18
independent [1] 11/3
indicate [2] 35/22 36/6
Indicating [1] 36/3
indicted [1] 8/3
indictment [6] 6/16 6/17 7/18
7/23 7/24 8/2
individuals [1] 106/14
indulgence [1] 103/2
information [4] 4/14 60/8
69/8 71/21
informed [1] 9/2
innocent [2] 8/8 15/16
inquiry [1] 11/3
inside [9] 13/19 16/6 17/25
54/22 55/8 55/10 58/4 70/20

instance [2] 32/16 69/22
Instead [1] 14/18
institution [1] 102/21
institutional [1] 102/17
institutions [1] 102/18
instruct [4] 7/21 10/9 10/10
20/20
instruction [1] 11/1
instructions [14] 4/10 4/20
5/1 5/9 5/11 5/13 5/14 6/5
6/20 9/22 9/24 10/5 11/15
11/17
intended [1] 9/5
intentions [1] 16/21
interfere [3] 21/9 21/9 101/20
interfered [1] 21/3
interfering [3] 6/23 21/1 21/7
interrupt [2] 68/1 101/3
interrupted [2] 19/9 68/2
interruption [2] 46/13 50/19
interruptions [1] 34/10
introduce [2] 23/8 84/10
invade [2] 14/17 34/14
invaded [1] 21/11
invaders [1] 18/21
inventory [2] 76/11 82/6
involve [1] 75/24
involved [1] 29/12
is [230] 5/10 5/16 5/18 6/14
7/18 7/24 7/24 8/7 8/9 8/12
8/24 9/2 9/7 9/12 9/20 10/7
10/9 10/15 10/22 11/3 11/10
11/24 12/2 12/3 12/10 12/12
12/18 12/19 13/7 13/17
14/10 14/13 17/9 17/21 19/1
19/5 20/5 20/17 20/17 20/25
21/1 21/7 21/15 21/22 22/9
23/9 23/11 23/15 23/16
23/19 23/19 23/20 24/19
24/24 24/25 25/2 25/22 25/3
25/5 25/25 26/17 26/19
26/21 30/3 30/5 30/11 30/12
30/13 30/14 30/20 31/15
32/10 32/10 32/11 32/18
32/22 33/8 33/16 34/19
35/14 35/18 35/24 36/2
36/13 36/15 36/16 36/16
36/17 36/18 36/20 36/23
36/23 37/6 38/7 38/7 38/13
38/15 39/4 39/17 39/18 40/5
40/12 42/5 42/6 42/12 42/25
43/12 44/4 48/2 49/7 49/13
49/23 50/1 50/2 50/14 50/18
51/4 51/6 51/7 51/10 51/15
51/23 52/18 52/22 55/1
56/16 57/16 57/18 57/19
57/20 57/21 59/20 60/2 60/3
60/14 60/20 60/24 61/8
61/11 61/14 62/7 62/8 62/11
62/12 62/14 63/9 67/8 67/15
68/15 68/20 68/21 68/24
69/7 69/15 70/6 70/6 70/7
70/8 70/21 71/8 71/21 71/22
75/6 77/23 77/24 78/1 78/8
78/22 79/21 80/16 80/19
81/2 81/3 81/4 81/6 81/7
81/7 81/8 82/17 82/19 83/19
83/23 84/16 85/1 85/12

86/6 86/12 87/4 87/5 87/6
87/13 87/17 88/7 88/23 89/3
89/22 89/22 90/25 90/17
90/25 92/8 92/9 92/11 92/12
93/8 93/11 94/7 94/11 94/13
95/9 95/11 96/24 96/25
97/22 97/25 98/2 98/15
100/1 102/17 102/20 102/21
102/22 102/22 103/12
103/21 104/23 104/24
106/13 106/16 108/3
ish [5] 55/13 64/13 87/24
91/2 103/21
issue [1] 107/9
issued [1] 6/16
issues [4] 4/22 106/7
it [161] 4/18 4/19 5/2 5/17
5/18 5/18 6/7 6/9 8/12 9/14
10/9 10/16 11/18 11/19
11/23 12/22 12/24 12/25
13/5 13/21 14/11 14/11
14/12 14/15 14/18 16/5 16/6
16/11 16/12 16/18 17/10
17/25 18/24 20/2 21/8 21/11
21/13 24/2 25/1 25/19 26/14
28/17 28/17 28/18 29/12
32/8 32/11 33/14 33/20 35/5
35/20 35/23 36/16 36/17
36/18 36/18 36/20 38/7 38/7
39/8 40/8 40/16 45/18 45/24
47/8 50/9 50/20 51/18 51/20
51/21 52/22 52/24 53/13
53/16 54/3 54/7 55/2 55/6
56/12 57/19 58/8 58/25 59/2
59/12 59/23 62/9 62/10
62/11 62/13 62/15 62/15
64/3 64/3 65/1 65/3 65/3
66/5 66/16 67/2 68/2 69/7
69/8 69/22 69/22 71/7 71/10
71/12 72/23 73/22 73/24
74/15 74/22 74/24 76/7 76/8
76/24 76/25 78/1 78/2 79/1
79/3 79/24 80/9 80/10 80/12
80/21 80/23 82/7 83/13 85/1
85/22 88/24 90/14 90/15
90/18 91/14 91/15 91/15
91/17 92/20 93/4 93/12
94/20 94/23 94/24 95/22
96/9 96/12 98/11 98/11
98/12 100/6 100/18 100/19
101/24 104/4 106/9 106/13
107/9 107/12 107/12
it's [36] 4/21 11/7 11/7 11/7
14/14 20/22 24/3 26/16
32/21 32/24 33/5 35/25
38/10 39/18 42/14 48/6
52/19 54/20 57/17 57/20
57/21 57/22 71/22 78/23
79/4 79/23 84/4 84/10 86/4
88/18 90/17 92/20 92/22
92/23 93/8 106/15
item [5] 78/15 79/8 83/9
83/10 83/23
items [4] 70/9 81/23 95/17
96/22
its [5] 13/5 13/20 22/10
42/16 75/22
itself [5] 14/25 42/6 44/17
42/5 52/5

## J

jacket [2]  17/2 104/23
January [39]  1/5 6/19 13/3
13/10 13/23 14/11 14/20
15/11 15/15 15/21 16/9
16/14 16/17 16/20 26/10
27/12 27/15 27/16 29/23
30/1 30/8 30/19 30/20 30/23
31/18 31/19 32/5 32/7 32/10
40/25 43/22 44/1 44/6 49/2
52/2 69/23 70/11 102/11
102/22
January 20 [1]  27/16
January 3 [1]  16/9
January 4 [1]  15/11
January 5 [1]  16/17
January 6 [34]  6/19 13/3
13/10 13/23 14/11 14/20
15/15 15/21 16/14 16/20
26/10 27/12 27/15 29/23
30/1 30/8 30/19 30/20 30/23
31/18 31/19 32/5 32/7 32/10
40/25 43/22 44/1 44/6 49/2
52/2 69/23 70/11 102/11
102/22
JCCIC [3]  29/4 29/19 102/1
jeans [1]  17/2
Jeffries [5]  23/11 24/17
24/19 24/20 25/14
Jenkins [6]  4/18 11/18 35/6
35/18 77/10 106/1
Jersey [1]  2/11
job [4]  20/19 25/17 27/1 27/3
jobs [2]  56/7 101/12
John [2]  69/2 69/3
join [1]  17/19
joined [2]  13/11 33/14
joins [1]  32/24
joint [5]  19/6 29/5 30/8 44/1
101/1
Jonathan [1]  2/2
Joseph [1]  2/5
judge [4]  1/9 10/12 20/20
22/1
juggling [1]  107/1
jumped [1]  63/21
jungle [1]  16/11
juries [3]  11/5 11/8 11/8
juror [8]  4/22 5/12 6/12 12/17
12/18 12/18 12/18 106/17
jurors [2]  5/17 20/19
jury [22]  1/8 4/3 4/7 4/11 5/4
5/21 6/5 6/16 12/4 23/8 24/1
26/14 34/24 48/9 48/20
48/21 84/20 86/14 97/13
105/25 106/14 106/23
just [78]  4/14 5/9 7/12 7/12
7/23 8/3 11/14 11/17 12/12
12/15 13/17 15/8 16/12
18/17 23/14 23/24 24/1 25/6
26/6 26/25 27/2 27/19 30/9
36/5 38/7 42/19 42/19 43/10
44/23 45/18 46/15 46/16
48/7 48/14 48/18 56/18 62/4
62/7 62/13 65/8 67/4 67/7
67/11 69/1 71/22 73/3 73/25
74/2 76/6 80/5 80/14 82/24
83/8 85/9 86/10 86/16 86/20
91/12 91/18 92/25 93/18

100/17 100/20 100/21 102/8
103/3 103/7 103/23 105/17
106/9 106/11 106/14 106/17
106/18
justice [1]  91/20

## K

keep [10]  12/21 33/4 69/15
69/21 70/24 73/15 86/20
90/24 103/4 105/21
keeping [1]  56/12
kept [3]  69/3 69/7 70/21
Kevin [1]  51/24
kick [1]  57/4
kicking [1]  15/1
kind [5]  25/22 61/22 68/21
82/7 83/19
kindness [1]  84/25
kitchen [2]  39/2 91/19
knew [20]  31/23 31/23 32/16
46/15 56/23 57/3 57/24 59/2
62/13 66/15 71/18 71/24
72/8 72/23 75/13 79/13
96/23 97/3 100/20 101/24
know [45]  5/11 5/23 5/24 6/8
11/10 11/18 12/16 17/21
20/22 20/23 27/9 28/19
32/11 33/7 36/21 37/11
40/17 42/9 43/9 47/14 49/7
53/13 54/2 55/7 63/16 64/1
66/16 71/21 72/1 72/4 73/4
73/9 74/12 74/15 78/22
93/16 100/5 100/6 100/18
103/8 106/11 106/11 106/12
106/18 106/19
knowing [2]  73/13 73/17
knowledge [5]  53/13 62/15
63/9 102/13 102/18
known [5]  57/21 93/17 93/18

## L

ladies [8]  12/8 12/13 12/23
22/16 48/6 86/11 91/5
105/10
laid [1]  38/10
landed [1]  29/15
lapel [3]  4/15 4/24 12/11
large [10]  27/8 34/12 41/9
44/2 46/2 54/1 101/7 102/11
102/19 102/22
larger [4]  38/23 39/24 40/1
66/4
last [4]  20/16 24/2 26/8 80/7
lasting [1]  102/7
late [1]  28/14
later [4]  9/3 31/13 91/15
105/20
law [14]  2/6 6/21 6/23 9/23
10/9 10/10 14/5 14/10 14/14
20/17 20/21 30/3 32/11
55/24
lawful [1]  21/4
lawyers [6]  8/21 9/18 10/3
11/11 11/13 106/16
layers [2]  31/20 41/19
LCC [1]  2/9
lead [1]  33/18
leader [13]  23/12 24/25 25/1
25/2 28/24 28/25 45/5 45/8

leaders [5]  28/23 45/2 65/1
65/3 70/24
leadership [11]  24/22 24/23
28/17 46/24 55/19 58/23
63/17 64/15 67/20 75/9
97/20
leading [3]  27/12 52/11 95/9
leads [1]  57/18
leaked [2]  99/23 100/16
least [2]  4/9 105/18
leave [10]  18/22 20/11 29/16
37/14 46/6 59/24 68/23 82/1
103/15 103/16
led [3]  25/4 25/5 53/2
left [30]  18/6 18/8 19/16 36/7
38/19 40/3 52/4 63/22 64/21
67/17 69/6 70/14 72/13 75/5
77/1 80/6 81/18 82/15 83/1
83/13 85/23 91/17 96/12
97/10 97/11 97/12 97/24
99/11 102/10 102/12
left-hand [3]  38/19 40/3
97/24
legal [3]  5/14 10/8 106/7
legislation [2]  28/4 28/20
legislative [3]  27/21 32/20
51/15
legislatively [1]  27/25
length [1]  34/2
Less [1]  90/20
lesson [2]  13/20 23/15
let [18]  11/17 13/15 20/2
30/9 37/18 38/17 40/2 40/11
55/15 64/4 66/22 69/5 70/12
75/16 80/14 82/24 83/25
106/18
let's [12]  15/9 20/19 44/21
48/7 48/14 48/18 48/20
78/18 78/20 91/13 106/5
106/18
letter [6]  79/19 79/21 79/22
97/15 97/18 98/15
letters [5]  71/5 79/23 92/21
93/10 96/5
letting [1]  73/4
Lewis [2]  69/2 69/3
liaison [1]  56/8
life [3]  20/1 25/20 26/18
lifeline [1]  64/23
light [1]  16/13
lights [1]  73/2
like [36]  5/10 5/21 6/7 9/19
11/25 11/25 19/6 22/13
27/18 28/7 32/13 39/19 41/9
43/8 43/25 45/18 49/15 51/5
55/2 60/23 64/22 67/9 74/18
77/5 81/21 84/9 85/19 93/12
93/21 93/23 95/1 97/11 99/4
99/17 103/2 107/12
likely [5]  7/14 11/11 105/18
limine [1]  4/6
limited [2]  29/11 44/25
limiting [1]  31/22
limits [1]  77/9
line [9]  14/2 14/4 18/4 19/20
37/16 37/19 51/7 55/21
99/10
listen [3]  20/23 87/24 88/14

little [10]  23/24 26/19 49/12
55/2 55/14 71/1 96/25
105/19 106/3 107/1
live [2]  15/18 67/2
loan [1]  82/19
lobby [4]  55/3 58/2 58/6 59/4
local [1]  16/3
located [1]  57/16
location [17]  18/19 60/9
60/21 63/20 63/23 63/24
64/1 65/25 66/1 66/11 66/19
71/17 73/20 75/4 75/11
76/24 80/23
locations [1]  21/20
lock [2]  59/9 72/2
lockdown [5]  59/7 59/8 60/14
59/12 62/12
long [18]  15/17 18/16 26/20
26/20 34/7 34/9 48/11 61/8
64/5 74/12 78/24 78/25 87/6
92/11 92/14 101/24 103/8
105/11
long-term [1]  26/20 26/20
longer [1]  91/1
look [9]  5/10 28/7 36/18
37/12 45/12 45/20 45/21
45/24 90/14
looked [10]  39/19 45/18 55/2
55/3 55/4 67/5 76/18 80/22
91/14 99/4
looking [28]  28/6 34/6 35/3
35/13 35/14 50/1 61/6 61/22
62/23 67/13 68/18 68/20
70/14 77/21 79/18 79/19
81/5 81/9 81/13 84/21 86/9
87/3 89/21 92/4 92/6 94/25
95/8 95/16
loop [1]  83/10
loose [2]  94/23 94/24
lose [1]  106/17
lost [1]  102/10
lot [9]  28/11 28/11 47/18
52/23 64/16 64/16 76/14
76/23 102/10
louder [2]  56/11 72/8
loudly [1]  54/22
love [2]  41/8 70/8
lovely [1]  67/6
loves [1]  79/24
luckily [1]  65/6
lunch [1]  5/7
luncheon [2]  29/12 29/13
Lysol [1]  96/4

## M

ma'am [1]  22/18
made [9]  13/11 17/6 17/25
18/22 20/15 37/23 40/22
50/9 92/23
mag [1]  41/24
magnetometer [1]  41/24
mahogany [4]  52/10 52/11
53/2 53/4
mail [2]  92/18 92/21
main [9]  27/14 28/18 39/2
50/8 50/9 55/19 86/1 86/2
90/12
majestic [1]  19/10

majority [5]  25/3 28/23 28/24
 45/5 51/3
make [8]  4/24 26/25 27/2
 52/17 67/7 82/23 100/20
 103/20
making [6]  9/2 26/19 26/25
 28/4 46/15 46/16
mall [1]  45/24
man [5]  61/22 67/6 79/19
 104/24 105/2
managed [3]  25/20 25/21
 27/7
managing [2]  26/19 27/10
manila [1]  98/4
manner [2]  27/24 57/2
many [12]  14/22 39/20 47/4
 47/5 47/5 47/7 47/11 52/24
 65/7 65/19 90/18 91/6
map [4]  5/10 7/13 9/5 90/14
March [2]  44/11 44/12
mark [4]  62/21 63/2 63/7
 84/16
marked [1]  77/6
markings [4]  37/23 40/15
 40/21 70/2
Maryland [1]  2/4
match [1]  20/9
materials [5]  69/8 69/9 69/25
 71/3 76/16
matter [5]  11/7 30/2 51/19
 54/5 108/5
matters [2]  30/3 103/7
may [32]  4/13 8/25 9/12 9/16
 10/14 10/24 10/24 11/20
 11/20 11/20 11/20 12/17
 12/24 12/25 22/25 34/24
 35/1 69/20 79/16 82/10
 85/22 86/18 86/21 86/21
 91/5 102/23 105/7 106/9
 107/1 107/2 107/6 107/12
maybe [2]  34/9 91/3
McBride [2]  2/5 2/6
McCarthy [2]  51/22 51/24
McConnell [1]  45/5
McConnell's [2]  45/1 45/4
me [49]  8/17 10/14 12/20
 12/23 13/15 15/19 26/24
 28/10 30/9 31/20 35/7 40/16
 43/9 55/2 55/6 55/15 56/10
 57/13 57/21 57/23 58/17
 58/17 59/1 59/16 64/4 65/6
 65/8 65/12 66/22 67/6 67/9
 71/12 71/17 72/1 72/5 75/16
 80/2 82/14 82/20 87/25
 93/10 97/3 100/5 100/6
 100/19 102/19 102/21 106/7
 107/10
mean [15]  25/1 25/19 29/3
 44/3 53/15 56/5 56/22 58/19
 59/8 60/7 66/23 68/6 73/24
 95/23 98/19
meaningful [1]  98/21
means [3]  10/16 10/23 26/14
mechanics [1]  32/12
media [2]  11/20 11/21
meet [3]  14/6 19/6 75/25
meeting [9]  13/5 19/4 21/8
 21/9 21/10 29/20 40/6 46/11

meetings [5]  27/9 28/16 40/8
 40/16 101/25
member [19]  11/18 23/10
 23/11 24/16 24/22 24/22
 28/15 29/4 59/19 59/23
 59/25 62/23 63/3 63/7 65/10
 79/23 92/12 93/9 97/16
member's [2]  26/18 33/11
members [60]  15/5 19/5
 23/19 24/12 24/12 25/21
 28/16 29/6 31/21 31/22
 31/23 31/24 32/1 32/1 32/4
 40/6 43/12 43/14 44/4 46/16
 46/23 46/23 46/25 47/9
 47/16 47/17 47/17 47/18
 47/20 47/21 47/21 55/11
 56/4 61/24 63/5 63/9 63/17
 63/18 64/14 64/17 65/6
 66/12 68/7 73/14 74/5 74/10
 75/9 75/10 75/25 77/25
 79/25 92/18 92/20 97/20
 101/1 101/15 101/25 102/5
 103/17 104/1
memories [1]  41/1
memorizing [1]  86/15
memory [1]  12/5
memos [2]  69/9 69/14
menacing [1]  18/9
Mendoza [1]  107/4
mentioned [4]  60/17 61/14
 81/23 85/12
message [2]  15/19 67/5
messy [1]  68/23
met [1]  27/1
metal [7]  16/6 17/3 41/21
 42/21 43/1 43/6 43/19
meticulous [1]  69/15
Metropolitan [1]  19/11
mic [3]  4/15 4/24 12/11
Michael [1]  1/13
microphone [3]  4/23 4/24
 12/12
middle [5]  19/2 36/17 37/19
 83/1 97/15
midst [1]  19/17
might [5]  30/10 69/16 69/21
 90/14 107/8
Mike [1]  13/24
mile [1]  17/7
miles [1]  13/9
military [1]  70/23
millisecond [1]  88/11
mind [2]  19/19 86/20
mine [2]  97/22 100/17
mini [1]  85/14
minority [9]  23/12 24/25 25/1
 25/2 25/4 28/24 28/25 45/8
 51/3
minute [1]  48/3
minutes [5]  48/6 74/19 84/16
 91/2 91/6
mirror [2]  76/9 76/9
missed [1]  85/22
missing [1]  76/19
mistake [1]  39/13
Mitch [1]  45/5
mob [1]  14/16
moment [10]  17/22 20/1

89/3 89/22 102/23
monitors [1]  35/8
Monument [2]  17/1 94/12
more [22]  8/14 13/9 31/11
 31/13 53/3 55/14 56/5 56/5
 57/9 62/12 66/11 71/1 71/2
 72/7 74/22 74/24 74/24
 74/25 82/15 90/8 93/15
 103/2
morning [12]  16/20 41/5 41/6
 44/14 72/13 80/7 81/18
 99/12 106/8 106/22 107/10
 107/16
most [8]  6/12 16/4 40/4
mostly [1]  82/3
motion [1]  4/4
move [2]  34/18 95/1
moved [18]  25/8 34/22 49/20
 59/11 61/2 63/14 66/4 68/12
 77/16 83/8 84/13 89/10
 89/11 92/1 94/2 95/5 95/18
 95/25
movement [1]  63/9
movements [1]  29/16
moves [1]  19/24
movie [1]  6/8
MR [2]  3/4 48/11
Mr. [14]  7/17 11/3 14/16 22/2
 22/2 22/4 22/8 23/2 36/4
 48/2 48/23 78/25 86/16
 104/8
Mr. Barnett [4]  7/17 11/3
 14/16 78/25
Mr. Geyer [1]  22/8
Mr. Gordon [8]  22/2 22/4
 23/2 36/4 48/2 48/23 86/16
 104/8
Mr. Whitesel [1]  22/2
Ms [7]  35/3 35/11 37/22
 40/11 40/20 87/2 103/7
Ms. [46]  4/15 4/18 11/18
 12/1 12/10 22/13 23/6 23/14
 23/23 24/7 34/16 35/6 35/18
 36/12 37/18 38/17 40/21
 48/24 49/2 49/23 52/16
 60/22 61/5 61/16 62/17
 68/15 68/25 69/5 70/15
 77/10 77/21 79/8 79/18
 80/1 80/15 82/25 84/19
 85/16 86/3 87/9 90/7 90/22
 91/12 99/3 104/15 106/1
Ms. Berret [26]  23/6 23/14
 23/23 24/7 36/12 37/18
 38/17 40/21 48/24 49/2
 49/23 52/16 60/22 61/5
 68/15 68/25 69/5 70/15
 77/21 79/8 79/18 82/25
 84/19 91/12 99/3 104/15
Ms. Berret's [1]  80/15
Ms. Jenkins [6]  4/18 11/18
 35/6 35/18 77/10 106/1
Ms. Nestor [1]  12/1
Ms. Prout [3]  4/15 12/10
 22/13
Ms. Rouhi [9]  34/16 61/16
 62/17 80/11 85/16 86/3 87/9
 90/7 90/22
much [14]  11/25 17/17 27/7

88/15 73/16
 74/10 81/9 81/14 91/1 93/16
 100/18 104/5
multiple [5]  38/7 38/8 41/19
museum [1]  82/19
must [8]  7/19 8/2 8/15 10/17
 10/17 14/11 14/11 14/12
my [139]  6/5 10/7 11/1 11/15
 11/17 11/23 15/17 23/9
 23/20 26/8 26/24 27/1 27/3
 28/9 28/12 31/7 33/15 38/13
 38/25 39/19 41/17 41/21
 41/25 42/1 45/20 45/21
 45/25 46/17 50/10 50/10
 50/12 50/12 53/13 56/7
 57/12 57/13 57/18 57/18
 57/22 58/16 58/18 58/22
 58/22 59/1 59/5 59/6 59/17
 60/13 60/17 62/15 64/17
 64/21 64/23 65/4 65/8 65/13
 65/15 65/23 65/23 65/23
 66/14 67/5 67/6 67/11 67/18
 68/5 68/8 68/8 68/20 68/21
 68/23 69/12 69/12 69/16
 69/21 70/5 70/10 70/20
 70/21 70/25 71/14 71/16
 71/16 71/20 71/21 71/22
 71/23 71/24 71/25 72/2 72/5
 72/6 73/6 76/3 76/4 76/17
 76/20 76/25 77/4 78/1 79/19
 79/20 82/7 82/13 82/15 83/8
 83/19 89/2 92/6 92/7 94/10
 95/9 95/17 95/18 95/20
 95/25 96/3 96/11 97/5 97/10
 97/21 98/9 98/10 99/15
 99/21 99/23 99/23 99/24
 100/5 100/6 100/6 100/7
 100/7 100/8 100/13 100/14
 102/3 102/13 102/20
myself [6]  22/2 60/3 64/17
 71/6 75/14 77/2

## N

name [4]  23/9 24/2 49/13
 97/16
names [1]  61/21
Nancy [11]  13/13 14/1 14/3
 18/3 18/9 23/13 25/14 49/14
 51/18 61/10 97/22
narrate [1]  84/20
Nathaniel [1]  1/16
national [1]  65/10
near [5]  54/2 76/21 83/12
 92/9 94/12
necessarily [1]  6/2
need [15]  4/8 12/14 12/14
 20/21 22/17 30/6 59/7 65/9
 69/16 69/21 72/2 75/18
 77/12 99/17 100/14
needed [18]  27/9 27/10
 27/25 46/17 47/19 47/22
 56/20 56/24 59/24 69/9
 69/10 71/5 75/13 76/1 77/2
 97/5 100/15 100/19
needs [2]  30/16 44/7
neglected [1]  49/3
nestor [6]  2/13 2/15 12/1
 108/8 108/8 108/10
never [7]  39/15 43/11 56/23
 57/2 58/14 93/17 97/14

**N**

new [5]  2/7 2/7 2/11 102/20 106/12
news [1]  66/5
next [22]  5/10 25/23 26/6 30/11 33/9 39/8 42/14 52/13 55/7 57/7 57/18 58/15 58/16 58/17 63/12 68/3 69/9 70/6 74/8 74/22 78/1 81/9
nice [2]  5/6 43/8
night [4]  16/17 99/11 100/19 107/4
nine [4]  25/25 26/3 42/23 46/1
nitty [1]  28/6
nitty-gritty [1]  28/6
no [68]  1/3 5/13 5/22 11/5 15/2 20/17 34/13 34/15 34/21 39/14 39/16 40/14 40/14 43/23 44/4 44/22 45/16 46/5 47/3 48/7 48/8 49/19 49/19 49/25 51/17 51/18 51/20 53/20 54/25 58/9 58/12 60/18 60/19 61/1 62/9 65/5 65/18 68/11 69/19 72/12 72/14 77/9 77/13 79/3 79/14 80/5 80/8 80/24 81/20 81/22 83/11 83/14 84/12 89/4 91/25 93/2 93/13 93/22 94/1 95/4 96/13 98/3 98/23 99/19 100/15 104/2 105/23 105/23
Nodding [1]  91/7
nonmember [1]  24/22
noon [2]  44/21 45/12
normal [5]  41/17 45/18 45/24 55/2 58/9
North [1]  1/14
northwest [3]  1/17 38/21 70/18
not [98]  5/19 6/2 6/4 7/24 8/2 8/14 8/15 8/25 9/4 9/13 9/20 10/3 10/17 11/8 11/14 11/20 11/20 12/3 12/6 12/12 13/18 14/14 15/11 15/17 15/18 16/5 19/13 20/2 25/2 26/5 28/10 30/5 30/12 30/13 30/14 31/7 31/11 34/9 34/11 34/11 41/17 42/6 43/24 44/7 45/17 50/16 53/13 54/25 56/2 56/16 58/22 59/13 59/14 59/15 59/21 61/14 64/16 64/16 65/6 65/7 66/16 66/17 66/19 66/20 67/4 71/4 71/17 73/9 73/17 73/22 74/1 74/1 74/3 76/17 78/23 79/11 80/22 81/4 82/23 84/16 86/21 86/25 94/24 94/25 96/21 97/22 98/5 99/17 100/6 101/10 101/12 102/1 102/3 102/15 103/16 103/23 104/3 106/14
note [7]  18/9 59/17 70/8 70/8 80/3 83/21 97/24
notebook [1]  5/23
notebooks [2]  5/17 5/21
notes [11]  5/17 5/19 5/20 12/5 71/5 76/25 82/1 82/14 86/15 91/17 97/10

nothing [5]  45/3 53/24 55/6 55/11 56/11
noticed [1]  67/3 76/18 82/3
noticing [1]  55/13
notify [1]  33/22
now [46]  5/1 5/16 7/12 12/17 12/20 15/18 19/19 20/23 23/11 24/15 25/14 27/12 34/6 35/16 37/22 39/20 42/2 44/13 48/6 49/23 52/2 60/14 64/12 67/15 67/21 68/18 68/24 71/7 72/15 74/14 78/3 78/10 78/11 81/2 85/5 89/12 89/19 90/4 90/12 92/8 94/16 95/1 97/11 100/1 106/13 106/19
number [17]  12/1 36/5 47/8 47/23 59/1 67/8 67/10 67/15 67/21 86/12 90/18 99/24 99/24 100/4 100/9 104/9 104/15
numbers [11]  12/17 14/21 17/16 64/25 65/3 69/10 69/20 86/21 99/23 99/25 100/16
NW [2]  2/14 108/9

**O**

oath [2]  22/23 48/24
Obama [1]  25/10
object [5]  10/16 31/23 70/6 84/1 94/13
objected [1]  4/4
objection [25]  10/14 10/16 10/23 18/10 33/12 33/15 33/21 34/20 34/21 49/17 49/18 49/19 60/25 61/1 68/11 77/8 78/17 84/11 84/12 91/24 91/25 93/25 94/1 95/3 95/4
objections [3]  33/3 37/13 77/9
objectors [2]  33/11 99/10
objects [3]  33/8 33/10 34/3
obligation [1]  106/20
obligations [1]  105/13
observed [2]  32/15 56/6
observer [1]  31/12
obstructing [2]  6/22 21/6
obstruction [1]  6/24
occur [1]  14/11
occurs [1]  53/18
off [13]  16/12 17/9 17/17 25/9 25/18 52/4 52/19 58/17 65/13 73/1 87/24 98/10 105/18
offense [5]  7/20 8/11 8/13 8/15 8/16
offenses [2]  7/17 7/19
office [123]  1/11 1/14 1/17 18/6 18/15 18/17 18/23 18/25 19/16 21/24 23/20 23/21 24/7 24/10 24/13 24/13 25/17 25/24 26/6 26/12 28/11 28/14 32/2 38/4 38/9 38/25 39/9 39/13 39/18 39/19 39/19 40/12 40/14 40/15 42/1 42/3 42/5 42/9 42/16 42/19 44/23 44/24

47/18 47/21 50/10 50/10 50/13 50/14 50/18 50/20 51/4 51/18 51/20 56/15 56/15 57/12 57/17 57/18 57/18 59/10 59/11 60/15 61/12 61/13 65/8 66/13 66/16 67/7 67/12 67/17 70/11 72/13 72/15 75/12 76/2 76/2 76/3 76/5 76/6 76/9 76/12 76/15 76/18 77/24 77/25 79/4 79/13 80/6 81/8 81/14 81/18 81/25 82/7 82/9 82/21 87/5 87/6 87/14 88/8 89/11 89/12 89/12 89/20 89/22 90/4 90/16 91/13 95/9 96/12 96/22 99/5 99/7 99/7 99/14 100/7 100/14 101/20 102/8 102/10
office's [1]  31/7
officer [3]  19/25 20/16 59/22
officers [3]  19/19 19/22 55/24
offices [10]  13/12 18/2 21/21 38/10 38/20 44/19 45/3 47/24 49/8 50/3
official [10]  2/13 6/24 18/3 21/7 21/13 51/6 51/15 93/9 93/18 108/9
officially [2]  100/25 100/25
oh [1]  20/17
okay [39]  4/21 5/3 11/13 11/25 12/5 12/15 12/19 22/7 23/25 35/8 35/9 38/13 39/13 48/1 48/20 51/15 54/16 58/15 64/7 68/3 73/17 81/5 85/4 86/1 86/4 86/22 87/8 88/1 88/14 89/13 90/7 91/4 91/6 91/8 95/1 103/14 105/17 107/8 107/15
old [1]  52/25
once [8]  17/25 20/12 33/20 43/10 61/9 64/1 64/4 93/3
one [54]  5/22 6/21 8/5 8/14 8/21 13/7 15/8 19/7 20/15 27/14 27/21 28/1 30/9 33/2 33/2 38/7 39/4 40/13 41/9 41/11 41/18 42/5 42/14 42/15 44/4 56/7 56/9 59/2 60/18 60/19 61/15 63/7 65/21 65/21 66/13 72/11 73/13 75/11 76/4 77/1 78/1 83/18 84/6 86/16 87/2 87/5 93/12 96/25 99/19 99/25 101/18 102/14 103/14 107/9
only [11]  5/24 9/20 10/10 11/4 65/16 72/20 72/21 80/23 83/19 93/19 102/13
Oop [1]  88/11
open [7]  37/7 37/8 37/10 37/11 79/6 91/20 104/13
opened [1]  53/8
opening [8]  5/8 8/24 9/1 9/3 9/4 9/19 12/9 22/10
openings [3]  4/3 4/8 10/6
operate [1]  8/23
operation [1]  64/24
operational [1]  29/25
operations [6]  26/8 26/13

opposing [1]  107/13
opposite [1]  27/19
order [12]  7/25 9/8 9/14 10/1 27/19 32/17 33/25 51/10 63/10 63/12 63/13 107/7
ordinary [5]  16/5 45/3 53/24 55/6 55/11
organized [2]  23/15 41/10
organizing [3]  29/14 31/21 40/18
orient [1]  85/9
original [1]  86/18
other [43]  10/15 19/8 19/9 21/10 21/10 24/7 24/10 24/12 37/1 39/23 40/9 40/17 45/2 47/14 60/16 61/12 61/14 62/9 62/10 63/17 63/18 65/1 65/22 66/13 71/5 71/25 74/10 75/15 75/25 76/10 79/25 82/16 83/7 83/19 97/20 97/21 101/25 102/16 106/20
others [6]  5/17 17/7 21/9 27/5 80/1 80/24
our [53]  4/5 4/5 14/19 15/21 15/25 31/24 31/24 32/4 32/6 33/19 33/20 33/23 46/11 46/23 47/21 48/5 55/4 55/13 55/17 55/22 56/8 56/9 56/9 56/17 57/12 57/17 59/13 60/4 60/15 60/20 61/11 61/25 62/22 66/10 66/16 66/20 67/12 70/11 72/9 73/17 73/19 75/3 77/25 77/25 87/5 88/8 97/20 101/9 101/12 102/10 102/12 103/17 105/22
out [67]  4/14 14/13 17/4 19/19 19/20 28/20 29/11 33/18 38/10 45/3 45/12 45/20 45/22 45/22 53/24 55/3 55/4 55/6 55/11 56/10 56/13 56/25 57/2 57/3 57/18 58/21 59/6 59/15 60/1 60/15 65/14 66/11 71/15 71/22 73/15 73/18 73/21 74/25 75/2 75/3 76/1 78/15 79/9 82/16 83/18 90/5 96/5 96/9 96/16 96/17 96/20 96/24 97/6 98/11 98/11 100/9 102/5 102/13 102/16 103/19 103/20 104/19 106/12 106/19 107/2 107/11
outgoing [4]  25/22 26/18 29/14 29/15
outline [3]  38/18 40/3 40/12
outnumbered [2]  15/2 19/21
outset [1]  9/1
outside [14]  11/5 11/6 16/21 20/12 46/2 50/3 50/14 50/18 57/9 57/10 57/17 58/5 58/5 92/9
over [17]  5/10 11/24 25/11 32/17 32/19 33/24 33/25 35/25 40/9 44/6 59/23 66/8 74/21 76/24 76/25 85/2 107/3

overnight [3]  4/14 5/22 105/8
overrule [2]  10/14 10/23
Overruled [1]  18/11
oversee [1]  17/13
overview [1]  99/3
overwhelmed [1]  14/21
own [4]  45/25 65/19 75/11
  100/16
owned [1]  65/16

**P**
p.m [10]  4/1 5/4 14/12 19/10
  48/9 48/10 48/21 64/6
  106/23 107/17
packet [1]  69/8
PAGE [1]  3/6
painting [1]  85/24
paintings [1]  37/1
pandemic [1]  28/9
panicked [2]  71/14 73/7
papers [1]  96/14
parading [1]  7/9
park [2]  2/6 41/17
parked [1]  41/18
parking [1]  41/18
part [5]  17/18 43/15 102/11
  102/22 105/18
participate [1]  32/5
particular [4]  6/3 8/14 41/17
  103/25
parties [2]  10/15 11/13
parts [1]  13/21
party [3]  25/2 25/3 25/4
pass [4]  20/3 27/17 27/24
  70/9
passed [3]  28/20 50/11 50/12
passing [1]  19/13
past [3]  11/6 14/19 63/17
path [1]  37/16 44/7
patience [1]  105/12
pause [16]  61/17 61/19
  62/20 85/1 85/7 85/18 86/6
  86/10 87/11 87/22 88/4
  88/11 89/7 89/17 90/1
  101/13
paused [3]  18/14 87/3 88/24
pay [2]  12/8 57/8
peaceful [1]  15/16
Pelosi [21]  13/13 14/1 14/3
  18/3 18/7 23/13 25/14 25/15
  31/4 38/4 39/4 46/22 47/11
  49/14 51/18 61/10 63/24
  64/10 65/12 67/20 92/13
Pelosi's [14]  19/16 21/21
  21/24 45/10 46/21 47/1 49/8
  61/24 72/11 90/4 90/16 93/4
  101/20 102/8
Pence [2]  13/24 14/2
Pennington [1]  107/6
people [28]  13/4 13/7 27/9
  28/5 28/19 39/13 39/15 43/6
  47/15 47/23 57/23 58/2
  67/19 67/24 69/10 72/1 73/7
  73/10 82/14 82/21 93/18
  100/15 101/8 101/13 101/19
  102/10 102/10 102/13
pepper [2]  14/24 16/4
perceive [1]  54/23

perfect [2]  11/2 44/6
perimeter [1]  38/18
period [2]  33/16 55/12
periodically [1]  85/2
persist [1]  11/23
person [23]  7/25 13/23 13/25
  17/10 25/23 30/10 51/7
  51/10 61/22 67/7 78/4 78/8
  80/16 81/2 81/6 81/7 84/6
  88/23 89/1 89/2 94/5 94/10
  104/24
person's [3]  78/16 79/10
  87/16
personal [20]  13/12 18/6
  39/9 64/25 65/3 65/21 65/23
  67/17 70/5 70/6 70/21 71/2
  71/21 71/24 72/9 76/15
  81/23 93/4 100/7 100/8
personally [1]  102/19
Personnel [1]  100/10
perspective [1]  30/1
phone [49]  26/22 28/15
  64/18 64/21 64/21 64/24
  64/25 64/25 65/3 65/11
  65/13 65/15 65/16 65/21
  65/21 65/23 65/23 67/5 67/8
  67/9 67/15 67/16 67/17
  67/18 67/19 67/21 67/23
  67/24 68/8 69/10 69/19 70/5
  70/7 71/15 71/24 74/24
  78/20 81/3 81/3 82/13 83/2
  99/23 99/23 99/24 99/24
  100/4 100/9 102/4 104/6
phones [3]  18/5 65/19 73/3
photo [8]  17/5 35/14 69/1
  78/14 82/13 82/16 87/16
  99/21
photograph [10]  16/25 68/16
  68/19 69/6 70/15 71/7 71/13
  74/6 74/13 95/11
photographs [3]  83/18 84/7
  104/15
photos [8]  18/14 68/4 68/6
  71/20 71/25 78/7 96/23
  100/8
physically [1]  19/7
pick [1]  20/16
picture [4]  78/24 82/4 94/11
  94/16
pictured [1]  94/5
piece [2]  82/17 82/18
pieces [3]  82/17 82/20 82/25
pipe [1]  17/3
place [6]  14/11 14/12 54/17
  57/1 59/24 69/3
plaid [1]  17/1
Plaintiff [1]  1/3 1/11
plan [9]  27/17 27/20 27/21
  28/2 32/3 35/16 38/1 38/20
  69/24
planned [2]  29/8 55/10
planning [8]  4/18 15/13 29/10
  69/13 69/23 101/21 101/25
  105/17
plannings [1]  70/11
plans [1]  60/9
plaque [3]  50/3 50/14 50/18
plate [1]  49/13
platform [1]  29/11 57/15

play [10]  61/5 61/16 62/2
  62/17 62/25 84/19 85/5
  86/22 88/9 90/8
played [6]  16/23 20/7 20/14
  61/18 62/3 62/19 63/1 85/6
  85/17 85/20 86/5 87/10
  87/21 88/3 88/10 88/12 89/6
  89/16 89/25 90/9
players [1]  28/19
please [63]  11/12 11/23 12/8
  12/24 13/2 22/21 23/8 24/2
  34/16 34/24 37/22 38/12
  39/25 40/20 40/21 48/22
  59/6 61/16 61/21 62/2 62/17
  62/20 62/25 69/19 70/2 72/5
  77/15 78/11 79/15 79/16
  80/11 80/25 81/11 81/15
  82/10 83/4 83/15 85/7 85/16
  85/18 86/6 87/9 87/11 87/20
  87/22 88/2 88/4 88/9 89/5
  89/15 89/17 89/24 90/1 90/7
  90/10 90/22 91/22 95/14
  97/7 98/13 99/1 104/19
  106/24
pledge [1]  32/25
PLLC [1]  2/6
podium [2]  4/17 58/20
point [39]  41/21 44/25 50/8
  53/19 53/21 53/25 56/12
  57/11 57/11 58/5 58/8 58/9
  58/21 58/24 59/9 59/11
  59/12 60/2 60/3 66/8 66/9
  66/15 66/16 66/17 67/11
  68/4 72/23 75/1 82/16 83/7
  85/10 85/11 90/3 90/6 90/23
  96/17 96/21 97/4 104/19
pointed [1]  83/18
points [2]  55/17 61/17
police [25]  14/21 14/23 15/2
  17/17 17/19 18/20 18/22
  19/11 19/17 20/4 20/8 20/16
  21/1 21/4 56/1 56/1 56/16
  58/6 66/20 73/25 74/3 74/11
  75/2 103/17 103/25
pop [1]  16/12
port [1]  80/13
pose [1]  91/5
possessions [1]  72/11
possible [4]  4/7 73/6 106/6
  106/9
postage [1]  92/22
posted [4]  15/15 15/24 16/9
  99/22
prayer [1]  32/25
prefer [1]  4/25
preference [1]  90/25
preliminary [4]  4/10 4/19 5/9
  5/11
prep [1]  46/11
preparation [2]  31/17 31/19
prepared [3]  15/16 16/2 99/7
preparing [5]  15/20 29/2
  29/22 31/24 32/6
prepped [3]  56/19 56/21
  75/14
prepping [4]  27/15 27/16
  45/23 45/25
presence [2]  101/19 103/24

presentation [3]  7/22 9/7
  9/18
presented [2]  7/16 11/4
presents [1]  93/21
preserve [1]  102/21
presidency [3]  14/3 18/4 51/8
President [42]  13/24 14/2
  15/5 16/25 17/11 17/12
  18/18 26/23 27/22 27/23
  29/14 29/16 29/17 30/4 30/5
  30/5 30/11 30/11 32/22
  32/22 32/23 32/23 33/1 33/5
  33/6 33/10 33/13 33/18 51/8
  51/8 51/11 51/12 51/13
  51/14 52/13 53/17 53/17
  64/19 100/24 100/24 101/2
  101/2
President-elect [6]  29/14
  30/5 30/5 33/5 100/24
  100/24
presidential [5]  13/6 13/21
  14/7 19/4 100/10
presiding [2]  51/4 59/22
press [8]  61/5 61/16 62/2
  62/17 62/25 65/14 85/5 88/9
presumed [1]  8/7
presumption [1]  8/8
pretty [8]  27/7 36/18 36/20
  38/15 39/18 74/15 81/9
  81/14
prevent [1]  19/12
preview [3]  9/5 20/5 107/10
previous [2]  83/18 84/7
previously [2]  32/16 77/6
priceless [1]  82/20
primary [2]  27/13
prior [4]  30/22 30/22 30/23
  46/1
priorities [6]  26/20 27/1 27/14
  27/22 28/3 101/17
priority [5]  28/12 29/1 29/22
  59/2 99/15
private [1]  18/1
Pro [3]  16/3 51/9 59/23
probably [3]  13/16 41/4
  48/13 64/3 71/25 74/18 91/2
  96/21
proceed [2]  4/2 8/23
proceeded [1]  53/21
proceeding [5]  6/24 14/18
  21/7 21/13 41/14
proceedings [6]  4/1 12/4 12/7
  52/15 59/21 108/4
process [7]  13/21 32/14 33/7
  33/23 34/3 34/8 92/23
processed [1]  52/9
procession [4]  52/8 53/18
  54/23 55/9
proclaiming [1]  16/22
productive [1]  105/11
professional [1]  25/6
programs [1]  40/17
prominent [1]  99/25
promise [1]  68/22
property [7]  7/11 21/23 93/4
  93/5 93/6 100/8 101/14
prosecution [1]  8/20
protect [1]  15/16

| P | | | |
|---|---|---|---|
| protected [1] 17/10 | really [13] 11/8 16/12 25/21 25/22 26/16 27/14 27/25 28/2 28/19 29/16 41/9 45/23 60/20 | rendered [1] 11/24 | 14/24 15/3 15/7 18/18 19/9 |

protected [1] 17/10
protection [1] 56/17
protest [3] 15/16 54/9 55/2
protesters [3] 55/5 57/14 66/8
protests [2] 34/12 46/2
protocol [1] 26/7
protocols [2] 57/1 57/4
proudly [1] 20/12
Prout [4] 1/11 4/15 12/10 22/13
prove [3] 7/18 7/19 22/3
proved [1] 8/14
proven [2] 8/5 8/9
proves [1] 8/11
provided [1] 55/24
public [1] 17/9
publish [2] 34/24 77/6
pull [2] 58/20 96/17
pulled [7] 58/17 59/18 59/25 63/19 82/4 96/24 98/11
purpose [2] 14/15 75/19
purposes [1] 105/17
purse [2] 71/22 83/19
pursuing [1] 17/19
push [2] 75/1 75/2
pushing [1] 20/9
put [9] 9/13 18/12 59/18 60/23 69/1 76/7 82/6 98/7 98/12
puts [1] 9/14

**Q**

quadrant [1] 70/18
quarter [2] 93/14 96/6
quarter's [1] 93/14
question [8] 10/15 10/16 10/17 10/23 10/24 12/15 78/18 91/5
questions [4] 9/19 9/20 10/8 103/2
quick [3] 59/18 64/3 104/6
quickly [5] 14/6 73/6 104/11
quite [3] 21/2 53/13 92/20
quote [1] 15/24

**R**

rack [1] 70/22
radios [1] 16/4
raging [1] 27/25
raise [2] 12/15 22/21
raised [1] 37/14
rally [6] 16/24 17/6 54/1 54/6 54/7 54/17
ran [1] 25/20
random [2] 6/1 67/23
rank [1] 24/21
ranks [1] 51/16
rather [1] 85/2
Rayburn [5] 41/20 42/2 42/2 42/18 44/16
reached [1] 14/25
read [3] 97/12 97/15 97/16 97/5 106/6
ready [5] 5/1 15/12 16/16 97/5 106/6
real [3] 40/15 90/14 104/6
real-world [1] 90/14
realize [1] 66/17

really [13] 11/8 16/12 25/21 25/22 26/16 27/14 27/25 28/2 28/19 29/16 41/9 45/23 60/20
realtime [1] 66/6
reason [2] 102/16 102/19
reasonable [6] 7/17 7/19 8/6 8/9 8/12 22/3
reasons [2] 62/10 93/19
rebuttal [2] 9/17 10/2
recall [2] 34/11 94/24
receive [1] 6/20
received [13] 34/23 49/21 61/3 68/13 70/9 70/22 71/7 77/3 77/17 84/14 92/2 94/3 95/6
receiving [1] 26/22
recess [2] 33/16 48/10
recognize [13] 43/6 78/3 78/6 79/8 83/10 87/25 88/15 88/17 88/23 89/1 94/5 94/9 104/24
recognized [1] 104/16
recognizes [1] 79/2
reconvened [1] 99/8
record [15] 10/20 36/6 37/18 38/17 40/2 40/11 62/4 69/5 70/12 80/14 82/24 83/25 89/13 104/10 105/5
recordings [1] 67/2
RECROSS [1] 3/2
rectangle [3] 38/20 78/15 79/9
rectangular [3] 36/7 36/8 84/1
red [1] 81/6
redirect [3] 3/2 9/11 9/15
refer [4] 8/17 12/17 28/22 54/12
reference [1] 69/22
referred [2] 86/16 104/8
referring [13] 8/19 8/21 42/2 42/5 45/4 45/7 47/20 49/24 55/18 67/15 70/13 86/22 86/25
refers [1] 28/23 84/17
reflect [11] 37/18 38/17 40/2 40/11 69/5 70/12 80/14 82/24 83/25 91/13 105/5
regard [1] 11/17
regardless [1] 4/21
regular [2] 6/11 30/9
reinforcements [1] 20/5
reiterate [1] 11/1
relation [2] 39/7 42/10
relationship [2] 54/16 54/19
relax [1] 12/12
relayed [1] 99/16
relaying [1] 65/13
releases [1] 65/14
relief [3] 27/17 27/24 28/3
remain [2] 22/21 44/7
remained [2] 47/23 103/17
remaining [3] 6/25 7/5 47/14
remains [1] 8/8
remarks [1] 99/7
remember [2] 34/11 66/5
remind [3] 48/24 71/6 77/2

rendered [1] 11/24
repeatedly [1] 19/16
REPORTED [1] 2/13
reporter [2] 2/13 46/13 50/19 84/24 85/1 108/9
reporters [1] 12/1
representative [2] 33/11 51/23
Representatives [15] 13/13 13/22 14/1 14/6 14/13 18/3 18/14 19/3 23/11 23/17 23/18 25/12 35/23 51/6 51/24
republican [1] 92/12
republicans [2] 25/4 92/13
required [1] 9/13
requires [1] 14/5
Rescue [5] 27/17 27/20 27/21 28/2 69/24
research [4] 11/2 11/6 48/8 105/24
resecure [1] 18/21
reserve [1] 22/10
reside [2] 24/13 52/24
residents [1] 13/16
resolve [1] 4/7
respect [2] 105/22 107/9
response [1] 63/10
responsibility [1] 10/7
responsible [4] 27/5 73/10 99/15 100/13
rest [5] 98/2 99/4 99/6 102/15 105/14
restricted [4] 6/25 7/3 17/8 21/16
rests [1] 8/10
results [7] 13/6 14/7 19/4 30/16 33/22 75/23 100/25
resume [1] 107/13
retreat [1] 15/2
return [4] 21/14 49/2 49/4 103/7
returned [3] 75/9 78/25 81/25
returning [1] 52/2
reversed [1] 17/22
rewind [1] 85/19
RICHARD [4] 1/5 6/17 13/7 15/9
right [63] 6/14 10/5 11/1 11/15 11/19 12/8 16/21 17/23 19/2 19/8 22/20 22/21 23/11 25/23 26/1 26/6 27/2 28/12 35/18 35/25 36/9 37/23 38/15 38/24 39/8 39/20 40/10 42/13 42/25 46/18 52/2 52/19 57/17 57/19 61/5 61/10 68/24 70/16 71/8 71/22 75/6 77/14 78/10 81/9 81/18 83/6 83/20 88/7 89/12 90/3 90/21 93/15 94/14 95/13 97/11 97/11 103/12 103/12 104/4 104/22 105/10 106/10 106/24
right-hand [4] 27/2 28/12 42/25 94/14
riot [5] 13/11 16/9 101/3 101/19 102/7
rioter [1] 17/22

14/24 15/3 15/7 18/18 19/9 19/11 19/12 20/9 21/11 66/21 66/25 72/24 72/24 74/1 75/2 103/23 104/3
RMR [2] 2/13 108/8
road [3] 5/10 7/13 9/5
roam [3] 4/16 4/22 4/23
role [15] 13/20 24/19 24/24 26/3 26/4 26/5 26/6 26/12 27/5 29/4 29/18 31/6 31/9 51/19 73/11
room [54] 5/21 12/4 18/17 19/11 38/7 38/25 39/1 39/24 40/1 40/3 40/4 40/5 40/9 40/19 52/19 59/13 60/14 60/16 60/16 61/14 62/7 62/8 62/10 62/14 63/10 65/5 66/12 66/25 71/15 72/7 72/17 72/22 73/1 73/8 73/14 74/13 74/16 75/3 75/5 85/23 86/14 87/13 87/18 87/19 88/6 88/7 89/9 89/10 89/10 99/16 102/14 103/9 104/1 105/25
rooms [8] 7/6 38/7 38/8 38/23 38/23 39/4 39/21 39/23
rose [1] 19/23
rostrum [9] 32/24 37/9 37/9 52/14 58/20 59/19 59/25 64/22 64/23
Rotunda [30] 19/1 19/1 19/8 19/10 19/13 19/15 36/13 36/15 36/16 36/22 49/7 49/9 49/10 49/11 49/12 52/10 52/19 52/20 52/20 61/9 85/12 85/13 85/14 85/14 85/25 86/1 86/2 90/5 90/12 90/16
rough [1] 16/12
Rouhi [10] 34/16 40/20 61/16 62/17 80/11 85/16 86/3 87/9 90/7 90/22
route [2] 2/10 49/10
row [2] 12/18 12/19
rude [1] 11/14
rule [1] 30/8
run [6] 10/7 11/5 11/11 26/24 26/24 56/23
running [9] 59/16 60/1 60/5 60/6 60/13 60/20 61/23 63/14 63/16
runs [1] 26/18

**S**

safe [16] 21/13 57/2 59/13 60/14 62/10 63/10 65/12 65/25 67/16 72/17 73/15 74/13 74/16 75/5 103/9 106/21
safely [2] 101/15 103/20
safety [2] 60/8 73/10
said [42] 4/19 12/3 15/7 15/25 16/12 18/9 24/16 25/25 29/1 29/22 37/13 39/20 42/4 44/9 44/14 52/17 53/2 55/17 56/11 56/21 57/25 58/1 58/17 58/25 59/6 60/5 60/13 65/9 67/7 70/12

said... [12] 71/20 71/21
71/21 72/2 75/5 94/20 95/21
95/22 101/16 103/11 104/16
107/8
sake [1] 86/20
same [31] 9/8 9/14 10/1
10/22 26/3 26/5 26/5 32/19
53/21 63/24 67/19 67/21
74/6 74/23 74/24 74/24
74/25 76/24 78/8 78/14
79/19 81/14 88/18 89/2 89/9
92/6 94/10 94/19 100/11
105/2 106/16
sat [1] 61/12
saw [20] 17/20 17/21 17/24
43/8 55/5 56/4 59/16 62/7
63/2 66/25 68/16 71/7 71/13
74/13 84/6 88/6 94/18 94/20
98/15 105/2
say [25] 32/9 33/12 43/8
44/21 45/4 45/7 47/9 47/20
48/14 48/18 51/5 54/23 56/4
60/9 66/22 74/17 75/5 77/12
79/3 91/13 92/15 97/1 97/24
100/4 100/23
saying [1] 51/11
says [2] 49/13 59/1
scaffolding [1] 45/22
scene [1] 20/8
schedule [1] 105/22
scheduling [5] 26/19 61/25
88/8 89/12 89/12
Schumer [2] 45/8 65/11
Schumer's [5] 45/1 45/7 65/6
65/8 65/10
Scratch [1] 84/25
screen [14] 35/16 35/17 36/8
36/9 61/7 61/11 67/13 69/6
71/23 71/25 83/1 83/2 83/3
87/25
screening [1] 41/25
seal [1] 70/15
seat [5] 5/5 6/3 6/10 6/10
52/13
seated [5] 12/17 22/25 25/23
48/22 106/24
seating [1] 29/10
seats [2] 6/1 6/2
second [30] 4/5 5/2 9/7 14/2
18/3 29/1 35/7 35/14 36/8
38/1 38/4 38/16 38/22 40/14
51/7 52/9 62/12 62/20 63/2
63/7 66/17 72/24 73/8 77/3
77/23 84/16 85/11 87/15
88/6 107/4
secondary [1] 62/8
seconds [7] 60/19 62/5 85/19
85/23 90/8 90/18 90/20
secret [3] 14/14 17/10 56/2
secretaries [1] 70/24
Secretary [1] 28/18
secure [11] 18/19 62/16
63/22 63/24 64/1 66/11
66/19 71/17 73/19 75/4
75/11
security [23] 16/18 41/14
41/19 41/21 44/13 50/12
55/13 55/17 55/20 55/21

56/17 60/4 60/8 63/18 65/10
73/17 73/19 103/17
see [71] 11/16 15/21 16/22
16/25 17/4 17/16 17/18
17/20 17/23 17/24 17/25
18/5 19/15 19/23 20/4 35/5
35/8 35/11 36/12 37/7 37/9
37/12 38/1 43/8 43/9 45/15
54/20 57/10 58/1 58/2 58/18
61/9 61/12 61/23 66/7 67/2
68/21 68/23 70/4 71/14
72/10 76/2 76/10 76/21 78/3
78/13 81/9 81/25 82/6 82/12
82/13 82/14 83/6 83/7 83/17
83/19 83/20 83/21 84/22
86/12 91/16 91/17 94/16
97/9 98/6 104/17 104/20
104/21 104/22 106/21
107/16
seeing [4] 66/21 67/2 74/6
87/4
seemed [1] 82/8
seen [8] 37/11 46/2 46/4
52/5 55/5 71/25 88/20 96/23
selected [1] 6/1
selling [1] 93/17
Senate [34] 13/22 13/24 14/6
19/2 23/18 23/19 24/11
28/23 28/24 29/7 30/7 30/21
32/17 32/20 32/23 32/23
33/17 33/18 33/23 33/24
36/1 37/3 37/7 37/14 42/15
44/6 45/2 45/5 45/8 51/9
51/9 52/8 52/12 58/23
Senator [2] 33/13 33/14
Senators [1] 37/13
Senators' [1] 44/25
send [5] 79/22 80/2 92/18
92/21 93/18
sending [4] 93/8 93/10 93/10
93/11
sends [2] 30/18 92/13
senior [3] 77/24 87/14 89/11
sensitive [3] 69/25 71/1
76/16
sent [3] 67/6 78/7 79/25
separate [2] 6/18 56/14
sergeant [8] 56/9 56/15
56/15 56/18 57/6 58/16 59/1
59/15
sergeants [1] 56/9
series [1] 38/22
serious [3] 6/12 11/7 63/16
service [5] 5/12 17/10 56/2
102/12 102/14
session [1] 1/6 14/15 19/6
30/8 59/19 75/21 101/1
sessions [1] 44/1
set [2] 12/16 30/3 30/20
30/20 32/11 32/11 42/15
shape [3] 38/18 61/8 76/1
sharp [1] 16/7
she [33] 4/19 12/2 12/11
12/12 27/3 28/13 31/7 38/6
39/9 39/10 40/6 40/7 47/4
47/5 47/5 47/7 51/19 52/14
57/22 59/4 59/24 69/10
69/16 69/21 76/2 78/24 79/2

she's [5] 12/16 26/22 36/6
40/2 79/3
sheer [1] 17/16
shelter [1] 18/7
Sherman [1] 100/1
shirt [1] 104/23
shock [1] 16/7
shoe [1] 70/21
shoes [1] 70/20
shop [1] 26/24
short [1] 103/4
shortly [1] 46/6
should [7] 5/16 6/11 6/11
6/21 7/23 35/16 96/21
shouldn't [1] 97/1
shouting [4] 17/19 19/19
54/20 54/21
shouts [1] 19/16
show [3] 9/6 41/25 80/10
showed [1] 87/16
showing [3] 16/10 16/18
41/21
shown [2] 88/20 88/23
shows [2] 97/3 97/3
shut [4] 43/25 44/2 44/3 44/9
side [14] 8/17 8/22 10/15
20/16 32/20 35/25 36/7 36/9
40/10 42/12 42/16 70/14
70/14 70/16
sidebar [2] 78/21 104/7
sign [2] 54/20 61/10
signature [1] 93/1
signed [1] 33/14
significance [2] 30/1 98/7
significant [2] 74/21 101/11
silent [1] 73/3
similar [5] 31/9 42/15 43/19
44/1 83/7
simply [3] 7/24 9/5 21/2
single [1] 32/6
sit [1] 81/9
sits [1] 87/5
sitting [6] 68/5 68/8 80/16
81/2 89/3 105/2
situation [2] 73/22 73/24
six [1] 29/6
size [2] 94/17 94/17
slang [1] 98/20
slate [3] 30/15 30/18 34/4
slimmed [1] 47/8
slipped [1] 59/17
slogan [2] 54/10 54/16
slow [1] 23/23
smack [1] 19/1
small [8] 11/10 28/1 49/11
49/12 52/20 61/9 85/12 90/5
smashed [2] 76/9 91/19
smashing [1] 66/9
Smith [1] 2/3
Smithsonian [1] 82/18
so [196] 4/11 4/21 5/11 5/22
11/5 12/5 12/8 12/11 12/12
15/8 17/24 20/19 20/23
21/17 22/17 23/16 24/1
24/21 25/3 25/15 26/23
27/12 27/14 28/13 28/20
28/23 29/10 29/19 29/19

100/5 104/8
32/1 32/3 32/7 32/23 33/25
34/22 37/23 38/13 38/15
38/22 38/23 39/2 40/8 41/7
41/18 41/18 42/12 44/7
44/13 45/1 45/2 46/15 46/21
47/16 49/10 49/20 50/1 50/2
50/3 50/7 50/10 51/4 51/8
51/9 51/11 51/21 52/20 53/4
53/6 53/18 55/21 56/4 56/7
56/8 56/13 56/14 56/18 57/1
57/2 57/6 57/20 57/22 58/2
58/15 58/16 59/2 59/2 59/15
59/19 59/23 59/25 60/2
60/14 60/19 61/2 61/25
62/11 63/14 63/17 63/20
63/21 64/14 64/15 64/17
64/21 64/23 65/4 65/7 65/10
65/12 66/4 66/5 66/14 66/19
66/21 67/19 68/3 68/4 68/12
68/20 69/1 69/3 69/8 69/16
69/19 70/9 70/20 71/18 72/1
72/2 72/5 72/22 73/3 74/19
75/13 75/14 75/24 75/24
76/3 77/16 77/23 77/24
79/22 79/25 80/19 82/3 82/5
82/13 82/13 83/25 84/13
85/11 85/14 86/14 86/20
87/2 87/4 87/5 92/1 92/13
92/15 92/25 94/2 95/5 95/19
95/25 96/3 96/11 96/23
96/24 97/5 97/10 97/11
97/23 99/6 99/16 100/4
100/13 101/8 101/10 101/23
102/17 102/20 103/1 106/3
106/4 106/9 106/17 106/20
106/25 107/2 107/3
socialist [1] 15/17
socialists [1] 15/22
some [42] 4/10 5/11 5/17
11/11 11/11 19/21 30/17
31/23 40/16 40/17 44/24
45/1 46/24 47/16 47/17
52/17 54/3 58/5 58/7 65/22
67/6 70/9 71/4 71/25 73/17
75/1 76/15 79/25 79/25 82/5
82/14 82/16 82/16 82/20
91/17 96/3 96/17 96/20
99/22 102/11 107/2 107/6
somebody [4] 16/7 16/8
20/17 42/18
somehow [1] 54/13
someone [14] 11/13 33/8
33/10 34/3 42/23 42/25 67/6
68/4 68/8 71/12 73/4 100/6
100/13 106/5
something [16] 11/8 11/16
11/16 27/25 51/11 51/12
53/10 57/4 57/24 71/18 77/2
79/4 94/23 94/25 97/1
100/19
sometimes [5] 6/7 30/17
39/13 51/5 106/7
sorry [15] 6/16 24/8 25/13
27/22 38/13 47/21 48/16
49/19 69/18 75/17 82/1
86/17 100/4 100/18 100/20
sort [13] 5/9 7/13 37/1 50/7
55/4 74/12 74/22 81/25

**S**

sort... [5]  90/14 95/11 98/4
 99/3 102/7
sounds [1]  107/12
South [1]  2/10
Southwest [1]  1/12
souvenirs [1]  93/20
space [9]  18/8 24/13 25/24
 26/6 62/13 66/4 67/16 100/7
 100/8
spaces [5]  24/13 59/12 60/15
 72/9 82/21
span [2]  64/8 65/4
speak [2]  22/4 84/23
speaker [95]  13/12 14/1 14/3
 18/2 18/6 18/13 19/16 21/21
 21/24 23/13 24/14 25/13
 25/15 26/25 29/4 29/20 31/4
 31/8 32/24 38/4 39/4 40/6
 43/1 44/19 45/10 46/18
 46/21 46/22 47/1 47/11 49/8
 49/13 50/16 50/20 51/2 51/3
 51/4 51/6 51/8 51/10 51/14
 51/16 51/20 51/23 51/24
 52/13 54/3 55/11 55/20
 55/20 56/20 56/25 57/1
 58/18 58/19 59/17 59/21
 59/23 60/1 60/4 61/9 61/24
 63/13 63/24 64/10 64/20
 67/4 67/20 69/2 69/4 69/9
 69/14 69/20 70/22 71/3 71/6
 71/6 71/15 72/11 74/10
 75/14 75/18 76/15 79/24
 80/2 90/4 90/15 92/13 92/14
 93/4 93/8 93/9 99/13 101/20
 102/7
speaker's [34]  18/17 18/23
 18/25 28/3 29/19 31/17 38/9
 38/15 38/25 47/24 55/3 57/8
 57/19 58/2 58/6 59/4 60/4
 63/15 63/21 64/25 66/23
 66/24 69/15 76/5 77/24
 79/12 79/23 81/8 81/8 82/8
 83/12 89/20 99/7 103/24
Special [1]  107/5
specially [1]  92/23
specific [5]  7/21 21/20 29/18
 56/6 60/9
specifically [4]  31/20 41/1
 52/2 103/24
specifies [1]  14/10
speculate [1]  10/17
spell [1]  24/2
spelled [1]  14/13
spike [1]  16/7
spikes [1]  16/8
spot [1]  41/18
spray [3]  14/24 16/4 20/10
stab [1]  16/8
staff [81]  11/11 11/18 18/7
 24/12 25/9 26/9 27/6 27/7
 27/10 28/11 28/11 28/17
 31/24 32/3 32/6 40/16 44/25
 44/25 45/1 45/1 45/2 45/4
 45/7 46/11 46/11 46/14
 46/23 47/1 47/4 47/9 47/17
 47/20 47/21 47/21 50/11
 57/8 58/22 58/23 58/23 59/5
 59/11 59/17 60/3 60/15

 62/23 63/2 63/5 63/7 63/9
 64/16 64/17 64/17 64/18
 65/6 65/7 65/10 65/14 66/10
 66/20 67/11 68/7 73/1 73/6
 73/14 74/5 75/3 77/24 77/25
 77/25 87/5 87/14 89/11
 99/14 102/12 102/16 104/1
 106/16
staff's [1]  99/24
staffers [2]  18/17 104/2
stage [4]  8/24 9/7 9/22 9/25
stages [1]  8/23
stamp [4]  84/17 86/18 86/25
 93/1
stand [1]  20/2
standing [9]  17/1 22/21 36/18
 37/6 81/6 81/7 94/11 96/1
 104/24
stands [1]  10/24
start [14]  9/8 12/9 14/12 24/1
 33/25 38/24 64/5 72/3 72/3
 77/14 87/6 91/9 101/16
 105/20
started [25]  16/20 25/9 25/18
 55/13 57/8 58/6 60/1 60/5
 60/6 60/13 60/15 60/20
 63/14 63/16 66/20 67/13
 67/13 72/7 76/6 76/11 95/23
 96/3 96/4 99/9 106/8
starting [5]  38/19 57/14
 97/12 105/25 106/5
starts [1]  61/11
Stat [4]  49/13 52/10 52/17
 52/18
state [8]  30/15 30/18 33/2
 33/7 33/13 40/7 52/23 100/2
state's [2]  33/8 34/4
statement [3]  9/1 9/3 12/9
statements [4]  5/8 8/24 9/4
 9/19
states [20]  1/1 1/2 1/9 1/11
 1/14 1/17 13/4 13/12 13/17
 18/2 18/15 21/25 30/17 33/1
 33/4 33/25 35/15 53/7 65/1
 99/10
station [1]  39/19
Statuary [7]  49/9 49/11 49/12
 52/19 52/20 52/22 85/13
statues [3]  52/23 52/23
 52/24
Statutory [1]  52/24
stay [12]  26/3 26/5 28/14
 32/2 33/19 33/19 44/23
 47/15 59/10 64/5 106/15
 107/3
stayed [11]  15/11 26/5 44/24
 59/5 64/6 99/10 99/19
 100/21 102/17 102/20
 102/22
steal [5]  54/10 54/14 54/17
 54/21 97/14
step [5]  22/20 30/9 57/3
 59/24 105/7
stepped [2]  59/5 71/15
steps [1]  73/15
stick [2]  4/16 16/6
sticking [3]  17/4 78/15 79/9
still [7]  48/24 58/8 73/18 89/9

stole [1]  18/14
stolen [10]  53/10 53/17 54/13
 54/15 76/11 76/13 76/14
 76/16 76/19 81/23
stood [2]  19/25 80/22
stop [19]  21/11 49/12 54/7
 54/10 54/14 54/14 54/17
 54/21 55/15 59/21 60/22
 62/4 66/22 75/16 90/8 90/10
 90/23 100/5 101/7
stopped [8]  53/16 62/4 62/20
 86/8 87/2 90/3 90/12 101/10
stops [1]  105/14
store [1]  16/3
straight [2]  37/5 37/19
street [3]  1/14 1/17 42/13
stretch [2]  22/17 44/11
stricken [1]  10/22
strike [1]  10/19
stuff [4]  71/4 72/5 72/6
 100/14
stun [9]  13/14 16/5 16/5 16/5
 16/10 16/15 17/3 19/24
 21/17
Stutte [1]  107/5
subject [1]  54/5
submits [2]  30/18 68/10
substitute [1]  5/13
succession [1]  55/21
suffered [1]  99/18
suit [2]  61/22 104/23
suite [37]  1/15 2/3 2/10 38/9
 38/15 38/22 38/25 39/1 39/2
 39/21 44/19 45/10 47/24
 49/8 50/2 50/21 51/18 57/13
 57/17 59/10 66/21 66/22
 66/23 66/24 67/3 74/2 75/2
 76/3 77/24 79/13 81/14 82/7
 83/12 87/7 87/15 90/4
 103/24
suites [1]  61/13
summarize [1]  64/12
summarized [1]  7/24
summary [4]  6/16 7/12 25/6
 99/4
supplies [1]  16/4
support [2]  16/24 65/5
supporters [3]  54/8 54/8
 54/14
supposed [3]  19/3 32/13
 32/14
sure [16]  4/24 20/15 26/19
 26/25 26/25 27/2 28/4 46/15
 46/16 48/4 52/17 82/23
 100/20 102/25 103/20
 104/12
surveillance [1]  17/15
survive [1]  102/19
suspect [3]  4/9 36/5 86/11
suspend [1]  13/5
suspended [3]  15/4 18/20
 21/13
sustain [2]  10/14 10/16
swarmed [1]  74/2
swear [1]  82/5
sweatshirt [1]  81/6
sweeping [1]  76/6
switch [1]  107/6

stole [1]  18/14
symbolizes [1]  50/20
symptomatic [1]  106/18
system [2]  92/17 92/22

**T**

table [4]  73/2 95/18 98/8
 102/4
take [26]  5/17 5/18 5/20 12/5
 12/14 14/11 14/12 18/7 27/6
 27/6 27/18 30/9 30/17 34/1
 34/8 48/2 48/5 50/24 56/24
 58/18 58/19 59/1 59/23
 90/21 99/1 105/18
taken [6]  48/10 77/4 79/20
 82/7 98/10 100/7
takes [2]  5/2 90/18
taking [8]  12/2 49/6 54/17
 58/7 66/8 73/15 76/11 86/14
talk [5]  15/9 20/19 71/17
 85/2 99/14
talked [1]  99/16
talking [4]  16/10 24/7 74/14
 87/24
tammy [5]  2/13 2/15 108/8
 108/8 108/10
Tampa [2]  1/14 1/15
team [7]  8/20 8/21 26/9
 26/21 56/9 58/16 73/19
Ted [1]  1/12
televisions [1]  66/1
tell [19]  20/15 35/13 61/6
 68/3 70/3 70/19 73/16 73/22
 76/8 76/17 79/21 81/5 87/2
 87/25 89/9 92/4 94/11 103/8
 104/20
telling [2]  27/7 57/23
Tem [2]  51/9 59/23
ten [1]  91/6
tensions [1]  19/23
term [4]  8/18 26/20 26/20
 28/22
terms [2]  28/6 52/16
test [1]  12/22
testified [1]  22/24
testimony [3]  4/4 9/20 105/7
text [4]  67/5 71/12 72/20
 72/21
texting [5]  57/13 71/25 72/1
 73/4 82/14
texts [2]  73/7 74/14
than [9]  13/9 28/10 43/12
 43/14 51/16 62/9 85/2 90/20
 93/15
thank [24]  4/12 4/14 22/5
 22/7 22/12 22/25 23/1 23/3
 24/5 36/10 37/25 48/25
 50/24 77/19 80/2 80/3 86/23
 103/5 104/5 104/12 105/4
 105/9 105/11 106/22
Thanks [1]  24/4
that [579]  4/4 4/6 4/7 4/8
 4/14 4/25 4/25 5/4 5/16
 5/21 6/15 6/17 6/21 7/13
 7/17 7/23 7/23 8/8 8/13 8/15
 8/21 9/2 9/21 9/24 10/8
 10/13 10/17 10/22 10/23
 11/4 11/8 11/17 11/17 11/22
 12/3 12/5 12/12 12/12 12/17
 13/11 13/18 13/19 14/5

that... [536]  14/16 15/7 15/21
15/21 16/6 16/7 16/14 16/15
17/2 17/4 17/8 17/8 17/12
17/16 17/18 17/19 18/5 18/6
18/8 18/9 18/12 18/15 19/9
19/15 19/23 19/24 20/2 20/5
20/6 20/11 20/18 20/21
20/23 21/1 21/4 21/7 21/9
21/23 23/12 23/21 25/2
25/17 26/1 26/12 26/13
26/21 26/23 26/25 27/1 27/2
27/3 27/5 27/10 27/13 27/15
28/1 28/3 28/4 28/4 28/6
28/9 28/20 28/20 28/22
28/23 29/1 29/3 29/5 29/6
29/7 29/15 29/18 29/19 30/1
30/3 30/3 30/6 30/7 30/10
30/12 30/13 30/14 30/16
30/18 30/20 30/25 31/4 31/6
31/12 31/17 31/19 31/21
31/23 31/23 32/4 32/7 32/7
32/11 32/13 33/4 33/7 33/8
33/12 33/15 33/15 33/16
33/23 34/3 34/7 34/11 34/11
34/12 35/18 36/6 36/19
36/23 37/18 38/15 38/20
38/22 38/23 38/23 39/1
39/17 39/18 39/21 40/2 40/5
40/7 40/9 40/12 40/14 40/15
40/22 41/1 41/17 41/21 42/5
43/12 44/3 44/6 44/8 44/11
44/13 44/13 44/23 44/25
45/12 45/15 46/1 46/10
46/17 46/17 46/21 47/6 47/7
47/10 47/22 49/4 49/7 49/13
49/23 50/2 50/5 50/5 50/8
50/24 51/7 51/10 51/11
51/16 51/18 51/23 52/16
53/3 53/5 53/6 53/11 53/15
53/18 53/21 53/24 54/1 54/2
54/6 54/12 54/13 54/13
54/16 54/17 54/17 54/20
54/22 54/25 55/1 55/5 55/25
56/4 56/7 56/13 56/14 56/18
56/18 56/22 56/24 56/25
57/1 57/4 57/6 57/11 57/11
57/13 57/16 57/18 57/23
57/25 58/5 58/8 58/9 58/19
58/21 58/24 59/5 59/8 59/11
59/12 59/19 59/20 60/2 60/3
60/8 60/14 60/16 60/16
60/19 60/20 60/21 61/8 61/9
61/13 61/14 61/23 61/25
62/7 62/8 62/8 62/9 62/14
62/14 62/14 63/10 63/12
63/13 63/19 64/2 64/7 64/9
64/10 64/11 64/12 64/13
64/14 64/18 64/20 64/20
65/4 65/7 65/12 65/15 65/16
65/16 65/17 65/19 65/23
65/25 66/8 66/9 66/10 66/11
66/15 66/16 66/17 66/25
67/3 67/7 67/11 67/15 67/16
67/17 67/18 67/19 67/19
67/20 67/24 67/24 68/1 68/4
68/15 68/16 69/1 69/2 69/4
69/9 69/10 69/11 69/16
69/19 69/19 69/21 70/5 70/6

70/20 70/21 70/22 71/2 71/5
71/8 71/10 72/4 72/5 72/10
72/10 72/10 72/13 72/13
72/15 72/23 72/24 73/1 73/1
73/8 73/8 73/13 73/14 73/14
73/23 74/2 74/3 74/6 74/13
74/14 75/6 75/8 75/21 75/22
75/24 76/11 76/17 76/17
76/18 76/19 76/23 76/23
76/24 77/1 77/1 77/3 77/10
78/4 78/6 78/8 79/4 79/8
79/9 79/12 79/12 79/13
79/15 79/20 79/21 79/22
80/3 80/3 80/6 80/7 80/13
80/14 80/23 81/3 81/4 81/7
81/8 81/8 81/14 81/18 81/21
81/23 82/4 82/4 82/15 82/17
82/21 82/24 83/10 83/12
83/12 83/17 83/23 83/23
83/25 84/4 84/4 84/17 84/21
84/25 85/11 85/12 85/12
85/25 86/16 86/19 86/20
86/21 87/5 87/6 87/14 87/16
87/17 87/19 87/25 88/7
88/14 88/15 88/17 88/20
88/23 89/1 89/3 89/9 89/21
89/21 89/22 90/3 90/5 90/21
91/12 91/12 91/14 91/16
91/23 92/6 92/7 92/20 92/22
93/21 94/7 94/13 94/13
94/16 94/17 94/18 94/20
94/25 95/11 95/17 95/18
95/23 96/8 96/14 96/19
96/21 96/24 97/3 97/4 97/6
97/10 97/13 97/16 97/18
97/21 98/6 98/7 98/7 98/9
98/9 98/10 98/15 98/19 99/1
99/10 99/13 99/15 99/21
99/22 99/23 99/25 100/4
100/6 100/8 100/9 100/10
100/13 100/14 100/18
100/18 100/18 100/19
100/20 100/20 100/20 101/2
101/4 101/8 101/8 101/16
101/17 101/17 101/20
101/24 102/2 102/9 102/17
102/20 102/22 102/22
103/11 103/12 103/14
103/15 103/16 103/18
103/20 103/21 103/21
104/10 104/24 105/10
106/11 106/13 107/8 108/3
that's [42]  4/12 7/12 9/23
14/8 21/17 21/23 24/18
30/20 31/15 32/11 39/2 39/6
42/4 42/6 42/8 49/10 50/14
52/1 53/8 53/24 61/6 61/11
70/20 73/5 77/2 79/5 80/20
84/8 86/1 87/14 87/19 88/8
89/2 89/13 89/23 94/22
97/22 97/24 103/13 104/4
107/7 107/15
theft [2]  7/11 21/23
their [27]  9/13 9/19 14/22 21/4
24/12 24/13 30/15 30/15
30/19 32/2 32/18 33/18 37/8
45/2 46/15 52/9 59/11 59/12
60/15 63/20 63/21 65/7 73/2

them [62]  14/23 14/24 21/13
27/19 37/11 37/12 46/4
53/11 54/15 56/17 56/20
56/21 56/23 59/12 62/7
65/13 65/22 66/11 70/23
70/24 72/19 73/4 73/4 73/5
73/15 73/16 73/19 73/21
73/23 73/25 74/1 74/3 77/12
82/5 86/13 93/11 93/17
93/20 96/16 96/17 96/23
96/24 96/25 97/1 97/6 98/24
99/15 99/16 100/1 100/17
100/18 101/18 102/14 103/4
103/11 103/11 103/14
103/16 103/18 103/19
103/20 107/3
themselves [1]  43/13
then [64]  6/8 9/10 9/16 10/1
10/5 26/8 26/25 27/16 28/24
29/14 30/19 32/22 32/25
33/5 33/12 33/16 33/17
33/20 33/22 33/24 36/1
38/24 41/22 41/23 41/25
45/4 45/8 46/17 46/18 46/24
49/11 50/5 50/18 51/8 51/9
52/14 52/20 53/7 57/19 59/4
59/15 61/10 61/12 62/12
63/21 67/12 67/13 69/12
71/4 72/6 75/13 75/25 76/1
76/17 76/25 81/16 86/18
90/8 91/8 96/4 98/11 99/24
100/9 100/21
there [104]  4/11 5/24 9/9
11/20 12/12 15/7 15/7 16/24
17/12 17/13 17/24 18/8
18/24 21/2 23/20 25/10 27/8
28/13 28/13 29/6 33/2 33/10
34/10 34/19 35/13 37/1
37/13 38/23 39/15 39/20
42/23 46/13 47/2 47/9 49/3
49/7 49/13 49/16 50/19
51/15 52/16 54/1 54/16
55/15 57/22 58/9 58/12
58/22 60/22 60/24 61/19
61/25 62/9 62/13 64/4 64/5
64/6 64/7 64/16 64/16 64/18
64/20 65/7 65/22 66/1 66/15
66/22 71/20 71/22 71/23
72/13 73/3 74/19 75/13
75/16 76/23 76/23 76/24
77/1 80/3 80/24 81/19 82/3
82/13 83/20 85/22 86/15
86/18 86/21 94/21 95/3 96/1
96/2 96/12 98/21 99/22
100/9 101/17 101/24 104/2
105/13 106/4 106/12 107/8
there's [11]  29/12 38/24 39/1
49/10 50/3 56/11 76/5 77/8
91/23 92/17 106/12
these [31]  5/13 6/21 18/21
19/12 19/21 22/3 30/17 44/2
61/24 63/9 64/17 82/20
82/21 82/22 86/15 86/22
92/23 92/24 93/8 93/10
93/10 93/17 93/18 95/17
96/5 96/22 97/10 100/15
101/13 102/4 102/18
they [69]  4/6 6/2 9/4 11/14

14/21 14/23 17/9 19/6 19/6
30/7 30/10 32/19 32/25
33/12 37/16 42/14 42/18
42/19 43/18 53/5 53/6 53/22
55/22 58/10 58/12 59/24
61/24 61/25 63/10 66/3 66/3
66/17 67/3 67/12 70/23 71/1
71/2 72/23 73/2 73/3 73/9
73/21 73/25 74/1 74/2 74/2
75/10 75/13 84/21 84/21
86/22 92/14 92/22 93/16
95/19 95/20 96/23 96/23
99/14 100/20 103/14 103/16
103/20 104/3 107/3
thing [8]  5/16 16/13 29/22
79/24 82/6 83/19 95/25
100/11
things [19]  14/23 26/20 27/13
27/18 28/1 34/12 41/10 49/3
53/21 58/1 69/4 71/5 76/13
76/14 76/18 83/8 96/14
96/20 107/11
think [12]  4/23 6/11 8/2
28/10 30/10 37/11 48/11
58/12 91/1 91/2 99/11 104/9
third [6]  4/5 9/22 14/4 29/22
48/14 48/18
this [107]  6/12 6/14 9/2
10/11 11/10 11/21 12/2 13/7
13/13 13/19 14/10 14/13
14/15 14/15 14/15 15/13
16/5 16/13 16/19 16/22 17/4
17/9 17/10 17/15 17/21
17/22 18/16 19/10 19/17
20/1 20/8 20/16 20/17 31/20
32/16 34/1 34/19 35/14
35/16 36/5 36/6 38/1 38/13
40/1 43/10 48/2 49/15 50/1
50/14 56/12 56/20 59/9
60/23 61/5 61/8 63/9 63/16
64/15 68/9 68/18 68/20
68/23 69/3 69/22 70/10 71/7
71/13 72/8 72/15 74/6 74/13
77/5 77/23 77/24 77/24 78/1
80/1 82/13 82/15 83/7 84/9
84/19 84/20 85/10 86/24
87/2 87/3 87/4 87/13 87/17
87/3 89/21 91/5 91/13 92/9
93/3 93/23 94/11 94/16 95/9
95/9 97/14 98/2 101/16
102/11 102/20 103/3
those [40]  9/23 13/7 16/8
24/10 25/13 27/18 29/16
29/20 30/19 38/20 39/4 42/9
47/17 47/17 52/11 52/12
52/24 53/8 53/10 53/17 63/5
64/19 69/13 69/25 70/2
70/10 70/22 71/1 73/10 74/5
82/2 82/5 86/14 92/16 96/15
102/2 104/2 104/15 107/6
107/9
though [2]  50/16 58/10
thought [2]  58/8 73/5
thousand [1]  13/9
thousands [4]  13/3 14/20
15/7 17/7
threatening [2]  20/4 76/25
three [13]  16/9 16/14 25/11

**T**

three... [10] 27/14 29/6 29/7 34/1 34/9 42/13 42/14 42/15 101/17 103/10
transmissible [1] 106/13
threw [5] 14/23 96/5 96/9 96/16 97/6
through [53] 12/19 12/19 14/22 19/7 19/8 21/19 26/24 26/24 33/1 33/2 33/4 41/13 41/19 41/20 41/20 41/21 41/23 41/24 41/24 42/21 43/1 43/18 44/13 49/7 49/9 50/7 50/7 50/9 52/9 55/7 57/13 63/14 65/12 68/7 68/7 68/18 74/1 77/7 77/7 81/5 81/7 82/18 83/1 89/21 92/17 92/21 95/2 99/3 100/14 100/15 104/3 104/3 105/21
throughout [5] 8/8 8/17 67/19 86/11 99/11
thrown [2] 96/20 98/11
tied [1] 12/12
time [87] 12/13 14/11 24/14 27/14 27/22 28/6 28/9 28/21 29/1 29/19 30/6 30/17 31/4 31/6 31/17 31/21 32/11 34/3 34/19 40/16 40/18 41/3 43/4 43/5 44/23 45/12 45/20 45/22 46/17 46/21 48/2 49/15 54/25 56/7 56/10 56/18 57/12 58/17 59/5 60/17 60/23 63/16 63/19 64/2 64/7 64/9 64/10 64/11 64/14 64/20 65/4 65/17 65/19 66/10 67/24 68/9 69/22 71/2 72/8 72/15 73/1 74/4 74/6 74/12 74/15 76/17 77/5 78/24 80/4 80/7 84/9 84/16 84/17 86/17 86/19 86/25 86/25 93/23 99/13 99/21 100/11 101/2 101/8 101/11 101/24 101/24 103/18
times [2] 36/5 104/9
tip [1] 17/4
title [1] 31/6
today [4] 51/21 88/21 90/24 104/17
together [7] 14/6 30/8 59/10 64/15 75/10 76/7 99/20
told [5] 6/14 8/7 57/13 59/12 100/5
tomorrow [6] 43/9 91/9 105/14 106/25 107/7 107/16
tonight [1] 105/23
too [3] 15/11 17/17 92/13
took [6] 17/22 18/24 21/24 40/18 52/13 71/14
top [3] 70/14 70/21 80/22
tornado [1] 62/13
total [1] 47/5
touch [2] 35/17 56/19
tour [7] 43/15 43/18 43/21 44/5 44/7 49/6 49/10
tours [4] 43/25 44/2 44/9 49/11
town [1] 107/2
traditional [1] 53/4
transcript [3] 1/8 12/3 12/6

transfer [1] 59/18
transition [2] 24/21 24/21
transitioned [1] 25/11
transmissible [1] 106/13
trash [3] 96/17 96/24 98/11
trashed [1] 91/18
trauma [1] 99/18
traveled [2] 13/9 15/10
Treasury [1] 28/18
trial [23] 1/8 5/10 5/12 5/22 6/2 6/13 7/14 7/15 8/1 8/4 8/8 8/18 8/23 10/7 10/8 11/4 13/7 13/19 17/16 19/22 20/20 91/6 107/17
tried [2] 11/6 76/19
tries [1] 11/2
trip [1] 15/13
trouble [2] 11/5 84/24
true [6] 10/22 30/12 30/13 30/14 43/12 106/16
Trump [5] 16/25 31/1 53/23 54/8 54/13
try [9] 4/7 11/22 19/12 73/15 90/24 105/21 106/5 106/8 106/15
trying [9] 31/7 65/14 66/10 66/11 73/16 73/18 73/21 74/25 102/4
tunnel [1] 63/15
turn [2] 27/18 28/1
turned [3] 50/10 67/11 73/1
Turner [1] 1/12
TV [4] 54/3 66/21 66/25 67/5
tweet [2] 71/8 71/11
tweets [4] 67/6 67/8 67/13 68/7
Twitter [4] 67/9 67/21 71/10 99/22
two [33] 4/4 5/25 13/21 15/14 16/4 23/17 28/23 31/13 33/17 34/1 34/9 37/20 38/23 39/22 42/14 42/15 52/23 55/17 61/24 62/11 65/20 75/15 76/3 76/25 82/3 85/19 86/15 86/21 97/20 98/22 99/24 102/13 103/2
two-way [1] 16/4
typically [1] 70/23

**U**

U.S [9] 6/19 17/7 23/10 23/10 23/16 23/20 56/1 56/16 58/6
Uh [7] 29/24 44/10 52/3 56/7 89/14 96/16 99/6
Uh-huh [7] 29/24 44/10 52/3 56/7 89/14 98/16 99/6
ultimate [1] 10/11
uncomfortable [1] 12/14
under [6] 15/22 25/10 48/24 73/2 84/4 102/3
underneath [2] 80/12 80/19
understand [6] 7/23 12/10 66/19 92/20 98/19 98/21
UNITED [14] 1/1 1/2 1/9 1/11 1/14 1/17 13/4 13/12 13/17 18/2 18/15 21/24 35/15 65/1
unless [2] 8/9 80/22
until [16] 4/9 6/4 8/9 9/3

64/6 66/20 99/19 100/22 100/24 101/14 103/21
up [36] 5/18 5/25 12/21 13/15 16/13 22/17 22/20 27/12 33/12 36/18 46/25 47/16 52/14 56/10 57/14 57/22 58/2 59/19 59/25 60/12 61/6 67/5 72/1 75/25 76/6 76/20 78/4 80/22 82/13 84/19 90/24 91/8 95/23 103/3 104/10 104/24
updated [1] 105/21
upon [1] 14/20
upper [6] 37/23 38/19 40/3 82/25 94/14 97/24
upside [1] 98/6
urgent [2] 59/1 59/2
us [36] 20/18 23/14 25/6 35/13 35/22 42/9 55/7 55/23 60/7 61/6 61/21 63/16 63/17 68/3 68/18 70/3 70/19 73/19 73/20 73/22 74/17 77/21 79/21 81/5 82/22 85/9 86/8 87/3 89/9 92/4 99/3 103/8 104/20 105/11 106/10 106/19
use [10] 4/18 8/18 8/20 9/24 16/16 16/18 35/22 65/19 68/25 70/8
used [12] 14/24 16/7 16/8 28/22 40/15 40/16 52/16 52/24 53/5 60/17 65/16 70/19
useful [1] 5/17
using [3] 4/5 16/11 67/19
usual [1] 28/10
usually [1] 33/11

**V**

valued [1] 69/4
variant [1] 106/12
various [1] 61/17
vehicle [1] 63/15
vehicles [2] 63/21 63/22
verdict [1] 11/24
very [20] 11/7 11/7 22/11 28/9 32/21 32/24 39/18 39/19 40/8 54/22 61/13 64/3 64/18 73/7 73/22 76/15 82/5 83/3 99/25 104/5
via [3] 71/12 72/20 93/10
Vice [20] 13/24 14/2 15/5 17/11 17/12 18/18 32/22 32/23 32/25 33/5 33/10 33/13 33/18 51/8 51/12 52/13 53/17 64/19 100/24 101/2
video [21] 16/10 17/20 17/22 61/6 62/5 84/10 84/15 84/16 84/20 85/3 85/10 86/12 86/12 86/18 86/24 88/18 88/20 91/12 91/14 91/16 91/20
video's [2] 84/17 86/25
videos [2] 86/15 86/22
videotape [2] 16/23 20/7 20/14 61/18 62/3 62/19 63/1 85/6 85/17 85/20 86/5 87/10 87/21 88/3 88/10 88/12 89/6

view [2] 81/14 83/7
vigilant [1] 106/18
violated [3] 18/8 72/9 100/8
violates [1] 11/17
violence [1] 16/2
violent [2] 21/2 46/4
visible [2] 82/7 88/16
voice [7] 12/21 87/24 87/25 88/14 88/15 88/17 88/18
volt [1] 13/14
volts [1] 16/13
vote [5] 14/18 15/4 17/14 18/19 30/10
votes [7] 14/7 30/19 30/19 31/15 33/8 52/12 53/6

**W**

Wait [1] 78/20
waited [1] 73/3
waives [1] 22/8
walk [13] 32/17 32/19 32/21 37/14 41/22 42/20 43/10 49/6 55/7 68/18 77/23 90/19 99/3
walked [6] 37/16 42/20 44/13 50/7 56/10 59/16
walking [3] 16/6 19/8 44/6
wall [3] 82/4 82/6 85/24
walls [1] 37/1
want [17] 4/16 5/8 12/22 40/25 49/4 52/16 59/21 60/7 60/9 67/7 80/12 87/24 90/24 97/4 104/10 106/3 107/23
wanted [9] 4/6 18/25 27/3 42/20 93/12 99/20 99/25 100/5 100/17
war [2] 20/17 20/18
warned [1] 71/16
was [256] 13/6 13/23 13/24 13/25 14/1 14/2 14/3 14/15 15/20 15/21 15/22 16/5 16/5 16/6 16/12 16/14 16/23 17/10 17/11 17/13 17/18 17/19 17/20 17/24 18/8 18/9 18/15 18/19 18/20 19/3 19/10 19/11 20/2 20/5 20/7 20/14 21/2 21/11 21/13 21/13 22/23 25/10 26/6 26/9 26/11 26/12 26/13 27/1 27/1 27/3 27/3 27/10 27/15 27/15 27/19 27/21 27/24 28/22 28/3 28/13 28/13 28/19 29/1 29/4 29/5 29/18 29/19 29/20 29/22 29/22 30/25 31/6 31/6 31/11 31/11 31/20 31/24 32/3 32/12 32/14 39/7 40/8 40/15 40/16 40/17 41/25 44/24 45/1 45/2 45/24 45/24 46/11 46/13 46/22 47/1 47/8 48/10 50/10 50/10 50/19 52/14 52/14 53/24 54/6 54/7 54/16 54/17 54/19 55/5 55/4 55/6 55/8 55/9 55/10 55/11 56/8 56/11 57/9 57/10 57/11 57/12 57/22 57/23 57/24 57/25 57/25 58/8 58/9 58/12 58/16 58/22 58/23 59/1 59/2 59/13 60/17 61/18 62/3 62/13 62/19 63/1 63/13

was... [114] 63/16 64/2 64/3 64/3 64/10 64/16 64/23 65/4 65/7 65/12 65/14 65/16 65/21 65/21 65/23 65/23 66/5 66/6 67/3 67/21 68/4 69/2 69/3 69/11 70/19 71/10 71/18 71/24 72/1 72/10 72/13 72/23 73/4 73/8 73/20 73/22 73/24 74/22 74/24 74/25 76/2 76/4 76/5 76/11 76/23 76/23 76/24 76/24 77/1 78/21 79/4 79/6 79/12 79/15 79/24 80/3 80/6 80/9 80/12 80/21 80/23 83/12 83/12 85/6 85/17 85/20 85/22 85/25 86/5 87/10 87/16 87/21 88/3 88/10 88/12 89/6 89/16 89/25 90/9 91/18 92/6 92/7 94/20 94/23 94/23 94/24 94/24 94/25 95/25 96/1 96/2 97/4 97/16 97/21 97/22 98/9 98/10 99/13 99/19 100/1 100/6 100/9 100/18 100/19 100/19 100/20 100/23 101/1 102/3 102/4 102/11 104/2 104/7 104/13

Washington [8] 1/4 1/18 2/14 17/1 36/20 36/23 94/12 108/10

Washington, [2] 13/10 16/16
Washington, D.C [2] 13/10 16/16

wasn't [1] 42/18
watch [1] 17/15
watched [3] 54/3 91/12 97/3
watching [2] 6/8 66/6
way [25] 7/25 13/11 13/11 14/22 16/4 17/6 18/1 41/22 44/11 45/19 45/24 48/15 48/18 49/7 52/11 53/2 53/21 71/16 74/3 90/23 91/13 92/20 95/22 103/15 104/2
we [254] 4/2 4/4 4/6 4/8 4/9 4/11 4/13 5/8 9/8 10/5 11/8 11/19 12/1 12/9 12/11 12/15 13/1 17/21 17/23 17/24 22/1 24/1 27/8 27/9 27/14 27/16 27/23 27/25 28/4 28/4 28/10 28/11 28/15 28/15 28/19 28/20 29/10 31/19 31/20 31/22 31/22 31/23 32/1 32/2 32/3 32/7 33/4 33/4 33/16 33/19 33/20 33/20 33/21 33/22 33/23 33/24 34/24 35/3 35/13 36/4 40/18 40/20 43/25 44/7 44/25 45/22 45/23 46/11 46/14 46/16 46/17 46/24 47/9 47/16 47/18 47/19 47/22 48/5 49/2 50/1 50/7 50/24 52/14 52/17 53/11 54/3 54/20 54/22 55/22 56/12 56/14 56/17 56/20 56/24 56/25 57/1 57/24 58/2 58/8 58/20 59/18 59/18 59/18 59/21 59/25 59/25 60/1 60/2 60/3 60/6 60/12 60/20 61/5 61/6 61/21

62/1 62/3 63/2 63/14 63/14 63/21 63/22 64/6 64/20 64/20 66/4 66/4 66/5 66/5 66/10 66/11 66/14 66/16 66/17 66/19 66/20 67/12 68/18 70/3 70/22 72/7 72/8 72/20 72/20 72/23 73/3 73/4 73/5 73/5 73/5 73/6 74/16 75/1 75/2 75/13 75/13 75/20 75/22 76/4 76/6 76/7 77/2 77/14 77/21 78/10 78/13 79/18 79/22 80/10 81/5 81/8 81/13 82/1 82/12 82/23 83/6 83/17 84/19 84/19 85/1 85/9 85/22 86/8 87/3 88/6 88/9 89/10 89/19 89/21 90/4 90/8 90/12 91/8 91/12 91/17 91/21 92/4 92/17 92/21 93/18 95/8 95/16 95/18 97/9 98/5 98/6 99/6 99/7 99/8 99/9 99/9 99/11 99/19 100/22 100/23 101/1 101/7 101/7 101/8 101/9 101/10 101/10 101/12 101/12 101/14 101/24 101/25 102/10 102/16 102/17 103/19 104/6 105/17 105/19 105/19 105/20 105/21 105/24 106/8 106/19 106/20 106/21 106/25 107/1 107/2 107/4 107/6 107/7 107/9 107/13 107/16

weapon [3] 7/1 7/4 21/17
wearing [3] 17/1 104/21 104/23
weather [1] 62/14
week [5] 5/11 27/12 86/11 105/15 105/21
weeks [3] 15/13 15/14 32/6
weigh [1] 10/11
welcome [2] 5/6 61/12
well [9] 10/9 13/1 22/11 34/25 41/17 45/21 58/1 96/23 100/17
Wendel [1] 107/5
Wendy [1] 100/1
went [26] 16/3 16/24 18/1 25/25 26/6 41/18 41/23 44/18 46/9 46/17 58/22 59/4 59/15 60/20 61/15 72/6 74/9 74/9 75/10 76/17 99/8 99/16 99/19 99/21 100/14 100/21
were [155] 6/1 15/5 15/7 17/8 17/9 17/11 17/12 17/17 18/7 18/17 21/4 24/7 24/15 26/10 27/1 27/5 27/8 27/13 27/13 27/16 27/23 28/4 28/7 28/9 28/19 29/10 29/11 31/20 31/22 31/23 32/4 32/6 34/10 39/20 41/11 42/5 42/18 43/15 43/21 45/23 46/24 47/16 47/18 47/19 47/22 52/10 53/10 53/17 53/19 53/22 54/1 54/5 54/10 54/14 55/23 56/24 57/4 57/8 57/14 57/23 58/6 58/21 61/25 61/25 63/17 63/20 64/7 64/12 64/15 64/16

66/6 66/10 66/11 66/14 67/2 67/3 67/19 67/23 68/6 68/7 70/10 71/10 71/23 71/24 72/1 72/9 72/16 72/17 72/19 72/20 72/24 73/3 73/3 73/4 73/5 73/6 73/7 73/10 73/15 73/18 73/20 73/21 74/5 74/6 74/13 74/16 74/19 75/1 75/2 75/5 75/20 75/22 76/13 76/16 76/19 80/1 80/24 81/23 82/3 82/5 82/20 84/4 95/17 95/17 95/20 96/22 97/10 99/14 99/22 100/22 100/23 101/7 101/9 101/9 101/10 101/10 101/12 101/13 101/17 101/17 101/25 102/16 103/9 103/12 103/14 103/14 103/18 103/20 103/20 103/23
weren't [2] 95/19 96/14
west [1] 57/20
wet [2] 96/25 98/4
what [151] 5/10 5/23 9/5 10/18 15/20 16/11 17/20 17/21 17/24 18/24 19/5 20/13 20/22 20/23 20/25 21/11 24/10 24/19 24/24 25/1 25/15 25/17 25/19 26/12 26/14 27/12 27/19 28/7 28/7 28/22 29/2 29/18 31/6 31/6 31/16 31/16 32/12 32/15 32/16 33/7 33/8 35/3 35/13 36/15 39/23 41/3 41/16 42/18 44/3 45/19 49/23 50/1 50/1 51/19 52/7 52/18 53/11 53/15 54/5 54/12 54/19 55/7 55/8 55/24 56/5 56/6 56/21 57/7 57/9 57/10 57/25 58/15 58/16 58/19 59/8 59/13 61/6 61/21 62/7 63/12 64/2 64/4 64/12 66/5 66/6 66/7 68/3 68/6 68/18 68/20 70/3 70/6 70/7 70/19 71/13 73/5 73/9 73/15 73/17 73/20 73/21 73/24 74/8 74/17 74/25 75/19 75/24 75/25 76/1 76/10 76/21 76/21 77/21 78/13 78/22 79/18 79/21 81/5 81/13 81/24 82/7 82/12 83/6 84/21 84/21 85/1 86/8 87/3 87/13 88/7 89/9 92/4 93/14 95/8 95/16 95/21 95/23 95/23 96/8 96/15 97/9 97/24 98/6 98/19 99/4 100/23 101/7 102/5 102/8 102/21 106/19
what's [10] 17/23 31/16 47/23 72/4 77/6 78/23 97/13 97/15 97/18 98/4
whatever [3] 15/17 65/9 90/25
when [69] 6/15 6/15 9/23 10/15 12/4 14/10 15/18 18/6 19/6 19/10 20/8 21/10 27/8 28/13 32/7 32/10 32/10 36/17 36/18 36/20 36/21 37/6 37/13 41/13 43/18 45/4

56/4 57/17 60/9 60/14 60/20 64/20 66/4 66/22 70/12 71/7 71/13 71/18 72/13 72/15 74/16 75/15 77/3 77/23 79/24 80/6 81/18 81/25 83/13 87/15 87/16 91/14 91/15 91/17 94/21 95/19 95/20 95/21 96/12 98/11 99/7 99/12 99/13 100/23
whenever [1] 4/22
where [57] 1/6 13/5 13/10 14/8 19/3 24/12 24/13 26/6 32/3 33/17 35/23 36/1 36/12 38/1 38/13 39/4 39/7 40/5 40/7 41/23 41/23 42/9 46/8 47/14 47/14 53/8 57/16 57/20 60/7 60/9 61/11 66/12 68/24 69/7 70/21 75/8 75/10 76/8 79/1 80/9 81/6 81/7 83/20 83/21 83/22 85/9 87/5 88/23 89/3 89/19 89/22 92/8 94/11 96/22 104/20 105/19 105/21
whether [4] 4/21 5/18 7/16 8/5
which [15] 7/18 12/10 13/17 23/18 25/3 25/4 28/16 29/11 30/25 32/18 53/5 84/16 86/17 92/18 95/2
while [8] 12/16 13/13 18/7 18/16 18/18 18/19 40/18 101/13
white [8] 25/9 28/17 29/17 69/6 70/6 85/23 97/24 100/10
whites [2] 58/18 59/16
Whitesel [2] 1/16 22/2
who [48] 6/4 13/8 13/23 13/25 17/10 17/22 19/15 19/19 19/25 21/4 23/11 24/14 24/14 24/15 25/23 32/2 32/3 39/15 42/25 43/6 44/22 47/16 47/18 47/18 47/21 47/23 52/14 55/17 55/25 56/15 57/8 58/6 60/2 61/21 67/6 70/8 72/17 82/21 86/14 92/11 94/7 100/1 102/16 103/14 103/17 103/23 106/25 107/7
who's [3] 15/18 42/23 51/21
whoever [1] 30/10
whole [7] 32/3 44/23 64/8 64/9 64/10 64/11 92/23
whose [1] 78/4
why [31] 30/1 30/14 32/9 39/17 41/7 43/24 45/17 46/10 50/18 52/22 55/1 58/12 59/20 62/10 66/19 72/21 72/21 75/18 78/6 88/17 89/1 91/8 93/7 96/10 96/19 96/24 97/1 98/7 102/11 102/19 102/22
will [87] 4/11 5/14 5/21 5/22 5/24 6/4 6/6 6/19 7/15 7/21 8/4 8/17 8/20 8/23 9/6 9/8 9/9 9/14 9/18 9/22 9/23 9/24 9/25 10/6 10/8 10/11 10/12 11/1 11/10 11/19 12/1 12/2

will... [55]  12/3 12/6 12/6
12/9 12/15 15/17 15/21
16/21 16/25 17/8 17/16
17/18 17/20 18/5 19/5 19/15
19/21 19/23 19/24 20/1 20/4
20/20 22/1 22/4 33/12 33/13
33/16 33/17 33/18 33/19
33/19 33/20 33/22 33/24
36/10 49/16 67/10 82/1
84/24 86/13 86/15 90/8
90/21 91/9 91/10 97/14 98/5
105/5 105/17 105/20 106/4
106/7 106/19 106/21 107/16
wind [1]  5/25
window [6]  45/20 45/21
45/21 55/3 55/5 82/19
windows [9]  14/25 40/14
45/10 45/13 60/18 60/19
62/9 62/15 66/9
winner [1]  14/8
wins [1]  30/11
wipes [1]  96/4
wiping [1]  96/4
withdrawn [1]  10/17
within [2]  23/21 74/19
without [2]  78/3 104/2
witness [11]  3/2 4/3 4/5 4/5
4/10 9/10 10/15 10/24 22/14
34/17 90/25
witness's [2]  10/20 10/25
witnesses [6]  9/19 9/21
10/13 22/16 105/19 107/2
woman [3]  27/2 28/13 42/25
women [1]  99/25
won't [1]  92/19
word [4]  8/20 98/17 98/20
106/11
words [4]  16/11 21/10 82/5
98/22
work [39]  4/13 13/18 23/10
23/10 23/18 24/15 24/16
25/15 27/6 31/4 31/16 31/17
32/14 39/7 39/7 39/19 41/3
44/16 47/15 47/19 47/22
56/8 65/21 65/23 67/16
67/18 68/8 74/9 76/2 82/18
82/20 96/11 97/5 101/3
101/9 101/11 101/21 102/6
102/14
worked [12]  16/10 23/12
24/14 24/14 25/13 25/25
30/22 38/2 39/4 42/23 43/6
107/10
working [12]  24/21 25/9
26/10 27/13 27/17 27/23
28/2 28/12 28/19 29/1 47/7
101/17
works [1]  102/15
world [6]  16/22 20/13 65/3
69/20 90/14 100/17
worried [1]  71/24
worry [3]  5/2 72/6 92/21
worth [3]  93/14 93/16 107/12
would [73]  4/25 10/18 16/1
22/13 26/23 26/24 26/24
26/25 27/2 27/8 27/18 28/7
28/13 28/15 28/15 31/7 32/2
32/2 32/8 32/17 32/19 40/6

44/7 44/20 45/21 47/9 49/7
49/15 51/14 53/11 53/11
53/13 53/16 54/20 55/22
56/8 56/25 57/1 57/4 59/13
59/23 60/8 60/23 62/14
62/17 67/9 69/21 69/22
69/25 71/2 71/17 71/17
73/16 73/17 74/17 75/18
77/5 82/22 84/9 92/14 93/3
93/23 95/1 97/11 99/17
101/24 103/2 106/17
wrap [3]  90/24 91/8 103/3
write [2]  5/20 5/23
writing [3]  97/19 97/21 97/23
written [6]  33/14 36/13 82/5
97/13 97/15 97/18
wrong [2]  31/7 57/24

**Y**

Yeah [1]  74/20
year [2]  25/15 25/17
years [12]  14/5 14/19 25/8
25/11 25/12 25/13 25/25
26/3 42/23 46/1 46/1 53/22
yes [104]  4/18 24/9 26/2 27/7
27/7 29/4 30/24 31/3 31/5
34/5 35/12 36/14 36/25 37/2
37/8 37/8 37/17 37/24 38/3
39/12 39/25 40/23 41/2 41/6
41/12 41/15 42/17 42/22
42/24 43/3 43/7 43/14 43/17
43/20 44/12 44/15 44/20
45/6 45/9 45/11 45/14 46/3
50/4 50/6 50/15 52/1 52/6
54/3 54/7 54/11 54/18 55/16
57/11 58/11 62/24 63/6 63/8
63/11 63/25 64/11 65/2 65/4
66/2 66/24 67/1 67/22 67/25
68/17 70/1 71/9 72/18 73/12
74/7 75/7 76/14 76/14 77/11
78/5 78/9 83/24 85/15 86/2
87/19 88/16 88/25 89/23
90/5 90/13 92/14 92/15 94/6
94/15 95/12 96/7 96/18 98/1
98/18 98/25 101/5 101/22
102/10 104/2 104/18 105/1
yesterday [3]  6/14 8/7 43/9
yet [4]  59/7 59/14 59/15
88/20
York [2]  2/7 2/7
you [578]  4/12 4/14 4/15
4/16 4/16 4/19 4/22 4/23
4/23 4/24 5/5 5/9 5/9 5/11
5/14 5/16 5/18 5/20 5/21
5/23 5/24 5/24 5/25 6/8 6/10
6/11 6/14 6/19 6/21 7/13
7/13 7/15 7/16 7/21 7/23 8/2
8/4 8/7 8/13 8/15 8/17 9/5
9/23 9/24 10/9 10/10 10/10
10/11 10/12 10/13 10/14
10/17 10/20 10/24 11/1
11/10 11/10 11/13 11/16
11/20 11/21 11/22 11/24
12/5 12/6 12/13 12/14 12/14
12/15 12/16 12/17 12/18
12/20 12/22 12/23 13/16
13/19 15/8 15/21 16/13
16/21 16/25 17/4 17/7 17/15

18/5 19/5 19/15 19/21 19/23
19/24 20/1 20/4 20/16 20/18
20/20 20/21 20/23 22/1 22/3
22/4 22/5 22/6 22/7 22/12
22/13 22/17 22/20 22/20
22/25 22/25 23/1 23/3 23/8
23/14 23/23 24/2 24/5 24/7
24/16 24/16 25/3 25/6 25/15
25/17 25/25 25/25 26/3
26/10 26/14 27/5 27/9 27/13
27/19 28/7 28/7 28/19 28/22
29/1 29/2 29/2 29/22 29/25
30/14 30/22 31/4 31/9 31/9
31/13 32/9 32/12 33/7 34/16
35/1 35/3 35/6 35/8 35/11
35/13 35/14 35/16 35/22
35/22 36/1 36/5 36/10 36/12
36/15 36/17 36/18 36/20
36/21 36/21 36/21 37/3 37/6
37/7 37/9 37/12 37/13 37/15
37/22 37/23 37/25 38/1 38/2
38/9 39/11 39/20 40/17
40/21 40/22 41/3 41/11
41/13 41/13 41/16 42/2 42/2
42/5 42/9 42/9 42/20 42/21
42/23 43/1 43/6 43/8 43/8
43/9 43/9 43/9 43/15 43/15
43/24 44/9 44/9 44/13 44/14
44/16 44/16 45/4 45/4 45/7
45/7 45/12 45/15 45/15 46/1
46/6 46/8 46/10 46/22 47/11
47/14 47/20 47/20 48/11
48/11 48/24 48/24 48/25
49/3 49/9 49/10 49/24 50/2
50/5 50/9 50/9 50/10 50/11
50/16 50/23 50/24 51/2 51/9
51/9 51/11 52/4 52/16 52/17
53/2 53/2 53/15 53/15 53/19
53/22 54/1 54/1 54/5 54/10
54/19 54/20 54/21 54/23
54/23 55/7 55/15 55/17
55/18 56/4 56/4 56/5 56/5
56/6 56/21 56/21 56/21 57/6
56/7 57/17 57/22 57/25
57/25 58/1 58/1 58/12 58/18
59/7 59/23 60/5 60/5 60/7
60/22 61/6 61/9 61/9 61/10
61/12 61/12 61/16 61/17
62/2 62/10 62/11 62/17
63/12 63/24 64/1 64/1 64/4
64/4 64/5 64/7 64/10 64/12
64/12 65/9 65/9 65/16 65/19
66/7 66/22 66/22 66/22
66/25 67/2 67/2 67/7 67/8
67/9 67/15 67/16 67/16
67/17 67/23 68/6 68/6 68/16
68/20 68/21 68/23 69/12
69/25 70/2 70/3 70/14 70/19
71/7 71/7 71/10 71/11 71/13
71/13 72/2 72/13 72/15
72/16 72/19 73/10 73/14
73/15 73/24 74/5 74/6 74/8
74/12 74/13 74/14 74/17
74/17 74/19 74/21 75/5 75/5
75/5 75/8 75/16 75/24 75/24
75/25 76/8 76/10 76/21
77/10 77/19 77/21 77/23
78/3 78/6 79/1 79/8 79/13

80/11 80/22 81/5 81/9 81/18
81/23 81/24 82/4 82/13
82/14 83/7 83/10 83/13
83/17 83/19 83/20 83/20
84/6 84/20 84/23 85/2 85/9
85/11 85/11 85/19 86/3 86/8
86/10 86/12 86/13 86/14
86/23 87/2 87/4 87/15 87/16
87/24 87/25 88/14 88/15
88/17 88/20 88/20 88/23
89/1 89/9 89/11 89/12 90/5
90/7 90/18 90/21 90/24 91/1
91/1 91/5 91/8 91/14 91/15
91/16 91/16 92/4 92/6 92/16
92/25 93/3 93/3 93/7 93/12
93/14 94/5 94/9 94/11 94/16
94/18 94/20 94/20 94/21
95/19 95/21 95/21 95/21
95/21 95/22 95/22 95/22
95/23 96/6 96/8 96/12 96/14
96/19 96/19 96/19 97/1 97/1
97/1 97/4 97/11 97/12 97/14
97/15 97/24 98/7 98/7 98/15
98/17 98/17 98/21 98/24
99/3 99/4 99/17 99/17 99/18
100/5 100/23 101/16 101/17
103/5 103/8 103/8 103/11
103/11 103/12 103/14 104/5
104/9 104/10 104/12 104/15
104/16 104/16 104/19
104/20 104/21 104/22
104/24 105/2 105/4 105/7
105/9 105/11 105/21 105/25
106/3 106/5 106/11 106/13
106/14 106/14 106/15
106/17 106/19 106/21
106/22 107/8 107/10 107/10
107/16
you're [1]  50/12
you've [2]  50/12 102/8
Young [1]  82/19
your [119]  4/2 4/9 4/13 4/14
4/19 4/25 5/1 5/12 5/23 6/12
8/12 9/24 10/9 12/5 12/15
12/16 12/21 20/19 22/9
22/21 23/3 24/2 24/19 25/6
26/3 26/12 29/1 29/18 31/16
34/6 34/18 34/21 35/16
35/22 36/10 37/15 39/7
39/13 40/25 41/1 41/1 44/23
46/1 46/6 48/4 48/14 48/25
49/15 49/19 50/14 50/18
56/4 57/25 61/1 63/9 63/10
67/8 67/9 67/16 67/17 68/9
68/11 68/25 70/6 72/13
72/16 73/11 74/12 74/17
76/21 76/21 77/5 77/9 77/19
78/17 78/22 80/6 80/6 81/3
81/18 81/19 83/13 84/9
84/12 86/23 89/3 89/22
90/23 90/25 91/13 91/25
94/1 94/18 95/4 95/11 96/6
96/12 96/14 97/25 98/2 99/4
99/5 100/4 101/3 101/3
101/20 102/23 103/1 103/8
104/4 104/12 105/2 105/4
105/7 105/12 105/12 105/14
106/15 107/1

**Y**

yours [2]  39/11 96/15
yourself [2]  23/8 71/10
yourselves [1]  6/11

**Z**

Zachary [1]  107/5