```
1                    IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF COLUMBIA
2
       - - - - - - - - - - - - - - - x
3      THE UNITED STATES OF AMERICA,
                                           Criminal Action No.
4                     Plaintiff,          1:21-cr-00038-CRC-1
                                          Wednesday, January 11, 2023
5      vs.                                9:20 a.m.

6      RICHARD BARNETT,

7                     Defendant.
       - - - - - - - - - - - - - - - x
8

9      _____

10            TRANSCRIPT OF JURY TRIAL - MORNING SESSION
           HELD BEFORE THE HONORABLE CHRISTOPHER R. COOPER
11                   UNITED STATES DISTRICT JUDGE
       _____

12     APPEARANCES:

13     For the United States:      ALISON PROUT, ESQ.
                                   UNITED STATES ATTORNEY'S OFFICE
14                                 75 Ted Turner Drive Southwest
                                   Atlanta, Georgia 30303
15                                 (404) 581-6105
                                   alison.prout@usdoj.gov
16
                                   MICHAEL M. GORDON, ESQ.
17                                 UNITED STATES ATTORNEY'S OFFICE
                                   400 North Tampa Street
18                                 Suite 3200
                                   Tampa, Florida 33602
19                                 (813) 274-6370
                                   michael.gordon3@usdoj.gov
20
                                   NATHANIEL K. WHITESEL, ESQ.
21                                 UNITED STATES ATTORNEY'S OFFICE
                                   601 D Street Northwest
22                                 Washington, D.C. 20530
                                   (202) 252-7759
23                                 nathaniel.whitesel@usdoj.gov

24
           (CONTINUED ON NEXT PAGE)
25
```

```
 1    APPEARANCES (CONTINUED):

 2    For the Defendant:      JOSEPH D. MCBRIDE, ESQ.
                              THE MCBRIDE LAW FIRM, PLLC
 3                            99 Park Avenue, 25th Floor
                              New York, New York 10016
 4                            (917) 757-9537
                              jmcbride@mcbridelawnyc.com
 5
                              BRADFORD L. GEYER, ESQ.
 6                            FORMERFEDSGROUP.COM, LCC
                              141 I Route 130 South, Suite 303
 7                            Cinnaminson, New Jersey 08077
                              (856) 607-5708
 8                            bradford.geyer@formerfedsgroup.com

 9                            JONATHAN GROSS, ESQ.
                              THE CLEVENGER FIRM
10                            2833 Smith Avenue, Suite 331
                              Baltimore, Maryland 21209
11                            (443) 813-0141
                              jon@clevengerfirm.com
12

13
      Court Reporter:         Lisa A. Moreira, RDR, CRR
14                            Official Court Reporter
                              U.S. Courthouse, Room 6718
15                            333 Constitution Avenue, NW
                              Washington, DC  20001
16                            202-354-3187

17

18

19

20

21

22

23

24

25
```

1                           I N D E X

2

   <u>WITNESS</u>                                              <u>PAGE</u>

3

   **EMILY BERRET, Resumed**

4        (By Mr. McBride)...................................137
         (By Mr. Gordon)....................................178

5

6  **CAPTAIN CARNEYSHA MENDOZA**
         (By Ms. Prout).....................................190

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                      P R O C E E D I N G S

 2              THE COURTROOM DEPUTY:  Your Honor, we're back on

 3      the record for Criminal Case 21-38, United States of America

 4      vs. Richard Barnett.

 5              THE COURT:  Okay.  Good morning, everybody.

 6              MR. GEYER:  Good morning.

 7              THE COURT:  Did everybody have a good night?

 8              All right.  We have a few preliminary matters, I

 9      understand.

10              Mr. Gordon.

11              MR. GORDON:  We do, Your Honor.  I have one, and

12      Mr. Geyer has one.

13              THE COURT:  Okay.

14              MR. GORDON:  So, Your Honor, mine is that there

15      was one point I neglected to ask Ms. Berret about.  Cross-

16      examination has not begun.  It will take me just a few

17      questions and less than five minutes of testimony.  I'd like

18      to ask her just about the center stairs on the exterior of

19      the Capitol on the east side.

20              My expectation is that she's going to testify that

21      those stairs are closed for use by anybody, including

22      members of Congress, unless there is an agreement between

23      what she calls the four corners, and that only happens for

24      major events, like the COVID memorial or major funerals like

25      the one for Former Justice Ginsburg.  I think she'll testify
```

1    that there was no such four corners agreement in place on

2    January 6th.

3            I'd like to ask her that.  I understand Mr. Geyer

4    objects to any continued direct examination.

5            THE COURT:  Mr. Geyer, do you want to be heard?

6            MR. GEYER:  Good morning, Your Honor.

7            THE COURT:  Good morning.

8            MR. GEYER:  Of course we object.  He finished

9    yesterday.  We were very, let's say, collegial in terms of

10   how we allowed the testimony to go in.  We gave them the

11   full benefit, allowed leading questions, hearsay.

12           So the government had the benefit of putting on

13   what it wanted to put on.  There was no foundation laid as

14   to what her experience was regarding security or the

15   configuration of the barriers or any of that stuff, and we

16   have Officer Mendoza from Capitol Police coming in later on

17   today.

18           It's overlapping.  So we would respectfully oppose

19   the government's request.

20           THE COURT:  All right.  Mr. Gordon, my general

21   practice is to be pretty strict.  Once you finish a witness,

22   that portion of the testimony is over.  So I'm going to

23   enforce that and sustain the objection.

24           And, you know, if you can get it in on rebuttal,

25   maybe you can.  Okay?

1      What's yours?

2     MR. GEYER:  In speaking with the government, they

3 suggested that I go first because I ended up filing a motion

4 overnight.  I apologize.

5     THE COURT:  I saw that.  I read it.  Do you want

6 to add anything to it?  Do you want to add anything to it?

7     MR. GEYER:  No, just that we think it's extremely

8 prejudicial testimony about burns she had on her face and

9 injuries that she may have sustained; that there's no

10 foundation whatsoever that it had anything to do with our

11 client.  I think it's likely to inflame the passions of the

12 jury.

13     THE COURT:  He's charged with civil disorder.

14 That requires violence.  Why can't the government establish

15 through her that there was violence that day?

16     MR. GEYER:  Well, under that rationale, Your

17 Honor, then everything's open, including things that --

18     THE COURT:  Well, I won't let everything come in.

19 That would be cumulative.  But if the government wants to

20 establish that an officer was hurt or show that, you know,

21 there was stuff being thrown --

22     MR. GEYER:  I'm not aware that there were any

23 interactions between Captain Mendoza and the defendant.

24     THE COURT:  He's not charged with interacting with

25 her.

```
1              And I'm going to give the jury -- I will admonish

2     the jury or advise the jury that Mr. Barnett is not being

3     charged with what other people did.  Okay?

4              MR. GEYER:  Should they be required to show that

5     the -- it was provocateurs from which the Mace or the

6     chemicals were sprayed rather than from police?  Because

7     there were many instances during the day where police --

8              THE COURT:  You can cross-examine her.  Okay?

9              MR. GEYER:  Okay.  Thank you, Your Honor.

10             THE COURT:  All right.  So the motion in limine to

11    preclude testimony from Officer Mendoza is denied.

12             All right.  Did you guys have trouble getting in

13    the building?  Everything all right in the mornings?  We

14    directed you to give your names.

15             MR. McBRIDE:  Good morning, Your Honor.  We gave

16    our names.

17             THE COURT:  Yes.

18             MR. McBRIDE:  They weren't aware of who we were,

19    and we didn't want to ruffle feathers.  There were a lot of

20    people waiting on line, so we just got in line.  Thank you.

21             THE COURT:  And do you have a workroom?

22             MR. McBRIDE:  No.

23             MR. GEYER:  Yes, we just did.

24             MR. McBRIDE:  Oh, yes.

25             THE COURT:  Yes, you have a workroom.  Good.
```

```
1              MR. McBRIDE:  Thank you.

2              (Jury enters courtroom)

3              THE COURT:  All right.  Good morning, ladies and

4     gentlemen.  You all came back?  I'm very glad to see that.

5     Please be seated.

6              Everyone have a good evening?  Ready to go?  Get

7     some breakfast this morning?

8              (Jury answers affirmatively)

9              THE COURT:  Juror No. 8.

10             Also I probably should have mentioned this

11    yesterday.  As for your masks, because, as I said at the end

12    of the day, you're a collective, we're requiring everybody

13    to wear masks.  But as your first example of deliberation,

14    if you all were to decide -- all 14 of you unanimously --

15    that masks were not necessary, I would allow you to not wear

16    your masks.  Okay?  So next time you all go back there, and

17    if you're together, and if that's something you want to do,

18    just let us know, and we will dispense with the mask

19    requirement.

20             I know that for some people it's uncomfortable and

21    inconvenient, and it may impair your experience; but on the

22    other hand, if there is someone who is sensitive about it,

23    we're going to honor those wishes.  Okay?

24             All right.  Do we have our witness?

25             All right.  Welcome back, Ms. Berret.
```

```
 1                    THE WITNESS:  Good morning.

 2                    THE COURT:  Good morning.

 3                    All right.  Please have a seat, make yourself

 4      comfortable, and I will remind you that you're still under

 5      oath.

 6                    Mr. Geyer?  Mr. McBride?

 7                    Ladies and gentlemen, we're going to proceed with

 8      the cross-examination of Ms. Berret.

 9                    MR. McBRIDE:  Your Honor, with the Court's

10      permission, we're just asking for an additional moment or

11      two for Mr. Gross to be able to set up our corresponding

12      slides.

13                    THE COURT:  Very well.

14                    MR. McBRIDE:  Thank you.

15                    (Pause)

16                    MR. McBRIDE:  With the Court's permission?

17                             EMILY BERRET, Resumed

18                               CROSS-EXAMINATION

19      BY MR. McBRIDE:

20      Q.  Good morning, Ms. Berret.

21      A.  Good morning.

22      Q.  My name is Joseph McBride.  I am an attorney from

23      Bedford-Stuyvesant, Brooklyn, and Hakeem Jeffries is my

24      Congressman.  Thank you for your service to my neighborhood.

25                    You testified to seeing Mr. Barnett's picture at
```

1    your desk, but you were not in the room with him that day.

2    Correct?

3    A.  Correct.

4    Q.  When you first saw Mr. Barnett, it was on TV.  Correct?

5    A.  Correct.

6    Q.  And just forgive me for presuming, but you don't

7    necessarily strike me as the Fox News type, so was it CNN or

8    MSNBC?

9    A.  As I mentioned yesterday, I do not remember which

10   channel it was on.

11   Q.  Okay.  And do you normally watch CNN or MSNBC?

12   A.  Yes.

13   Q.  Do you read the *Washington Post*?

14   A.  Yes.

15   Q.  Do you consider those, MSNBC and *Washington Post*, to be

16   trusted news sources?

17   A.  Yes.

18   Q.  I want to ask you some questions about your work history

19   at the Capitol in particular.

20   A.  Uh-huh.

21   Q.  I'm inclined to say "Speaker Pelosi," which is what

22   I'm used to calling the congresswoman, so if I get it

23   wrong, please feel free to correct me.  If I refer to her as

24   "Ms. Pelosi," please don't take offense.

25   A.  Of course.

1   Q.  It's my understanding that you spoke with Ms. Pelosi as

2   the deputy -- as her deputy chief of staff from July of '21

3   to January of '23; is that correct?

4   A.  That's correct.

5   Q.  And prior to that you were her operations director from

6   July of 2019 to July of 2021?

7   A.  Correct.

8   Q.  You were also Ms. Pelosi's operations director from

9   January '18 to '19?

10  A.  Correct.

11  Q.  And it appears that you were her special assistant from

12  August of 2013 until January of 2018.

13  A.  That's correct.

14  Q.  So it's fair to say that you worked for Ms. Pelosi in

15  one capacity or another for almost a decade?

16  A.  Yes.

17  Q.  During your tenure with Ms. -- with Speaker Pelosi, did

18  you see other protests at the Capitol?

19  A.  Outside of the Capitol, yes.

20  Q.  And during -- so what is -- you said outside the

21  Capitol.  So was January 6th of '21 the first time that

22  protesters ever went into Nancy Pelosi's office?

23  A.  Yes.

24  Q.  So I just want to make sure.  I just want to button this

25  down again.

1          So is it your testimony that January 6th of 2021

2     was the first time ever that any protester had ever been

3     into Nancy Pelosi's offices?

4     A.   Entered her Capitol suite, yes.

5     Q.   Okay.  So just a point of clarification.

6     A.   Uh-huh.

7     Q.   I asked about Nancy Pelosi's offices.  And she has many

8     offices, right?

9     A.   There are two different offices, yes.

10    Q.   Okay.

11    A.   There's her personal office and her Capitol suite

12    office; yes, that's correct.

13    Q.   Okay.  And so -- and Nancy Pelosi's other offices,

14    protesters had entered before, correct?

15    A.   Yes, that's correct.

16    Q.   So I hold in my hands an article from the *Washington*

17    *Post* from November of 2018.  You were working for Nancy

18    Pelosi at that time, correct?

19    A.   Correct.

20    Q.   And it's titled "The Energy 202:  Green Protest at

21    Pelosi's Office Signal Rift Over Democratic Climate

22    Strategy."

23          Are you familiar with this protest that took place

24    with the Sunrise Movement?

25    A.   Yes.  That was in her personal office.

1   Q.  So you were inside of Ms. Pelosi's office at that time

2   when the protesters entered?

3   A.  Not inside of that office.  I was in the Capitol office.

4   Q.  Okay.  Do you have any idea approximately how many

5   people were in her office that day?

6   A.  It was probably a dozen in her personal office, yes.

7   Q.  Okay.

8           MR. McBRIDE:  Just for purposes of the record,

9   we're marking this as Defense Exhibit A.

10  Q.  I have in my hands a second article from the *Washington*

11  *Post* from November of 2019 --

12          THE COURT:  Counsel.

13          (The following is a bench conference held

14           outside the hearing of the jury)

15          THE COURT:  Okay.  What are you doing with the

16  articles?

17          Press the button.

18          MR. McBRIDE:  I'm just trying to establish

19  briefly, Your Honor, that January 6th was not the first time

20  that protesters had entered the office.

21          THE COURT:  Okay.  So the articles are hearsay.

22          MR. McBRIDE:  Okay.

23          THE COURT:  All right?  I mean, you can ask her

24  whether she knows.  You can refresh her memory with an

25  article, if you want to show it to her.  But the articles

1    don't come into evidence, and don't read the content or the

2    headlines of the articles to the jury.  Okay?

3                  MR. McBRIDE:  Okay.  Understood.

4                  (This is the end of the bench conference)

5    BY MR. McBRIDE:

6    Q.  It's true that you were -- again, you were working for

7    Ms. Pelosi in November of 2019, correct?

8    A.  Yes.

9    Q.  And there was an additional protest, a climate-related

10   protest, in her offices at that time?

11   A.  In her personal office, not her Capitol office.

12   Q.  In her personal office?

13   A.  Correct.

14   Q.  Correct, yes.

15                  And at that -- there was a hunger strike protest.

16   Do you remember that one?

17   A.  Not exactly, no.

18   Q.  Okay.  So it was November of 2019, and there was a

19   staffer -- maybe you remember this -- there was a staffer

20   who may have been pushed by a protester.  Does that ring a

21   bell?

22   A.  No.

23   Q.  If I were to show you an article from the *Washington*

24   *Post* here, would that possibly refresh your recollection, if

25   I gave it to you and you had a moment to read it?

```
 1    A.  Sure.

 2              MR. McBRIDE:  And with the Court's permission?

 3              THE COURT:  Yes.

 4              MR. McBRIDE:  Your Honor, may I approach?

 5              THE COURT:  Yes, you can approach.

 6              MR. McBRIDE:  Thank you.

 7              THE COURT:  And you can read that to yourself, and

 8    then let Mr. McBride know if that refreshes your memory

 9    about that event --

10              THE WITNESS:  Okay.

11              THE COURT:  -- to the extent you have a memory.

12    Okay?

13              (Pause)

14              (Witness reviews document)

15              THE WITNESS:  Yes, this does.

16              MR. McBRIDE:  Thank you very much.

17              THE WITNESS:  Thank you.

18    BY MR. McBRIDE:

19    Q.  So during this protest somebody pushed a staffer.  And

20    has this refreshed your recollection?

21    A.  Yes, that's correct.

22    Q.  And the article also mentions that somebody --

23              MR. GORDON:  Objection.

24              THE COURT:  Sustained.

25    Q.  During this protest somebody left a note for Ms. Pelosi
```

1    as well.  Did this article refresh your recollection to that

2    event as well?

3    A.  I do not remember the note.

4    Q.  Okay.  Are you aware of any note that was left?

5    A.  No.

6    Q.  Any demands that were left?

7    A.  No.

8    Q.  Okay.  Thank you.

9           You testified yesterday that you had never saw a

10   violent protest at the Capitol, correct?

11   A.  Correct.

12   Q.  And is that still your testimony today?

13   A.  Correct.

14   Q.  Have you ever seen a peaceful protest turn violent,

15   whether in personal life or on TV?

16   A.  No.

17   Q.  So you've never seen a peaceful protest turn violent

18   ever?

19   A.  On TV, yes.  But not in person.

20   Q.  Okay.  So on TV?

21   A.  Yes.

22   Q.  So you're familiar with George Floyd and those protests.

23   Some of them may have started peaceful and gotten out of

24   hand?

25   A.  Yes.

1    Q.  So is it fair to say that good people may go out into

2    the public square for political purposes, and things may

3    unintentionally turn violent?

4              MR. GORDON:  Objection.

5              THE COURT:  Overruled.

6    A.  Can you repeat the question?

7    Q.  Sure.  Is it fair to say that people may exit their

8    homes for political purposes wanting to participate in

9    political protests, and those protests turn violent?

10   A.  Yes.

11   Q.  Thank you.

12             When you were testifying yesterday about the

13   ornate nature of Speaker Pelosi's office, it appears to be

14   very beautiful inside.

15   A.  Yes.

16   Q.  And you testified about some expensive pieces of art

17   being on the walls, correct?

18   A.  Yes.

19   Q.  And you also referenced a picture in the office by --

20   given to Speaker Pelosi by John Lewis, correct?

21   A.  Yes.

22   Q.  Congressman Lewis?

23   A.  Yes.

24   Q.  And why is Congressman Lewis special?

25   A.  He's historic, an historic figure in our country, and he

1    has since passed, and we want to continue his legacy.

2    Q.  Part of Congressman Lewis's legacy is a storied history

3    of participating in political protests, correct?

4    A.  Yes.

5    Q.  Some of those involve civil disobedience, correct?

6    A.  Yes.

7    Q.  And some of those protests were even violent, correct?

8    A.  Yes.

9    Q.  You testified about being familiar with Speaker Pelosi's

10   private security detail, correct?

11   A.  Correct.

12   Q.  You also talked about being familiar with some sergeants

13   and even the Sergeant at Arms, correct?

14   A.  Yes.

15   Q.  There are actually -- my understanding is that there are

16   two Sergeant at Arms; is that correct?

17   A.  No.  A Sergeant at Arms for the House, Sergeant at Arms

18   for the Senate.

19   Q.  Okay.  So two bifurcated chambers, each with their own

20   Sergeant at Arms, correct?

21   A.  Correct.

22   Q.  And could you tell me why the Sergeant at Arms is

23   special?

24   A.  I mean, I don't know their job descriptions, but they

25   handle security for the Capitol and for the complex.

1    Q.  Thank you.

2         Is it fair to say that they're in a leadership

3    role, the head person for security at the complex?

4    A.  In tandem with the Capitol Police.

5    Q.  Thank you.

6         Are you familiar with Former Senate Sergeant at

7    Arms Michael Stenger?

8    A.  No.

9    Q.  So your testimony is you don't know who Michael Stenger

10   is?

11   A.  I have never worked with him.  I've worked with the

12   House Sergeant at Arms.

13   Q.  I understand.  But this is a very specific question, and

14   I'll rephrase it to be more accurate.  My apologies.

15        Do you know -- were you aware of who Michael

16   Stenger was on January 6th?

17   A.  Aware of him, yes.

18   Q.  Okay.  And are you aware that he oversaw security on

19   January 6, '21?

20   A.  No.

21   Q.  Are you -- did you watch the January 6th Committee

22   hearings?

23   A.  Yes.

24   Q.  Did you participate in any of those hearings?

25   A.  No.

1    Q.  What are your feelings about the conclusions that the

2    committee drew?

3    A.  I haven't read the report.

4    Q.  You haven't read any report from the committee?

5    A.  I have not read their report.

6    Q.  Did you watch to completion any of the January 6th

7    Committee hearings?

8    A.  Yes.

9    Q.  And at the end of any one of those hearings, how did you

10   feel about it?

11              MR. GORDON:  Objection.

12              THE COURT:  Sustained.

13              MR. GORDON:  Objection.

14   Q.  Are you aware that on February 23, 2021, Sergeant at

15   Arms Stenger testified about the security failures at the

16   Capitol on January 6th?

17   A.  I was aware he testified, but I didn't listen to his

18   testimony.

19   Q.  Are you aware that he testified --

20              MR. GORDON:  Objection.

21              THE COURT:  Let him finish.

22   Q.  Are you aware that he testified about agitators that may

23   have been at the Capitol on January 6th?

24              MR. GORDON:  Objection; calls for hearsay.

25              THE COURT:  Sustained.

1    Q.  Now, you testified yesterday that you drove to work on

2    January 6th, correct?

3    A.  Yes.

4    Q.  Is that still your testimony today?

5    A.  Yes.

6            MR. McBRIDE:  One moment, please.

7    Q.  Do you remember speaking with the Federal Bureau of

8    Investigation on December 8th of 2022?

9    A.  Yes.

10   Q.  And during that time do you remember telling the FBI

11   that you walked to work on January 6th?

12   A.  Yes, I do remember telling them that.  And then I have

13   since clarified with my husband that I drove because I could

14   not remember in my testimony with the FBI if I walked or

15   drove, because I walked home.

16   Q.  So -- I'm sorry, just so I understand.  Did you walk or

17   did you drive on January 6th?

18   A.  I drove to work that morning, yes.

19   Q.  But you told the FBI that you walked to work on January

20   6th.

21   A.  Yes, because I could not remember.

22   Q.  Is it fair to say that what you told the FBI on December

23   8th and what you testified in this court yesterday are two

24   different factual statements?  Correct?

25   A.  If that's your understanding, sure.

1    Q.  Well, just for the sake of clarity, I will -- just one

2    moment.

3            What time did you arrive to work on January 6th?

4    A.  In the 6:30 -- 6:00 hour.

5    Q.  Do you remember telling the FBI that you walked to work

6    on January 6th because you were told to avoid driving

7    because of possible damage to vehicles?

8    A.  Yes.

9    Q.  So you did, in fact, tell the FBI you walked to work

10   because you were worried about possible damage to vehicles,

11   correct?

12   A.  That is correct.  And as I testified yesterday, I drove

13   to work and parked in a different area than I normally do

14   because I was worried about damage.

15   Q.  So when you say that you were worried about damage --

16   A.  Uh-huh.

17   Q.  -- what do you mean?

18   A.  I had a brand-new car.  My husband and I just bought a

19   brand-new car, and we had been told that if protests

20   happened, it would be wise to park in the garage.

21           This was a typical thing we did for joint sessions

22   or for other large events, including the inauguration.  I

23   parked in the garage.  You have a lot of people around on

24   the Capitol grounds, so you might as well park in the garage

25   and avoid.

1           So I had a brand-new car, and I parked in the

2   garage so I could avoid anything that could potentially

3   happen.

4   Q.  So regarding things that could potentially happen, do

5   you remember specifically telling the FBI that you were

6   worried about people with bats and other objects that could

7   cause damage to your car?

8   A.  Yes.

9   Q.  So it's fair to say that you had an advanced safety

10  concern prior to entering the Capitol on January 6th?

11  A.  No.  It's a typical thing that we did for any large

12  event.

13          Any large event at the Capitol, including

14  inaugurations, including joint sessions, if you park on the

15  Capitol drive, the Sergeant at Arms, Capitol Police, reach

16  out and say, "If you'd like to park in the garage, you can

17  feel free to."

18  Q.  So is it your testimony that it's a typical thing to

19  worry about people hitting your car with bats before any

20  protest?

21  A.  That's my -- that's my feeling.  That's my personal

22  feeling.

23  Q.  That's your personal feeling.  Fair enough.

24          You just testified before that you were told that

25  there could be some security concerns.  Who were you told

1   by?

2   A.  By my chief of staff.

3   Q.  And who is your chief of staff?

4   A.  Terry McCullough.

5   Q.  And what were you told?

6          MR. GORDON:  Objection; calls for hearsay.

7          THE COURT:  Sustained.

8   Q.  So I want to talk to you about the counting of the

9   ballots.

10  A.  Okay.

11  Q.  It sounds like a sacred event of sorts.  Fair to say?

12  A.  Fair to say, yes.

13  Q.  You mentioned yesterday about 1:00 p.m. being an hour of

14  significant importance.  Is that fair to say?

15  A.  Yes.

16  Q.  Regarding the terminology, is there a difference between

17  counting the votes and certifying the votes?

18  A.  I'm not an expert in this so...

19  Q.  Just based on your knowledge.  I mean, you testified at

20  length yesterday about your familiarity with the process and

21  the fact that you could even stand in as a pro temp if

22  Speaker Pelosi had to go somewhere; is that correct?

23  A.  I mean, I couldn't.  I could not stand in as a pro temp

24  for her.

25  Q.  You testified yesterday that if she needed to be whisked

1    away because of a schedule from one meeting for another, you

2    could stand in for her under various circumstances?

3    A.  A member of Congress could.

4    Q.  But you couldn't?

5    A.  No.

6    Q.  Okay.  You testified yesterday about a procession

7    through Statuary Hall; is that correct?

8    A.  That's correct.

9    Q.  You testified about mahogany boxes, correct?

10   A.  Yes.

11   Q.  What's the significance of those mahogany boxes?

12   A.  Ceremonial.  They contain the results.  They contain the

13   certifications from the states.

14   Q.  So they contain the certifications, correct?

15   A.  Correct.

16   Q.  Meaning that those ballots were certified back at the

17   states and then placed in the box, correct?

18   A.  I am not an expert in this language.

19   Q.  Okay.

20           MR. GORDON:  Objection, Your Honor.  Can we be on

21   the phones for a moment.

22           (The following is a bench conference

23            held outside the hearing of the jury)

24           MR. GORDON:  So, Your Honor, this line of

25   questioning all seems to go to the defendant's motion to

1    dismiss on the legal issue about whether there is an actual

2    certification proceeding.  These are not proper questions

3    for this witness.  And to the extent the defense wants to

4    build an appellate record, it's already done by the motion.

5    So this is all, you know, irrelevant and improper

6    questioning for her.

7              THE COURT:  Mr. McBride?

8              MR. McBRIDE:  Thank you, Your Honor.  I'm not

9    looking to relitigate the motion; it's already been

10   established.  I'm just simply trying to gauge the witness's

11   understanding about the events because Mr. Barnett is being

12   charged with 1512, and it's fair for me to be able to

13   compare and contrast various average knowledge basis about

14   that day and who knew what was going on.  It speaks to the

15   intent regarding the charge under which he was charged.

16             THE COURT:  All right.  Well, obviously the Court

17   has already ruled as a matter of law that the proceeding,

18   the joint session that day, was an official proceeding,

19   whether it is termed a certification or a count.  So to the

20   extent that you want to revisit that, that's already been

21   decided as a matter of law.  It's not a matter of fact.

22   Okay?

23             If you want to go into generally what was going

24   on, that's fine.  But I'll cut you off if it's -- you know,

25   if it's duplicative or irrelevant.  Okay?

```
 1                    MR. McBRIDE:  I understand.  Thank you.

 2                    (This is the end of the bench conference)

 3     BY MR. McBRIDE:

 4     Q.  You testified yesterday about walking Speaker Pelosi

 5     down into the chamber, correct?

 6     A.  Yes.

 7     Q.  And you testified also about Speaker Pelosi exiting the

 8     chamber, correct?

 9     A.  Yes.

10     Q.  And you testified about participating in her exiting of

11     the chamber?

12     A.  That's correct.

13     Q.  Approximately what time did she leave the chamber?

14     A.  I can't recall exact times.

15     Q.  You testified yesterday that it was sometime after 1:00.

16     A.  Yes.

17     Q.  And you also testified yesterday that you were whisked

18     away by her security detail, correct?

19     A.  Yes.

20     Q.  So you testified -- I believe you said that you were

21     evacuated -- you and the staff were evacuated from the

22     offices around 2:15.

23     A.  Could you please clarify what you mean by "staff"?

24     Q.  Sure.  You testified yesterday that you and Speaker

25     Pelosi were whisked away around 2:15 or by 2:15.
```

1    A.  My recollection, yes.

2    Q.  Okay.  So it's fair to say that -- I'll rephrase the

3    question.

4            So it's fair to say that the proceeding stopped at

5    some time between 1:15 and 2:15, correct?

6    A.  No.

7    Q.  Well, help me understand, because you just mentioned

8    that you had been whisked away by 2:15.

9    A.  Uh-huh, correct.

10   Q.  So the proceeding couldn't possibly be going on at 2:16

11   if you guys were already gone, correct?

12   A.  The proceeding continued.  As I mentioned yesterday,

13   another member of Congress was put up into the rostrum to

14   continue the proceedings.

15   Q.  And what time did that person leave?

16   A.  I do not know.

17   Q.  At some point the proceedings stopped, correct?

18   A.  They did not.  They recessed.

19   Q.  They recessed.

20   A.  Uh-huh.

21   Q.  Are you familiar with Section 3 USC -- U.S. Code --

22   Section 16?

23   A.  No.

24   Q.  Are you aware that a recess can be taken and then

25   reconvened at 10:00 the next morning?

1    A.  I'm not familiar.

2    Q.  Is if I showed you U.S. Code 3, Section 16, would it

3    potentially refresh your recollection?

4            MR. GORDON:  Objection.  She didn't say she

5    couldn't remember.  She said she was not familiar.

6            THE COURT:  Sustained.

7    Q.  I just want to walk through the timeline again.  I'm a

8    little confused.  I apologize for that.

9            So what happened at about 1:00 p.m.?

10   A.  We convened.

11   Q.  You convened.  And there was a procession?

12   A.  Correct.

13   Q.  And where were you around 2:00 p.m.?

14   A.  Still around the floor.

15   Q.  And you just testified before that you evacuated by

16   2:15, correct?

17   A.  Correct.

18   Q.  When your security detail whisked you away and Speaker

19   Pelosi with you, what time did you arrive at your secured

20   location?

21   A.  I do not recall.

22   Q.  If you -- was it more than five minutes or less than

23   five minutes?

24   A.  Slightly more than five minutes.

25   Q.  Okay.  So 2:15, let's say plus five or ten minutes, that

1    puts us at 2:25.

2             Is it fair to say that you and Speaker Pelosi were

3    at your safe location by 2:25?

4    A.  I think that's fair to say.

5    Q.  Were there any certified ballots from the electors in

6    that location?

7    A.  No.

8    Q.  The House was in recess at that time, correct?

9    A.  I do not recall what time the House went into recess.

10   Q.  Were any of the requirements necessary to count the vote

11   present where you were?

12   A.  No.

13   Q.  Do you know what time the House reconvened?

14   A.  9:00 p.m.

15   Q.  9:00 p.m.

16           I know that you never saw Richard Barnett on

17   January 6th, correct, in person?

18   A.  Not in person.  On TV, yes.

19   Q.  Right.  But you never laid eyes on him yourself

20   physically in person, correct?

21   A.  Not in person.

22   Q.  Okay.  And do you happen to know what time he left the

23   building?

24   A.  No.

25   Q.  I am going to show you a video marked as Government's

```
 1    Exhibit 101.  Is that okay?
 2    A.  Yes.
 3             MR. McBRIDE:  Your Honor, with the Court's
 4    permission, I would ask to show what has been already
 5    published as Government 101.
 6             THE COURT:  This is in evidence?
 7             THE COURTROOM DEPUTY:  No.
 8             MR. McBRIDE:  Apologies.
 9             With the Court's permission, I would move to enter
10    into evidence what has been marked by the government as
11    Exhibit 101.
12             THE COURT:  Any objection?
13             MR. GORDON:  Just procedurally, Your Honor, is
14    this now Defense 1?  They can't move in our exhibits.
15             MR. McBRIDE:  That's true.
16             THE COURT:  Why don't we mark it as a defense
17    exhibit.  And I don't know if you have a -- if you've
18    already marked exhibits as D1 through D whatever, but you
19    may want to -- if you have, you may want to come up with
20    another series.
21             MR. McBRIDE:  Sure.
22             Your Honor, with the Court's permission, we would
23    look to move into evidence what has been marked as Defense
24    Exhibit D1.
25             THE COURT:  Okay.
```

```
1              MR. GORDON:  No objection.

2              THE COURT:  So moved.

3              MR. McBRIDE:  Thank you.

4              With the Court's permission, I'd like to publish.

5              THE COURT:  You may.

6              (Video playing)

7              THE COURT:  Can everyone see that?

8              MR. McBRIDE:  Jon, if you could just run it back

9      one more time, please.

10              (Video playing)

11   BY MR. McBRIDE:

12   Q.  Just for the point of context, this is what appears

13   to be a breach at the east doors of the Capitol.  You

14   testified -- are you familiar with the east doors at the

15   Capitol?

16   A.  Yes.

17   Q.  And have you ever seen them open like this before?

18   A.  Yes.

19   Q.  Okay.

20              MR. McBRIDE:  If you could play the video, please.

21              (Video playing)

22   Q.  So is this before or after 2:25?

23   A.  I can't see the time, I'm sorry.

24              Yes.  Per your time stamp on this, yes.

25   Q.  And are you able to read the time stamp?
```

```
1     A.  2:43:10.

2     Q.  2:43:10?

3              THE COURT:  And, Counsel, just -- are we

4     stipulating that the time stamps are accurate on all of

5     these videos?

6              MR. GORDON:  We believe -- we are, Your Honor.

7              THE COURT:  Mr. McBride?

8              MR. McBRIDE:  Likewise.

9              THE COURT:  Mr. McBride?

10             MR. McBRIDE:  Yes.

11             THE COURT:  So ladies and gentlemen, the defense

12    and the government have agreed that the time stamps on the

13    videos that you will see are accurate.  Okay?

14    BY MR. McBRIDE:

15    Q.  So it's fair to say that Mr. Barnett entered the Capitol

16    at 2:43 p.m., correct?

17    A.  Correct.

18    Q.  And that is some 18 minutes after 2:25 p.m., correct?

19    A.  Correct.

20    Q.  And we have a --

21             MR. McBRIDE:  I'm sorry, Your Honor.

22             (Pause)

23             MR. McBRIDE:  We have a second video here.

24             It is the same video?  Okay.  Apologies.  We're

25    going to fast forward the video.
```

1           Jon, go ahead.

2           (Video playing)

3    Q.  And does that appear to be the person you know to be

4    Richard Barnett?

5    A.  I can't see clearly enough.

6    Q.  Okay.  What about now?

7    A.  I still can't see clearly enough.

8    Q.  Can you -- based on what you're able to see, can you

9    describe what the highlighted person looks like?

10   A.  I -- no.  I can't clearly see him, I'm sorry.

11   Q.  Okay.  The man in the video appears to be wearing a hat.

12   Are you able to see that?

13   A.  Yes.

14   Q.  And the man in the video appears to be wearing blue

15   jeans.  Are you able to see that?

16   A.  Yes.

17   Q.  The man in the video appears to look Caucasian.  Are you

18   able to see that?

19   A.  Yes.

20   Q.  The man in the video appears to have a gray beard.  Are

21   you able to see that?

22   A.  Yes.

23   Q.  And you're familiar, of course, with the picture of

24   Mr. Barnett at your desk, correct?

25   A.  Yes.

1    Q.  Does this man look like the picture that was at your

2    desk?

3    A.  I'm sorry, I can't see clearly enough in this photo

4    compared to the other ones.  I'm sorry.

5    Q.  Okay.  That's quite all right.  Thank you.

6              The D.C. Metropolitan Police, do they have the

7    power to reconvene Congress?

8    A.  Not to my knowledge.

9    Q.  Did you have any ballots in your office on January 6th?

10   A.  No.

11   Q.  Is it fair to say that Richard Barnett did not have an

12   individual effect on the outcome --

13             MR. GORDON:  Objection.

14   Q.  -- of the process?

15             MR. GORDON:  Objection.

16             THE COURT:  Sustained.

17   Q.  Is it fair to say that you have no personal knowledge as

18   to how Richard Barnett may have obstructed the proceeding?

19             MR. GORDON:  Objection.

20             THE COURT:  I'll let her answer that.

21   A.  Can you repeat?

22   Q.  Is it fair to say that you have no personal knowledge as

23   to how Richard Barnett may have obstructed the proceeding?

24   A.  No, I have personal knowledge.

25             I -- sorry.  He was in my personal space.  I have

1     personal knowledge.

2     Q.  I understand that he was in your personal space, and I

3     also understand how that can be quite distressing.  And if

4     this were a case about burglary, your personal space and

5     that effect on your life would be at issue.

6               But what is at issue here --

7               MR. GORDON:  Objection.

8               THE COURT:  Sustained.  Ask the question.

9     Q.  Do you have any personal knowledge, based on what you

10    saw with your eyes on January 6th, as to how Richard Barnett

11    obstructed the election certification count process?

12    A.  Yes.

13    Q.  Can you tell me what that personal knowledge is.

14    A.  He came into the Capitol, and we were not able to

15    complete the work of Congress because of him entering the

16    Capitol.

17    Q.  You've just testified that you and Speaker Pelosi were

18    whisked away by 2:25, correct?

19    A.  Yes.

20    Q.  And the proceeding had -- objectively the proceeding had

21    paused at that time?

22    A.  I do not recall what time the proceedings had paused.

23    Q.  You also testified to Richard Barnett coming into the

24    Capitol at 2:43, correct?

25    A.  That's correct.

1    Q.  And it's your testimony today that Richard Barnett is

2    the reason why the process stopped?

3    A.  Yes.

4    Q.  And you know that because he went into your personal

5    space in your office?

6    A.  My staff members were hiding under a table for hours

7    because of the defendant.

8    Q.  Again, no one is in disagreement that January 6th was a

9    terrible day, but Richard Barnett is being accused of a

10   crime --

11                MR. GORDON:  Objection.

12                THE COURT:  Sustained.

13   Q.  Is it your testimony that Richard Barnett is responsible

14   for the actions of everybody who went into the Capitol?

15   A.  No.

16   Q.  Is it fair to say that -- you testified before that you

17   were familiar with the George Floyd protests, correct?

18   A.  Yes.

19   Q.  Is it fair to say that you -- is it fair to say that a

20   person may go to, let's say, a Black Lives Matter protest,

21   but somebody else may do damage somewhere else, but the

22   person who didn't do damage is not responsible?

23   A.  Can you rephrase?

24   Q.  Sure.  So we'll just take this step by step.

25                Is it fair to say that -- you testified earlier

1    that people can leave their houses and go to a political

2    protest peacefully, and that protest might turn violent.

3    Correct?

4    A.  Yes.

5    Q.  Is it your testimony that somebody who exits their house

6    to participate peacefully in protests is responsible for the

7    actions -- the violent actions of others at that protest?

8              MR. GORDON:  Objection; calls for, among other

9    things, speculation; calls for legal analysis; calls for

10   facts that aren't in evidence.

11             THE COURT:  Sustained.

12   Q.  You watched and saw a lot about what happened on January

13   6th, correct?

14   A.  Yes.

15   Q.  Are you aware of the violence that took place on the

16   west side of the Capitol?

17   A.  Yes.

18   Q.  Is Richard Barnett responsible for that?

19             MR. GORDON:  Objection.

20             THE COURT:  To the extent you know.  You can

21   answer to the extent that you know.

22   A.  To the extent I know, he was not on the West Front.

23   Q.  Okay.

24   A.  Actually, if I can clarify, he was on the West Front.

25   In one of the images I saw yesterday, he was near the

1    inaugural platform, so that would be the West Front.

2    Q.  Okay.  So let's talk about the inaugural platform.

3    A.  Uh-huh.

4    Q.  You testified yesterday that you looked out your window

5    and saw the inaugural platform shortly after 1:00, correct?

6    A.  Not shortly after 1:00, because I would have been on the

7    floor.

8    Q.  What --

9    A.  Before 1:00, yes.

10   Q.  At 1:00?

11   A.  Before 1:00, yes.

12   Q.  Approximately what time?

13   A.  Any time before 1:00 I look out my window.

14   Q.  Are you aware that protesters were Maced and teargassed

15   by the Capitol Police at that time?

16   A.  Not before 1:00, to my knowledge.

17   Q.  Do you know exactly what time the Capitol Police started

18   Macing and hitting protesters on the Western Front?

19   A.  No.

20   Q.  You mentioned yesterday -- I'm going to paraphrase here;

21   you can correct me if I'm wrong -- sort of as a consequence

22   of your role with Speaker Pelosi, that you have

23   relationships at the Capitol with people who are objectively

24   in high places, leadership.

25   A.  Yes.

1    Q.  And you talked in your testimony about having phone

2    numbers to, say, important people displayed on your desk on

3    January 6th?

4    A.  Correct.

5    Q.  Who is Sean Gallagher?

6    A.  Acting -- I believe he's now assistant chief, but he's a

7    member of the Capitol Police leadership.

8    Q.  So he's now the assistant chief of the United States

9    Capitol Police, correct?

10   A.  I don't know his exact title.

11   Q.  Okay.  But it's fair to say he's in leadership, right?

12   A.  He's in leadership, yes.

13   Q.  Okay.  Did you speak to him on January 6th?

14   A.  Yes.

15   Q.  What did you guys talk about that day?

16   A.  At the time on January 6th, sergeant -- or Sean

17   Gallagher was in charge of our dignitary protection

18   division, so our DPD units, which is what the Speaker's

19   security detail is, DPD.

20   Q.  Did you speak to him on January 7th?

21   A.  Likely, yes.

22   Q.  Do you recall an email exchange between yourself and

23   Mr. Gallagher on January 7th?

24   A.  No.

25   Q.  If I were to show you the email, would it potentially

1    refresh your recollection?

2    A.  Yes.

3              MR. McBRIDE:  With the Court's permission, may I

4    approach the witness?

5              THE COURT:  You may.

6              THE WITNESS:  Yes.

7              MR. McBRIDE:  Thank you.

8    Q.  So what is this email about?

9    A.  I had discussed -- Sean Gallagher relayed to myself and

10   to other members of our staff when someone on January 6th

11   had been arrested or he had any updates that he could share

12   with us.  And particularly he knew this was my desk, and he

13   knew I was focused on this case.

14   Q.  The email says --

15             MR. GORDON:  Objection.

16             THE COURT:  Sustained.

17   Q.  Were you also in contact with the U.S. Attorney's Office

18   after January 6th?

19   A.  I do not recall.

20   Q.  Well, were you in contact with the U.S. Attorney's

21   Office on January 6th?

22   A.  I do not recall.

23   Q.  But you've obviously been in contact with the U.S.

24   Attorney's Office at some point because that's why you're

25   here today, right?

1    A.  Correct.

2    Q.  So when do you recall first speaking to them about

3    January 6th?

4    A.  I don't.  I do not recall.

5    Q.  You spoke to the U.S. Attorney's Office in December of

6    2022, correct?

7    A.  Yes.

8    Q.  Did you speak to them in December of 2021?

9    A.  I don't recall.

10   Q.  I'm just trying to figure out in my head how this

11   happened.

12            So is it safe to say that if an average citizen

13   from Washington, D.C., had someone break into their office

14   and put their feet up on their desk, that they would not

15   have a direct line to the FBI the next day?

16   A.  Can you repeat?

17   Q.  Is it fair to say that an average person from

18   Washington, D.C., that if they were a victim of a crime --

19   in particular, if somebody from the street walked into an

20   average citizen from D.C., their house, and put their feet

21   up on their desk, would that person then be able to marshal

22   the upper echelon of the FBI against the wrongdoer?

23   A.  Can you rephrase?

24   Q.  Yes.  Is it fair to say that if an average citizen from

25   Washington, D.C., or your every average day Joe or Jane

1    suffered a break-in, and the person who broke in put their

2    feet up on their desk, would that person then be able to get

3    the upper echelon of the FBI on the phone the next day?

4    A.  No.

5    Q.  How come?

6    A.  I would assume it would go through a legal process.

7    Q.  So that legal process would be different than yours?

8    A.  No.

9    Q.  But you just said they would not be able to get the FBI

10   on the phone the next day.

11   A.  No.

12   Q.  Would the -- if the average person in D.C. had somebody

13   put their feet up on their desk, would they be able to --

14   would the FBI have a search warrant and declare them a

15   domestic terrorist the next day?

16   A.  I don't know.

17   Q.  But that is, in fact, what happened in your case,

18   correct?

19              MR. GORDON:  Objection.

20              THE COURT:  Sustained.  I think we get the point,

21   Mr. McBride.  You can move on.

22              MR. McBRIDE:  Moving on, Your Honor.

23   Q.  I'd like to speak to you about the envelope in your

24   office.

25   A.  Okay.

1    Q.  Are you familiar with Mr. Barnett and the picture of him

2    holding the envelope?

3    A.  Yes.

4    Q.  You testified yesterday that you were not going to mail

5    the envelope, correct?

6    A.  No, I don't -- I don't remember saying I was never going

7    to mail it.

8    Q.  My understanding from your testimony is that you said

9    you used it to jot notes on it to remind yourself to send

10   out holiday greetings.

11   A.  To eventually send.

12   Q.  To eventually send?

13   A.  Yes.

14   Q.  Okay.  Do you happen to know what the fair market value

15   of that envelope is?

16   A.  No.

17   Q.  Based on your experience working for Ms. Pelosi and in

18   your experience just in life, is it fair to say that the

19   envelope is worth less than 25 cents?

20   A.  As I mentioned yesterday in my testimony, I am not an

21   expert in the franking process, so I do not know.

22   Q.  What about your average envelope?  More or less than 25

23   cents?

24   A.  Sure.

25   Q.  And you testified yesterday that Mr. Barnett left 25

1    cents on the desk, correct?

2    A.  Yes.

3    Q.  Is it fair to say that he left compensation for the

4    envelope on the desk?

5    A.  As I mentioned yesterday, I am not an expert in

6    franking, so I do not know.

7    Q.  So being an expert in franking aside, if the average

8    person from D.C. walked into your house, took an envelope,

9    left you a quarter, would that be okay?

10   A.  This was not a regular envelope.

11   Q.  I understand, but I have a question about a regular

12   envelope first.

13   A.  Okay.

14   Q.  So if the average person from D.C. walked into your

15   house, took an envelope, left you a quarter on the desk, is

16   that fair compensation?

17   A.  I'd wonder how they'd get into my house, but yes.

18   Q.  Thank you.

19          What did you do with the quarter?

20   A.  Threw it out.

21   Q.  And is that quarter the property of the United States

22   government?

23   A.  I do not know if they got it from my trash can.

24   Q.  The quarters that are in circulation in general, are

25   they the property of the United States government?

 1    A.  I do not know.

 2    Q.  Does the United States government issue currency in this

 3    country?

 4    A.  Yes.

 5    Q.  Is a quarter or a dime currency?

 6    A.  Yes.

 7    Q.  Is it fair to say that because it's currency, a quarter

 8    is property of the U.S. Government?

 9    A.  Sure.

10    Q.  And you threw the quarter in the garbage, correct?

11    A.  Because it was covered in blood, yes.

12    Q.  I understand.  But did you throw the quarter in the

13    garbage?

14    A.  Yes.

15    Q.  Is it fair to say you threw United States government

16    property into the garbage?  Correct?

17    A.  Because it was contaminated, yes.

18    Q.  So I understand -- again, I'm not making light of what

19    happened in your office.  Being robbed or a victim of a

20    crime is -- a crime of any kind, even petty larceny, the

21    taking of an envelope --

22           THE COURT:  Counsel, ask the question.

23           MR. McBRIDE:  Sure.  I'm just going to move on.

24    Q.  When you had the conversation with Mr. Gallagher, were

25    there any allegations of violence on behalf of Mr. Barnett

1    alleged?

2    A.  Are you discussing the email?

3    Q.  Yes.

4    A.  No.

5    Q.  So initially it's your testimony that there was no

6    allegation of violence discussed, correct?

7              MR. GORDON:  Objection.

8              MR. McBRIDE:  I'm just clarifying the previous

9    question.

10             MR. GORDON:  Calls for hearsay.

11             THE COURT:  I'll allow it.

12   A.  I would need to refresh my memory.

13             MR. McBRIDE:  With the Court's permission?

14             (Witness reviews document)

15   Q.  So having refreshed your recollection, what do you say?

16   A.  Can you repeat the question?

17   Q.  Did you have a conversation about Richard Barnett and

18   violence with Mr. Gallagher?

19   A.  Of the charges he was accused of, that is correct.

20   Q.  I'm sorry.  So you did not have a conversation about

21   violence, correct?

22   A.  No.

23   Q.  So isn't it true that you found out that -- I'll

24   rephrase the question.

25             MR. McBRIDE:  One second, Your Honor.  May I have

```
1    a moment to confer?
2              (Pause)
3    Q.  I just wanted to talk to you about the flag real quick.
4              You testified that there was a flag in your
5    office, correct?
6    A.  Yes.
7    Q.  Was that the only flag in your office?
8    A.  In my office, yes.
9    Q.  So there's -- you do not have an American flag in your
10   office?
11   A.  Not in my office suite.  Not in my physical office, no.
12   Q.  Okay.  And just to recap, you did not see Richard
13   Barnett on January 6th, correct?
14   A.  On TV, yes.
15   Q.  You did not see Richard Barnett in person on January
16   6th, correct?
17   A.  Correct.
18   Q.  And it's your testimony today and yesterday, whether on
19   TV or with your own eyes, that you have no knowledge that he
20   had any contact of any kind with Speaker Pelosi?
21   A.  No.
22   Q.  And it is your testimony that you have no knowledge of
23   any kind that he was not in the House Chamber?
24              I can clarify.
25              You did not see him in the House Chamber, correct?
```

1    A.  Correct.

2    Q.  You did not see him touch any electorial ballots,

3    correct?

4    A.  Correct.

5    Q.  You did not see him touch the mahogany boxes, correct?

6    A.  Correct.

7    Q.  And you mentioned yesterday that when you returned to

8    the office -- well, when you saw -- you mentioned yesterday

9    that you saw Richard Barnett on TV, correct?

10   A.  Correct.

11   Q.  And at some point you asked your husband to cancel your

12   credit cards, correct?

13   A.  Yes.

14   Q.  And that you received all types of strange texts,

15   communications?

16   A.  Yes.

17   Q.  And when you spoke to the FBI, you told them that you

18   did not receive any threatening messages on January 6th,

19   correct?

20   A.  No threatening messages, correct.

21   Q.  And you testified -- when you spoke to the FBI, you told

22   them that when you returned to your desk, that your phone,

23   your purse, and other items were left at your desk, and none

24   of your items were, in fact, taken.  Is that correct?

25   A.  That's correct.

```
 1                    MR. McBRIDE:  Thank you very much.  Have a nice
 2       day.
 3                    THE COURT:  Mr. Gordon.
 4                    MR. GORDON:  Thank you, Your Honor.
 5                    First, Your Honor, I'd like to move into evidence
 6       Government's Exhibit 101, which is identical to what's now
 7       Defense Exhibit 1.
 8                    THE COURT:  Any objection?
 9                    MR. McBRIDE:  No objection.
10                    MR. GEYER:  No objection, Your Honor.
11                    THE COURT:  So moved.
12                            REDIRECT EXAMINATION
13       BY MR. GORDON:
14       Q.  Ms. Berret, on cross Mr. McBride was asking you about
15       standing in for Speaker Pelosi.
16       A.  Correct.
17       Q.  Do you sometimes do that at meetings?
18       A.  No.
19       Q.  What about -- does she ever designate you as her
20       representative in certain meetings where she would otherwise
21       be attending?
22       A.  Yes, yes.
23       Q.  Like what?
24       A.  I'm her representative -- sorry.  I was her
25       representative for the Kennedy Center board of trustees.  I
```

1    stood in for her in meetings there.

2              For the Joint Inaugural Campaign Committee, I

3    stood in as her representative there as well when she could

4    not attend.

5    Q.  All right.  Well, what about sort of official business

6    of Congress.  Could she designate you to stand on the

7    rostrum or stand at the podium and --

8    A.  No.

9    Q.  Did that ever happen?

10   A.  No.

11   Q.  Would that even be lawful?

12   A.  No.

13   Q.  Could she do that with any member of her staff?

14   A.  No.

15   Q.  What about her chief of staff?

16   A.  No.

17   Q.  You said on cross that the January 6th certification

18   proceeding recessed, but it didn't stop?

19   A.  That's correct.

20   Q.  Can you explain the difference between those two things

21   to the jury.

22   A.  So if you recess, you take a brief break.  But the

23   proceedings are still -- have not adjourned.  They have not

24   adjourned for the day.

25              For example, if we were on the floor debating a

1    bill, and we needed to recess because some members were at a

2    bipartisan classified briefing -- that has happened

3    before -- if the members are in a bipartisan classified

4    briefing, but we complete the business quickly, the debate

5    quickly, we will take a brief recess so that the members can

6    complete their meetings before coming back to vote.  And

7    then we will come back into session.

8              When votes are completed, then we would adjourn

9    for the day.

10   Q.  Do you sometimes recess proceedings for strategic

11   reasons, sort of take breaks?  It's not over, but you're on

12   a pause?

13   A.  Yes.

14   Q.  Can you explain an example of that, if you have one?

15   A.  I can't think of an exact example, but there are some

16   times when we might not have the votes.  We might need one

17   or two other members to kind of, you know, figure out some

18   strategy.  Then we'll also recess for a determinative amount

19   of time so that then we can, you know, continue to work on

20   the vote and then come back in when we're good to go.

21   Q.  What's the importance of doing it that way, with a

22   recess, as opposed to just stopping and starting back up

23   with the proceeding on some other hour or some other day?

24   A.  The recess allows us to continue the work.  It allows us

25   to continue, but we have not adjourned and completed our

1    business.  So the recess allows us to continue the work

2    until we are completed with our business or what we're

3    working on that day.

4    Q.  And so on January 6th, the certification proceeding,

5    once the chambers were locked down, had the certification

6    proceeding stopped, or was it recessed?

7    A.  It was recessed.

8    Q.  And Mr. McBride pressed you a bit on whether Richard

9    Barnett, this defendant, was responsible for obstructing the

10   certification.  You said yes because he entered the Capitol.

11   A.  Uh-huh.

12   Q.  Can you explain what you meant by that.

13   A.  To my personal knowledge and my personal feelings as

14   well, that anyone who entered the Capitol -- anyone -- is

15   responsible for us having to recess because of what was

16   happening.  And because the members of Congress did not have

17   a clear path to and from their chambers, they did not have a

18   clear path to continue the work because there were people

19   breaking into the building.

20          To my personal feeling, yes, anyone who entered

21   the Capitol at no matter what time that day interfered with

22   our work.

23   Q.  Is he the only person who entered the Capitol that day?

24   A.  No.

25   Q.  Is he solely responsible for obstructing the

1   certification?

2   A.  No.

3   Q.  Mr. McBride was asking you a hypothetical about some

4   average person in D.C. suffering a break-in into their

5   house --

6   A.  Uh-huh.

7   Q.  -- where the person broke in, stole an envelope, and

8   left 25 cents.  And he asked you if that would be fair

9   compensation.

10          You said yes, but you'd wonder how they broke in.

11  A.  Yes.

12  Q.  If that was you, would you report it to the police?

13  A.  Yes.

14  Q.  Would you say:  No big deal, they took an envelope, you

15  know, it's not worth much, but hey, they left me 25 cents, I

16  came out ahead?

17  A.  No.  I'd report it.

18  Q.  And why would you do that?

19  A.  Because somebody came into my personal property, my

20  personal space.

21  Q.  What if they took more than an envelope?  What if it was

22  your house, and they took your couch and your TV and

23  whatever -- you know, any other items that you had, cleaned

24  the whole place out, but they left you actually more money

25  even than you paid for it?  Not enough to be rich, but more

1    than you paid originally.

2           Would you consider that -- you kind of came out

3    ahead -- not a crime, not something worth reporting to

4    police?

5    A.   No.

6    Q.   Why not?

7    A.   Because someone came -- would have come into my home and

8    violated my personal space, and I would want justice for

9    that.

10          MR. GORDON:  Ms. Rouhi, can we pull up and publish

11   Government's Exhibit 101, please.

12          Ms. Jenkins, is that up for everybody?

13   Q.   Ms. Berret, I've circled the center stairs on the East

14   Front of the Capitol.

15   A.   Yes.

16   Q.   The exterior stairs.

17          Are there rules for these stairs that are

18   different --

19          MR. GEYER:  Objection.

20          THE COURT:  What's the objection?

21          MR. GEYER:  Outside the scope, Your Honor.  We

22   discussed this in an earlier hearing.

23          MR. GORDON:  I can go to the phones, Your Honor,

24   but it's directly responsive to questions on cross.

25          THE COURT:  Overruled.

1    Q.  You remember Mr. McBride playing this video for you,

2    correct?

3    A.  Yes.

4    Q.  And you remember him putting this slide that we can see

5    here, right?

6    A.  Yes.

7    Q.  Do you remember him asking you about the doors?

8    A.  Yes.

9    Q.  Do you remember him asking you if they were open that

10   day?

11   A.  Correct.

12   Q.  Now, these stairs that I've circled, are there different

13   rules for these stairs versus the other two stairs that I've

14   underlined on the -- that would be the south or where the

15   House side is or the north where the Senate side is?

16   A.  Yes.

17   Q.  Can you explain what the different rules are for that?

18   A.  Of course.

19          So to my knowledge, both the House and Senate

20   staffs, these steps are -- the doors are open when we are in

21   votes.  When we are in votes, members of Congress can

22   proceed up those two steps only where they will get to the

23   top of the steps, they have their member pin on, and then

24   they can go through those steps to go to vote.

25   Q.  What about the center stairs though?  Do those have

1    different rules?

2    A.  Yes.  So those steps you cannot use.  The doors there,

3    the Columbus doors, are closed and alarmed at all times.

4    The only time that those doors are open and to my knowledge

5    are when we have a four corners agreement, as I mentioned

6    yesterday, which are the two sets of leadership, and those

7    doors are unalarmed when we do things like lying in states,

8    lying in honors.  When we are -- those stairs are so

9    historical that that is where presidents, when they pass and

10   they are lying in honor, those are the steps that they come

11   up of, and those doors are the ones that are open for them.

12           I have never seen them open without a four corners

13   agreement.  They have always been alarmed.  And to my

14   knowledge, no staffer can go in and out of those doors

15   without a police -- someone from the Capitol Police opening

16   them or disarming them.  Same with a member of Congress.

17           I've just never seen it.

18   Q.  Let's say in the past two years in your work in

19   Congress, can you give us a ballpark estimate of how many

20   times those stairs have been authorized to be used as a

21   result of a four corners agreement?

22   A.  Ballpark, about six to ten, because those are the doors

23   that we would use for the memorial services when we do

24   candlelight vigils for COVID, for coronavirus, for 500,000,

25   when we hit a million.  Those are the steps that the four

1    leaders would come out of.  And so those were open a little

2    bit more than usual the past couple of years.

3              But, again, historically, lying in state and lying

4    in honors are the only times I've seen those doors open,

5    outside of COVID.

6    Q.  And when you say "lying in state and lying in honors,"

7    just for any juror who might not be familiar with that

8    term --

9    A.  Yes.

10   Q.  -- can you explain what that means.

11   A.  Of course.  So a lying in state is reserved for a

12   president or a high government official.

13             So as I mentioned earlier, John Lewis, he was

14   lying in honor.  He lied in honor in the Rotunda.  His -- or

15   sorry, right outside of the Rotunda, those doors.

16             I'm trying to think of a recent president that

17   just passed.

18             But we have had a lot of those lying in honors/

19   lying in states in those because those are given to the

20   highest -- it's the highest honor of a government official

21   to be able to lie in that room, and they lie on the Lincoln

22   Catafalque, which is the same catafalque that Lincoln's body

23   lied on.  And it's in the Rotunda, and it's -- it's just

24   historic.

25   Q.  On January 6, 2021, was there a four corners agreement

1    authorizing the use of those stairs?

2    A.  No.

3    Q.  On January 6, 2021, those doors, the Columbus doors,

4    were those open?

5    A.  No.

6    Q.  Were they -- are they ever available to the general

7    public to enter into or out of?

8    A.  No.

9            MR. GORDON:  Ms. Rouhi, can we play -- I'll clear

10   it first.

11           Can we play the first about 30 seconds of this

12   video, please.

13           (Video playing)

14           MR. GORDON:  Let's pause there.  Just pause about

15   three seconds in.

16   Q.  Can you describe what we're looking at three seconds

17   into Government's 101?

18   A.  The breaking and entering through the Columbus doors.

19   Q.  In your career on the Hill, have you ever seen anything

20   like that?

21   A.  No.

22   Q.  Any of those people authorized to enter that way?

23   A.  No.

24   Q.  Are all of those people violating restrictions on

25   Capitol grounds?

 1    A.  Yes.

 2                 MR. GORDON:  Nothing further, Your Honor.

 3                 THE COURT:  All right.  Ms. Berret, thank you very

 4    much for your testimony.  You're excused.  Please don't

 5    discuss your testimony with anyone until the end of the

 6    case.

 7                 THE WITNESS:  Of course.

 8                 THE COURT:  Okay.  Thank you.  Have a good day.

 9                 THE WITNESS:  Thank you.

10                 THE COURT:  All right.  Who is next, and should we

11    take our morning break before the next witness?

12                 MS. PROUT:  Your Honor, I think this is probably a

13    good time.

14                 THE COURT:  All right.  Why don't we break, ladies

15    and gentlemen.  It's about 10:45.  We'll reconvene at 11:00.

16    All right?

17                 (Jury exits courtroom)

18                 (Recess taken)

19                 MS. PROUT:  Your Honor, quickly before we resume.

20    We just wanted to let the Court and defense know that during

21    the break one of the jurors approached a group of our agents

22    and just asked where they needed to go.  The agent said,

23    "Let me get you some court staff," and didn't have further

24    communications.  But we wanted the Court to be aware.

25                 THE COURT:  Very well.

```
 1                 All right.  Are we ready for the jury?
 2                 MS. PROUT:  Yes.
 3                 THE COURT:  And this is Captain Mendoza?
 4                 MS. PROUT:  Yes, Your Honor.
 5                 THE COURT:  Mr. Geyer, no need to inquire with
 6       that juror, correct?
 7                 MR. GEYER:  I'm sorry, Your Honor?
 8                 THE COURT:  No need to inquire with that juror
 9       that --
10                 MR. GEYER:  No, of course not, of course not.
11                 THE COURT:  Just making sure.
12                 And sit down.  It hurts me to watch you.  How are
13       you doing?  All right?
14                 You can address the Court from your seat, if you'd
15       like.  Are you going to cross-examine this witness?
16                 MR. GEYER:  Yes, but I think I'd prefer to stand
17       up.
18                 THE COURT:  Okay.  Let me know how we can
19       accommodate you.  Okay?
20                 MR. GEYER:  Thank you, Your Honor.
21                 MS. PROUT:  Would you like us to have the witness
22       seated before we bring in the jury, Your Honor?
23                 THE COURT:  Sure.  Why don't we bring her in.  Or
24       not.
25                 (Jury enters courtroom)
```

```
1              THE COURT:  Okay.  Welcome back, ladies and
2   gentlemen.
3              Please be seated.
4              Ms. Prout, call your next witness.
5              MS. PROUT:  Thank you, Your Honor.  The government
6   calls Captain Carneysha Mendoza.
7              THE COURT:  Hello, ma'am.
8              THE WITNESS:  Hi.  How are you doing, sir?
9              THE COURT:  Doing well.  How are you?
10             THE WITNESS:  Good.
11             THE COURT:  Step right up and raise your right
12  hand to be sworn in by the courtroom deputy.
13                CAPTAIN CARNEYSHA MENDOZA, Sworn
14                       DIRECT EXAMINATION
15  BY MS. PROUT:
16  Q.  Good morning.
17  A.  Good morning.
18  Q.  Could you please state and spell your full name.
19  A.  Sure.  Carneysha Mendoza.  Carneysha is C-A-R-N-E-Y-S-
20  H-A.  Last name Mendoza, M-E-N-D-O-Z-A.
21  Q.  And where do you work, and what is your title?
22  A.  I'm a captain with the United States Capitol Police, and
23  I am commander of the civil disturbance unit and assistant
24  commander of Special Operations Division.
25  Q.  How long have you worked for the Capitol Police?
```

1    A.   I've worked for Capitol Police for 20 years.

2    Q.   What is the civil disturbance unit?

3    A.   The civil disturbance unit oversees protests and

4    anything from First Amendment activity all the way up to

5    riots, so...

6    Q.   How long have you been a captain for the Capitol Police?

7    A.   I've been a captain for three years.

8    Q.   In terms of the ranks at the Capitol Police, is captain

9    a relatively junior rank, or is it a more senior rank?

10   A.   Senior management.

11   Q.   How many people fall under your command?

12   A.   Currently I have approximately 300 officers that fall

13   under me full time and approximately 305 collateral.

14   Q.   And how many officers were under your command on

15   January 6, 2021?

16   A.   Approximately 300, 200 to 300.  I'm trying to remember

17   back then.  So I would say approximately 300.

18   Q.   Do Capitol Police officers take an oath before becoming

19   officers?

20   A.   Yes, ma'am, we do.

21   Q.   And what are they sworn to do?

22   A.   Sworn to protect the public, Congress, visitors, and

23   also keep the buildings and grounds secure.

24   Q.   Those buildings and grounds, does that include the

25   Capitol building?

1   A.  Yes, ma'am, it does.

2   Q.  Are you familiar personally with the Capitol building

3   and its grounds?

4   A.  Yes, ma'am.

5   Q.  How much time would you estimate you've spent there

6   during your 20 years for the Capitol Police?

7   A.  For the most part I'm a tactical commander, so I spend

8   most of my time wherever there's a critical incident, so it

9   can be mainly outside the building itself.

10          But we have meetings and things like that inside

11  the building, so it's not something -- I'm not there every

12  single day, but I'm there routinely.

13  Q.  And specifically the grounds outside the building, how

14  familiar are you with those grounds?

15  A.  I'm very familiar with the grounds outside the building.

16  Q.  Where is the U.S. Capitol located?

17  A.  The U.S. Capitol is in the center of D.C. at No. 1 First

18  Street.

19  Q.  Were you scheduled to work on January 6, 2021?

20  A.  I was.

21  Q.  What did you expect to be doing that day?

22  A.  I was actually assigned to be the field commander that

23  day.

24  Q.  And what does that mean?  What sort of duties would you

25  have been doing?

1    A.  I was -- a field commander basically oversees the

2    department on behalf of the chief of police.  So once

3    business hours are over, there's usually someone in senior

4    management assigned to oversee critical incidents in the

5    department.

6    Q.  And did you wind up going to work as you expected that

7    day, or did it change?

8    A.  It changed.

9    Q.  Can you tell us sort of when and why it changed?

10   A.  Sure.  So I received a call -- I was at home.  I was

11   going to come in around, like, maybe 1500 or later.  And I

12   received a call from a peer of mine asking where my SWAT

13   team was at, so I basically told her where my SWAT team was

14   located.

15          And then I guess a few minutes later she called

16   back -- maybe like 10 to 15 minutes later she called me back

17   and told me that she thought I should come in because things

18   were getting bad at work.

19   Q.  Okay.  Let me ask you a few questions about that.

20          So you said you got a call at 1500.  Is that 3:00

21   p.m.?

22   A.  I'm sorry, I was supposed to come in at 1500.  I didn't

23   get the call -- I got the call around like 1330, 1:30 p.m.

24   Q.  Okay.  So what time were you originally planning to come

25   in that day?

 1    A.  I was originally planning to come in at approximately

 2    3:00 p.m. or later.

 3    Q.  Okay.

 4    A.  I don't necessarily have a designated time, but I

 5    typically make my schedule.

 6    Q.  Okay.  And instead of coming in at 3:00 p.m., you said

 7    you got a call around 1:00 p.m.  And what was the gist of

 8    that call?

 9    A.  Around 1:30 p.m. one of my peers, a fellow captain,

10    called me to ask me where my SWAT team was at.

11    Q.  Why?

12    A.  I didn't really ask her why, but -- and I wasn't

13    watching TV or anything like that, but I knew there was a

14    demonstration that day, so I just assumed she was asking in

15    case she needed them for something.

16    Q.  Okay.  And I'm going to get back to I think the

17    chronology of that day in a bit.  But before we get there,

18    if we can put on your screen only Government's Exhibit 820.

19          And without going into details of what you're

20    looking at, is this a fair and accurate rendition of this

21    building on January 6, 2021?

22    A.  Yes, ma'am, it is.

23          MS. PROUT:  We move for the admission of

24    Government's 820.

25          MR. GEYER:  No objection, Your Honor.

```
1              THE COURT:  So moved.

2    Q.  Can you tell the jury what we're looking at here?

3    A.  We're looking at a 3D drawing -- it looks like a

4    drawing -- of the Capitol building itself.

5    Q.  And is this how the building looked as a rendition on

6    January 6, 2021?

7    A.  Yes, ma'am.

8    Q.  And is this the same way the building looks in general,

9    or was there anything different about how it looked on

10   January 6th?

11   A.  There is the addition of the inaugural stage on the west

12   side, which is at the bottom of the screen on this photo.

13   Q.  And are you familiar with how to draw on your screen on

14   this?

15   A.  Yes, I am.

16   Q.  Can you circle the inaugural stage for us?

17   A.  Sure.  (Witness complies)

18              MS. PROUT:  Let the record reflect that Captain

19   Mendoza has circled the structure at the bottom center of

20   this image.

21   Q.  And why was that in place on January 6, 2021?

22   A.  That was in place in preparation for the inauguration.

23   Q.  Okay.

24   A.  The presidential inauguration.

25   Q.  To orient us a little bit, can you point out -- what's
```

1    the west side of the Capitol?

2    A.   The west side is at the bottom of the screen.

3    Q.   Okay.

4    A.   It's the side that faces the National Monument and the

5    Mall area.

6    Q.   And what is the east side of the Capitol?

7    A.   The east side faces the Supreme Court, and it's at the

8    top of the screen.

9    Q.   Okay.  And at the top of the screen, do you see that

10   there are two rectangles that I've circled?

11   A.   Yes, ma'am, I do.

12   Q.   What are those rectangles?

13   A.   Those are skylights.  Under the skylights is the Capitol

14   Visitor's Center.

15   Q.   Okay.  I'm going to come back to questions about that in

16   a minute.

17           I'm circling the portion of the building that's on

18   the left of the screen.  What is that portion of the

19   Capitol?

20   A.   That's the Senate side.

21   Q.   Okay.  And if I circle the portion on the right side of

22   the screen, what is that portion of the Capitol?

23   A.   That's the House side.

24   Q.   All right.  To come back to the inaugural stage, was

25   that stage fully constructed on January 6th, or was it still

1    in the process of being erected?

2    A.  It was still in the process.

3    Q.  Okay.  Was there construction material like scaffolding

4    present that day?

5    A.  Yes, ma'am.

6    Q.  Okay.  And the inaugural stage, why was it being set up

7    on January 6th?

8    A.  It's a process.  I mean, it takes a while to set up for

9    inauguration, so we start prepping pretty early.

10   Q.  Okay.  So was this being set up for the presidential

11   inauguration scheduled on January 20th?

12   A.  Correct.

13   Q.  All right.

14           MS. PROUT:  We can take this down.  Thank you.

15   Q.  Now, if an ordinary person wanted to visit the Capitol

16   on an ordinary day, where would they go?

17   A.  The Capitol Visitor's Center.

18   Q.  Okay.  Is that visitor's center downstairs underneath

19   those two skylights you pointed out?

20   A.  Yes, ma'am.

21   Q.  Let's take a look at Government's 822, please.

22           Is Government's 822 a fair and accurate map of

23   what we're looking at here?

24   A.  Yes.

25           MS. PROUT:  The government moves for the admission

1    of 822.

2                MR. GEYER:  No objection, Your Honor.

3                THE COURT:  So moved.

4                MS. PROUT:  And can we pull up Government's 823

5    that's already been admitted.

6    Q.  Okay.  What is Government's 823 that we're looking at?

7    A.  The second floor of the Capitol building.

8    Q.  All right.  Now, the East Rotunda Door of the Capitol,

9    is that something that we can see on this floor plan?

10   A.  Yes.

11   Q.  Can you circle for the jury where that is.

12   A.  Sure.  (Witness complies)

13   Q.  All right.  Now, if someone were to enter through that

14   door, would they be entering directly onto the second floor

15   of the building?

16   A.  Yes.

17   Q.  All right.  And is that door typically open for the

18   public?

19   A.  No, it's not.

20   Q.  All right.  Is it typically open for staff members?

21   A.  No, it's not.

22   Q.  Is there a room called the Rotunda in the Capitol?

23   A.  Yes.

24   Q.  And can you point out by circling for the jury where the

25   Rotunda is?

1    A.  Sure.  (Witness complies)

2    Q.  Okay.

3          MS. PROUT:  Let the record reflect that Captain

4    Mendoza has circled the center of this picture with the word

5    labeled "Rotunda."

6    Q.  Can you point out for the jury roughly where the offices

7    of the Speaker of the House of Representatives are.

8    A.  Sure.  (Witness complies)

9    Q.  Thank you.

10          Now, if somebody were entering the Capitol through

11   the East Rotunda Doors, is it a long distance to travel to

12   get to the Rotunda, or is it fairly close?

13   A.  It's fairly close.

14   Q.  Okay.  What would the path be?

15   A.  If they entered through the Rotunda door, I guess they'd

16   come up these stairs right here and make a straight shot

17   through the Rotunda.

18   Q.  Okay.  Thank you.

19          Does the U.S. Capitol have closed-circuit

20   television monitoring that's in place by the Capitol Police?

21   A.  Yes, ma'am.

22   Q.  And are those cameras located just inside or both inside

23   and outside the building?

24   A.  Both inside and outside.

25   Q.  Are they sometimes referred to as CCTV for short?

1    A.  Yes, ma'am.

2    Q.  Are you personally familiar with the CCTV used by the

3    Capitol Police?

4    A.  Yes, ma'am, I am.

5    Q.  How are you familiar with them?

6    A.  I was a watch commander in the command center for six

7    years, so part of our responsibilities were to monitor the

8    camera systems.

9    Q.  What is the command center?

10   A.  The command center is a place where we oversee

11   department operations on behalf of the chief of police and

12   take area command should there be a situation where there's

13   a critical incident or multiple critical incidents where I

14   need to intervene.

15   Q.  And so does being located in a place where you can watch

16   the cameras assist in that role?

17   A.  Yes.

18   Q.  Okay.  Approximately how many CCTV cameras are there in

19   the Capitol?

20   A.  There is approximately 1700 -- sorry, 1700.

21   Q.  Do the CCTV cameras capture both audio and video?

22   A.  Negative, ma'am.  They capture video.  No audio.

23   Q.  Okay.  No audio, you said?

24   A.  Correct, no audio.

25   Q.  So they don't have sound?

```
1    A.  Right.

2    Q.  And who controls the vantage point of those CCTV

3    cameras?

4    A.  Officers working inside the command center.

5    Q.  Okay.  Are all the cameras mobile, or are some of them

6    fixed in place?

7    A.  So I'd rather not get into the details of, you know,

8    what the cameras' capabilities are.

9    Q.  That's fair.  And I don't want to ask for anything

10   that's sensitive in nature.

11   A.  Thank you.

12   Q.  Are there CCTV cameras that capture the room just inside

13   the East Rotunda Doors?

14   A.  Yes, ma'am.

15   Q.  All right.  What about in the Rotunda?  Are there

16   cameras that capture that room?

17   A.  Yes, ma'am.

18   Q.  Are there CCTV cameras that capture inside the offices

19   of the House speaker?

20   A.  To my knowledge, no.  Not Capitol Police cameras.

21   Q.  Okay.  Do you know why not?

22   A.  Yes.

23   Q.  Can you tell us?

24   A.  Sure.  That's for their privacy.

25   Q.  Okay.  And have you reviewed certain CCTV cameras in
```

1     preparation for your testimony today?

2     A.  Yes, ma'am, I have.

3     Q.  Okay.

4             MS. PROUT:  At this time the government will move

5     to admit Exhibits 102 through 114, which are CCTV cameras.

6     I don't believe there's an objection.

7             MR. GEYER:  No objection, Your Honor.

8             THE COURT:  So moved.

9     Q.  So I want to ask you some questions about the security

10    at the Capitol building on a normal day.

11    A.  Sure.

12    Q.  On a typical day, is the Capitol building secure?

13    A.  Yes, ma'am.

14    Q.  And is it secure for only parts of the day, or is it

15    secured for the whole day?

16    A.  The entire day.

17    Q.  24/7?

18    A.  Correct.

19    Q.  And is that 365 days a year?

20    A.  Yes, ma'am, it is.

21    Q.  On a normal day, what kind of restrictions are in or

22    around the Capitol building?

23    A.  In order to come -- well, in order to drive up to the

24    building, you would have to have access.  So in order to get

25    into a barricade, you need ID -- identification -- and you

1    have to be an authorized person to drive up on the plaza or

2    within the perimeter itself.

3            In order to get into the building, you need either

4    an office in the building, and obviously you have to have

5    ID, and -- or official business and be escorted by someone

6    who's authorized to be in the building.

7    Q.  To get one of those ID badges that lets you access those

8    areas either on the grounds or in the building, is there any

9    process that you have to go through?

10   A.  Yes, ma'am.  There is a process.

11           I don't work in the ID office, but there's an ID

12   office.  You have to go through the ID office, and there's

13   some sort of security check or a background check that's

14   completed before you get the ID.

15   Q.  Okay.  And so can you talk about the process on a normal

16   day for entering the building and what kind of security

17   you'd have to go through?

18   A.  Sure.  So if you are authorized to enter the building,

19   then you would go through a door with -- specific doors are

20   designated for staff versus visitors.

21           So visitors go through the Capitol Visitor's

22   Center, which is kind of set apart from the Capitol proper.

23   Right?  So they would go through -- right off of First

24   Street there's a little walkway.  They'd go down their

25   walkway and place their bags on an x-ray machine.  The

1     officer there would screen the bag, and they would walk

2     through a magnetometer or a metal detector.

3            And then if you're staff, you're authorized to go

4     through staff entrances at the Capitol proper, but you still

5     have to show your ID and go through -- place your bags on an

6     x-ray machine.

7            And members of Congress are exempt from actually

8     going through security, but they do have to identify

9     themselves if asked by an officer.

10    Q.  Other than members of Congress, is anyone else exempt

11    from going through security?

12    A.  Capitol Police.

13    Q.  Okay.  And other than Capitol Police and members of

14    Congress, anyone else exempt?

15    A.  Negative, unless there's some sort of delegation that's

16    preapproved and they're being escorted in by a law

17    enforcement agency that's prevetted and preapproved.

18    Q.  Okay.  And you mentioned members of the public going

19    through the Capitol Visitor's Center.  Were members of the

20    public able to enter the Capitol through the Capitol

21    Visitor's Center on January 6, 2021?

22    A.  No, ma'am.

23    Q.  Why is that?

24    A.  Well, for two reasons.  One, the building was closed due

25    to the pandemic, so the building wasn't open to the public.

 1          And the other reason was that we knew we were

 2    going to have a joint session of Congress that day, so the

 3    certification of the electoral votes was supposed to happen,

 4    and there were additional security measures in place for

 5    that.

 6    Q.  Okay.  Now, on a day when a visitor would have been

 7    allowed to go in through the visitor's center, after a

 8    visitor passes through those security measures are they free

 9    to go wherever they want in the Capitol?

10    A.  No, ma'am.  They have to go -- basically they're

11    escorted.  So they're with a tour guide, and they go to

12    designated places, designated areas, and a lot of the areas

13    are closed off to the public.

14    Q.  Why is it necessary for visitors to go through security

15    before they enter the Capitol building?

16    A.  Sure.  We want to make sure that the building remains

17    secure, keep our members of Congress safe, ensure nobody has

18    contraband, weapons, anything like that.

19    Q.  Are visitors allowed to bring flags on a metal flagpole

20    into the Capitol?

21    A.  No, ma'am.

22    Q.  Why not?

23    A.  It can be used as a weapon.

24    Q.  Are visitors allowed to bring stun guns into the

25    Capitol?

1    A.  No, ma'am.

2    Q.  Does the U.S. Capitol Police have a directive on how to

3    handle stun guns when someone tries to bring one into the

4    Capitol?

5    A.  Yes, ma'am, we do.

6         MS. PROUT:  Okay.  If we could just show the

7    witness at this point Government's 116, please.

8    Q.  Captain Mendoza, do you recognize what we're looking at?

9    A.  Yes, ma'am, I do.

10   Q.  And is this a policy of the United States Capitol

11   Police?

12   A.  Yes, ma'am, it is.

13        MS. PROUT:  The government moves for the admission

14   of Exhibit 116.

15        MR. GEYER:  No objection, Your Honor.

16        THE COURT:  So moved.

17   Q.  Captain Mendoza, can you tell us what we're looking at

18   here.

19   A.  So that's a directive, a Capitol Police directive,

20   1041.002, and it references how to deal with ammunition,

21   defense sprays, and stun guns whenever they're brought into

22   the building.

23        MS. PROUT:  Okay.  Ms. Rouhi, if you could blow up

24   the paragraph on the right-hand column at the top that says

25   "Stun Gun."

1    Q.  Captain Mendoza, could you please read that definition

2    of stun gun for the jury?

3    A.  Sure.  "Any device designed or redesignated [sic], made

4    or remade, or readily converted or restored, and intended to

5    stun or disable a person by means of electric shock."

6    Q.  Okay.  And so the policy that you're looking at here

7    covers anything that falls under this definition of a stun

8    gun?

9    A.  Yes, ma'am.

10   Q.  And does this definition distinguish between devices

11   that eject stun electrodes versus devices that have

12   stationary stun electrodes?

13   A.  No, ma'am.

14   Q.  Okay.

15        MS. PROUT:  If we could take a look at Page 2 of

16   this directive, please.

17        And, Ms. Rouhi, if you could blow up the first

18   full paragraph that starts "D.C. Code."

19   Q.  Captain Mendoza, can you please read this paragraph for

20   the jury.

21   A.  Sure.  D.C. Code 7-2502.15 states:  "A person 18 years

22   of age or older may purchase or possess a stun gun.  All

23   persons possessing a stun gun may only use the weapon in the

24   exercise of reasonable force in defense of a person or

25   property.  Any person under 18 years of age may briefly

1    possess a stun gun for self-defense in response to an

2    immediate threat of harm."

3    Q.  As a Capitol Police officer and captain, do you assist

4    in the enforcement of D.C. Code?

5    A.  I do, yes, ma'am.

6    Q.  And does D.C. Code limit who may possess and use a stun

7    gun?

8    A.  Yes.

9         MS. PROUT:  Ms. Rouhi, can you please blow up the

10   next paragraph.

11   Q.  Captain Mendoza, can you please read this paragraph for

12   the jury.

13   A.  "Stun guns are prohibited from all buildings within the

14   Capitol Complex.  If a sworn employee encounters a stun gun

15   at a building entrance, the individual shall be offered the

16   opportunity to turn the stun gun over as contraband for

17   destruction, or will be denied entry into the building."

18   Q.  Captain Mendoza, why are stun guns prohibited from being

19   brought into the Capitol Complex?

20   A.  It's prohibited from being brought into the building

21   because it's -- and onto the Capitol Complex because it's a

22   weapon, and it's considered contraband.

23   Q.  And can you explain for the jury what the Capitol

24   Complex is.

25   A.  The Capitol Complex is basically the campus that's

1    surrounded by First Street on the west, Independence Avenue

2    in the south, up to Second Street in the east, and then

3    Constitution Avenue on the north; so it's essentially a

4    campus with no fence.

5    Q.  And so the Capitol Complex includes more than just the

6    Capitol building itself?

7    A.  Correct.

8    Q.  Does it include the grounds of the Capitol?

9    A.  Yes.

10   Q.  Okay.

11        MS. PROUT:  We can take this down.  Thank you.

12   Q.  All right.  On January 6, 2021, were there additional

13   barriers set up around the Capitol grounds beyond what's

14   there on a typical day?

15   A.  Yes.

16   Q.  Okay.

17        MS. PROUT:  Could we please show the witness

18   Government's 821.

19   Q.  Captain Mendoza, is this a fair and accurate

20   representation of the bird's eye view of how this looked on

21   January 6, 2021?

22   A.  Yes, ma'am.

23   Q.  Now, there's a red outline here.  Was there a physical

24   red line in place on January 6, 2021?

25   A.  There were bike rack in place on that day where you see

1    the red perimeter lines.

2    Q.  Okay.

3              MR. GEYER:  Objection, Your Honor.  Can we have a

4    phone?

5              (The following is a bench conference

6              held outside the hearing of the jury)

7              MR. GEYER:  Your Honor, we neglected to bring this

8    up earlier in the day.  I just wanted to register an oral

9    objection to this outline.  It's in an inflammatory color,

10   for obvious reasons.

11             We laid this out in our papers, but we think it's

12   prejudicial and also inaccurate because there were -- even

13   in its ideal conditions earlier on in the morning before

14   this happened, along this red area there were large tracks

15   in this red area that were not -- there was no physical

16   boundary that was visible; and as the day progressed, many

17   parts of this boundary were removed or hidden.

18             But I just wanted to put that on the record.  I

19   apologize, and thank you for the Court's indulgence.

20             THE COURT:  Okay.  Your objection about the red

21   color is overruled, and all the other stuff you can

22   obviously cross her on.  Okay?

23             MR. GEYER:  Thank you, Your Honor.

24             (This is the end of the bench conference)

25             MS. PROUT:  The government moves for the admission

1    of Government's 821.

2            THE COURT:  So moved.

3    Q.  All right.  So can you help orient us to what we're

4    looking at and what the different -- the building and the

5    directions we're seeing?

6    A.  Sure.  So we're looking at the Capitol building and the

7    center of Capitol grounds.  It's not the entire Capitol

8    grounds, but it's the center of Capitol grounds and the

9    perimeter.  Basically on the left side that is the West

10   Front of the grounds, and then on the right side, that's the

11   East Front.

12   Q.  And is everything within this red perimeter considered

13   part of the Capitol Complex?

14   A.  That's part of the Capitol Complex, correct.

15   Q.  Okay.  Is the Capitol Complex even more than what's in

16   this perimeter?

17   A.  Yes, ma'am.

18   Q.  Okay.  What does this red line reflect?

19   A.  The red line reflects the designated restricted area on

20   January 6th.

21   Q.  Okay.  How was the designated restricted area made

22   visible on January 6, 2021?

23   A.  It was made visible by bike rack and snow fencing, like

24   metal bike rack with snow fencing.

25   Q.  Can you explain to the jury what bike racks are and how

1    they're used?

2    A.  Bike rack are -- they're actually bike racks, and

3    they're used to secure bikes, but they're also used a lot in

4    security and police functions to designate areas that are

5    closed.  They're heavy metal racks that are hooked together

6    to make a designated perimeter or a closed area.

7    Q.  When bike racks are hooked together, is it easy to take

8    them apart?

9    A.  No.  It's a little bit difficult.  There's a certain way

10   you have to take them apart.

11   Q.  Have you yourself tried to do this?

12   A.  I take them apart all the time, yes.

13   Q.  Okay.  And what about snow fencing?  What is that, and

14   how is that being used?

15   A.  Snow fencing is used behind the bike rack to just help

16   reinforce the bike rack and ensure people understand -- that

17   see it can see that the area's closed.

18   Q.  Okay.  Were there signs posted as well?

19   A.  Yes.

20   Q.  All right.  And how do you know that the perimeter was

21   actually in place on the morning of January 6, 2021?

22   A.  The night before I personally drove the perimeter while

23   they were actually putting it in place.  And the morning of,

24   Captain Patton drove the perimeter to make sure that it was

25   in place.

1   Q.  And when you drove it, were all the bike racks in place?

2   A.  The night prior they were putting the bike rack in

3   place, so they were just -- it wasn't all in place whenever

4   I drove it the night prior.

5   Q.  Okay.

6   A.  But the morning of, about 0600 in the morning, Captain

7   Patton actually walked the perimeter, and he stated that it

8   was in place.

9   Q.  And were the signs in place as well?

10  A.  Yes, ma'am.

11  Q.  And let's look at Government's 824.  Is this a fair and

12  accurate picture of one of those signs?

13  A.  Yes, ma'am.

14          MS. PROUT:  The government moves for the admission

15  of 824.

16          MR. GEYER:  No objection, Your Honor.

17          THE COURT:  So moved.

18  Q.  About how many signs were there in place on these bike

19  racks?  Was it just one on each side?

20  A.  No.  I can't tell you exactly how many were in place,

21  but there were signs maybe every other bike rack.  That's

22  usually how we ask SSB to place them, is every other bike

23  rack, depending on how big the perimeter is.

24  Q.  Okay.  So did that amount to two or three signs, or a

25  larger number than that?

1     A.  A much larger number.  There were hundreds of signs

2     outside.

3     Q.  Did I ask you to bring an example of one of these signs

4     with you today?

5     A.  Yes, ma'am, you did.

6     Q.  Okay.

7             MS. PROUT:  And, Your Honor, the defense has not

8     objected to the use of this.

9     Q.  I'm going to show you what's been marked Government's

10    Exhibit 18.

11            MS. PROUT:  May I approach, Your Honor?

12            THE COURT:  You may.

13    Q.  Do you recognize this?

14    A.  Yes, ma'am.  That's one of my signs.

15    Q.  And is this an example of one of the signs that was

16    posted all around the perimeter on January 6, 2021?

17    A.  Yes, ma'am.

18            MS. PROUT:  The government moves for the admission

19    of Government's 18.

20            THE COURT:  Any objection?

21            MR. GEYER:  No objection, Your Honor.

22            THE COURT:  So moved.

23            MS. PROUT:  All right.  If we could look at

24    Government's 825, please.

25    Q.  Is Government's 825 a fair and accurate picture of how

1      this looked on that day?

2      A.  Yes, ma'am, it is.

3              MS. PROUT:  The government moves to admit 825.

4              MR. GEYER:  No objection, Your Honor.

5              THE COURT:  So moved.

6      Q.  Okay.  Tell the jury what we're looking at here.

7      A.  This is the west side of the Capitol building itself,

8      and there -- it looks like the picture is taken from First

9      Street, but further west of the picture would be the -- you

10     see a little bit of the snow fencing at the bottom of the

11     screen.  That's where the bike rack is on First Street.

12             And then there's additional signage and snow

13     fencing further up toward the Capitol building, the little

14     white dots, or squares, I guess those are, are Area Closed

15     signs.

16     Q.  Okay.  So were there actually two lines of fences set up

17     on January 6, 2021?

18     A.  There were multiple, but in this photo there are two.

19             There was additional bike rack and snow fencing

20     further up toward the stage as well, up on the Lower West

21     Terrace.

22     Q.  Okay.  And we'll get into this in some more detail

23     later, but at some point during the day on January 6th were

24     some or all of these fences knocked down?

25     A.  Yes, ma'am.

1   Q.  Okay.

2         All right.  I'd like to turn back to your day on

3   January 6th.  You told us that you were expecting to get to

4   work at about 4:00 p.m., but at some point you got a call.

5         After you got that call, how did your day change?

6   What did you wind up doing instead?

7   A.  Sure.  Yeah, I was -- planned to get to work somewhere

8   between 3:00 and 4:00 p.m., and, yeah, after I got the call,

9   my peer called me, told me I may want to come in.  I pretty

10  much jumped in my car and headed into work.

11        And I got to my office over in the Fairchild

12  Building.  And on my way in I called the dispatcher, asked

13  her what was going on, because, like I said, I hadn't really

14  been watching TV or anything, so, you know, I assumed, you

15  know, it was -- the demonstration had gotten -- maybe gotten

16  out of hand or something.  It wouldn't be the first time.

17        So as I proceeded into D.C., I saw that

18  Metropolitan Police had a roadblock up on South Capitol

19  Street.  I had to badge my way into the roadblock.

20        Once I got to my office at the Fairchild Building

21  at 399 South Capitol Street, I went in, changed my clothes,

22  and was speaking to the dispatcher.  She was clearly upset,

23  and I asked her what was going on.  She told me there's

24  like -- you know, at the time there were six different

25  scenes.

1          So she told me what all they were.  There were two
2     known explosive devices and multiple areas of the Capitol
3     Complex where the actual outside perimeter had been
4     breached.
5          And so I told her I was going to go to the
6     Democratic National Committee building, because that was
7     literally right across the street from where I was at, and
8     there was an actual explosive device at that location.  So
9     that was my plan.
10          Once I got into my department vehicle to proceed
11     to the Democratic National Committee building, I heard the
12     officers on the radio frantically requesting assistance at
13     the Capitol building.  So I proceeded past the building
14     where the explosive device was and went directly to the
15     Capitol building itself.
16     Q.  Okay.  And I'm definitely going to have some questions
17     for you about that, but a few questions to clarify some of
18     the things that you said.
19          You mentioned that you first thought that maybe
20     there was a demonstration that had got out of hand.  Were
21     you aware that there was an expected demonstration on
22     January 6th?
23     A.  Yes, ma'am.
24     Q.  What was that, as far as you anticipated?
25     A.  Well, there were multiple permits and multiple permitted

1    and nonpermitted demonstrations that we knew were going to

2    take place, and it's not typically unusual for us to have

3    those type of demonstrations.

4           We had done a few -- you know, we had done a lot

5    of demonstrations prior to that, so I knew there was going

6    to be a lot of people at this demonstration.

7           So -- what was the question?  I'm sorry.

8    Q.  Just what were you expecting as far as a demonstration?

9    A.  So, yeah, I was expecting maybe like the last previous

10   two demonstrations we had had, one in November and one in

11   December prior to that, so...

12   Q.  Okay.  But you said that you went to respond to one

13   scene, and then you got redirected to the Capitol.  Why was

14   that?

15   A.  I proceeded to the Capitol because I heard some of my

16   officers requesting assistance, so usually that's what we

17   do.  Like if someone requests assistance, you go.

18   Q.  Why was that a higher priority than the scene that you

19   had already responded to?

20   A.  There were officers on scene.  They had a perimeter set

21   up around the explosive device that was there, and the bomb

22   squad was -- I know they were aware of it.  I don't recall

23   at that moment whether they were on scene yet or not, but I

24   know the perimeter had been set up so there were officers

25   there.

1          And so I just decided -- I made a judgment call to
2     proceed to the Capitol.
3     Q.  Okay.  Did you receive a call that there is an officer
4     in trouble at the Capitol?
5     A.  At some point I did hear multiple 10-33s, officer in
6     trouble, sorry, yes.
7     Q.  And, yes, specifically what is a 10-33?  What does that
8     mean?
9     A.  Typically out in the field, like I said, I respond to a
10    lot of tactical incidents typically.  So, typically, when I
11    hear of an officer in trouble, I think either the officer's
12    become assaulted or the officer's being overrun or something
13    to that effect.
14    Q.  Is the code for that over the radio 10-33?
15    A.  Yes, ma'am.
16    Q.  Had you ever heard a 10-33 from inside the Capitol
17    building before?
18    A.  Not from inside the building.  I've heard 10-33s outside
19    the building, but not inside.
20    Q.  Okay.  Approximately what time did you arrive at the
21    Capitol?
22    A.  I want to say approximately 1415 maybe, because I got to
23    my locker about 1400, I got to work.
24          So I'd say about 1415.  I'm sorry, 2:15 p.m.
25    Q.  Okay.  And what part of the Capitol did you first arrive

1    at?

2    A.  I pulled up on the East Front Plaza.

3    Q.  Okay.  What did the scene look like when you got there?

4    A.  When I pulled up to the building, I just saw people at

5    the -- on the stairs leading up to the Rotunda door.

6    Q.  Were people in order, or was it a chaotic scene?

7    A.  It was a chaotic scene.

8    Q.  Okay.  And the people you saw there, were they staffers

9    and Congress people, or other people?

10   A.  Other people.

11   Q.  What did you do from there once you arrived?

12   A.  Well, the call that I heard at the Capitol was for the

13   Rotunda.  The officer requesting assistance needed

14   assistance at the Rotunda.  So I went to proceed -- I wanted

15   to proceed into the Rotunda, but obviously I couldn't

16   because there was -- there were a lot of people on the

17   stairs.

18           So an officer came up -- ran up to my door and

19   said, "Captain, where do you want to go?"

20           I said, "Well I want to go to the Rotunda."

21           And he badged me into a lower-level door that I

22   guess people weren't aware of.

23   Q.  Why was it obvious that you couldn't go through the door

24   that you mentioned first?

25   A.  Well, I'm a tactical commander.  We don't respond by

1    ourselves to anything, especially whenever it has to do with

2    a crowd.  We typically respond in formation to a designated

3    location.

4    Q.  Could there have been a risk to you if you had tried to

5    just go right through that crowd?

6    A.  Yes.  But there could have also been a risk to my

7    officers who tried to rescue me.

8    Q.  Okay.  And so an officer badged you in.  What does that

9    mean?

10   A.  An officer basically -- there's a secure door that an

11   officer took me to and pretty much opened the door with his

12   security badge.

13   Q.  Where did you go from there?

14   A.  I proceeded into the building.  Right inside the doorway

15   there was already a crowd inside the doorway of maybe

16   approximately 200 people.  The officer that badged me in was

17   still outside, so I turned around to go back out, but then I

18   heard people banging on the door so I was -- at that point I

19   was kind of trapped in between both.  So I just proceeded

20   through the crowd to where I saw a line of officers holding

21   back a group of people in the building.

22   Q.  Okay.  Let me ask you some questions about that.

23            The 200 or 300 people you saw, were those

24   unauthorized people in the building?

25   A.  Yes, ma'am.

1    Q.  And when you say you heard banging on the door, was that

2    coming from -- so you were inside the building.  Was that

3    banging coming from inside or outside?

4    A.  Outside.

5    Q.  And did that raise concerns to you about reopening that

6    door and going back out?

7    A.  Yes.  I did not want to create another breach.  So I

8    think when the officer let me in, some -- obviously somebody

9    saw that, and so I think a group of people proceeded to try

10   to get in that door.

11   Q.  Okay.  And then you said you essentially walked through

12   that crowd.  How did you get through there?

13   A.  Just pushing people and yelling at them to get out of my

14   way.

15   Q.  And where did you end up?

16   A.  I ended up in a hallway directly adjacent to the door,

17   the doorway, and that's when I saw a line of my officers

18   from the civil disturbance unit.  They were holding back a

19   crowd of people trying to keep them from protruding further

20   into the building.  So I just jumped on the line with them

21   and tried to help them the best I could.

22   Q.  And were you able to succeed in keeping those people

23   from getting further into the building?

24   A.  No, ma'am.  We got overrun.

25   Q.  When you say you got overrun, what does that mean?

1   A.  Well, the group of people breached our line that we had.

2   So once they breached our line, they took off in a

3   direction.  They proceeded past us.  So we redeployed to

4   other designated locations throughout the building.

5   Q.  And where did you go?

6   A.  I eventually made my way up to the Rotunda.

7   Q.  Can you describe the scene that you saw in the Rotunda.

8   A.  Yes.  And I should clarify, I went to the -- we call the

9   whole area the Rotunda, but the doorway right at the top of

10  those stairs.  So it's kind of like more of a vestibule

11  area.

12  Q.  Okay.

13  A.  But that's where I went.

14  Q.  What did you see when you got there?

15  A.  A lot of unauthorized personnel, and there were several

16  of my officers trying to get the door closed, trying to push

17  people out the door to get the door closed.

18  Q.  That door, was that the East Rotunda Door?

19  A.  Yes, ma'am, that's correct.

20  Q.  Had any of those people that you saw coming through the

21  door, had they gone through any x-ray machines or metal

22  detectors?

23  A.  No, ma'am.

24  Q.  Was that a concern for you?

25  A.  Yes.

1    Q.   Why?

2    A.   If we have one single person breach the building, it's a

3    huge concern.  It's a security risk.  We don't know if that

4    individual has a weapon, and we don't know what their

5    intentions are so...

6    Q.   What was the noise like in the Rotunda area where you

7    were?

8    A.   It was too loud to have a normal conversation.

9    Q.   Did you have a radio on you that day?

10   A.   Yes, ma'am.

11   Q.   And is that a radio where officers communicate with one

12   another?

13   A.   Yes.

14   Q.   Were you hearing other 10-33s like you told us come over

15   the radio?

16   A.   Yes, ma'am.

17   Q.   Let me ask you, going back to the moment you described

18   where you and your officers were overrun as you were making

19   your way to the Rotunda, was there any physical contact with

20   rioters at that point?

21   A.   Yes.  So I know some officers were pushing the rioters

22   to try to get them to go out -- back out the door, as far as

23   physical contact; and there were a lot of items being thrown

24   inside the door by the rioters.

25   Q.   What sort of items?

1    A.  I saw like water bottles and flagpoles.  At one point I

2    saw a stair banister.

3         So it was just random items being thrown in the

4    door.  A fire extinguisher, those type of things.

5    Q.  Were those items being thrown sort of at random up in

6    the air to celebrate, or were they being thrown at officers?

7    A.  At officers.  I mean, they were being thrown, I'm

8    assuming, to distract officers or -- you know, it was people

9    trying to make their way into the building.

10   Q.  Okay.  So once you were in that East Rotunda Door area,

11   did you come up with a plan for what to do at that point?

12   A.  Yes.

13   Q.  What was that?

14   A.  So the plan -- I originally called for my SWAT team, and

15   they were all pretty much held out.  So I called for my less

16   lethal team.

17        A couple of my less lethal team responded, but,

18   again, they were spread out.

19        ATF had just responded to assist us.

20        I requested the assistance of ATF.  And they said,

21   "Captain, give us a plan, and we'll carry it out."

22        I gave them a plan and lined up a couple of squads

23   of my civil disturbance unit.  Basically the plan was to

24   deploy the less lethal out the door.

25        When you deploy less lethal, people go all

1    different directions.  So the plan was to deploy it out the

2    door but also hold a line further inside the vestibule area

3    to keep people from coming in the building, but more push

4    people out.

5    Q.  Let me pause for a second and ask you about some law

6    enforcement terms there.

7    A.  Sure.  Sorry.

8    Q.  So you mentioned the ATF.  What's that?

9    A.  That is Alcohol, Tobacco and Firearms.

10   Q.  That's a federal law enforcement agency?

11   A.  It's a federal law enforcement agency, correct.

12   Q.  So by the time you were there were there some members of

13   the ATF at the Capitol as well?

14   A.  I'm not sure when they got there.  I saw them arrive at

15   the Rotunda at some point, so I can't tell you when they got

16   there.

17   Q.  Okay.  You mentioned that you called for your less

18   lethal squad, I think.

19   A.  Yes.

20   Q.  What is that?

21   A.  So it's a -- they're trained grenadiers.  They're

22   trained to deploy chemicals, impact rounds and weapons, and

23   also flash bangs, different types of munitions to assist in

24   dispersing a crown.  The munitions are not meant to be

25   lethal, but they can be lethal.

1    Q.   Okay.  Can you say more about that?

2    A.   Sure.  What exactly do you want?

3    Q.   You said they're not meant to be lethal, but they can be

4    lethal.

5    A.   Sure.

6    Q.   How does that happen?

7    A.   Sure.  So the weapons are meant to be able to deescalate

8    a situation without causing death.  However, if I get in a

9    situation where more -- a higher use of force is necessary,

10   then I could use the less lethal weapon to cause death.

11          So there are target areas, for example.  And like,

12   say, a target area may be the thigh.  But if I get into a

13   situation where I need lethal force, then the target area

14   could be the head, the chest, or the groin.

15   Q.   I see.  And the less lethal squad, are they trained to

16   use these weapons in a way to avoid lethal consequences?

17   A.   Yes, ma'am.

18   Q.   In other words, to avoid killing somebody?

19   A.   Yes.

20   Q.   Okay.  So what less lethal weapons did this squad have

21   on them that day?

22   A.   So I can tell you that when they came to the Rotunda,

23   they had the PepperBall system with them.

24   Q.   What is that?

25   A.   So the PepperBall system is basically a -- it has a

1    little -- it's a -- how do I explain it?

2            It's a launcher, and it has rounds like -- I think

3    they're 0.68 caliber rounds that cause a pain compliance but

4    also release -- once they hit the person, they release

5    chemicals.  So they're used in direct targeting, so they

6    target individual people.

7            Then they had different levels of -- I think they

8    had Mark43s and Mark9s, which are different levels of --

9    basically it's OC.  The best way I can describe it is that

10   it's a chemical spray, and it has a long range.  So it's not

11   your typical small chemical spray, but more of a larger

12   chemical spray with a longer range.

13   Q.  Okay.

14   A.  And then you can target a crowd with that versus a

15   person individually.

16   Q.  And when you called for your less lethal squad to

17   respond, did they come?

18   A.  Yes.  A couple of them came.

19   Q.  Okay.  And what happened when they arrived?

20   A.  They came.  They deployed PepperBall system and also

21   FN303, which is similar to the PepperBall system.  And they

22   eventually ran out of chemicals.

23   Q.  In your typical experience with less lethal weapons,

24   when they're -- what is the purpose of using them with a big

25   crowd?

1    A.  Well, you can use them for area denial, for example.

2    Q.  What is area denial?

3    A.  Area denial is -- if I know that a crowd is converging,

4    then I can just, you know, spray the -- put the chemicals

5    down so that it creates like this invisible wall, and then

6    it will start affecting people as they start converging in

7    the area that I set up, like this imaginary police line

8    essentially.

9    Q.  And does that typically work to prevent a crowd from

10   gathering in a certain location?

11   A.  It does.

12          And I failed to mention the smoke also.  So we

13   have smoke.  Smoke kind of does the same thing.  It's

14   obviously visible, and you can deploy the smoke, and it --

15   the smoke is more used for -- either to signal something or

16   to warn people not to protrude into the area.

17   Q.  And you've used those resources before, it sounds like.

18   Is that right?

19   A.  Yes.  Me personally?

20   Q.  You and your squad?

21   A.  Yes.  I'm a less lethal instructor, and I oversee the

22   less lethal team; so yes.

23   Q.  Okay.  You were telling us that at that point in time

24   your squad ran out of these resources.  Does that mean they

25   used them all up?

1   A.  The squad that came to the Rotunda did, correct.

2   Q.  And were those resources successful?  Did they manage to

3   clear that area of rioters?

4   A.  They did -- they were semisuccessful.  I mean, they

5   deterred some of the activity, but it just wasn't enough for

6   the amount of people that we had there.  And those officers

7   had been deploying less lethal at other locations, so we

8   definitely needed the back-up of other teams.

9   Q.  Okay.  The crowd that was in that Rotunda area, did they

10  resist efforts to have them clear the building, or were they

11  generally cooperative?

12  A.  I wouldn't say they were cooperative.  We were trying

13  to -- we had to push them out of the building, so they

14  weren't cooperative.

15          And the more people we pushed out of the building,

16  the more people came in the building.  So it was a difficult

17  process.

18  Q.  So you're in the face of this large crowd.  Why use less

19  lethal resources as opposed to lethal resources like a

20  firearm?

21  A.  So that's a tactical decision.  And like I tell my

22  officers all the time, you need to be able to articulate

23  your use of force.

24          In my experience, I personally don't believe in

25  the area where I was at specifically that lethal force would

1    have been the best course of action.

2              Was it justified?  Yes.

3              Would it have been the best course of action?  In

4    my opinion, no.

5              I think that when you're targeting people with

6    lethal force, you need to target people individually, and

7    you can't just spray a crowd with bullets.  That's not

8    necessarily the appropriate way to handle a use-of-force

9    situation.

10   Q.  Given -- well, I guess -- let me ask you this:  What

11   were the relative numbers there of officers and rioters?

12   A.  I can't tell you -- like where I was at specifically, I

13   can't tell -- give you -- I really don't know.  It was a lot

14   more rioters than officers; I can tell you that.

15   Q.  Would you have had enough ammunition to use lethal force

16   on all of the rioters who were there?

17   A.  No, we would not.

18              So with the specific weapon that most officers

19   carry -- aside from my SWAT team, most officers have a

20   Glock.  It's a handgun.  So you have 15 rounds in a handgun,

21   and you have two magazines to refill on your belt.  So

22   that's another reason why it would not -- in my opinion, it

23   wouldn't be the tactical decision to use force.

24              And also, when you have people who are a group of

25   people like that, you don't know how many of them are armed

1    as well.  So sometimes you meet force with force, so you

2    have to be cognizant of that and cognizant of your backstop

3    and beyond, like what's behind them and what's behind you.

4         I had officers outside the Rotunda as well, so if

5    we were to use lethal force, then we could have risked the

6    lives of the officers that were in the crowd.

7    Q.  Captain Mendoza, from the time that you arrived at the

8    Capitol, what was your objective with respect to the

9    rioters?

10   A.  So when I arrived at the Capitol, at that moment the --

11   I didn't know that the building had been breached until I

12   heard that.

13        Once I arrived at the Capitol is when I heard

14   that -- shortly after that the Rotunda had been breached.

15   So I wasn't aware of the fact that the Lower West Terrace or

16   I think it was the North Wing Door on the other side had

17   already been breached.

18        So my objective, when I arrived, was just to

19   respond to the officers calling for assistance and see what

20   they needed.  And obviously, as a commander, whatever scene

21   I go on, if there's no other commander there, I would take

22   command of that area.

23   Q.  And once you saw that the building itself had been

24   breached, was it your objective or the objective of the

25   Capitol Police overall to clear that building of

1    unauthorized people?

2    A.  Yes, ma'am.  And that's one of the objectives of the

3    civil disturbance unit, is to ensure that the legislative

4    process continues and it's not interrupted or disrupted,

5    so...

6    Q.  With so many unauthorized people in the building at that

7    time, what difference, if any, did it make if there was one

8    more person?

9    A.  Any person that was in the building unauthorized was a

10   disruption to Congress that day.

11          So, like I said, we -- you know, if one person

12   breaches the building, that is a major security concern.

13   Q.  And if there were one location that your officers had

14   succeeded in clearing, would they have been done for the

15   day?  Could they have just gone home?

16   A.  No, ma'am.

17   Q.  Why is that?

18   A.  So once we clear an area that's been breached, then

19   there's an entire process for making sure the building is

20   secure.  So not only do you have to send officers through

21   the building and make sure there's no unauthorized people,

22   no unauthorized objects, no explosive devices, you have to

23   send K-9s and also bomb techs to check the area.

24          So it's not as simple as just clearing the

25   building out.

1    Q.  Okay.  And during the time that you were there -- and

2    I'm going to focus you in as much as you can on to the 2:45

3    to 3:15 time period generally.

4         Were officers fighting rioters in multiple

5    different locations in the Capitol at the same time?

6    A.  Yes, ma'am.

7    Q.  Okay.  And were some of those officers under your

8    command?

9    A.  Yes, ma'am.

10   Q.  All right.

11        MS. PROUT:  Your Honor, I'm about to move to a

12   video that's lengthy.  I don't know if this is a good time

13   to take a break.

14        THE COURT:  Why don't we go until about 12:30.

15        MS. PROUT:  Okay.

16   Q.  All right.  Captain Mendoza, I think I asked you before

17   whether you had reviewed some CCTV specifically in

18   preparation for this case.

19   A.  Yes, ma'am, I have.

20   Q.  Okay.

21        MS. PROUT:  If we can put on your screen a video

22   that's been marked Government's Exhibit 100.

23        And if we can just play the first few seconds for

24   the captain.

25             (Video playing)

1   Q.  Okay.  So this is a 16-minute video.  Do you recognize

2   this video, Captain?

3   A.  Yes, ma'am.

4   Q.  Have you seen it in its entirety?

5   A.  Yes.

6   Q.  And is this a montage of CCTV from the Capitol of events

7   that occurred on January 6, 2021?

8   A.  Yes, ma'am.

9   Q.  And is the video preceded by -- each video preceded by

10  sort of a bird's eye map that orients you to where the

11  different locations are?

12  A.  Yes, ma'am.

13  Q.  Are those maps in these videos accurate depictions of

14  what took place on January 6, 2021?

15  A.  Yes, ma'am, they are.

16          MS. PROUT:  The government moves for the admission

17  of Exhibit 100.

18          THE COURT:  Ladies and gentlemen, why don't we

19  pause here.

20          I believe on this video you're going to see a lot

21  of folks who were there that day.  You know, we talked

22  a little bit about this in voir dire, and I reminded you

23  about how you are here to assess the individual conduct of

24  Mr. Barnett.  And he may or may not be -- I haven't seen it,

25  but he may or may not be present in what you see depicted on

```
 1    the video.  And so I just want you to keep that in mind, not
 2    only when you watch this video, but throughout the trial.
 3    Okay?
 4              MR. GEYER:  Your Honor, the Court's indulgence.
 5              (The following is a bench conference
 6               held outside the hearing of the jury)
 7              MR. GEYER:  I apologize, Your Honor.  We have
 8    somebody advising us on preserving the record.  I'm told
 9    that there's a distinction with making an oral objection.  I
10    just wanted to do that and point out --
11              THE COURT:  Your objection to this exhibit is
12    noted.
13              MR. GEYER:  Okay.  Thank you, Your Honor.
14              (This is the end of the bench conference)
15              MS. PROUT:  All right.  We are at the ten-second
16    mark of this video.  Can we display -- well, let me move for
17    its admission.  I can't remember if I did.
18              THE COURT:  So moved.
19              MS. PROUT:  Can we display this, please.
20              Just hang on for one minute.
21    BY MS. PROUT:
22    Q.  Captain Mendoza, can you orient us to what we're looking
23    at here?
24    A.  Yes, ma'am.  That's the West Front of the Capitol.
25    Q.  Okay.
```

```
 1              MS. PROUT:  Let's play and pause at 27 seconds,

 2      please, Ms. Rouhi.

 3              (Video playing)

 4      Q.  Okay.  Captain Mendoza, can you orient us to what we're

 5      seeing here, please?

 6      A.  Yes, ma'am.  So that's -- Pennsylvania Avenue is the

 7      street, and that little statue, the area around the statue

 8      is called Peace Circle.  And you can see the bike rack was

 9      actually down on First Street along the circle, and it has

10      at this time been breached.

11      Q.  Okay.

12      A.  So those individuals who are like further east of the

13      statue have breached the perimeter that was set in place,

14      which was depicted by that red line.

15      Q.  Okay.  And is there a time stamp at the top left corner

16      of the video?

17      A.  Yes, ma'am.

18      Q.  Can you see what time this is?

19      A.  Yes, ma'am.  It's 12:57:19 p.m.

20      Q.  If we were to follow this road, Pennsylvania Avenue,

21      from the bottom of the screen up to the top, where would

22      that take us?

23      A.  To the White House.

24      Q.  Okay.  Is that where the Ellipse is?

25      A.  Yes, ma'am.
```

1    Q.  Do you know approximately how far it is from the Ellipse

2    to the Capitol?

3    A.  It's around 1700 Pennsylvania Avenue, so maybe like 17

4    blocks.

5    Q.  Okay.  What's the most direct way to get from The

6    Ellipse to the Capitol?

7    A.  Straight down Pennsylvania Avenue.

8    Q.  Okay.  Had the Capitol building itself been breached at

9    this time, 12:57 p.m.?

10   A.  12:57?  No, ma'am.

11   Q.  Okay.

12          MS. PROUT:  Could we please play to one minute and

13   ten seconds.

14          (Video playing)

15          MS. PROUT:  Actually, let's pause here -- thank

16   you -- at 52 or 53 seconds.

17   Q.  What location is this?

18   A.  That is also the West Front of the Capitol.  That area

19   is called the Lower West Terrace, and that's where we saw

20   the inaugural stage earlier.

21   Q.  Okay.  Thank you.

22          MS. PROUT:  Can you play to 1:10.

23          (Video playing)

24          MS. PROUT:  Okay.  Can we pause here, please, at

25   1:12.

1    Q.  What are we looking at happening right here?

2    A.  There are individuals continuing to breach designated

3    closed areas.  The bike rack kind of at the bottom of this

4    terrace is the bike rack I referenced earlier, which will be

5    the additional layer of defense aside from the other two I

6    pointed out.

7            And so it looks like individuals breaching that

8    area.

9    Q.  Can you circle those bike racks on your screen?

10   A.  Sure.

11           (Witness complies) They go all along here on both

12   sides.

13           MS. PROUT:  Okay.  So let the record reflect that

14   the witness circled, sort of midway vertically and all the

15   way to the left, bike racks in place.

16   Q.  Were there originally bike racks on the right side as

17   well?

18   A.  Yes, ma'am.

19   Q.  Okay.  Are they there now?

20   A.  I don't see them, no, ma'am.

21   Q.  Okay.

22           MS. PROUT:  Can we please play to 1:33.

23           (Video playing)

24   Q.  What side of the Capitol is this?

25   A.  That's the east side.

1    Q.   Okay.  If we look straight back in this building at the

2    archway door that I've circled, what door is that?

3    A.   That's the Rotunda door.

4    Q.   Okay.  Or sometimes called the East Rotunda Door?

5    A.   The East Rotunda Door is sometimes what it's called,

6    yes.

7    Q.   Okay.  And again this is at 1:59 p.m.  Had the Capitol

8    building been breached at this time?

9    A.   No, ma'am.

10              MS. PROUT:  Okay.  Can we play to 1:50.

11              (Video playing)

12   Q.   What are we watching happen at this scene at 1:50?

13   A.   Individuals continuing to converge on the Capitol, and

14   there are -- I can see a few officers trying to tell them

15   something.

16   Q.   Okay.  And I'm circling on the screen here about midway

17   up and down on the left.  Are those additional bike racks

18   that had been put in place?

19   A.   Yes, ma'am.

20   Q.   Okay.  And where the rioters are walking toward the

21   building, had there previously been bike rack barriers in

22   place there?

23   A.   Yes, ma'am.  There are actually bike rack further back

24   as well prior to even getting to the plaza itself.

25   Q.   Can you circle those for the jury?

1    A.  You can't see them in this photo.

2    Q.  Okay.  But how are you familiar that there were bike

3    racks there?

4    A.  Designated on the perimeter map that we saw earlier, and

5    also my personal knowledge.

6    Q.  Okay.

7          MS. PROUT:  Let's play to three minutes and 26

8    seconds, please.

9          (Video playing)

10   Q.  What we're watching right now at two minutes, 15

11   seconds, is that the East Rotunda Doors?

12   A.  Yes, ma'am.

13   Q.  Okay.

14          (Video playing)

15   Q.  And what location is this at two minutes and 35 seconds?

16   A.  That's the West Front.

17          (Video playing)

18          MS. PROUT:  Okay.  Let's pause here, please.

19   Q.  Are you familiar with these steps that we're seeing?

20   A.  Yes.

21   Q.  Where are those?

22   A.  Those steps are on the west side of the Capitol

23   building, also on the Senate side, and they lead up to the

24   upper part of the terrace.

25   Q.  And the structure that's in view here, is that a

1    permanent structure or a temporary structure?

2    A.  The inaugural stage?

3    Q.  Is it the inaugural stage that we're looking at?

4    A.  I'm not 100 percent sure.  Which -- are you talking

5    about -- can I touch it?

6    Q.  Sure.

7    A.  Are you talking about this right here?

8    Q.  Yes, the white solid-looking structure in the back of

9    the screen.  Do you know what that is?

10   A.  Yes, ma'am.

11            I would say no.  I think that's part of the

12   inaugural stage.

13   Q.  Okay.  To the right of that where we see some

14   scaffolding, is that always there or not?

15   A.  No, ma'am.  That's part of the inaugural platform.

16   Q.  Okay.  So are these rioters essentially climbing the

17   inaugural platform or right next to the inaugural platform?

18   A.  Yes, ma'am.

19   Q.  Is this an area that visitors are authorized to be?

20   A.  No, ma'am.  That area is never open to visitors.

21   Q.  Okay.

22            MS. PROUT:  Can we continue the video, please.

23            (Video playing)

24   Q.  Do you recognize the location at three minutes and 53

25   seconds?

```
 1    A.  Yes, ma'am.

 2    Q.  Where is this?

 3    A.  That is the Senate Wing Door.

 4    Q.  And what is the time on the screen, if you can see it?

 5    A.  2:12 and 28.

 6              (Video playing)

 7              MS. PROUT:  Okay.  Can we pause it.

 8    Q.  The person on screen to the left with his hand held out,

 9    is that an officer or a rioter?

10    A.  An officer.

11    Q.  What is that officer doing?

12    A.  He's attempting to engage with the crowd and not allow

13    them entry into the building.

14    Q.  Okay.

15              MS. PROUT:  Let's continue to watch.

16              (Video playing)

17    Q.  This location at about 2:12 or 2:13, was that the first

18    location that the Capitol building was breached that day?

19    A.  Yes, ma'am.  Yes, ma'am, it was.

20              (Video playing)

21              MS. PROUT:  Okay.  Can we pause here.

22    Q.  Do you recognize this location?

23    A.  Yes, ma'am.

24    Q.  Where is this?

25    A.  The area -- an area on the West Front of the Capitol.
```

1    Q.  The individuals at the bottom of the screen in navy

2    jackets, some with helmets, who are those people?

3    A.  Some of them are Metropolitan D.C. police, and some of

4    them are Capitol Police.

5    Q.  Okay.  They're all members of law enforcement?

6    A.  Yes, ma'am.

7    Q.  And what are they attempting to do here?

8    A.  They're attempting to hold the crowd back.

9    Q.  And are they acting in their official duty, or just

10   doing whatever they want to do?

11   A.  Acting in their official duty.

12   Q.  Okay.

13           MS. PROUT:  Let's keep watching.

14           (Video playing)

15   Q.  Are you familiar with this location that we're seeing at

16   six minutes and 17 seconds?

17   A.  Yes, ma'am.

18   Q.  Where is this?

19   A.  That's a hallway within the Capitol building near

20   Speaker Pelosi's office.

21           (Video playing)

22   Q.  And what's the time on the screen?  Can you see it?

23   A.  It looks like 2:16 p.m.

24           (Video playing)

25           MS. PROUT:  Okay.  Can we pause it here.

```
1    Q.  Do you recognize anything in this video?

2    A.  I recognize myself.

3    Q.  Can you circle yourself for the jury.

4    A.  Sure.  (Witness complies)

5    Q.  Okay.

6         MS. PROUT:  Let the record reflect the witness

7    circled the officer in the white shirt.

8    Q.  Where is this location in the Capitol?

9    A.  That's in the Crypt on the first floor.

10   Q.  Okay.  In relation to the Rotunda on the second floor,

11   where is the Crypt?

12   A.  The Rotunda is directly above the Crypt.

13   Q.  Okay.  So this scene we're looking at is on the first

14   floor?

15   A.  Yes, ma'am.

16         MS. PROUT:  And this is 2:26.

17   Q.  Can you orient us.  When you described your day to us,

18   at what point in the day are we looking at here?

19   A.  You said what point in the day?

20   Q.  Let me try a better question.

21         Relative to when you arrived at the Capitol, where

22   is this?

23   A.  I had just arrived maybe 15 minutes prior to this.

24   Q.  Okay.  And you had described encountering some officers

25   who were getting overrun.  Is this that moment, or is this a
```

1    different moment?

2    A.  This is a different moment.

3    Q.  Okay.

4    A.  When I initially came into the door, there's a hallway

5    right inside the door.  It would have been at that location.

6    Q.  Okay.

7            MS. PROUT:  Let's continue to watch, please.

8            (Video playing)

9            MS. PROUT:  Okay.  Can we pause here.

10   Q.  The officers next to you, who are -- are they Capitol

11   Police officers or some other law enforcement officers?

12   A.  Capitol Police.

13   Q.  And what are they attempting to do here?

14   A.  Attempting to hold the crowd back.

15   Q.  And why are they doing that?

16   A.  Well, because the building's restricted, and they're

17   trying to ensure that those individuals don't get to members

18   of Congress.

19   Q.  Okay.

20           MS. PROUT:  Let's keep watching.

21           (Video playing)

22           MS. PROUT:  Can we pause.

23   Q.  We saw on the screen, I don't know, maybe eight or ten

24   officers.  Was there a whole battalion of officers behind

25   them off screen that we're not seeing?

```
 1    A.  I can't tell you, to be honest, because I can't see
 2    that, and I wouldn't remember.
 3              But there were several platoons of officers in the
 4    building --
 5    Q.  Okay.
 6    A.  -- in various locations, so...
 7    Q.  How did the number of officers in the various platoons
 8    compare to the number of rioters?
 9    A.  There were significantly more, I'm told 58 to 1, 58 to
10    every one officer.
11    Q.  So significantly more rioters?
12    A.  Yes.
13              MS. PROUT:  Okay.  Let's continue to play.
14              (Video playing)
15              MS. PROUT:  Can we pause it here.
16    Q.  Do you recognize yourself in this video, Captain?
17    A.  I didn't, but yes, I do.
18    Q.  Can you circle yourself.
19    A.  (Witness complies)  Yes, I didn't see that.
20              MS. PROUT:  Let the record reflect the captain
21    circled the officer in the white at the bottom of the
22    screen.
23    Q.  Is this a scene you hadn't recalled before looking at
24    this?
25    A.  Yes.
```

1   Q.  Okay.

2   A.  You said I had -- I'm sorry, what was the question?

3   Q.  I was just -- you seemed surprised to see yourself.  I

4   was just asking about that.

5   A.  Yes, I just -- I was looking at the crowd.  I wasn't

6   actually paying attention to the bottom of the screen.

7   Q.  Okay.  And what is happening in this scene here?

8   A.  It's hard to tell actually.  Could you play it a little

9   bit more?

10  Q.  Absolutely.

11          MS. PROUT:  Let's continue to play.

12          (Video playing)

13  Q.  Can you see what's happening?

14  A.  Yes.  The only thing I can tell you from that clip is I

15  see unauthorized personnel walking in the building, and it

16  looks like they're chanting.

17  Q.  Okay.  Where is this location at eight minutes and 39

18  seconds?

19  A.  That's the Capitol Visitor's Center.

20  Q.  Is this how it typically looks?

21  A.  No.

22  Q.  How is it different?

23  A.  There's trash on the floors, and it's typically really

24  clean.

25  Q.  Okay.

```
 1                    (Video playing)

 2      Q.   What is the door coming down?

 3      A.   That's a door in the visitor's center.  I guess officers

 4      are trying to keep unauthorized personnel out, but

 5      unfortunately the door has some kind of safety on it, so if

 6      it detects movement, it will lift back up.

 7                    (Video playing)

 8      Q.   What part of the grounds is this at nine minutes and 43

 9      seconds?

10      A.   That's the inaugural stage, which is on the West Front.

11      Q.   We see some officers with yellow jackets.  What part of

12      law enforcement are they?

13      A.   Those are D.C. police officers.

14      Q.   Okay.  Metropolitan Police officers?

15      A.   Yes.

16                    (Video playing)

17      Q.   At 10:37, is this the location that you described being

18      in the East Rotunda Door location?

19      A.   Yes.  What time did you say?

20      Q.   I was looking at just the time stamp of 10:37.

21                    MS. PROUT:  Can we go back, Ms. Rouhi.  Sorry.

22                    (Pause)

23                    MS. PROUT:  And can we pause that, please.  So at

24      minute -- ten minutes and 35 seconds.

25      Q.   What is the time stamp of this scene?
```

```
 1   A.  That's 2:36 and 43 seconds p.m.

 2   Q.  Okay.

 3            MS. PROUT:  Can we continue to play.

 4            (Video playing)

 5   Q.  What are the Capitol police officers doing here at two

 6   minutes and 36 seconds, or sorry, 2:36 p.m.?

 7            MS. PROUT:  Can we pause that.

 8   A.  It appears they're trying to keep the door secure so

 9   more people don't come inside the building.

10   Q.  Okay.

11            MS. PROUT:  We can play.  Thank you.

12            (Video playing)

13   Q.  What's the time stamp now?

14   A.  2:38:38 p.m.

15            (Video playing)

16            MS. PROUT:  Can we pause here.

17   Q.  We're seeing some hand-to-hand combat here.  Under what

18   conditions are Capitol police officers authorized to engage

19   in hand-to-hand combat?

20   A.  Well, like I said earlier, hand-to-hand combat is

21   considered use of force, so officers are authorized to use

22   hand-to-hand combat to diffuse a situation that's something

23   more than verbal and -- or accomplish, like in this

24   situation, a task or a mission.

25            So the mission in this -- here would be to keep
```

 1   people from coming into the building.  So, I mean, you can

 2   try verbal commands, if possible.  If those don't work, then

 3   you can escalate to defensive tactics.

 4   Q.  And I think you told us earlier that when Capitol Police

 5   take an oath, that oath includes to protect the Capitol

 6   building; is that correct?

 7   A.  Yes.

 8   Q.  Okay.

 9        MS. PROUT:  We can continue to play.

10        (Video playing)

11        THE COURT:  Counsel, how much longer do you have

12   with the video?

13        MS. PROUT:  This video has about five more

14   minutes, so maybe about ten of questioning.

15        THE COURT:  All right.  Why don't we wrap that up

16   and then take our lunch break.

17        MS. PROUT:  Absolutely.

18        (Video playing)

19   Q.  At 12 minutes and 33 seconds is this the same Senate

20   Wing Door that we previously saw being breached?

21   A.  Yes, ma'am.

22   Q.  What's happening here?

23   A.  It looks like a platoon of officers somewhat gaining

24   control of that door.  I don't know if, you know, they

25   pushed those individuals out or not, but they're holding

1    personnel from coming back into the building or into the

2    building.

3    Q.  What's the time stamp of this video?

4    A.  It's 2:48:41 p.m.

5              (Video playing)

6              MS. PROUT:  Can we pause here.

7    Q.  Captain Mendoza, do you see those velvet ropes at minute

8    13:34 in this picture?

9    A.  Yes, ma'am.

10   Q.  What are those ropes typically there for, do you know?

11   A.  To designate an area that's off limits.

12   Q.  Okay.  And are the ropes intact as they're meant to be

13   in this picture?

14   A.  No.

15   Q.  Okay.

16             MS. PROUT:  Let's keep playing.

17             (Video playing)

18   Q.  The folks in the uniforms, the yellow and black

19   uniforms, who are they with?

20   A.  Metropolitan D.C. police.

21             (Video playing)

22   Q.  Is this the East Rotunda Doors again?

23   A.  Yes, ma'am.

24   Q.  And what's the time of this?

25   A.  It looks like 3:28:10 p.m.

1    Q.  Okay.  It looks like there's Metropolitan Police and

2    Capitol Police.  Were they working together that day?

3    A.  Yes, ma'am.

4    Q.  What side of the building is this?

5    A.  That's the -- oh, that's the west side of the building.

6              (Video playing)

7              MS. PROUT:  Okay.  We can stop the video.

8    Q.  What's the time stamp on this last clip that we're

9    looking at?

10   A.  4:30 and 40 seconds p.m.

11   Q.  Captain Mendoza, without getting into the exact location

12   of the vice president, are you aware of where he was

13   generally during the time of this video that we just watched

14   from between 12:57 p.m. and 4:30 p.m.?

15   A.  No, ma'am.  I'm just aware that he's inside the

16   building.

17   Q.  Inside the Capitol building?

18   A.  Yes, ma'am.

19             MS. PROUT:  Okay.  Maybe we should pause now.

20             THE COURT:  Okay.  Ladies and gentlemen, let's

21   take our lunch break.  It's 12:35.  Why don't we reconvene

22   at 1:45.  All right?

23             No discussions about the case.  No research about

24   the case.  Have a nice lunch.

25             (Whereupon the hearing was adjourned at 12:37 p.m.)

**'**

**'18** [1] - 139:9
**'19** [1] - 139:9
**'21** [3] - 139:2, 139:21, 147:19
**'23** [1] - 139:3

**0**

**0.68** [1] - 228:3
**0600** [1] - 213:6
**08077** [1] - 130:7

**1**

**1** [4] - 159:14, 178:7, 192:17, 247:9
**10** [1] - 193:16
**10-33** [3] - 219:7, 219:14, 219:16
**10-33s** [3] - 219:5, 219:18, 224:14
**100** [3] - 234:22, 235:17, 242:4
**10016** [1] - 130:3
**101** [6] - 159:1, 159:5, 159:11, 178:6, 183:11, 187:17
**102** [1] - 202:5
**1041.002** [1] - 206:20
**10:00** [1] - 156:25
**10:37** [2] - 249:17, 249:20
**10:45** [1] - 188:15
**11** [1] - 129:4
**114** [1] - 202:5
**116** [2] - 206:7, 206:14
**11:00** [1] - 188:15
**12** [1] - 251:19
**12:30** [1] - 234:14
**12:35** [1] - 253:21
**12:37** [1] - 253:25
**12:57** [3] - 238:9, 238:10, 253:14
**12:57:19** [1] - 237:19
**130** [1] - 130:6
**1330** [1] - 193:23
**13:34** [1] - 252:8
**14** [1] - 136:14
**1400** [1] - 219:23
**141** [1] - 130:6
**1415** [2] - 219:22, 219:24
**15** [4] - 193:16, 231:20, 241:10, 245:23
**1500** [3] - 193:11, 193:20, 193:22
**1512** [1] - 154:12

**16** [2] - 156:22, 157:2
**16-minute** [1] - 235:1
**17** [2] - 238:3, 244:16
**1700** [3] - 200:20, 238:3
**18** [5] - 161:18, 207:21, 207:25, 214:10, 214:19
**1:00** [11] - 152:13, 155:15, 157:9, 167:5, 167:6, 167:9, 167:10, 167:11, 167:13, 167:16, 194:7
**1:10** [1] - 238:22
**1:12** [1] - 238:25
**1:15** [1] - 156:5
**1:21-cr-00038-CRC-1** [1] - 129:4
**1:30** [2] - 193:23, 194:9
**1:33** [1] - 239:22
**1:45** [1] - 253:22
**1:50** [2] - 240:10, 240:12
**1:59** [1] - 240:7

**2**

**2** [1] - 207:15
**20** [2] - 191:1, 192:6
**200** [3] - 191:16, 221:16, 221:23
**20001** [1] - 130:15
**2013** [1] - 139:12
**2018** [2] - 139:12, 140:17
**2019** [4] - 139:6, 141:11, 142:7, 142:18
**202** [2] - 129:22, 140:20
**202-354-3187** [1] - 130:16
**2021** [21] - 139:6, 140:1, 148:14, 170:8, 186:25, 187:3, 191:15, 192:19, 194:21, 195:6, 195:21, 204:21, 209:12, 209:21, 209:24, 211:22, 212:21, 214:16, 215:17, 235:7, 235:14
**2022** [2] - 149:8, 170:6
**2023** [1] - 129:4
**20530** [1] - 129:22
**20th** [1] - 197:11
**21-38** [1] - 132:3

**21209** [1] - 130:10
**23** [1] - 148:14
**24/7** [1] - 202:17
**25** [5] - 172:19, 172:22, 172:25, 182:8, 182:15
**252-7759** [1] - 129:22
**25th** [1] - 130:3
**26** [1] - 241:7
**27** [1] - 237:1
**274-6370** [1] - 129:19
**28** [1] - 243:5
**2833** [1] - 130:10
**2:00** [1] - 157:13
**2:12** [2] - 243:5, 243:17
**2:13** [1] - 243:17
**2:15** [8] - 155:22, 155:25, 156:5, 156:8, 157:16, 157:25, 219:24
**2:16** [2] - 156:10, 244:23
**2:25** [5] - 158:1, 158:3, 160:22, 161:18, 164:18
**2:26** [1] - 245:16
**2:36** [2] - 250:1, 250:6
**2:38:38** [1] - 250:14
**2:43** [2] - 161:16, 164:24
**2:43:10** [2] - 161:1, 161:2
**2:45** [1] - 234:2
**2:48:41** [1] - 252:4

**3**

**3** [2] - 156:21, 157:2
**30** [1] - 187:11
**300** [5] - 191:12, 191:16, 191:17, 221:23
**303** [1] - 130:6
**30303** [1] - 129:14
**305** [1] - 191:13
**3200** [1] - 129:18
**33** [1] - 251:19
**331** [1] - 130:10
**333** [1] - 130:15
**33602** [1] - 129:18
**35** [2] - 241:15, 249:24
**36** [1] - 250:6
**365** [1] - 202:19
**39** [1] - 248:17
**399** [1] - 216:21
**3:00** [4] - 193:20, 194:2, 194:6, 216:8
**3:15** [1] - 234:3
**3:28:10** [1] - 252:25

**3D** [1] - 195:3

**4**

**40** [1] - 253:10
**400** [1] - 129:17
**404** [1] - 129:15
**43** [2] - 249:8, 250:1
**443** [1] - 130:11
**4:00** [2] - 216:4, 216:8
**4:30** [2] - 253:10, 253:14

**5**

**500,000** [1] - 185:24
**52** [1] - 238:16
**53** [2] - 238:16, 242:24
**58** [2] - 247:9
**581-6105** [1] - 129:15

**6**

**6** [18] - 147:19, 186:25, 187:3, 191:15, 192:19, 194:21, 195:6, 195:21, 204:21, 209:12, 209:21, 209:24, 211:22, 212:21, 214:16, 215:17, 235:7, 235:14
**601** [1] - 129:21
**607-5708** [1] - 130:7
**6718** [1] - 130:14
**6:00** [1] - 150:4
**6:30** [1] - 150:4
**6th** [40] - 133:2, 139:21, 140:1, 141:19, 147:16, 147:21, 148:6, 148:16, 148:23, 149:2, 149:11, 149:17, 149:20, 150:3, 150:6, 151:10, 158:17, 163:9, 164:10, 165:8, 166:13, 168:3, 168:13, 168:16, 169:10, 169:18, 169:21, 170:3, 176:13, 176:16, 177:18, 179:17, 181:4, 195:10, 196:25, 197:7, 211:20, 215:23, 216:3, 217:22

**7**

**7-2502.15** [1] - 207:21
**75** [1] - 129:14
**757-9537** [1] - 130:4
**7th** [2] - 168:20, 168:23

**8**

**8** [1] - 136:9
**813** [1] - 129:19
**813-0141** [1] - 130:11
**820** [2] - 194:18, 194:24
**821** [2] - 209:18, 211:1
**822** [3] - 197:21, 197:22, 198:1
**823** [2] - 198:4, 198:6
**824** [2] - 213:11, 213:15
**825** [3] - 214:24, 214:25, 215:3
**856** [1] - 130:7
**8th** [2] - 149:8, 149:23

**9**

**917** [1] - 130:4
**99** [1] - 130:3
**9:00** [2] - 158:14, 158:15
**9:20** [1] - 129:5

**A**

**a.m** [1] - 129:5
**able** [18] - 137:11, 154:12, 160:25, 162:8, 162:12, 162:15, 162:18, 162:21, 164:14, 170:21, 171:2, 171:9, 171:13, 186:21, 204:20, 222:22, 227:7, 230:22
**absolutely** [2] - 248:10, 251:17
**access** [2] - 202:24, 203:7
**accommodate** [1] - 189:19
**accomplish** [1] - 250:23
**accurate** [9] - 147:14, 161:4, 161:13, 194:20, 197:22, 209:19, 213:12, 214:25, 235:13
**accused** [2] - 165:9,

255

175:19
**acting** [3] - 168:6, 244:9, 244:11
**action** [2] - 231:1, 231:3
**Action** [1] - 129:3
**actions** [3] - 165:14, 166:7
**activity** [2] - 191:4, 230:5
**actual** [3] - 154:1, 217:3, 217:8
**add** [2] - 134:6
**addition** [1] - 195:11
**additional** [8] - 137:10, 142:9, 205:4, 209:12, 215:12, 215:19, 239:5, 240:17
**address** [1] - 189:14
**adjacent** [1] - 222:16
**adjourn** [1] - 180:8
**adjourned** [4] - 179:23, 179:24, 180:25, 253:25
**admission** [8] - 194:23, 197:25, 206:13, 210:25, 213:14, 214:18, 235:16, 236:17
**admit** [2] - 202:5, 215:3
**admitted** [1] - 198:5
**admonish** [1] - 135:1
**advanced** [1] - 151:9
**advise** [1] - 135:2
**advising** [1] - 236:8
**affecting** [1] - 229:6
**affirmatively** [1] - 136:8
**age** [2] - 207:22, 207:25
**agency** [3] - 204:17, 226:10, 226:11
**agent** [1] - 188:22
**agents** [1] - 188:21
**agitators** [1] - 148:22
**agreed** [1] - 161:12
**agreement** [6] - 132:22, 133:1, 185:5, 185:13, 185:21, 186:25
**ahead** [4] - 162:1, 182:16, 183:3
**air** [1] - 225:6
**alarmed** [2] - 185:3, 185:13
**alcohol** [1] - 226:9
**ALISON** [1] - 129:13
**alison.prout@usdoj.**

**gov** [1] - 129:15
**allegation** [1] - 175:6
**allegations** [1] - 174:25
**alleged** [1] - 175:1
**allow** [3] - 136:15, 175:11, 243:12
**allowed** [5] - 133:10, 133:11, 205:7, 205:19, 205:24
**allows** [3] - 180:24, 181:1
**almost** [1] - 139:15
**Amendment** [1] - 191:4
**America** [1] - 132:3
**AMERICA** [1] - 129:3
**American** [1] - 176:9
**ammunition** [2] - 206:20, 231:15
**amount** [3] - 180:18, 213:24, 230:6
**analysis** [1] - 166:9
**answer** [2] - 163:20, 166:21
**answers** [1] - 136:8
**anticipated** [1] - 217:24
**apart** [4] - 203:22, 212:8, 212:10, 212:12
**apologies** [3] - 147:14, 159:8, 161:24
**apologize** [4] - 134:4, 157:8, 210:19, 236:7
**appear** [1] - 162:3
**APPEARANCES** [2] - 129:12, 130:1
**appellate** [1] - 154:4
**approach** [4] - 143:4, 143:5, 169:4, 214:11
**approached** [1] - 188:21
**appropriate** [1] - 231:8
**archway** [1] - 240:2
**area** [34] - 150:13, 196:5, 200:12, 210:14, 210:15, 211:19, 211:21, 212:6, 223:9, 223:11, 224:6, 225:10, 226:2, 227:12, 227:13, 229:1, 229:2, 229:3, 229:7, 229:16, 230:3, 230:9, 230:25, 232:22, 233:18, 233:23, 237:7, 238:18, 239:8, 242:19,

242:20, 243:25, 252:11
**Area** [1] - 215:14
**area's** [1] - 212:17
**areas** [7] - 203:8, 205:12, 212:4, 217:2, 227:11, 239:3
**armed** [1] - 231:25
**Arms** [10] - 146:13, 146:16, 146:17, 146:20, 146:22, 147:7, 147:12, 148:15, 151:15
**arrested** [1] - 169:11
**arrive** [5] - 150:3, 157:19, 219:20, 219:25, 226:14
**arrived** [8] - 220:11, 228:19, 232:7, 232:10, 232:13, 232:18, 245:21, 245:23
**art** [1] - 145:16
**article** [6] - 140:16, 141:10, 141:25, 142:23, 143:22, 144:1
**articles** [4] - 141:16, 141:21, 141:25, 142:2
**articulate** [1] - 230:22
**aside** [3] - 173:7, 231:19, 239:5
**assaulted** [1] - 219:12
**assess** [1] - 235:23
**assigned** [2] - 192:22, 193:4
**assist** [4] - 200:16, 208:3, 225:19, 226:23
**assistance** [7] - 217:12, 218:16, 218:17, 220:13, 220:14, 225:20, 232:19
**assistant** [4] - 139:11, 168:6, 168:8, 190:23
**assume** [1] - 171:6
**assumed** [2] - 194:14, 216:14
**assuming** [1] - 225:8
**ATF** [4] - 225:19, 225:20, 226:8, 226:13
**Atlanta** [1] - 129:14
**attempting** [5] - 243:12, 244:7, 244:8, 246:13, 246:14
**attend** [1] - 179:4

**attending** [1] - 178:21
**attention** [1] - 248:6
**attorney** [1] - 137:22
**Attorney's** [4] - 169:17, 169:20, 169:24, 170:5
**ATTORNEY'S** [3] - 129:13, 129:17, 129:21
**audio** [4] - 200:21, 200:22, 200:23, 200:24
**August** [1] - 139:12
**authorized** [9] - 185:20, 187:22, 203:1, 203:6, 203:18, 204:3, 242:19, 250:18, 250:21
**authorizing** [1] - 187:1
**available** [1] - 187:6
**Avenue** [9] - 130:3, 130:10, 130:15, 209:1, 209:3, 237:6, 237:20, 238:3, 238:7
**average** [11] - 154:13, 170:12, 170:17, 170:20, 170:24, 170:25, 171:12, 172:22, 173:7, 173:14, 182:4
**avoid** [5] - 150:6, 150:25, 151:2, 227:16, 227:18
**aware** [20] - 134:22, 135:18, 144:4, 147:15, 147:17, 147:18, 148:14, 148:17, 148:19, 148:22, 156:24, 166:15, 167:14, 188:24, 217:21, 218:22, 220:22, 232:15, 253:12, 253:15

## B

**back-up** [1] - 230:8
**background** [1] - 203:13
**backstop** [1] - 232:2
**bad** [1] - 193:18
**badge** [2] - 216:19, 221:12
**badged** [3] - 220:21, 221:8, 221:16
**badges** [1] - 203:7
**bag** [1] - 204:1
**bags** [2] - 203:25,

204:5
**ballots** [5] - 152:9, 153:16, 158:5, 163:9, 177:2
**ballpark** [2] - 185:19, 185:22
**Baltimore** [1] - 130:10
**banging** [3] - 221:18, 222:1, 222:3
**bangs** [1] - 226:23
**banister** [1] - 225:2
**BARNETT** [1] - 129:6
**Barnett** [26] - 132:4, 135:2, 138:4, 154:11, 158:16, 161:15, 162:4, 162:24, 163:11, 163:18, 163:23, 164:10, 164:23, 165:1, 165:9, 165:13, 166:18, 172:1, 172:25, 174:25, 175:17, 176:13, 176:15, 177:9, 181:9, 235:24
**Barnett's** [1] - 137:25
**barricade** [1] - 202:25
**barriers** [3] - 133:15, 209:13, 240:21
**based** [4] - 152:19, 162:8, 164:9, 172:17
**basis** [1] - 154:13
**bats** [2] - 151:6, 151:19
**battalion** [1] - 246:24
**beard** [1] - 162:20
**beautiful** [1] - 145:14
**become** [1] - 219:12
**becoming** [1] - 191:18
**Bedford** [1] - 137:23
**Bedford-Stuyvesant** [1] - 137:23
**BEFORE** [1] - 129:10
**begun** [1] - 132:16
**behalf** [3] - 174:25, 193:2, 200:11
**behind** [4] - 212:15, 232:3, 246:24
**bell** [1] - 142:21
**belt** [1] - 231:21
**bench** [8] - 141:13, 142:4, 153:22, 155:2, 210:5, 210:24, 236:5, 236:14
**benefit** [2] - 133:11, 133:12
**BERRET** [2] - 131:3, 137:17
**Berret** [7] - 132:15,

136:25, 137:8,
137:20, 178:14,
183:13, 188:3
**best** [4] - 222:21,
228:9, 231:1, 231:3
**better** [1] - 245:20
**between** [10] - 132:22,
134:23, 152:16,
156:5, 168:22,
179:20, 207:10,
216:8, 221:19,
253:14
**beyond** [2] - 209:13,
232:3
**bifurcated** [1] - 146:19
**big** [3] - 182:14,
213:23, 228:24
**bike** [26] - 209:25,
211:23, 211:24,
211:25, 212:2,
212:7, 212:15,
212:16, 213:1,
213:2, 213:18,
213:21, 213:22,
215:11, 215:19,
237:8, 239:3, 239:4,
239:9, 239:15,
239:16, 240:17,
240:21, 240:23,
241:2
**bikes** [1] - 212:3
**bill** [1] - 180:1
**bipartisan** [2] - 180:2,
180:3
**bird's** [2] - 209:20,
235:10
**bit** [8] - 181:8, 186:2,
194:17, 195:25,
212:9, 215:10,
235:22, 248:9
**black** [1] - 252:18
**Black** [1] - 165:20
**blocks** [1] - 238:4
**blood** [1] - 174:11
**blow** [3] - 206:23,
207:17, 208:9
**blue** [1] - 162:14
**board** [1] - 178:25
**body** [1] - 186:22
**bomb** [2] - 218:21,
233:23
**bottles** [1] - 225:1
**bottom** [6] - 195:12,
195:19, 196:2,
215:10, 237:21,
239:3, 244:1,
247:21, 248:6
**bought** [1] - 150:18
**boundary** [2] - 210:16,
210:17

**box** [1] - 153:17
**boxes** [3] - 153:9,
153:11, 177:5
**BRADFORD** [1] -
130:5
**bradford.geyer@**
**formerfedsgroup.**
**com** [1] - 130:8
**brand** [3] - 150:18,
150:19, 151:1
**brand-new** [3] -
150:18, 150:19,
151:1
**breach** [4] - 160:13,
222:7, 224:2, 239:2
**breached** [4] - 217:4,
223:1, 223:2,
232:11, 232:14,
232:17, 232:24,
233:18, 237:10,
237:13, 238:8,
240:8, 243:18,
251:20
**breaches** [1] - 233:12
**breaching** [1] - 239:7
**break** [10] - 170:13,
171:1, 179:22,
182:4, 188:11,
188:14, 188:21,
234:13, 251:16,
253:21
**break-in** [2] - 171:1,
182:4
**breakfast** [1] - 136:7
**breaking** [2] - 181:19,
187:18
**breaks** [1] - 180:11
**brief** [2] - 179:22,
180:5
**briefing** [2] - 180:2,
180:4
**briefly** [2] - 141:19,
207:25
**bring** [7] - 189:22,
189:23, 205:19,
205:24, 206:3,
210:7, 214:3
**broke** [3] - 171:1,
182:7, 182:10
**Brooklyn** [1] - 137:23
**brought** [3] - 206:21,
208:19, 208:20
**build** [1] - 154:4
**building** [9] - 135:13,
158:23, 181:19,
191:25, 192:2,
192:9, 192:11,
192:13, 192:15,
194:21, 195:4,
195:5, 195:8,

196:17, 198:7,
198:15, 199:23,
202:10, 202:12,
202:22, 202:24,
203:3, 203:4, 203:6,
203:8, 203:16,
203:18, 204:24,
204:25, 205:15,
205:16, 206:22,
208:15, 208:17,
208:20, 209:6,
211:4, 211:6, 215:7,
215:13, 217:6,
217:11, 217:13,
217:15, 219:17,
219:18, 219:19,
220:4, 221:14,
221:21, 221:24,
222:2, 222:20,
222:23, 223:4,
224:2, 225:9, 226:3,
230:10, 230:13,
230:15, 230:16,
232:11, 232:23,
232:25, 233:6,
233:9, 233:12,
233:19, 233:21,
233:25, 238:8,
240:1, 240:8,
240:21, 241:23,
243:13, 243:18,
244:19, 247:4,
248:15, 250:9,
251:1, 251:6, 252:1,
252:2, 253:4, 253:5,
253:16, 253:17
**Building** [2] - 216:12,
216:20
**building's** [1] - 246:16
**buildings** [3] - 191:23,
191:24, 208:13
**bullets** [1] - 231:7
**Bureau** [1] - 149:7
**burglary** [1] - 164:4
**burns** [1] - 134:8
**business** [6] - 179:5,
180:4, 181:1, 181:2,
193:3, 203:5
**button** [2] - 139:24,
141:17
**BY** [9] - 137:19, 142:5,
143:18, 155:3,
160:11, 161:14,
178:13, 190:15,
236:21

**C**

**caliber** [1] - 228:3
**camera** [1] - 200:8
**cameras** [12] - 199:22,

200:16, 200:18,
200:21, 201:3,
201:5, 201:12,
201:16, 201:18,
201:20, 201:25,
202:5
**cameras'** [1] - 201:8
**Campaign** [1] - 179:2
**campus** [2] - 208:25,
209:4
**cancel** [1] - 177:11
**candlelight** [1] -
185:24
**cannot** [1] - 185:2
**capabilities** [1] - 201:8
**capacity** [1] - 139:15
**Capitol** [150] - 132:19,
133:16, 138:19,
139:18, 139:19,
139:21, 140:4,
140:11, 141:3,
142:11, 144:10,
146:25, 147:4,
148:16, 148:23,
150:24, 151:10,
151:13, 151:15,
160:13, 160:15,
161:15, 164:14,
164:16, 164:24,
165:14, 166:16,
167:15, 167:17,
167:23, 168:7,
168:9, 181:10,
181:14, 181:21,
181:23, 183:14,
185:15, 187:25,
190:22, 190:25,
191:1, 191:6, 191:8,
191:18, 191:25,
192:2, 192:6,
192:16, 192:17,
195:4, 196:1, 196:6,
196:13, 196:19,
196:22, 197:15,
197:17, 198:7,
198:8, 198:22,
199:10, 199:19,
199:20, 200:3,
200:19, 201:20,
202:10, 202:12,
202:22, 203:21,
203:22, 204:4,
204:12, 204:13,
204:19, 204:20,
205:9, 205:15,
205:20, 205:25,
206:2, 206:4,
206:10, 206:19,
208:3, 208:14,
208:19, 208:21,

208:23, 208:25,
209:5, 209:6, 209:8,
209:13, 211:6,
211:7, 211:8,
211:13, 211:14,
211:15, 215:7,
215:13, 216:18,
216:21, 217:2,
217:13, 217:15,
218:13, 218:15,
219:2, 219:4,
219:16, 219:21,
219:25, 220:12,
226:13, 232:8,
232:10, 232:13,
232:25, 234:5,
235:6, 236:24,
238:2, 238:6, 238:8,
238:18, 239:24,
240:7, 240:13,
241:22, 243:18,
243:25, 244:4,
244:19, 245:8,
245:21, 246:10,
246:12, 248:19,
250:5, 250:18,
251:4, 251:5, 253:2,
253:17
**Captain** [21] - 134:23,
189:3, 190:6,
195:18, 199:3,
206:8, 206:17,
207:1, 207:19,
208:11, 208:18,
209:19, 212:24,
213:6, 232:7,
234:16, 235:2,
236:22, 237:4,
252:7, 253:11
**CAPTAIN** [2] - 131:6,
190:13
**captain** [11] - 190:22,
191:6, 191:7, 191:8,
194:9, 208:3,
220:19, 225:21,
234:24, 247:16,
247:20
**capture** [5] - 200:21,
200:22, 201:12,
201:16, 201:18
**car** [6] - 150:18,
150:19, 151:1,
151:7, 151:19,
216:10
**cards** [1] - 177:12
**career** [1] - 187:19
**CARNEYS** [1] - 190:19
**CARNEYSHA** [2] -
131:6, 190:13
**Carneysha** [3] - 190:6,

190:19
**carry** [2] - 225:21,
231:19
**Case** [1] - 132:3
**case** [8] - 164:4,
169:13, 171:17,
188:6, 194:15,
234:18, 253:23,
253:24
**Catafalque** [1] -
186:22
**catafalque** [1] - 186:22
**Caucasian** [1] -
162:17
**causing** [1] - 227:8
**CCTV** [11] - 199:25,
200:2, 200:18,
200:21, 201:2,
201:12, 201:18,
201:25, 202:5,
234:17, 235:6
**celebrate** [1] - 225:6
**Center** [3] - 203:22,
204:19, 204:21
**center** [19] - 132:18,
178:25, 183:13,
184:25, 192:17,
195:19, 196:14,
197:17, 197:18,
199:4, 200:6, 200:9,
200:10, 201:4,
205:7, 211:7, 211:8,
248:19, 249:3
**cents** [5] - 172:19,
172:23, 173:1,
182:8, 182:15
**ceremonial** [1] -
153:12
**certain** [4] - 178:20,
201:25, 212:9,
229:10
**certification** [9] -
154:2, 154:19,
164:11, 179:17,
181:4, 181:5,
181:10, 182:1, 205:3
**certifications** [2] -
153:13, 153:14
**certified** [2] - 153:16,
158:5
**certifying** [1] - 152:17
**chamber** [4] - 155:5,
155:8, 155:11,
155:13
**Chamber** [2] - 176:23,
176:25
**chambers** [3] -
146:19, 181:5,
181:17
**change** [2] - 193:7,

216:5
**changed** [3] - 193:8,
193:9, 216:21
**channel** [1] - 138:10
**chanting** [1] - 248:16
**chaotic** [2] - 220:6,
220:7
**charge** [2] - 154:15,
168:17
**charged** [5] - 134:13,
134:24, 135:3,
154:12, 154:15
**charges** [1] - 175:19
**check** [3] - 203:13,
233:23
**chemical** [3] - 228:10,
228:11, 228:12
**chemicals** [5] - 135:6,
226:22, 228:5,
228:22, 229:4
**chest** [1] - 227:14
**chief** [8] - 139:2,
152:2, 152:3, 168:6,
168:8, 179:15,
193:2, 200:11
**CHRISTOPHER** [1] -
129:10
**chronology** [1] -
194:17
**Cinnaminson** [1] -
130:7
**Circle** [1] - 237:8
**circle** [8] - 195:16,
196:21, 198:11,
237:9, 239:9,
240:25, 245:3,
247:18
**circled** [9] - 183:13,
184:12, 195:19,
196:10, 199:4,
239:14, 240:2,
245:7, 247:21
**circling** [3] - 196:17,
198:24, 240:16
**circuit** [1] - 199:19
**circulation** [1] -
173:24
**circumstances** [1] -
153:2
**citizen** [3] - 170:12,
170:20, 170:24
**civil** [8] - 134:13,
146:5, 190:23,
191:2, 191:3,
222:18, 225:23,
233:3
**clarification** [1] -
140:5
**clarified** [1] - 149:13
**clarify** [5] - 155:23,

166:24, 176:24,
217:17, 223:8
**clarifying** [1] - 175:8
**clarity** [1] - 150:1
**classified** [2] - 180:2,
180:3
**clean** [1] - 248:24
**cleaned** [1] - 182:23
**clear** [7] - 181:17,
181:18, 187:9,
230:3, 230:10,
232:25, 233:18
**clearing** [2] - 233:14,
233:24
**clearly** [5] - 162:5,
162:7, 162:10,
163:3, 216:22
**CLEVENGER** [1] -
130:9
**client** [1] - 134:11
**climate** [2] - 140:21,
142:9
**climate-related** [1] -
142:9
**climbing** [1] - 242:16
**clip** [2] - 248:14, 253:8
**close** [2] - 199:12,
199:13
**Closed** [1] - 215:14
**closed** [11] - 132:21,
185:3, 199:19,
204:24, 205:13,
212:5, 212:6,
212:17, 223:16,
223:17, 239:3
**closed-circuit** [1] -
199:19
**clothes** [1] - 216:21
**CNN** [2] - 138:7,
138:11
**code** [1] - 219:14
**Code** [6] - 156:21,
157:2, 207:18,
207:21, 208:4, 208:6
**cognizant** [1] - 232:2
**collateral** [1] - 191:13
**collective** [1] - 136:12
**collegial** [1] - 133:9
**color** [2] - 210:9,
210:21
**COLUMBIA** [1] - 129:1
**Columbus** [3] - 185:3,
187:3, 187:18
**column** [1] - 206:24
**combat** [4] - 250:17,
250:19, 250:20,
250:22
**comfortable** [1] -
137:4
**coming** [11] - 133:16,

164:23, 180:6,
194:6, 222:2, 222:3,
223:20, 226:3,
249:2, 251:1, 252:1
**command** [9] -
191:11, 191:14,
200:6, 200:9,
200:10, 200:12,
201:4, 232:22, 234:8
**commander** [9] -
190:23, 190:24,
192:7, 192:22,
193:1, 200:6,
220:25, 232:20,
232:21
**commands** [1] - 251:2
**Committee** [5] -
147:21, 148:7,
179:2, 217:6, 217:11
**committee** [2] - 148:2,
148:4
**communicate** [1] -
224:11
**communications** [2] -
177:15, 188:24
**compare** [2] - 154:13,
247:8
**compared** [1] - 163:4
**compensation** [3] -
173:3, 173:16, 182:9
**complete** [3] - 164:15,
180:4, 180:6
**completed** [4] - 180:8,
180:25, 181:2,
203:14
**completion** [1] - 148:6
**Complex** [10] - 208:14,
208:19, 208:21,
208:24, 208:25,
209:5, 211:13,
211:14, 211:15,
217:3
**complex** [2] - 146:25,
147:3
**compliance** [1] - 228:3
**complies** [7] - 195:17,
198:12, 199:1,
199:8, 239:11,
245:4, 247:19
**concern** [4] - 151:10,
223:24, 224:3,
233:12
**concerns** [2] - 151:25,
222:5
**conclusions** [1] -
148:1
**conditions** [2] -
210:13, 250:18
**conduct** [1] - 235:23
**confer** [1] - 176:1

**conference** [8] -
141:13, 142:4,
153:22, 155:2,
210:5, 210:24,
236:5, 236:14
**configuration** [1] -
133:15
**confused** [1] - 157:8
**Congress** [19] -
132:22, 153:3,
156:13, 163:7,
164:15, 179:6,
181:16, 184:21,
185:16, 185:19,
191:22, 204:7,
204:10, 204:14,
205:2, 205:17,
220:9, 233:10,
246:18
**Congressman** [4] -
137:24, 145:22,
145:24, 146:2
**congresswoman** [1] -
138:22
**consequence** [1] -
167:21
**consequences** [1] -
227:16
**consider** [2] - 138:15,
183:2
**considered** [3] -
208:22, 211:12,
250:21
**Constitution** [2] -
130:15, 209:3
**constructed** [1] -
196:25
**construction** [1] -
197:3
**contact** [6] - 169:17,
169:20, 169:23,
176:20, 224:19,
224:23
**contain** [3] - 153:12,
153:14
**contaminated** [1] -
174:17
**content** [1] - 142:1
**context** [1] - 160:12
**continue** [14] - 146:1,
156:14, 180:19,
180:24, 180:25,
181:1, 181:18,
242:22, 243:15,
246:7, 247:13,
248:11, 250:3, 251:9
**CONTINUED** [2] -
129:24, 130:1
**continued** [2] - 133:4,
156:12

continues [1] - 233:4
continuing [2] - 239:2, 240:13
contraband [3] - 205:18, 208:16, 208:22
contrast [1] - 154:13
control [1] - 251:24
controls [1] - 201:2
convened [2] - 157:10, 157:11
converge [1] - 240:13
converging [2] - 229:3, 229:6
conversation [4] - 174:24, 175:17, 175:20, 224:8
converted [1] - 207:4
COOPER [1] - 129:10
cooperative [3] - 230:11, 230:12, 230:14
corner [1] - 237:15
corners [6] - 132:23, 133:1, 185:5, 185:12, 185:21, 186:25
coronavirus [1] - 185:24
correct [114] - 138:2, 138:3, 138:4, 138:5, 138:23, 139:3, 139:4, 139:7, 139:10, 139:13, 140:12, 140:14, 140:15, 140:18, 140:19, 142:7, 142:13, 142:14, 143:21, 144:10, 144:11, 144:13, 145:17, 145:20, 146:3, 146:5, 146:7, 146:10, 146:11, 146:13, 146:16, 146:20, 146:21, 149:2, 149:24, 150:11, 150:12, 152:22, 153:7, 153:8, 153:9, 153:14, 153:15, 153:17, 155:5, 155:8, 155:12, 155:18, 156:5, 156:9, 156:11, 156:17, 157:12, 157:16, 157:17, 158:8, 158:17, 158:20, 161:16, 161:17, 161:18, 161:19, 162:24,

164:18, 164:24, 164:25, 165:17, 166:3, 166:13, 167:5, 167:21, 168:4, 168:9, 170:1, 170:6, 171:18, 172:5, 173:1, 174:10, 174:16, 175:6, 175:19, 175:21, 176:5, 176:13, 176:16, 176:17, 176:25, 177:1, 177:3, 177:4, 177:5, 177:6, 177:9, 177:10, 177:12, 177:19, 177:20, 177:24, 177:25, 178:16, 179:19, 184:2, 184:11, 189:6, 197:12, 200:24, 202:18, 209:7, 211:14, 223:19, 226:11, 230:1, 251:6
corresponding [1] - 137:11
couch [1] - 182:22
Counsel [1] - 161:3
counsel [3] - 141:12, 174:22, 251:11
count [3] - 154:19, 158:10, 164:11
counting [2] - 152:8, 152:17
country [2] - 145:25, 174:3
couple [4] - 186:2, 225:17, 225:22, 228:18
course [10] - 133:8, 138:25, 162:23, 184:18, 186:11, 188:7, 189:10, 231:1, 231:3
COURT [97] - 129:1, 132:5, 132:7, 132:13, 133:5, 133:7, 133:20, 134:5, 134:13, 134:18, 134:24, 135:8, 135:10, 135:17, 135:21, 135:25, 136:3, 136:9, 137:2, 137:13, 141:12, 141:15, 141:21, 141:23, 143:3, 143:5, 143:7, 143:11, 143:24, 145:5, 148:12,

148:21, 148:25, 152:7, 154:7, 154:16, 157:6, 159:6, 159:12, 159:16, 159:25, 160:2, 160:5, 160:7, 161:3, 161:7, 161:9, 161:11, 163:16, 163:20, 164:8, 165:12, 166:11, 166:20, 169:5, 169:16, 171:20, 174:22, 175:11, 178:3, 178:8, 178:11, 183:20, 183:25, 188:3, 188:8, 188:10, 188:14, 188:25, 189:3, 189:5, 189:8, 189:11, 189:18, 189:23, 190:1, 190:7, 190:9, 190:11, 195:1, 198:3, 202:8, 206:16, 210:20, 211:2, 213:17, 214:12, 214:20, 214:22, 215:5, 234:14, 235:18, 236:11, 236:18, 251:11, 251:15, 253:20
Court [7] - 130:13, 130:14, 154:16, 188:20, 188:24, 189:14, 196:7
court [2] - 149:23, 188:23
Court's [11] - 137:9, 137:16, 143:2, 159:3, 159:9, 159:22, 160:4, 169:3, 175:13, 210:19, 236:4
Courthouse [1] - 130:14
courtroom [4] - 136:2, 188:17, 189:25, 190:12
COURTROOM [2] - 132:2, 159:7
covered [1] - 174:11
covers [1] - 207:7
COVID [3] - 132:24, 185:24, 186:5
create [1] - 222:7
creates [1] - 229:5
credit [1] - 177:12
crime [5] - 165:10, 170:18, 174:20,

183:3
Criminal [2] - 129:3, 132:3
critical [4] - 192:8, 193:4, 200:13
CROSS [1] - 137:18
cross [8] - 132:15, 135:8, 137:8, 178:14, 179:17, 183:24, 189:15, 210:22
cross-examination [1] - 137:8
CROSS-EXAMINATION [1] - 137:18
cross-examine [2] - 135:8, 189:15
crowd [18] - 221:2, 221:5, 221:15, 221:20, 222:12, 222:19, 228:14, 228:25, 229:3, 229:9, 230:9, 230:18, 231:7, 232:6, 243:12, 244:8, 246:14, 248:5
crown [1] - 226:24
CRR [1] - 130:13
Crypt [3] - 245:9, 245:11, 245:12
cumulative [1] - 134:19
currency [3] - 174:2, 174:5, 174:7
cut [1] - 154:24

## D

D.C [19] - 129:22, 163:6, 170:13, 170:18, 170:20, 170:25, 171:12, 173:8, 173:14, 182:4, 192:17, 207:18, 207:21, 208:4, 208:6, 216:17, 244:3, 249:13, 252:20
D1 [2] - 159:18, 159:24
damage [7] - 150:7, 150:10, 150:14, 150:15, 151:7, 165:21, 165:22
days [1] - 202:19
DC [1] - 130:15
deal [2] - 182:14, 206:20
death [2] - 227:8, 227:10

debate [1] - 180:4
debating [1] - 179:25
decade [1] - 139:15
December [5] - 149:8, 149:22, 170:5, 170:8, 218:11
decide [1] - 136:14
decided [2] - 154:21, 219:1
decision [2] - 230:21, 231:23
declare [1] - 171:14
deescalate [1] - 227:7
defendant [3] - 134:23, 165:7, 181:9
Defendant [1] - 129:7, 130:2
defendant's [1] - 153:25
Defense [4] - 141:9, 159:14, 159:23, 178:7
defense [6] - 154:3, 159:16, 161:11, 188:20, 206:21, 207:24, 208:1, 214:7, 239:5
defensive [1] - 251:3
definitely [2] - 217:16, 230:8
definition [3] - 207:1, 207:7, 207:10
delegation [1] - 204:15
deliberation [1] - 136:13
demands [1] - 144:6
Democratic [3] - 140:21, 217:6, 217:11
demonstration [6] - 194:14, 216:15, 217:20, 217:21, 218:6, 218:8
demonstrations [4] - 218:1, 218:3, 218:5, 218:10
denial [3] - 229:1, 229:2, 229:3
denied [2] - 135:11, 208:17
department [4] - 193:2, 193:5, 200:11, 217:10
depicted [2] - 235:25, 237:14
depictions [1] - 235:13
deploy [5] - 225:24, 225:25, 226:1,

226:22, 229:14
**deployed** [1] - 228:20
**deploying** [1] - 230:7
**DEPUTY** [2] - 132:2, 159:7
**deputy** [3] - 139:2, 190:12
**describe** [4] - 162:9, 187:16, 223:7, 228:9
**described** [4] - 224:17, 245:17, 245:24, 249:17
**descriptions** [1] - 146:24
**designate** [4] - 178:19, 179:6, 212:4, 252:11
**designated** [11] - 194:4, 203:20, 205:12, 211:19, 211:21, 212:6, 221:2, 223:4, 239:2, 241:4
**designed** [1] - 207:3
**desk** [14] - 138:1, 162:24, 163:2, 168:2, 169:12, 170:14, 170:21, 171:2, 171:13, 173:1, 173:4, 173:15, 177:22, 177:23
**destruction** [1] - 208:17
**detail** [5] - 146:10, 155:18, 157:18, 168:19, 215:22
**details** [2] - 194:19, 201:7
**detector** [1] - 204:2
**detectors** [1] - 223:22
**detects** [1] - 249:6
**determinative** [1] - 180:18
**deterred** [1] - 230:5
**device** [4] - 207:3, 217:8, 217:14, 218:21
**devices** [4] - 207:10, 207:11, 217:2, 233:22
**difference** [3] - 152:16, 179:20, 233:7
**different** [20] - 140:9, 149:24, 150:13, 171:7, 183:18, 184:12, 184:17, 185:1, 195:9, 211:4, 216:24, 226:1, 226:23, 228:7,

228:8, 234:5, 235:11, 246:1, 246:2, 248:22
**difficult** [2] - 212:9, 230:16
**diffuse** [1] - 250:22
**dignitary** [1] - 168:17
**dime** [1] - 174:5
**dire** [1] - 235:22
**DIRECT** [1] - 190:14
**direct** [4] - 133:4, 170:15, 228:5, 238:5
**directed** [1] - 135:14
**direction** [1] - 223:3
**directions** [2] - 211:5, 226:1
**directive** [4] - 206:2, 206:19, 207:16
**directly** [5] - 183:24, 198:14, 217:14, 222:16, 245:12
**director** [2] - 139:5, 139:8
**disable** [1] - 207:5
**disagreement** [1] - 165:8
**disarming** [1] - 185:16
**discuss** [1] - 188:5
**discussed** [3] - 169:9, 175:6, 183:22
**discussing** [1] - 175:2
**discussions** [1] - 253:23
**dismiss** [1] - 154:1
**disobedience** [1] - 146:5
**disorder** [1] - 134:13
**dispatcher** [2] - 216:12, 216:22
**dispense** [1] - 136:18
**dispersing** [1] - 226:24
**display** [2] - 236:16, 236:19
**displayed** [1] - 168:2
**disrupted** [1] - 233:4
**disruption** [1] - 233:10
**distance** [1] - 199:11
**distinction** [1] - 236:9
**distinguish** [1] - 207:10
**distract** [1] - 225:8
**distressing** [1] - 164:3
**DISTRICT** [3] - 129:1, 129:1, 129:10
**disturbance** [6] - 190:23, 191:2, 191:3, 222:18, 225:23, 233:3
**division** [1] - 168:18

**Division** [1] - 190:24
**document** [2] - 143:14, 175:14
**domestic** [1] - 171:15
**done** [4] - 154:4, 218:4, 233:14
**Door** [7] - 198:8, 223:18, 225:10, 240:4, 240:5, 243:3, 251:20
**door** [37] - 198:14, 198:17, 199:15, 203:19, 220:5, 220:18, 220:21, 220:23, 221:10, 221:11, 221:18, 222:1, 222:6, 222:10, 222:16, 223:16, 223:17, 223:18, 223:21, 224:22, 224:24, 225:4, 225:24, 226:2, 232:16, 240:2, 240:3, 246:4, 246:5, 249:2, 249:3, 249:5, 249:18, 250:8, 251:24
**doors** [17] - 160:13, 160:14, 184:7, 184:20, 185:2, 185:3, 185:4, 185:7, 185:11, 185:14, 185:22, 186:4, 186:15, 187:3, 187:18, 203:19
**Doors** [4] - 199:11, 201:13, 241:11, 252:22
**doorway** [4] - 221:14, 221:15, 222:17, 223:9
**dots** [1] - 215:14
**down** [13] - 139:25, 155:5, 181:5, 189:12, 197:14, 203:24, 209:11, 215:24, 229:5, 237:9, 238:7, 240:17, 249:2
**downstairs** [1] - 197:18
**dozen** [1] - 141:6
**DPD** [2] - 168:18, 168:19
**draw** [1] - 195:13
**drawing** [2] - 195:3, 195:4
**drew** [1] - 148:2
**Drive** [1] - 129:14
**drive** [4] - 149:17,

151:15, 202:23, 203:1
**driving** [1] - 150:6
**drove** [9] - 149:1, 149:13, 149:15, 149:18, 150:12, 212:22, 212:24, 213:1, 213:4
**due** [1] - 204:24
**duplicative** [1] - 154:25
**during** [11] - 135:7, 139:17, 139:20, 143:19, 143:25, 149:10, 188:20, 192:6, 215:23, 234:1, 253:13
**duties** [1] - 192:24
**duty** [2] - 244:9, 244:11

**E**

**early** [1] - 197:9
**East** [12] - 183:13, 198:8, 199:11, 201:13, 211:11, 220:2, 223:18, 225:10, 240:4, 240:5, 241:11, 252:22
**east** [9] - 132:19, 160:13, 160:14, 196:6, 196:7, 209:2, 237:12, 239:25, 249:18
**easy** [1] - 212:7
**echelon** [2] - 170:22, 171:3
**effect** [3] - 163:12, 164:5, 219:13
**efforts** [1] - 230:10
**eight** [2] - 246:23, 248:17
**either** [4] - 203:3, 203:8, 219:11, 229:15
**eject** [1] - 207:11
**election** [1] - 164:11
**electoral** [1] - 205:3
**electorial** [1] - 177:2
**electors** [1] - 158:5
**electric** [1] - 207:5
**electrodes** [2] - 207:11, 207:12
**Ellipse** [3] - 237:24, 238:1, 238:6
**email** [5] - 168:22, 168:25, 169:8, 169:14, 175:2

**EMILY** [2] - 131:3, 137:17
**employee** [1] - 208:14
**encountering** [1] - 245:24
**encounters** [1] - 208:14
**end** [8] - 136:11, 142:4, 148:9, 155:2, 188:5, 210:24, 222:15, 236:14
**ended** [2] - 134:3, 222:16
**energy** [1] - 140:20
**enforce** [1] - 133:23
**enforcement** [8] - 204:17, 208:4, 226:6, 226:10, 226:11, 244:5, 246:11, 249:12
**engage** [2] - 243:12, 250:18
**ensure** [4] - 205:17, 212:16, 233:3, 246:17
**enter** [7] - 159:9, 187:7, 187:22, 198:13, 203:18, 204:20, 205:15
**entered** [10] - 140:4, 140:14, 141:2, 141:20, 161:15, 181:10, 181:14, 181:20, 181:23, 199:15
**entering** [6] - 151:10, 164:15, 187:18, 198:14, 199:10, 203:16
**enters** [2] - 136:2, 189:25
**entire** [3] - 202:16, 211:7, 233:19
**entirety** [1] - 235:4
**entrance** [1] - 208:15
**entrances** [1] - 204:4
**entry** [2] - 208:17, 243:13
**envelope** [15] - 171:23, 172:2, 172:5, 172:15, 172:19, 172:22, 173:4, 173:8, 173:10, 173:12, 173:15, 174:21, 182:7, 182:14, 182:21
**erected** [1] - 197:1
**escalate** [1] - 251:3
**escorted** [3] - 203:5,

204:16, 205:11
**especially** [1] - 221:1
**ESQ** [6] - 129:13,
129:16, 129:20,
130:2, 130:5, 130:9
**essentially** [4] - 209:3,
222:11, 229:8,
242:16
**establish** [3] - 134:14,
134:20, 141:18
**established** [1] -
154:10
**estimate** [2] - 185:19,
192:5
**evacuated** [3] -
155:21, 157:15
**evening** [1] - 136:6
**event** [5] - 143:9,
144:2, 151:12,
151:13, 152:11
**events** [4] - 132:24,
150:22, 154:11,
235:6
**eventually** [4] -
172:11, 172:12,
223:6, 228:22
**evidence** [6] - 142:1,
159:6, 159:10,
159:23, 166:10,
178:5
**exact** [4] - 155:14,
168:10, 180:15,
253:11
**exactly** [4] - 142:17,
167:17, 213:20,
227:2
**EXAMINATION** [3] -
137:18, 178:12,
190:14
**examination** [3] -
132:16, 133:4, 137:8
**examine** [2] - 135:8,
189:15
**example** [8] - 136:13,
179:25, 180:14,
180:15, 214:3,
214:15, 227:11,
229:1
**exchange** [1] - 168:22
**excused** [1] - 188:4
**exempt** [3] - 204:7,
204:10, 204:14
**exercise** [1] - 207:24
**exhibit** [2] - 159:17,
236:11
**Exhibit** [12] - 141:9,
159:1, 159:11,
159:24, 178:6,
178:7, 183:11,
194:18, 206:14,

214:10, 234:22,
235:17
**exhibits** [2] - 159:14,
159:18
**Exhibits** [1] - 202:5
**exit** [1] - 145:7
**exiting** [2] - 155:7,
155:10
**exits** [2] - 166:5,
188:17
**expect** [1] - 192:21
**expectation** [1] -
132:20
**expected** [2] - 193:6,
217:21
**expecting** [3] - 216:3,
218:8, 218:9
**expensive** [1] - 145:16
**experience** [6] -
133:14, 136:21,
172:17, 172:18,
228:23, 230:24
**expert** [5] - 152:18,
153:18, 172:21,
173:5, 173:7
**explain** [8] - 179:20,
180:14, 181:12,
184:17, 186:10,
208:23, 211:25,
228:1
**explosive** [5] - 217:2,
217:8, 217:14,
218:21, 233:22
**extent** [6] - 143:11,
154:3, 154:20,
166:20, 166:21,
166:22
**exterior** [2] - 132:18,
183:16
**extinguisher** [1] -
225:4
**extremely** [1] - 134:7
**eye** [2] - 209:20,
235:10
**eyes** [3] - 158:19,
164:10, 176:19

## F

**face** [2] - 134:8,
230:18
**faces** [2] - 196:4,
196:7
**fact** [6] - 150:9,
152:21, 154:21,
171:17, 177:24,
232:15
**facts** [1] - 166:10
**factual** [1] - 149:24
**failed** [1] - 229:12

**failures** [1] - 148:15
**fair** [39] - 139:14,
145:1, 145:7, 147:2,
149:22, 151:9,
151:23, 152:11,
152:12, 152:14,
154:12, 156:2,
156:4, 158:2, 158:4,
161:15, 163:11,
163:17, 163:22,
165:16, 165:19,
165:25, 168:11,
170:17, 170:24,
172:14, 172:18,
173:3, 173:16,
174:7, 174:15,
182:8, 194:20,
197:22, 201:9,
209:19, 213:11,
214:25
**Fairchild** [2] - 216:11,
216:20
**fairly** [2] - 199:12,
199:13
**fall** [2] - 191:11,
191:12
**falls** [1] - 207:7
**familiar** [22] - 140:23,
144:22, 146:9,
146:12, 147:6,
156:21, 157:1,
157:5, 160:14,
162:23, 165:17,
172:1, 186:7, 192:2,
192:14, 192:15,
195:13, 200:2,
200:5, 241:2,
241:19, 244:15
**familiarity** [1] - 152:20
**far** [4] - 217:24, 218:8,
224:22, 238:1
**fast** [1] - 161:25
**FBI** [14] - 149:10,
149:14, 149:19,
149:22, 150:5,
150:9, 151:5,
170:15, 170:22,
171:3, 171:9,
171:14, 177:17,
177:21
**feathers** [1] - 135:19
**February** [1] - 148:14
**federal** [2] - 226:10,
226:11
**Federal** [1] - 149:7
**feelings** [1] - 148:1,
181:13
**feet** [4] - 170:14,
170:20, 171:2,
171:13

**fellow** [1] - 194:9
**fence** [1] - 209:4
**fences** [2] - 215:16,
215:24
**fencing** [7] - 211:23,
211:24, 212:13,
212:15, 215:10,
215:13, 215:19
**few** [8] - 132:8,
132:16, 193:15,
193:19, 217:17,
218:4, 234:23,
240:14
**field** [3] - 192:22,
193:1, 219:9
**fighting** [1] - 234:4
**figure** [3] - 145:25,
170:10, 180:17
**filing** [1] - 134:3
**fine** [1] - 154:24
**finish** [2] - 133:21,
148:21
**finished** [1] - 133:8
**fire** [1] - 225:4
**firearm** [1] - 230:20
**firearms** [1] - 226:9
**FIRM** [2] - 130:2, 130:9
**First** [7] - 191:4,
192:17, 203:23,
209:1, 215:8,
215:11, 237:9
**first** [20] - 134:3,
136:13, 138:4,
139:21, 140:2,
141:19, 170:2,
173:12, 178:5,
187:10, 187:11,
207:17, 216:16,
217:19, 219:25,
220:24, 234:23,
243:17, 245:9,
245:13
**five** [6] - 132:17,
157:22, 157:23,
157:24, 157:25,
251:13
**fixed** [1] - 201:6
**flag** [4] - 176:3, 176:4,
176:7, 176:9
**flagpole** [1] - 205:19
**flagpoles** [1] - 225:1
**flags** [1] - 205:19
**flash** [1] - 226:23
**floor** [9] - 157:14,
167:7, 179:25,
198:7, 198:9,
198:14, 245:9,
245:10, 245:14
**Floor** [1] - 130:3
**floors** [1] - 248:23

**Florida** [1] - 129:18
**Floyd** [2] - 144:22,
165:17
**FN303** [1] - 228:21
**focus** [1] - 234:2
**focused** [1] - 169:13
**folks** [2] - 235:21,
252:18
**follow** [1] - 237:20
**following** [4] - 141:13,
153:22, 210:5, 236:5
**FOR** [1] - 129:1
**force** [13] - 207:24,
227:9, 227:13,
230:23, 230:25,
231:6, 231:8,
231:15, 231:23,
232:1, 232:5, 250:21
**forgive** [1] - 138:6
**formation** [1] - 221:2
**Former** [2] - 132:25,
147:6
**FORMERFEDSGRO
UP.COM** [1] - 130:6
**forward** [1] - 161:25
**foundation** [2] -
133:13, 134:10
**four** [7] - 132:23,
133:1, 185:5,
185:12, 185:21,
185:25, 186:25
**Fox** [1] - 138:7
**franking** [3] - 172:21,
173:6, 173:7
**frantically** [1] - 217:12
**free** [3] - 138:23,
151:17, 205:8
**Front** [12] - 166:22,
166:24, 167:1,
183:14, 211:10,
211:11, 220:2,
236:24, 238:18,
241:16, 243:25,
249:10
**front** [1] - 167:18
**full** [4] - 133:11,
190:18, 191:13,
207:18
**fully** [1] - 196:25
**functions** [1] - 212:4
**funerals** [1] - 132:24

## G

**gaining** [1] - 251:23
**Gallagher** [6] - 168:5,
168:17, 168:23,
169:9, 174:24,
175:18
**garage** [5] - 150:20,

150:23, 150:24,
151:2, 151:16
**garbage** [3] - 174:10,
174:13, 174:16
**gathering** [1] - 229:10
**gauge** [1] - 154:10
**general** [4] - 133:20,
173:24, 187:6, 195:8
**generally** [4] - 154:23,
230:11, 234:3,
253:13
**gentlemen** [7] - 136:4,
137:7, 161:11,
188:15, 190:2,
235:18, 253:20
**George** [2] - 144:22,
165:17
**Georgia** [1] - 129:14
**GEYER** [31] - 130:5,
132:6, 133:6, 133:8,
134:2, 134:7,
134:16, 134:22,
135:4, 135:9,
135:23, 178:10,
183:19, 183:21,
189:7, 189:10,
189:16, 189:20,
194:25, 198:2,
202:7, 206:15,
210:3, 210:7,
210:23, 213:16,
214:21, 215:4,
236:4, 236:7, 236:13
**Geyer** [5] - 132:12,
133:3, 133:5, 137:6,
189:5
**Ginsburg** [1] - 132:25
**gist** [1] - 194:7
**given** [3] - 145:20,
186:19, 231:10
**glad** [1] - 136:4
**Glock** [1] - 231:20
**GORDON** [34] -
129:16, 132:11,
132:14, 143:23,
145:4, 148:11,
148:13, 148:20,
148:24, 152:6,
153:20, 153:24,
157:4, 159:13,
160:1, 161:6,
163:13, 163:15,
163:19, 164:7,
165:11, 166:8,
166:19, 169:15,
171:19, 175:7,
175:10, 178:4,
178:13, 183:10,
183:23, 187:9,
187:14, 188:2

**Gordon** [3] - 132:10,
133:20, 178:3
**Gordon)......................
...............178** [1] -
131:4
**Government** [2] -
159:5, 174:8
**government** [21] -
133:12, 134:2,
134:14, 134:19,
159:10, 161:12,
173:22, 173:25,
174:2, 174:15,
186:12, 186:20,
190:5, 197:25,
202:4, 206:13,
210:25, 213:14,
214:18, 215:3,
235:16
**Government's** [19] -
158:25, 178:6,
183:11, 187:17,
194:18, 194:24,
197:21, 197:22,
198:4, 198:6, 206:7,
209:18, 211:1,
213:11, 214:9,
214:19, 214:24,
214:25, 234:22
**government's** [1] -
133:19
**gray** [1] - 162:20
**green** [1] - 140:20
**greetings** [1] - 172:10
**grenadiers** [1] -
226:21
**groin** [1] - 227:14
**GROSS** [1] - 130:9
**gross** [1] - 137:11
**grounds** [16] - 150:24,
187:25, 191:23,
191:24, 192:3,
192:13, 192:14,
192:15, 203:8,
209:8, 209:13,
211:7, 211:8,
211:10, 249:8
**group** [5] - 188:21,
221:21, 222:9,
223:1, 231:24
**guess** [6] - 193:15,
199:15, 215:14,
220:22, 231:10,
249:3
**guide** [1] - 205:11
**Gun** [1] - 206:25
**gun** [8] - 207:2, 207:8,
207:22, 207:23,
208:1, 208:7,
208:14, 208:16

**guns** [5] - 205:24,
206:3, 206:21,
208:13, 208:18
**guys** [3] - 135:12,
156:11, 168:15

## H

**H-A** [1] - 190:20
**Hakeem** [1] - 137:23
**Hall** [1] - 153:7
**hallway** [3] - 222:16,
244:19, 246:4
**hand** [15] - 136:22,
144:24, 190:12,
206:24, 216:16,
217:20, 243:8,
250:17, 250:19,
250:20, 250:22
**hand-to-hand** [4] -
250:17, 250:19,
250:20, 250:22
**handgun** [2] - 231:20
**handle** [3] - 146:25,
206:3, 231:8
**hands** [2] - 140:16,
141:10
**hang** [1] - 236:20
**hard** [1] - 248:8
**harm** [1] - 208:2
**hat** [1] - 162:11
**head** [3] - 147:3,
170:10, 227:14
**headed** [1] - 216:10
**headlines** [1] - 142:2
**hear** [2] - 219:5,
219:11
**heard** [10] - 133:5,
217:11, 218:15,
219:16, 219:18,
220:12, 221:18,
222:1, 232:12,
232:13
**hearing** [7] - 141:14,
153:23, 183:22,
210:6, 224:14,
236:6, 253:25
**hearings** [4] - 147:22,
147:24, 148:7, 148:9
**hearsay** [5] - 133:11,
141:21, 148:24,
152:6, 175:10
**heavy** [1] - 212:5
**HELD** [1] - 129:10
**held** [6] - 141:13,
153:23, 210:6,
225:15, 236:6, 243:8
**hello** [1] - 190:7
**helmets** [1] - 244:2
**help** [4] - 156:7, 211:3,

212:15, 222:21
**hi** [1] - 190:8
**hidden** [1] - 210:17
**hiding** [1] - 165:6
**high** [2] - 167:24,
186:12
**higher** [2] - 218:18,
227:9
**highest** [2] - 186:20
**highlighted** [1] - 162:9
**Hill** [1] - 187:19
**historic** [3] - 145:25,
186:24
**historical** [1] - 185:9
**historically** [1] - 186:3
**history** [2] - 138:18,
146:2
**hit** [2] - 185:25, 228:4
**hitting** [2] - 151:19,
167:18
**hold** [4] - 140:16,
226:2, 244:8, 246:14
**holding** [4] - 172:2,
221:20, 222:18,
251:25
**holiday** [1] - 172:10
**home** [4] - 149:15,
183:7, 193:10,
233:15
**homes** [1] - 145:8
**honest** [1] - 247:1
**Honor** [49] - 132:2,
132:11, 132:14,
133:6, 134:17,
135:9, 135:15,
137:9, 141:19,
143:4, 153:20,
153:24, 154:8,
159:3, 159:13,
159:22, 161:6,
161:21, 171:22,
175:25, 178:4,
178:5, 178:10,
183:21, 183:23,
188:2, 188:12,
188:19, 189:4,
189:7, 189:20,
189:22, 190:5,
194:25, 198:2,
202:7, 206:15,
210:3, 210:7,
210:23, 213:16,
214:7, 214:11,
214:21, 215:4,
234:11, 236:4,
236:7, 236:13
**honor** [5] - 136:23,
185:10, 186:14,
186:20
**HONORABLE** [1] -

129:10
**honors** [4] - 185:8,
186:4, 186:6, 186:18
**hooked** [2] - 212:5,
212:7
**hour** [3] - 150:4,
152:13, 180:23
**hours** [2] - 165:6,
193:3
**House** [12] - 146:17,
147:12, 158:8,
158:9, 158:13,
176:23, 176:25,
184:19, 196:23,
199:7, 201:19,
237:23
**house** [8] - 166:5,
170:20, 173:8,
173:15, 173:17,
182:5, 182:22,
184:15
**houses** [1] - 166:1
**huge** [1] - 224:3
**hundreds** [1] - 214:1
**hunger** [1] - 142:15
**hurt** [1] - 134:20
**hurts** [1] - 189:12
**husband** [3] - 149:13,
150:18, 177:11
**hypothetical** [1] -
182:3

## I

**ID** [8] - 202:25, 203:5,
203:7, 203:11,
203:12, 203:14,
204:5
**idea** [1] - 141:4
**ideal** [1] - 210:13
**identical** [1] - 178:6
**identification** [1] -
202:25
**identify** [1] - 204:8
**image** [1] - 195:20
**images** [1] - 166:25
**imaginary** [1] - 229:7
**immediate** [1] - 208:2
**impact** [1] - 226:22
**impair** [1] - 136:21
**importance** [2] -
152:14, 180:21
**important** [1] - 168:2
**improper** [1] - 154:5
**IN** [1] - 129:1
**inaccurate** [1] -
210:12
**inaugural** [1] - 179:2
**inaugural** [19] - 167:1,
167:2, 167:5,

195:11, 195:16, 196:24, 197:6, 238:20, 242:2, 242:3, 242:12, 242:15, 242:17, 249:10
**inauguration** [5] - 150:22, 195:22, 195:24, 197:9, 197:11
**inaugurations** [1] - 151:14
**incident** [2] - 192:8, 200:13
**incidents** [3] - 193:4, 200:13, 219:10
**inclined** [1] - 138:21
**include** [2] - 191:24, 209:8
**includes** [2] - 209:5, 251:5
**including** [5] - 132:21, 134:17, 150:22, 151:13, 151:14
**inconvenient** [1] - 136:21
**Independence** [1] - 209:1
**individual** [5] - 163:12, 208:15, 224:4, 228:6, 235:23
**individually** [2] - 228:15, 231:6
**individuals** [7] - 237:12, 239:2, 239:7, 240:13, 244:1, 246:17, 251:25
**indulgence** [2] - 210:19, 236:4
**inflame** [1] - 134:11
**inflammatory** [1] - 210:9
**injuries** [1] - 134:9
**inquire** [2] - 189:5, 189:8
**inside** [23] - 141:1, 141:3, 145:14, 192:10, 199:22, 199:24, 201:4, 201:12, 201:18, 219:16, 219:18, 219:19, 221:14, 221:15, 222:2, 222:3, 224:24, 226:2, 246:5, 250:9, 253:15, 253:17
**instances** [1] - 135:7
**instead** [2] - 194:6, 216:6

**instructor** [1] - 229:21
**intact** [1] - 252:12
**intended** [1] - 207:4
**intent** [1] - 154:15
**intentions** [1] - 224:5
**interacting** [1] - 134:24
**interactions** [1] - 134:23
**interfered** [1] - 181:21
**interrupted** [1] - 233:4
**intervene** [1] - 200:14
**Investigation** [1] - 149:8
**invisible** [1] - 229:5
**involve** [1] - 146:5
**irrelevant** [2] - 154:5, 154:25
**issue** [4] - 154:1, 164:5, 164:6, 174:2
**items** [7] - 177:23, 177:24, 182:23, 224:23, 224:25, 225:3, 225:5
**itself** [9] - 192:9, 195:4, 203:2, 209:6, 215:7, 217:15, 232:23, 238:8, 240:24

**J**

**jackets** [2] - 244:2, 249:11
**Jane** [1] - 170:25
**January** [65] - 129:4, 133:2, 139:3, 139:9, 139:12, 139:21, 140:1, 141:19, 147:16, 147:19, 147:21, 148:6, 148:16, 148:23, 149:2, 149:11, 149:17, 149:19, 150:3, 150:6, 151:10, 158:17, 163:9, 164:10, 165:8, 166:12, 168:3, 168:13, 168:16, 168:20, 168:23, 169:10, 169:18, 169:21, 170:3, 176:13, 176:15, 177:18, 179:17, 181:4, 186:25, 187:3, 191:15, 192:19, 194:21, 195:6, 195:10, 195:21, 196:25, 197:7,

197:11, 204:21, 209:12, 209:21, 209:24, 211:20, 211:22, 212:21, 214:16, 215:17, 215:23, 216:3, 217:22, 235:7, 235:14
**jeans** [1] - 162:15
**Jeffries** [1] - 137:23
**Jenkins** [1] - 183:12
**Jersey** [1] - 130:7
**jmcbride@ mcbridelawnyc. com** [1] - 130:4
**job** [1] - 146:24
**Joe** [1] - 170:25
**John** [2] - 145:20, 186:13
**Joint** [1] - 179:2
**joint** [4] - 150:21, 151:14, 154:18, 205:2
**Jon** [2] - 160:8, 162:1
**jon@clevengerfirm. com** [1] - 130:11
**JONATHAN** [1] - 130:9
**Joseph** [1] - 137:22
**JOSEPH** [1] - 130:2
**jot** [1] - 172:9
**JUDGE** [1] - 129:10
**judgment** [1] - 219:1
**July** [3] - 139:2, 139:6
**jumped** [2] - 216:10, 222:20
**junior** [1] - 191:9
**juror** [3] - 186:7, 189:6, 189:8
**Juror** [1] - 136:9
**jurors** [1] - 188:21
**JURY** [1] - 129:9
**jury** [28] - 134:12, 135:1, 135:2, 136:2, 136:8, 141:14, 142:2, 153:23, 179:21, 188:17, 189:1, 189:22, 189:25, 195:2, 198:11, 198:24, 199:6, 207:2, 207:20, 208:12, 208:23, 210:6, 211:25, 215:6, 236:6, 240:25, 245:3
**justice** [1] - 183:8
**Justice** [1] - 132:25
**justified** [1] - 231:2

**K**

**K-9s** [1] - 233:23
**keep** [11] - 191:23, 205:17, 222:19, 226:3, 236:1, 244:13, 246:20, 249:4, 250:8, 250:25, 252:16
**keeping** [1] - 222:22
**Kennedy** [1] - 178:25
**killing** [1] - 227:18
**kind** [13] - 174:20, 176:20, 176:23, 180:17, 183:2, 202:21, 203:16, 203:22, 221:19, 223:10, 229:13, 239:3, 249:5
**knocked** [1] - 215:24
**knowledge** [18] - 152:19, 154:13, 163:8, 163:17, 163:22, 163:24, 164:1, 164:9, 164:13, 167:16, 176:19, 176:22, 181:13, 184:19, 185:4, 185:14, 201:20, 241:5
**known** [1] - 217:2
**knows** [1] - 141:24

**L**

**labeled** [1] - 199:5
**ladies** [7] - 136:3, 137:7, 161:11, 188:14, 190:1, 235:18, 253:20
**laid** [3] - 133:13, 158:19, 210:11
**language** [1] - 153:18
**larceny** [1] - 174:20
**large** [5] - 150:22, 151:11, 151:13, 210:14, 230:18
**larger** [3] - 213:25, 214:1, 228:11
**last** [3] - 190:20, 218:9, 253:8
**launcher** [1] - 228:2
**law** [9] - 154:17, 154:21, 204:16, 226:5, 226:10, 226:11, 244:5, 246:11, 249:12
**LAW** [1] - 130:2
**lawful** [1] - 179:11
**layer** [1] - 239:5
**LCC** [1] - 130:6

**lead** [1] - 241:23
**leaders** [1] - 186:1
**leadership** [6] - 147:2, 167:24, 168:7, 168:11, 168:12, 185:6
**leading** [2] - 133:11, 220:5
**leave** [3] - 155:13, 156:15, 166:1
**left** [18] - 143:25, 144:4, 144:6, 158:22, 172:25, 173:3, 173:9, 173:15, 177:23, 182:8, 182:15, 182:24, 196:18, 211:9, 237:15, 239:15, 240:17, 243:8
**legacy** [2] - 146:1, 146:2
**legal** [4] - 154:1, 166:9, 171:6, 171:7
**legislative** [1] - 233:3
**length** [1] - 152:20
**lengthy** [1] - 234:12
**less** [18] - 132:17, 157:22, 172:19, 172:22, 225:15, 225:17, 225:24, 225:25, 226:17, 227:10, 227:15, 227:20, 228:16, 228:23, 229:21, 229:22, 230:7, 230:18
**lethal** [25] - 225:16, 225:17, 225:24, 225:25, 226:18, 226:25, 227:3, 227:4, 227:10, 227:13, 227:15, 227:16, 227:20, 228:16, 228:23, 229:21, 229:22, 230:7, 230:19, 230:25, 231:6, 231:15, 232:5
**level** [1] - 220:21
**levels** [2] - 228:7, 228:8
**Lewis** [4] - 145:20, 145:22, 145:24, 186:13
**Lewis's** [1] - 146:2
**lie** [2] - 186:21
**lied** [2] - 186:14, 186:23
**life** [3] - 144:15, 164:5,

172:18
**lift** [1] - 249:6
**light** [1] - 174:18
**likely** [2] - 134:11, 168:21
**likewise** [1] - 161:8
**limine** [1] - 135:10
**limit** [1] - 208:6
**limits** [1] - 252:11
**Lincoln** [1] - 186:21
**Lincoln's** [1] - 186:22
**line** [15] - 135:20, 153:24, 170:15, 209:24, 211:18, 211:19, 221:20, 222:17, 222:20, 223:1, 223:2, 226:2, 229:7, 237:14
**lined** [1] - 225:22
**lines** [2] - 210:1, 215:16
**Lisa** [1] - 130:13
**listen** [1] - 148:17
**literally** [1] - 217:7
**Lives** [1] - 165:20
**lives** [1] - 232:6
**located** [4] - 192:16, 193:14, 199:22, 200:15
**location** [20] - 157:20, 158:3, 158:6, 217:8, 221:3, 229:10, 233:13, 238:17, 241:15, 242:24, 243:17, 243:18, 243:22, 244:15, 245:8, 246:5, 248:17, 249:17, 249:18, 253:11
**locations** [5] - 223:4, 230:7, 234:5, 235:11, 247:6
**locked** [1] - 181:5
**locker** [1] - 219:23
**look** [10] - 159:23, 162:17, 163:1, 167:13, 197:21, 207:15, 213:11, 214:23, 220:3, 240:1
**looked** [5] - 167:4, 195:5, 195:9, 209:20, 215:1
**looking** [23] - 154:9, 187:16, 194:20, 195:2, 195:3, 197:23, 198:6, 206:8, 206:17, 207:6, 211:4, 211:6, 215:6, 236:22, 239:1, 242:3, 242:8,

245:13, 245:18, 247:23, 248:5, 249:20, 253:9
**looks** [11] - 162:9, 195:3, 195:8, 215:8, 239:7, 244:23, 248:16, 248:20, 251:23, 252:25, 253:1
**loud** [1] - 224:8
**lower** [4] - 215:20, 220:21, 232:15, 238:19
**lower-level** [1] - 220:21
**lunch** [3] - 251:16, 253:21, 253:24
**lying** [11] - 185:7, 185:8, 185:10, 186:3, 186:6, 186:11, 186:14, 186:18, 186:19

## M

**M-E-N-D-O-Z-A** [1] - 190:20
**ma'am** [85] - 190:7, 191:20, 192:1, 192:4, 194:22, 195:7, 196:11, 197:5, 197:20, 199:21, 200:1, 200:4, 200:22, 201:14, 201:17, 202:2, 202:13, 202:20, 203:10, 204:22, 205:10, 205:21, 206:1, 206:5, 206:9, 206:12, 207:9, 207:13, 208:5, 209:22, 211:17, 213:10, 213:13, 214:5, 214:14, 214:17, 215:2, 215:25, 217:23, 219:15, 221:25, 222:24, 223:19, 223:23, 224:10, 224:16, 227:17, 233:2, 233:16, 234:6, 234:9, 234:19, 235:3, 235:8, 235:12, 235:15, 236:24, 237:6, 237:17, 237:19, 237:25, 238:10, 239:18, 239:20, 240:9, 240:19, 240:23,

241:12, 242:10, 242:15, 242:18, 242:20, 243:1, 243:19, 243:23, 244:6, 244:17, 245:15, 251:21, 252:9, 252:23, 253:3, 253:15, 253:18
**Mace** [1] - 135:5
**Maced** [1] - 167:14
**machine** [2] - 203:25, 204:6
**machines** [1] - 223:21
**Macing** [1] - 167:18
**magazines** [1] - 231:21
**magnetometer** [1] - 204:2
**mahogany** [3] - 153:9, 153:11, 177:5
**mail** [2] - 172:4, 172:7
**major** [3] - 132:24, 233:12
**mall** [1] - 196:5
**man** [5] - 162:11, 162:14, 162:17, 162:20, 163:1
**manage** [1] - 230:2
**management** [2] - 191:10, 193:4
**map** [3] - 197:22, 235:10, 241:4
**maps** [1] - 235:13
**mark** [2] - 159:16, 236:16
**Mark43s** [1] - 228:8
**Mark9s** [1] - 228:8
**marked** [6] - 158:25, 159:10, 159:18, 159:23, 214:9, 234:22
**market** [1] - 172:14
**marking** [1] - 141:9
**marshal** [1] - 170:21
**Maryland** [1] - 130:10
**mask** [1] - 136:18
**masks** [4] - 136:11, 136:13, 136:15, 136:16
**material** [1] - 197:3
**matter** [4] - 154:17, 154:21, 181:21
**Matter** [1] - 165:20
**matters** [1] - 132:8
**McBride** [56] - 135:15, 135:18, 135:22, 135:24, 136:1, 137:6, 137:9, 137:14, 137:16,

137:19, 137:22, 141:8, 141:18, 141:22, 142:3, 142:5, 143:2, 143:4, 143:6, 143:8, 143:16, 143:18, 149:6, 154:7, 154:8, 155:1, 155:3, 159:3, 159:8, 159:15, 159:21, 160:3, 160:8, 160:11, 160:20, 161:7, 161:8, 161:9, 161:10, 161:14, 161:21, 161:23, 169:3, 169:7, 171:21, 171:22, 174:23, 175:8, 175:13, 175:25, 178:1, 178:9, 178:14, 181:8, 182:3, 184:1
**MCBRIDE** [2] - 130:2, 130:2
**McBride)................... ................137** [1] - 131:4
**McCullough** [1] - 152:4
**mean** [15] - 141:23, 146:24, 150:17, 152:19, 152:23, 155:23, 192:24, 197:8, 219:8, 221:9, 222:25, 225:7, 229:24, 230:4, 251:1
**meaning** [1] - 153:16
**means** [2] - 186:10, 207:5
**meant** [5] - 181:12, 226:24, 227:3, 227:7, 252:12
**measures** [2] - 205:4, 205:8
**meet** [1] - 232:1
**meeting** [1] - 153:1
**meetings** [5] - 178:17, 178:20, 179:1, 180:6, 192:10
**member** [6] - 153:3, 156:13, 168:7, 179:13, 184:23, 185:16
**members** [19] - 132:22, 165:6, 169:10, 180:1, 180:3, 180:5, 180:17, 181:16, 184:21, 198:20, 204:7, 204:10,

204:13, 204:18, 204:19, 205:17, 226:12, 244:5, 246:17
**memorial** [2] - 132:24, 185:23
**memory** [4] - 141:24, 143:8, 143:11, 175:12
**MENDOZA** [2] - 131:6, 190:13
**Mendoza** [22] - 133:16, 134:23, 135:11, 189:3, 190:6, 190:19, 190:20, 195:19, 199:4, 206:8, 206:17, 207:1, 207:19, 208:11, 208:18, 209:19, 232:7, 234:16, 236:22, 237:4, 252:7, 253:11
**mention** [1] - 229:12
**mentioned** [17] - 136:10, 138:9, 152:13, 156:7, 156:12, 167:20, 172:20, 173:5, 177:7, 177:8, 185:5, 186:13, 204:18, 217:19, 220:24, 226:8, 226:17
**mentions** [1] - 143:22
**messages** [2] - 177:18, 177:20
**metal** [5] - 204:2, 205:19, 211:24, 212:5, 223:21
**Metropolitan** [4] - 163:6, 216:18, 249:14, 253:1
**metropolitan** [2] - 244:3, 252:20
**Michael** [3] - 147:7, 147:9, 147:15
**MICHAEL** [1] - 129:16
**michael.gordon3@ usdoj.gov** [1] - 129:19
**midway** [2] - 239:14, 240:16
**might** [5] - 150:24, 166:2, 180:16, 186:7
**million** [1] - 185:25
**mind** [1] - 236:1
**mine** [2] - 132:14, 193:12
**minute** [5] - 196:16, 236:20, 238:12, 249:24, 252:7

**minutes** [20] - 132:17, 157:22, 157:23, 157:24, 157:25, 161:18, 193:15, 193:16, 241:7, 241:10, 241:15, 242:24, 244:16, 245:23, 248:17, 249:8, 249:24, 250:6, 251:14, 251:19
**mission** [2] - 250:24, 250:25
**mobile** [1] - 201:5
**moment** [12] - 137:10, 142:25, 149:6, 150:2, 153:21, 176:1, 218:23, 224:17, 232:10, 245:25, 246:1, 246:2
**money** [1] - 182:24
**monitor** [1] - 200:7
**monitoring** [1] - 199:20
**montage** [1] - 235:6
**monument** [1] - 196:4
**Moreira** [1] - 130:13
**morning** [21] - 132:5, 132:6, 133:6, 133:7, 135:15, 136:3, 136:7, 137:1, 137:2, 137:20, 137:21, 149:18, 156:25, 188:11, 190:16, 190:17, 210:13, 212:21, 212:23, 213:6
**MORNING** [1] - 129:9
**mornings** [1] - 135:13
**most** [5] - 192:7, 192:8, 231:18, 231:19, 238:5
**motion** [5] - 134:3, 135:10, 153:25, 154:4, 154:9
**move** [10] - 159:9, 159:14, 159:23, 171:21, 174:23, 178:5, 194:23, 202:4, 234:11, 236:16
**moved** [11] - 160:2, 178:11, 195:1, 198:3, 202:8, 206:16, 211:2, 213:17, 214:22, 215:5, 236:18
**movement** [1] - 249:6
**Movement** [1] - 140:24
**moves** [7] - 197:25,

206:13, 210:25, 213:14, 214:18, 215:3, 235:16
**moving** [1] - 171:22
**MR** [108] - 132:6, 132:11, 132:14, 133:6, 133:8, 134:2, 134:7, 134:16, 134:22, 135:4, 135:9, 135:15, 135:18, 135:22, 135:23, 135:24, 136:1, 137:9, 137:14, 137:16, 137:19, 141:8, 141:18, 141:22, 142:3, 142:5, 143:2, 143:4, 143:6, 143:16, 143:18, 143:23, 145:4, 148:11, 148:13, 148:20, 148:24, 149:6, 152:6, 153:20, 153:24, 154:8, 155:1, 155:3, 157:4, 159:3, 159:8, 159:13, 159:15, 159:21, 160:1, 160:3, 160:8, 160:11, 160:20, 161:6, 161:8, 161:10, 161:14, 161:21, 161:23, 163:13, 163:15, 163:19, 164:7, 165:11, 166:8, 166:19, 169:3, 169:7, 169:15, 171:19, 171:22, 174:23, 175:7, 175:8, 175:10, 175:13, 175:25, 178:1, 178:4, 178:9, 178:10, 178:13, 183:10, 183:19, 183:21, 183:23, 187:9, 187:14, 188:2, 189:7, 189:10, 189:16, 189:20, 194:25, 198:2, 202:7, 206:15, 210:3, 210:7, 210:23, 213:16, 214:21, 215:4, 236:4, 236:7, 236:13
**MS** [74] - 188:12, 188:19, 189:2, 189:4, 189:21, 190:5, 190:15, 194:23, 195:18,

197:14, 197:25, 198:4, 199:3, 202:4, 206:6, 206:13, 206:23, 207:15, 208:9, 209:11, 209:17, 210:25, 213:14, 214:7, 214:11, 214:18, 214:23, 215:3, 234:11, 234:15, 234:21, 235:16, 236:15, 236:19, 236:21, 237:1, 238:12, 238:15, 238:22, 238:24, 239:13, 239:22, 240:10, 241:7, 241:18, 242:22, 243:7, 243:15, 243:21, 244:13, 244:25, 245:6, 245:16, 246:7, 246:9, 246:20, 246:22, 247:13, 247:15, 247:20, 248:11, 249:21, 249:23, 250:3, 250:7, 250:11, 250:16, 251:9, 251:13, 251:17, 252:6, 252:16, 253:7, 253:19
**MSNBC** [3] - 138:8, 138:11, 138:15
**multiple** [7] - 200:13, 215:18, 217:2, 217:25, 219:5, 234:4
**munitions** [2] - 226:23, 226:24

---

**N**

**name** [3] - 137:22, 190:18, 190:20
**names** [2] - 135:14, 135:16
**Nancy** [5] - 139:22, 140:3, 140:7, 140:13, 140:17
**NATHANIEL** [1] - 129:20
**nathaniel.whitesel@ usdoj.gov** [1] - 129:23
**national** [1] - 196:4
**National** [2] - 217:6, 217:11
**nature** [2] - 145:13, 201:10
**navy** [1] - 244:1
**near** [2] - 166:25,

244:19
**necessarily** [3] - 138:7, 194:4, 231:8
**necessary** [4] - 136:15, 158:10, 205:14, 227:9
**need** [10] - 175:12, 180:16, 189:5, 189:8, 200:14, 202:25, 203:3, 227:13, 230:22, 231:6
**needed** [7] - 152:25, 180:1, 188:22, 194:15, 220:13, 230:8, 232:20
**negative** [2] - 200:22, 204:15
**neglected** [2] - 132:15, 210:7
**neighborhood** [1] - 137:24
**never** [9] - 144:9, 144:17, 147:11, 158:16, 158:19, 172:6, 185:12, 185:17, 242:20
**New** [3] - 130:3, 130:7
**new** [3] - 150:18, 150:19, 151:1
**News** [1] - 138:7
**news** [1] - 138:16
**next** [12] - 136:16, 156:25, 170:15, 171:3, 171:10, 171:15, 188:10, 188:11, 190:4, 208:10, 242:17, 246:10
**NEXT** [1] - 129:24
**nice** [2] - 178:1, 253:24
**night** [4] - 132:7, 212:22, 213:2, 213:4
**nine** [1] - 249:8
**nobody** [1] - 205:17
**noise** [1] - 224:6
**none** [1] - 177:23
**nonpermitted** [1] - 218:1
**normal** [4] - 202:10, 202:21, 203:15, 224:8
**normally** [2] - 138:11, 150:13
**North** [1] - 129:17
**north** [3] - 184:15, 209:3, 232:16
**Northwest** [1] - 129:21
**note** [3] - 143:25,

144:3, 144:4
**noted** [1] - 236:12
**notes** [1] - 172:9
**nothing** [1] - 188:2
**November** [5] - 140:17, 141:11, 142:7, 142:18, 218:10
**number** [4] - 213:25, 214:1, 247:7, 247:8
**numbers** [2] - 168:2, 231:11
**NW** [1] - 130:15

---

**O**

**oath** [4] - 137:5, 191:18, 251:5
**object** [1] - 133:8
**objected** [1] - 214:8
**objection** [41] - 133:23, 143:23, 145:4, 148:11, 148:13, 148:20, 148:24, 152:6, 153:20, 157:4, 159:12, 160:1, 163:13, 163:15, 163:19, 164:7, 165:11, 166:8, 166:19, 169:15, 171:19, 175:7, 178:8, 178:9, 178:10, 183:19, 183:20, 194:25, 198:2, 202:6, 202:7, 206:15, 210:3, 210:9, 210:20, 213:16, 214:20, 214:21, 215:4, 236:9, 236:11
**objective** [4] - 232:8, 232:18, 232:24
**objectively** [2] - 164:20, 167:23
**objectives** [1] - 233:2
**objects** [3] - 133:4, 151:6, 233:22
**obstructed** [3] - 163:18, 163:23, 164:11
**obstructing** [2] - 181:9, 181:25
**obvious** [2] - 210:10, 220:23
**obviously** [8] - 154:16, 169:23, 203:4, 210:22, 220:15, 222:8, 229:14, 232:20

**OC** [1] - 228:9
**occurred** [1] - 235:7
**OF** [3] - 129:1, 129:3, 129:9
**offense** [1] - 138:24
**offered** [1] - 208:15
**OFFICE** [3] - 129:13, 129:17, 129:21
**Office** [4] - 169:17, 169:21, 169:24, 170:5
**office** [35] - 139:22, 140:11, 140:12, 140:21, 140:25, 141:1, 141:3, 141:5, 141:6, 141:20, 142:11, 142:12, 145:13, 145:19, 163:9, 165:5, 170:13, 171:24, 174:19, 176:5, 176:7, 176:8, 176:10, 176:11, 177:8, 203:4, 203:11, 203:12, 216:11, 216:20, 244:20
**Officer** [2] - 133:16, 135:11
**officer** [20] - 134:20, 204:1, 204:9, 208:3, 219:3, 219:5, 219:11, 220:13, 220:18, 221:8, 221:10, 221:11, 221:16, 222:8, 243:9, 243:10, 243:11, 245:7, 247:10, 247:21
**officer's** [2] - 219:11, 219:12
**officers** [49] - 191:12, 191:14, 191:18, 191:19, 201:4, 217:12, 218:16, 218:20, 218:24, 221:7, 221:20, 222:17, 223:16, 224:11, 224:18, 224:21, 225:6, 225:7, 225:8, 230:6, 230:22, 231:11, 231:14, 231:18, 231:19, 232:4, 232:6, 232:19, 233:13, 233:20, 234:4, 234:7, 240:14, 245:24, 246:10, 246:11, 246:24, 247:3,

247:7, 249:3, 249:11, 249:13, 249:14, 250:5, 250:18, 250:21, 251:23
**offices** [9] - 140:3, 140:7, 140:8, 140:9, 140:13, 142:10, 155:22, 199:6, 201:18
**official** [7] - 154:18, 179:5, 186:12, 186:20, 203:5, 244:9, 244:11
**Official** [1] - 130:14
**older** [1] - 207:22
**ON** [1] - 129:24
**once** [12] - 133:21, 181:5, 193:2, 216:20, 217:10, 220:11, 223:2, 225:10, 228:4, 232:13, 232:23, 233:18
**one** [39] - 132:11, 132:12, 132:15, 132:25, 139:15, 142:16, 148:9, 149:6, 150:1, 153:1, 160:9, 165:8, 166:25, 175:25, 180:14, 180:16, 188:21, 194:9, 203:7, 204:24, 206:3, 213:12, 213:19, 214:3, 214:14, 214:15, 218:10, 218:12, 224:2, 224:11, 225:1, 233:2, 233:7, 233:11, 233:13, 236:20, 238:12, 247:10
**ones** [2] - 163:4, 185:11
**open** [14] - 134:17, 160:17, 184:9, 184:20, 185:4, 185:11, 185:12, 186:1, 186:4, 187:4, 198:17, 198:20, 204:25, 242:20
**opened** [1] - 221:11
**opening** [1] - 185:15
**Operations** [1] - 190:24
**operations** [3] - 139:5, 139:8, 200:11
**opinion** [2] - 231:4, 231:22

**opportunity** [1] - 208:16
**oppose** [1] - 133:18
**opposed** [2] - 180:22, 230:19
**oral** [2] - 210:8, 236:9
**order** [5] - 202:23, 202:24, 203:3, 220:6
**ordinary** [2] - 197:15, 197:16
**orient** [5] - 195:25, 211:3, 236:22, 237:4, 245:17
**orients** [1] - 235:10
**originally** [5] - 183:1, 193:24, 194:1, 225:14, 239:16
**ornate** [1] - 145:13
**otherwise** [1] - 178:20
**ourselves** [1] - 221:1
**outcome** [1] - 163:12
**outline** [2] - 209:23, 210:9
**outside** [21] - 139:19, 139:20, 141:14, 153:23, 183:21, 186:5, 186:15, 192:9, 192:13, 192:15, 199:23, 199:24, 210:6, 214:2, 217:3, 219:18, 221:17, 222:3, 222:4, 232:4, 236:6
**overall** [1] - 232:25
**overlapping** [1] - 133:18
**overnight** [1] - 134:4
**overruled** [3] - 145:5, 183:25, 210:21
**overrun** [5] - 219:12, 222:24, 222:25, 224:18, 245:25
**oversaw** [1] - 147:18
**oversee** [3] - 193:4, 200:10, 229:21
**oversees** [2] - 191:3, 193:1
**own** [2] - 146:19, 176:19

# P

**p.m** [29] - 152:13, 157:9, 157:13, 158:14, 158:15, 161:16, 161:18, 193:21, 193:23, 194:2, 194:6, 194:7, 194:9, 216:4, 216:8,

219:24, 237:19, 238:9, 240:7, 244:23, 250:1, 250:6, 250:14, 252:4, 252:25, 253:10, 253:14, 253:25
**Page** [1] - 207:15
**PAGE** [2] - 129:24, 131:2
**paid** [2] - 182:25, 183:1
**pain** [1] - 228:3
**pandemic** [1] - 204:25
**papers** [1] - 210:11
**paragraph** [5] - 206:24, 207:18, 207:19, 208:10, 208:11
**paraphrase** [1] - 167:20
**park** [4] - 150:20, 150:24, 151:14, 151:16
**Park** [1] - 130:3
**parked** [3] - 150:13, 150:23, 151:1
**part** [11] - 146:2, 192:7, 200:7, 211:13, 211:14, 219:25, 241:24, 242:11, 242:15, 249:8, 249:11
**participate** [3] - 145:8, 147:24, 166:6
**participating** [2] - 146:3, 155:10
**particular** [2] - 138:19, 170:19
**particularly** [1] - 169:12
**parts** [2] - 202:14, 210:17
**pass** [1] - 185:9
**passed** [2] - 146:1, 186:17
**passes** [1] - 205:8
**passions** [1] - 134:11
**past** [4] - 185:18, 186:2, 217:13, 223:3
**path** [3] - 181:17, 181:18, 199:14
**Patton** [2] - 212:24, 213:7
**Pause** [5] - 137:15, 143:13, 161:22, 176:2, 249:22
**pause** [20] - 180:12, 187:14, 226:5, 235:19, 237:1,

238:15, 238:24, 241:18, 243:7, 243:21, 244:25, 246:9, 246:22, 247:15, 249:23, 250:7, 250:16, 252:6, 253:19
**paused** [2] - 164:21, 164:22
**paying** [1] - 248:6
**Peace** [1] - 237:8
**peaceful** [3] - 144:14, 144:17, 144:23
**peacefully** [2] - 166:2, 166:6
**peer** [2] - 193:12, 216:9
**peers** [1] - 194:9
**Pelosi** [20] - 138:21, 138:24, 139:1, 139:14, 139:17, 140:18, 142:7, 143:25, 145:20, 152:22, 155:4, 155:7, 155:25, 157:19, 158:2, 164:17, 167:22, 172:17, 176:20, 178:15
**Pelosi's** [10] - 139:8, 139:22, 140:3, 140:7, 140:13, 140:21, 141:1, 145:13, 146:9, 244:20
**Pennsylvania** [4] - 237:6, 237:20, 238:3, 238:7
**people** [58] - 135:3, 135:20, 136:20, 141:5, 145:1, 145:7, 150:23, 151:6, 151:19, 166:1, 167:23, 168:2, 181:18, 187:22, 187:24, 191:11, 212:16, 218:6, 220:4, 220:6, 220:8, 220:9, 220:10, 220:16, 220:22, 221:16, 221:18, 221:21, 221:23, 221:24, 222:9, 222:13, 222:19, 222:22, 223:1, 223:17, 223:20, 225:8, 225:25, 226:3, 226:4, 228:6, 229:6, 229:16, 230:6, 230:15,

230:16, 231:5,
231:6, 231:24,
231:25, 233:1,
233:6, 233:21,
244:2, 250:9, 251:1
**PepperBall** [4] -
227:23, 227:25,
228:20, 228:21
**per** [1] - 160:24
**percent** [1] - 242:4
**perimeter** [17] - 203:2,
210:1, 211:9,
211:12, 211:16,
212:6, 212:20,
212:22, 212:24,
213:7, 213:23,
214:16, 217:3,
218:20, 218:24,
237:13, 241:4
**period** [1] - 234:3
**permanent** [1] - 242:1
**permission** [9] -
137:10, 137:16,
143:2, 159:4, 159:9,
159:22, 160:4,
169:3, 175:13
**permits** [1] - 217:25
**permitted** [1] - 217:25
**person** [35] - 144:19,
147:3, 156:15,
158:17, 158:18,
158:20, 158:21,
162:3, 162:9,
165:20, 165:22,
170:17, 170:21,
171:1, 171:2,
171:12, 173:8,
173:14, 176:15,
181:23, 182:4,
182:7, 197:15,
203:1, 207:5,
207:21, 207:24,
207:25, 224:2,
228:4, 228:15,
233:8, 233:9,
233:11, 243:8
**personal** [25] - 140:11,
140:25, 141:6,
142:11, 142:12,
144:15, 151:21,
151:23, 163:17,
163:22, 163:24,
163:25, 164:1,
164:2, 164:4, 164:9,
164:13, 165:4,
181:13, 181:20,
182:19, 182:20,
183:8, 241:5
**personally** [5] - 192:2,
200:2, 212:22,

229:19, 230:24
**personnel** [4] -
223:15, 248:15,
249:4, 252:1
**persons** [1] - 207:23
**petty** [1] - 174:20
**phone** [5] - 168:1,
171:3, 171:10,
177:22, 210:4
**phones** [2] - 153:21,
183:23
**photo** [4] - 163:3,
195:12, 215:18,
241:1
**physical** [5] - 176:11,
209:23, 210:15,
224:19, 224:23
**physically** [1] - 158:20
**picture** [12] - 137:25,
145:19, 162:23,
163:1, 172:1, 199:4,
213:12, 214:25,
215:8, 215:9, 252:8,
252:13
**pieces** [1] - 145:16
**pin** [1] - 184:23
**place** [32] - 133:1,
140:23, 166:15,
182:24, 195:21,
195:22, 199:20,
200:10, 200:15,
201:6, 203:25,
204:5, 205:4,
209:24, 209:25,
212:21, 212:23,
212:25, 213:1,
213:3, 213:8, 213:9,
213:18, 213:20,
213:22, 218:2,
235:14, 237:13,
239:15, 240:18,
240:22
**placed** [1] - 153:17
**places** [2] - 167:24,
205:12
**Plaintiff** [1] - 129:4
**plan** [8] - 198:9, 217:9,
225:11, 225:14,
225:21, 225:22,
225:23, 226:1
**planned** [1] - 216:7
**planning** [2] - 193:24,
194:1
**platform** [6] - 167:1,
167:2, 167:5,
242:15, 242:17
**platoon** [1] - 251:23
**platoons** [2] - 247:3,
247:7
**play** [16] - 160:20,

187:9, 187:11,
234:23, 237:1,
238:12, 238:22,
239:22, 240:10,
241:7, 247:13,
248:8, 248:11,
250:3, 250:11, 251:9
**playing** [39] - 160:6,
160:10, 160:21,
162:2, 184:1,
187:13, 234:25,
237:3, 238:14,
238:23, 239:23,
240:11, 241:9,
241:14, 241:17,
242:23, 243:6,
243:16, 243:20,
244:14, 244:21,
244:24, 246:8,
246:21, 247:14,
248:12, 249:1,
249:7, 249:16,
250:4, 250:12,
250:15, 251:10,
251:18, 252:5,
252:16, 252:17,
252:21, 253:6
**plaza** [3] - 203:1,
220:2, 240:24
**PLLC** [1] - 130:2
**plus** [1] - 157:25
**podium** [1] - 179:7
**point** [24] - 132:15,
140:5, 156:17,
160:12, 169:24,
171:20, 177:11,
195:25, 198:24,
199:6, 201:2, 206:7,
215:23, 216:4,
219:5, 221:18,
224:20, 225:1,
225:11, 226:15,
229:23, 236:10,
245:18, 245:19
**pointed** [2] - 197:19,
239:6
**police** [15] - 135:6,
135:7, 182:12,
183:4, 185:15,
193:2, 200:11,
208:3, 212:4, 229:7,
244:3, 249:13,
250:5, 250:18,
252:20
**Police** [33] - 133:16,
147:4, 151:15,
163:6, 167:15,
167:17, 168:7,
168:9, 185:15,
190:22, 190:25,

191:1, 191:6, 191:8,
191:18, 192:6,
199:20, 200:3,
201:20, 204:12,
204:13, 206:2,
206:11, 206:19,
216:18, 232:25,
244:4, 246:11,
246:12, 249:14,
251:4, 253:1, 253:2
**policy** [2] - 206:10,
207:6
**political** [5] - 145:2,
145:8, 145:9, 146:3,
166:1
**portion** [5] - 133:22,
196:17, 196:18,
196:21, 196:22
**possess** [3] - 207:22,
208:1, 208:6
**possessing** [1] -
207:23
**possible** [3] - 150:7,
150:10, 251:2
**possibly** [2] - 142:24,
156:10
**Post** [5] - 138:13,
138:15, 140:17,
141:11, 142:24
**posted** [2] - 212:18,
214:16
**potentially** [4] - 151:2,
151:4, 157:3, 168:25
**power** [1] - 163:7
**practice** [1] - 133:21
**preapproved** [2] -
204:16, 204:17
**preceded** [2] - 235:9
**preclude** [1] - 135:11
**prefer** [1] - 189:16
**prejudicial** [2] - 134:8,
210:12
**preliminary** [1] - 132:8
**preparation** [3] -
195:22, 202:1,
234:18
**prepping** [1] - 197:9
**present** [3] - 158:11,
197:4, 235:25
**preserving** [1] - 236:8
**president** [3] - 186:12,
186:16, 253:12
**presidential** [2] -
195:24, 197:10
**presidents** [1] - 185:9
**press** [1] - 141:17
**pressed** [1] - 181:8
**presuming** [1] - 138:6
**pretty** [5] - 133:21,
197:9, 216:9,

221:11, 225:15
**prevent** [1] - 229:9
**prevetted** [1] - 204:17
**previous** [2] - 175:8,
218:9
**previously** [2] -
240:21, 251:20
**priority** [1] - 218:18
**privacy** [1] - 201:24
**private** [1] - 146:10
**pro** [2] - 152:21,
152:23
**procedurally** [1] -
159:13
**proceed** [6] - 137:7,
184:22, 217:10,
219:2, 220:14,
220:15
**proceeded** [7] -
216:17, 217:13,
218:15, 221:14,
221:19, 222:9, 223:3
**proceeding** [14] -
154:2, 154:17,
154:18, 156:4,
156:10, 156:12,
163:18, 163:23,
164:20, 179:18,
180:23, 181:4, 181:6
**proceedings** [5] -
156:14, 156:17,
164:22, 179:23,
180:10
**process** [16] - 152:20,
163:14, 164:11,
165:2, 171:6, 171:7,
172:21, 197:1,
197:2, 197:8, 203:9,
203:10, 203:15,
230:17, 233:4,
233:19
**procession** [2] -
153:6, 157:11
**progressed** [1] -
210:16
**prohibited** [3] -
208:13, 208:18,
208:20
**proper** [3] - 154:2,
203:22, 204:4
**property** [6] - 173:21,
173:25, 174:8,
174:16, 182:19,
207:25
**protect** [2] - 191:22,
251:5
**protection** [1] - 168:17
**protest** [15] - 140:20,
140:23, 142:9,
142:10, 142:15,

143:19, 143:25,
144:10, 144:14,
144:17, 151:20,
165:20, 166:2, 166:7
**protester** [2] - 140:2,
142:20
**protesters** [6] -
139:22, 140:14,
141:2, 141:20,
167:14, 167:18
**protests** [10] - 139:18,
144:22, 145:9,
146:3, 146:7,
150:19, 165:17,
166:6, 191:3
**protrude** [1] - 229:16
**protruding** [1] -
222:19
**PROUT** [75] - 129:13,
188:12, 188:19,
189:2, 189:4,
189:21, 190:5,
190:15, 194:23,
195:18, 197:14,
197:25, 198:4,
199:3, 202:4, 206:6,
206:13, 206:23,
207:15, 208:9,
209:11, 209:17,
210:25, 213:14,
214:7, 214:11,
214:18, 214:23,
215:3, 234:11,
234:15, 234:21,
235:16, 236:15,
236:19, 236:21,
237:1, 238:12,
238:15, 238:22,
238:24, 239:13,
239:22, 240:10,
241:7, 241:18,
242:22, 243:7,
243:15, 243:21,
244:13, 244:25,
245:6, 245:16,
246:7, 246:9,
246:20, 246:22,
247:13, 247:15,
247:20, 248:11,
249:21, 249:23,
250:3, 250:7,
250:11, 250:16,
251:9, 251:13,
251:17, 252:6,
252:16, 253:7,
253:19
**Prout** [1] - 190:4
**Prout)**........................
.............**190** [1] -
131:6

**provocateurs** [1] -
135:5
**public** [8] - 145:2,
187:7, 191:22,
198:18, 204:18,
204:20, 204:25,
205:13
**publish** [2] - 160:4,
183:10
**published** [1] - 159:5
**pull** [2] - 183:10, 198:4
**pulled** [2] - 220:2,
220:4
**purchase** [1] - 207:22
**purpose** [1] - 228:24
**purposes** [2] - 141:8,
145:2, 145:8
**purse** [1] - 177:23
**push** [3] - 223:16,
226:3, 230:13
**pushed** [4] - 142:20,
143:19, 230:15,
251:25
**pushing** [2] - 222:13,
224:21
**put** [11] - 133:13,
156:13, 170:14,
170:20, 171:1,
171:13, 194:18,
210:18, 229:4,
234:21, 240:18
**puts** [1] - 158:1
**putting** [4] - 133:12,
184:4, 212:23, 213:2

**Q**

**quarter** [8] - 173:9,
173:15, 173:19,
173:21, 174:5,
174:7, 174:10,
174:12
**quarters** [1] - 173:24
**questioning** [3] -
153:25, 154:6,
251:14
**questions** [11] -
132:17, 133:11,
138:18, 154:2,
183:24, 193:19,
196:15, 202:9,
217:16, 217:17,
221:22
**quick** [1] - 176:3
**quickly** [3] - 180:4,
180:5, 188:19
**quite** [2] - 163:5, 164:3

**R**

**rack** [16] - 209:25,

211:23, 211:24,
212:2, 212:15,
212:16, 213:2,
213:21, 213:23,
215:11, 215:19,
237:8, 239:3, 239:4,
240:21, 240:23
**racks** [11] - 211:25,
212:2, 212:5, 212:7,
213:1, 213:19,
239:9, 239:15,
239:16, 240:17,
241:3
**radio** [5] - 217:12,
219:14, 224:9,
224:11, 224:15
**raise** [2] - 190:11,
222:5
**ran** [3] - 220:18,
228:22, 229:24
**random** [2] - 225:3,
225:5
**range** [2] - 228:10,
228:12
**rank** [2] - 191:9
**ranks** [1] - 191:8
**rather** [2] - 135:6,
201:7
**rationale** [1] - 134:16
**ray** [3] - 203:25, 204:6,
223:21
**RDR** [1] - 130:13
**reach** [1] - 151:15
**read** [12] - 134:5,
138:13, 142:1,
142:25, 143:7,
148:3, 148:4, 148:5,
160:25, 207:1,
207:19, 208:11
**readily** [1] - 207:4
**ready** [2] - 136:6,
189:1
**real** [1] - 176:3
**really** [4] - 194:12,
216:13, 231:13,
248:23
**reason** [3] - 165:2,
205:1, 231:22
**reasonable** [1] -
207:24
**reasons** [3] - 180:11,
204:24, 210:10
**rebuttal** [1] - 133:24
**recalled** [1] - 247:23
**recap** [1] - 176:12
**receive** [2] - 177:18,
219:3
**received** [3] - 177:14,
193:10, 193:12
**recent** [1] - 186:16

**recess** [12] - 156:24,
158:8, 158:9,
179:22, 180:1,
180:5, 180:10,
180:18, 180:22,
180:24, 181:1,
181:15
**Recess** [1] - 188:18
**recessed** [5] - 156:18,
156:19, 179:18,
181:6, 181:7
**recognize** [8] - 206:8,
214:13, 235:1,
242:24, 243:22,
245:1, 245:2, 247:16
**recollection** [7] -
142:24, 143:20,
144:1, 156:1, 157:3,
169:1, 175:15
**reconvene** [3] - 163:7,
188:15, 253:21
**reconvened** [2] -
156:25, 158:13
**record** [10] - 132:3,
141:8, 154:4,
195:18, 199:3,
210:18, 236:8,
239:13, 245:6,
247:20
**rectangles** [2] -
196:10, 196:12
**red** [10] - 209:23,
209:24, 210:1,
210:14, 210:15,
210:20, 211:12,
211:18, 211:19,
237:14
**redeployed** [1] - 223:3
**redesignated** [1] -
207:3
**REDIRECT** [1] -
178:12
**redirected** [1] - 218:13
**refer** [1] - 138:23
**referenced** [2] -
145:19, 239:4
**references** [1] -
206:20
**referred** [1] - 199:25
**refill** [1] - 231:21
**reflect** [6] - 195:18,
199:3, 211:18,
239:13, 245:6,
247:20
**reflects** [1] - 211:19
**refresh** [6] - 141:24,
142:24, 144:1,
157:3, 169:1, 175:12
**refreshed** [1] - 143:20,
175:15

**refreshes** [1] - 143:8
**regarding** [4] - 133:14,
151:4, 152:16,
154:15
**register** [1] - 210:8
**regular** [2] - 173:10,
173:11
**reinforce** [1] - 212:16
**related** [1] - 142:9
**relation** [1] - 245:10
**relationships** [1] -
167:23
**relative** [2] - 231:11,
245:21
**relatively** [1] - 191:9
**relayed** [1] - 169:9
**release** [2] - 228:4
**relitigate** [1] - 154:9
**remade** [1] - 207:4
**remains** [1] - 205:16
**remember** [20] - 138:9,
142:16, 142:19,
144:3, 149:7,
149:10, 149:12,
149:14, 149:21,
150:5, 151:5, 157:5,
172:6, 184:1, 184:4,
184:7, 184:9,
191:16, 236:17,
247:2
**remind** [2] - 137:4,
172:9
**reminded** [1] - 235:22
**removed** [1] - 210:17
**rendition** [2] - 194:20,
195:5
**reopening** [1] - 222:5
**repeat** [4] - 145:6,
163:21, 170:16,
175:16
**rephrase** [5] - 147:14,
156:2, 165:23,
170:23, 175:24
**report** [5] - 148:3,
148:4, 148:5,
182:12, 182:17
**Reporter** [2] - 130:13,
130:14
**reporting** [1] - 183:3
**representation** [1] -
209:20
**representative** [4] -
178:20, 178:24,
178:25, 179:3
**Representatives** [1] -
199:7
**request** [1] - 133:19
**requested** [1] - 225:20
**requesting** [3] -
217:12, 218:16,

220:13
**requests** [1] - 218:17
**required** [1] - 135:4
**requirement** [1] - 136:19
**requirements** [1] - 158:10
**requires** [1] - 134:14
**requiring** [1] - 136:12
**rescue** [1] - 221:7
**research** [1] - 253:23
**reserved** [1] - 186:11
**resist** [1] - 230:10
**resources** [5] - 229:17, 229:24, 230:2, 230:19
**respect** [1] - 232:8
**respectfully** [1] - 133:18
**respond** [6] - 218:12, 219:9, 220:25, 221:2, 228:17, 232:19
**responded** [3] - 218:19, 225:17, 225:19
**response** [1] - 208:1
**responsibilities** [1] - 200:7
**responsible** [7] - 165:13, 165:22, 166:6, 166:18, 181:9, 181:15, 181:25
**responsive** [1] - 183:24
**restored** [1] - 207:4
**restricted** [3] - 211:19, 211:21, 246:16
**restrictions** [2] - 187:24, 202:21
**result** [1] - 185:21
**results** [1] - 153:12
**resume** [1] - 188:19
**Resumed** [2] - 131:3, 137:17
**returned** [2] - 177:7, 177:22
**reviewed** [2] - 201:25, 234:17
**reviews** [2] - 143:14, 175:14
**revisit** [1] - 154:20
**rich** [1] - 182:25
**RICHARD** [1] - 129:6
**Richard** [17] - 132:4, 158:16, 162:4, 163:11, 163:18, 163:23, 164:10, 164:23, 165:1,

165:9, 165:13, 166:18, 175:17, 176:12, 176:15, 177:9, 181:8
**rift** [1] - 140:21
**right-hand** [1] - 206:24
**ring** [1] - 142:20
**rioter** [1] - 243:9
**rioters** [13] - 224:20, 224:21, 224:24, 230:3, 231:11, 231:14, 231:16, 232:9, 234:4, 240:20, 242:16, 247:8, 247:11
**riots** [1] - 191:5
**risk** [3] - 221:4, 221:6, 224:3
**risked** [1] - 232:5
**road** [1] - 237:20
**roadblock** [2] - 216:18, 216:19
**robbed** [1] - 174:19
**role** [3] - 147:3, 167:22, 200:16
**room** [5] - 138:1, 186:21, 198:22, 201:12, 201:16
**Room** [1] - 130:14
**ropes** [3] - 252:7, 252:10, 252:12
**rostrum** [2] - 156:13, 179:7
**Rotunda** [39] - 186:14, 186:15, 186:23, 198:8, 198:22, 198:25, 199:5, 199:11, 199:12, 199:15, 199:17, 201:13, 201:15, 220:5, 220:13, 220:14, 220:15, 220:20, 223:6, 223:7, 223:9, 223:18, 224:6, 224:19, 225:10, 226:15, 227:22, 230:1, 230:9, 232:4, 232:14, 240:3, 240:4, 240:5, 241:11, 245:10, 245:12, 249:18, 252:22
**roughly** [1] - 199:6
**Rouhi** [7] - 183:10, 187:9, 206:23, 207:17, 208:9, 237:2, 249:21
**rounds** [4] - 226:22, 228:2, 228:3, 231:20

**Route** [1] - 130:6
**routinely** [1] - 192:12
**ruffle** [1] - 135:19
**ruled** [1] - 154:17
**rules** [4] - 183:17, 184:13, 184:17, 185:1
**run** [1] - 160:8

## S

**sacred** [1] - 152:11
**safe** [3] - 158:3, 170:12, 205:17
**safety** [2] - 151:9, 249:5
**sake** [1] - 150:1
**saw** [27] - 134:5, 138:4, 144:9, 158:16, 164:10, 166:12, 166:25, 167:5, 177:8, 177:9, 216:17, 220:4, 220:8, 221:20, 221:23, 222:9, 222:17, 223:7, 223:20, 225:1, 225:2, 226:14, 232:23, 238:19, 241:4, 246:23, 251:20
**scaffolding** [2] - 197:3, 242:14
**scene** [14] - 218:13, 218:18, 218:20, 218:23, 220:3, 220:6, 220:7, 223:7, 232:20, 240:12, 245:13, 247:23, 248:7, 249:25
**scenes** [1] - 216:25
**schedule** [2] - 153:1, 194:5
**scheduled** [2] - 192:19, 197:11
**scope** [1] - 183:21
**screen** [23] - 194:18, 195:12, 195:13, 196:2, 196:8, 196:9, 196:18, 196:22, 204:1, 215:11, 234:21, 237:21, 239:9, 240:16, 242:9, 243:4, 243:8, 244:1, 244:22, 246:23, 246:25, 247:22, 248:6
**Sean** [3] - 168:5, 168:16, 169:9
**search** [1] - 171:14

**seat** [2] - 137:3, 189:14
**seated** [3] - 136:5, 189:22, 190:3
**second** [9] - 141:10, 161:23, 175:25, 198:7, 198:14, 209:2, 226:5, 236:15, 245:10
**seconds** [19] - 187:11, 187:15, 187:16, 234:23, 237:1, 238:13, 238:16, 241:8, 241:11, 241:15, 242:25, 244:16, 248:18, 249:9, 249:24, 250:1, 250:6, 251:19, 253:10
**Section** [2] - 156:21, 157:2
**section** [1] - 156:22
**secure** [8] - 191:23, 202:12, 202:14, 205:17, 212:3, 221:10, 233:20, 250:8
**secured** [2] - 157:19, 202:15
**security** [22] - 133:14, 146:10, 146:25, 147:3, 147:18, 148:15, 151:25, 155:18, 157:18, 168:19, 202:9, 203:13, 203:16, 204:8, 204:11, 205:4, 205:8, 205:14, 212:4, 221:12, 224:3, 233:12
**see** [46] - 136:4, 139:18, 160:7, 160:23, 161:13, 162:5, 162:7, 162:8, 162:10, 162:12, 162:15, 162:18, 162:21, 163:3, 176:12, 176:15, 176:25, 177:2, 177:5, 184:4, 196:9, 198:9, 209:25, 212:17, 215:10, 223:14, 227:15, 232:19, 235:20, 235:25, 237:8, 237:18, 239:20, 240:14, 241:1, 242:13, 243:4, 244:22, 247:1,

247:19, 248:3, 248:13, 248:15, 249:11, 252:7
**seeing** [7] - 137:25, 211:5, 237:5, 241:19, 244:15, 246:25, 250:17
**self** [1] - 208:1
**self-defense** [1] - 208:1
**semisuccessful** [1] - 230:4
**Senate** [8] - 146:18, 147:6, 184:15, 184:19, 196:20, 241:23, 243:3, 251:19
**send** [5] - 172:9, 172:11, 172:12, 233:20, 233:23
**senior** [3] - 191:9, 191:10, 193:3
**sensitive** [2] - 136:22, 201:10
**sergeant** [1] - 168:16
**Sergeant** [10] - 146:13, 146:16, 146:17, 146:20, 146:22, 147:6, 147:12, 148:14, 151:15
**sergeants** [1] - 146:12
**series** [1] - 159:20
**service** [1] - 137:24
**services** [1] - 185:23
**SESSION** [1] - 129:9
**session** [3] - 154:18, 180:7, 205:2
**sessions** [2] - 150:21, 151:14
**set** [11] - 137:11, 197:6, 197:8, 197:10, 203:22, 209:13, 215:16, 218:20, 218:24, 229:7, 237:13
**sets** [1] - 185:6
**several** [2] - 223:15, 247:3
**shall** [1] - 208:15
**share** [1] - 169:11
**shirt** [1] - 245:7
**shock** [1] - 207:5
**short** [1] - 199:25
**shortly** [3] - 167:5, 167:6, 232:14
**shot** [1] - 199:16
**show** [11] - 134:20, 135:4, 141:25, 142:23, 158:25, 159:4, 168:25,

204:5, 206:6, 209:17, 214:9
**showed** [1] - 157:2
**sic** [1] - 207:3
**side** [25] - 132:19, 166:16, 184:15, 195:12, 196:1, 196:2, 196:4, 196:6, 196:7, 196:20, 196:21, 196:23, 211:9, 211:10, 213:19, 215:7, 232:16, 239:16, 239:24, 239:25, 241:22, 241:23, 253:4, 253:5
**sides** [1] - 239:12
**signage** [1] - 215:12
**signal** [2] - 140:21, 229:15
**significance** [1] - 153:11
**significant** [1] - 152:14
**significantly** [2] - 247:9, 247:11
**signs** [11] - 212:18, 213:9, 213:12, 213:18, 213:21, 213:24, 214:1, 214:3, 214:14, 214:15, 215:15
**similar** [1] - 228:21
**simple** [1] - 233:24
**simply** [1] - 154:10
**single** [2] - 192:12, 224:2
**sit** [1] - 189:12
**situation** [7] - 200:12, 227:8, 227:9, 227:13, 231:9, 250:22, 250:24
**six** [4] - 185:22, 200:6, 216:24, 244:16
**skylights** [3] - 196:13, 197:19
**slide** [1] - 184:4
**slides** [1] - 137:12
**slightly** [1] - 157:24
**small** [1] - 228:11
**Smith** [1] - 130:10
**smoke** [5] - 229:12, 229:13, 229:14, 229:15
**snow** [7] - 211:23, 211:24, 212:13, 212:15, 215:10, 215:12, 215:19
**so..** [6] - 152:18, 191:5, 218:11,

224:5, 233:5, 247:6
**solely** [1] - 181:25
**solid** [1] - 242:8
**solid-looking** [1] - 242:8
**someone** [10] - 136:22, 169:10, 170:13, 183:7, 185:15, 193:3, 198:13, 203:5, 206:3, 218:17
**sometime** [1] - 155:15
**sometimes** [6] - 178:17, 180:10, 199:25, 232:1, 240:4, 240:5
**somewhat** [1] - 251:23
**somewhere** [3] - 152:22, 165:21, 216:7
**sorry** [20] - 149:16, 160:23, 161:21, 162:10, 163:3, 163:4, 163:25, 175:20, 178:24, 186:15, 189:7, 193:22, 200:20, 218:7, 219:6, 219:24, 226:7, 248:2, 249:21, 250:6
**sort** [11] - 167:21, 179:5, 180:11, 192:24, 193:9, 203:13, 204:15, 224:25, 225:5, 235:10, 239:14
**sorts** [1] - 152:11
**sound** [1] - 200:25
**sounds** [2] - 152:11, 229:17
**sources** [1] - 138:16
**South** [3] - 130:6, 216:18, 216:21
**south** [2] - 184:14, 209:2
**Southwest** [1] - 129:14
**space** [6] - 163:25, 164:2, 164:4, 165:5, 182:20, 183:8
**speaker** [1] - 201:19
**Speaker** [17] - 138:21, 139:17, 145:13, 145:20, 146:9, 152:22, 155:4, 155:7, 155:24, 157:18, 158:2, 164:17, 167:22, 176:20, 178:15, 199:7, 244:20

**Speaker's** [1] - 168:18
**speaking** [4] - 134:2, 149:7, 170:2, 216:22
**speaks** [1] - 154:14
**Special** [1] - 190:24
**special** [3] - 139:11, 145:24, 146:23
**specific** [3] - 147:13, 203:19, 231:18
**specifically** [6] - 151:5, 192:13, 219:7, 230:25, 231:12, 234:17
**speculation** [1] - 166:9
**spell** [1] - 190:18
**spend** [1] - 192:7
**spent** [1] - 192:5
**spray** [5] - 228:10, 228:11, 228:12, 229:4, 231:7
**sprayed** [1] - 135:6
**sprays** [1] - 206:21
**spread** [1] - 225:18
**squad** [8] - 218:22, 226:18, 227:15, 227:20, 228:16, 229:20, 229:24, 230:1
**squads** [1] - 225:22
**square** [1] - 145:2
**squares** [1] - 215:14
**SSB** [1] - 213:22
**staff** [14] - 139:2, 152:2, 152:3, 155:21, 155:23, 165:6, 169:10, 179:13, 179:15, 188:23, 198:20, 203:20, 204:3, 204:4
**staffer** [4] - 142:19, 143:19, 185:14
**staffers** [1] - 220:8
**staffs** [1] - 184:20
**stage** [11] - 195:11, 195:16, 196:24, 196:25, 197:6, 215:20, 238:20, 242:2, 242:3, 242:12, 249:10
**stair** [1] - 225:2
**stairs** [16] - 132:18, 132:21, 183:13, 183:16, 183:17, 184:12, 184:13, 184:25, 185:8, 185:20, 187:1, 199:16, 220:5, 220:17, 223:10
**stamp** [8] - 160:24,

160:25, 237:15, 249:20, 249:25, 250:13, 252:3, 253:8
**stamps** [2] - 161:4, 161:12
**stand** [6] - 152:21, 152:23, 153:2, 179:6, 179:7, 189:16
**standing** [1] - 178:15
**start** [3] - 197:9, 229:6
**started** [2] - 144:23, 167:17
**starting** [1] - 180:22
**starts** [1] - 207:18
**state** [4] - 186:3, 186:6, 186:11, 190:18
**statements** [1] - 149:24
**states** [5] - 153:13, 153:17, 185:7, 186:19, 207:21
**STATES** [6] - 129:1, 129:3, 129:10, 129:13, 129:17, 129:21
**States** [9] - 129:13, 132:3, 168:8, 173:21, 173:25, 174:2, 174:15, 190:22, 206:10
**stationary** [1] - 207:12
**Statuary** [1] - 153:7
**statue** [3] - 237:7, 237:13
**Stenger** [4] - 147:7, 147:9, 147:16, 148:15
**step** [3] - 165:24, 190:11
**steps** [9] - 184:20, 184:22, 184:23, 184:24, 185:2, 185:10, 185:25, 241:19, 241:22
**still** [10] - 137:4, 144:12, 149:4, 157:14, 162:7, 179:23, 196:25, 197:2, 204:4, 221:17
**stipulating** [1] - 161:4
**stole** [1] - 182:7
**stood** [2] - 179:1, 179:3
**stop** [2] - 179:18, 253:7
**stopped** [4] - 156:4, 156:17, 165:2, 181:6
**stopping** [1] - 180:22
**storied** [1] - 146:2

**straight** [3] - 199:16, 238:7, 240:1
**strange** [1] - 177:14
**strategic** [1] - 180:10
**strategy** [2] - 140:22, 180:18
**street** [4] - 170:19, 209:2, 217:7, 237:7
**Street** [10] - 129:17, 129:21, 192:18, 203:24, 209:1, 215:9, 215:11, 216:19, 216:21, 237:9
**strict** [1] - 133:21
**strike** [2] - 138:7, 142:15
**structure** [5] - 195:19, 241:25, 242:1, 242:8
**stuff** [3] - 133:15, 134:21, 210:21
**stun** [16] - 205:24, 206:3, 206:21, 207:2, 207:5, 207:7, 207:11, 207:12, 207:22, 207:23, 208:1, 208:6, 208:13, 208:14, 208:16, 208:18
**Stun** [1] - 206:25
**Stuyvesant** [1] - 137:23
**succeed** [1] - 222:22
**succeeded** [1] - 233:14
**successful** [1] - 230:2
**suffered** [1] - 171:1
**suffering** [1] - 182:4
**suggested** [1] - 134:3
**suite** [3] - 140:4, 140:11, 176:11
**Suite** [3] - 129:18, 130:6, 130:10
**Sunrise** [1] - 140:24
**supposed** [2] - 193:22, 205:3
**Supreme** [1] - 196:7
**surprised** [1] - 248:3
**surrounded** [1] - 209:1
**sustain** [1] - 133:23
**sustained** [12] - 134:9, 143:24, 148:12, 148:25, 152:7, 157:6, 163:16, 164:8, 165:12, 166:11, 169:16, 171:20
**SWAT** [5] - 193:12, 193:13, 194:10,

225:14, 231:19
**sworn** [4] - 190:12, 191:21, 191:22, 208:14
**Sworn** [1] - 190:13
**system** [4] - 227:23, 227:25, 228:20, 228:21
**systems** [1] - 200:8

# T

**table** [1] - 165:6
**tactical** [5] - 192:7, 219:10, 220:25, 230:21, 231:23
**tactics** [1] - 251:3
**Tampa** [2] - 129:17, 129:18
**tandem** [1] - 147:4
**target** [6] - 227:11, 227:12, 227:13, 228:6, 228:14, 231:6
**targeting** [2] - 228:5, 231:5
**task** [1] - 250:24
**team** [8] - 193:13, 194:10, 225:14, 225:16, 225:17, 229:22, 231:19
**teams** [1] - 230:8
**teargassed** [1] - 167:14
**techs** [1] - 233:23
**Ted** [1] - 129:14
**television** [1] - 199:20
**temp** [2] - 152:21, 152:23
**temporary** [1] - 242:1
**ten** [7] - 157:25, 185:22, 236:15, 238:13, 246:23, 249:24, 251:14
**ten-second** [1] - 236:15
**tenure** [1] - 139:17
**term** [1] - 186:8
**termed** [1] - 154:19
**terminology** [1] - 152:16
**terms** [3] - 133:9, 191:8, 226:6
**terrace** [5] - 215:21, 232:15, 238:19, 239:4, 241:24
**terrible** [1] - 165:9
**terrorist** [1] - 171:15
**Terry** [1] - 152:4
**testified** [34] - 137:25, 144:9, 145:16,

146:9, 148:15, 148:17, 148:19, 148:22, 149:1, 149:23, 150:12, 151:24, 152:19, 152:25, 153:6, 153:9, 155:4, 155:7, 155:10, 155:15, 155:17, 155:20, 155:24, 157:15, 160:14, 164:17, 164:23, 165:16, 165:25, 167:4, 172:4, 172:25, 176:4, 177:21
**testify** [2] - 132:20, 132:25
**testifying** [1] - 145:12
**testimony** [24] - 132:17, 133:10, 133:22, 134:8, 135:11, 140:1, 144:12, 147:9, 148:18, 149:4, 149:14, 151:18, 165:1, 165:13, 166:5, 168:1, 172:8, 172:20, 175:5, 176:18, 176:22, 188:4, 188:5, 202:1
**texts** [1] - 177:14
**THE** [112] - 129:1, 129:1, 129:10, 130:2, 130:9, 132:2, 132:5, 132:7, 132:13, 133:5, 133:7, 133:20, 134:5, 134:13, 134:18, 134:24, 135:8, 135:10, 135:17, 135:21, 135:25, 136:3, 136:9, 137:1, 137:2, 137:13, 141:12, 141:15, 141:21, 141:23, 143:3, 143:5, 143:7, 143:10, 143:11, 143:15, 143:17, 143:24, 145:5, 148:12, 148:21, 148:25, 152:7, 154:7, 154:16, 157:6, 159:6, 159:7, 159:12, 159:16, 159:25, 160:2, 160:5, 160:7, 161:3, 161:7, 161:9, 161:11, 163:16, 163:20, 164:8,

165:12, 166:11, 166:20, 169:5, 169:6, 169:16, 171:20, 174:22, 175:11, 178:3, 178:8, 178:11, 183:20, 183:25, 188:3, 188:7, 188:8, 188:9, 188:10, 188:14, 188:25, 189:3, 189:5, 189:8, 189:11, 189:18, 189:23, 190:1, 190:7, 190:8, 190:9, 190:10, 190:11, 195:1, 198:3, 202:8, 206:16, 210:20, 211:2, 213:17, 214:12, 214:20, 214:22, 215:5, 234:14, 235:18, 236:11, 236:18, 251:11, 251:15, 253:20
**themselves** [1] - 204:9
**thigh** [1] - 227:12
**threat** [1] - 208:2
**threatening** [2] - 177:18, 177:20
**three** [6] - 187:15, 187:16, 191:7, 213:24, 241:7, 242:24
**threw** [3] - 173:20, 174:10, 174:15
**throughout** [2] - 223:4, 236:2
**throw** [1] - 174:12
**thrown** [6] - 134:21, 224:23, 225:3, 225:5, 225:6, 225:7
**timeline** [1] - 157:7
**title** [2] - 168:10, 190:21
**titled** [1] - 140:20
**tobacco** [1] - 226:9
**today** [8] - 133:17, 144:12, 149:4, 165:1, 169:25, 176:18, 202:1, 214:4
**together** [4] - 136:17, 212:5, 212:7, 253:2
**took** [10] - 140:23, 166:15, 173:8, 173:15, 182:14, 182:21, 182:22, 221:11, 223:2, 235:14
**top** [7] - 184:23, 196:8, 196:9, 206:24,

223:9, 237:15, 237:21
**touch** [3] - 177:2, 177:5, 242:5
**tour** [1] - 205:11
**toward** [3] - 215:13, 215:20, 240:20
**tracks** [1] - 210:14
**trained** [3] - 226:21, 226:22, 227:15
**TRANSCRIPT** [1] - 129:9
**trapped** [1] - 221:19
**trash** [2] - 173:23, 248:23
**travel** [1] - 199:11
**trial** [1] - 236:2
**TRIAL** [1] - 129:9
**tried** [4] - 212:11, 221:4, 221:7, 222:21
**tries** [1] - 206:3
**trouble** [4] - 135:12, 219:4, 219:6, 219:11
**true** [3] - 142:6, 159:15, 175:23
**trusted** [1] - 138:16
**trustees** [1] - 178:25
**try** [4] - 222:9, 224:22, 245:20, 251:2
**trying** [14] - 141:18, 154:10, 170:10, 186:16, 191:16, 222:19, 223:16, 225:9, 230:12, 240:14, 246:17, 249:4, 250:8
**turn** [7] - 144:14, 144:17, 145:3, 145:9, 166:2, 208:16, 216:2
**turned** [1] - 221:17
**Turner** [1] - 129:14
**TV** [11] - 138:4, 144:15, 144:19, 144:20, 158:18, 176:14, 176:19, 177:9, 182:22, 194:13, 216:14
**two** [24] - 137:11, 140:9, 146:16, 146:19, 149:23, 179:20, 180:17, 184:13, 184:22, 185:6, 185:18, 196:10, 197:19, 204:24, 213:24, 215:16, 215:18, 217:1, 218:10, 231:21, 239:5, 241:10, 241:15,

250:5
**type** [3] - 138:7, 218:3, 225:4
**types** [2] - 177:14, 226:23
**typical** [7] - 150:21, 151:11, 151:18, 202:12, 209:14, 228:11, 228:23
**typically** [12] - 194:5, 198:17, 198:20, 218:2, 219:9, 219:10, 221:2, 229:9, 248:20, 248:23, 252:10

# U

**U.S** [12] - 130:14, 156:21, 157:2, 169:17, 169:20, 169:23, 170:5, 174:8, 192:16, 192:17, 199:19, 206:2
**unalarmed** [1] - 185:7
**unanimously** [1] - 136:14
**unauthorized** [9] - 221:24, 223:15, 233:1, 233:6, 233:9, 233:21, 233:22, 248:15, 249:4
**uncomfortable** [1] - 136:20
**under** [13] - 134:16, 137:4, 153:2, 154:15, 165:6, 191:11, 191:13, 191:14, 196:13, 207:7, 207:25, 234:7, 250:17
**underlined** [1] - 184:14
**underneath** [1] - 197:18
**understood** [1] - 142:3
**unfortunately** [1] - 249:5
**uniforms** [2] - 252:18, 252:19
**unintentionally** [1] - 145:3
**unit** [6] - 190:23, 191:2, 191:3, 222:18, 225:23, 233:3
**UNITED** [6] - 129:1, 129:3, 129:10, 129:13, 129:17,

129:21
**United** [9] - 129:13, 132:3, 168:8, 173:21, 173:25, 174:2, 174:15, 190:22, 206:10
**units** [1] - 168:18
**unless** [2] - 132:22, 204:15
**unusual** [1] - 218:2
**up** [57] - 134:3, 137:11, 156:13, 159:19, 170:14, 170:21, 171:2, 171:13, 180:22, 183:10, 183:12, 184:22, 185:11, 189:17, 190:11, 191:4, 193:6, 197:6, 197:8, 197:10, 198:4, 199:16, 202:23, 203:1, 206:23, 207:17, 208:9, 209:2, 209:13, 210:8, 215:13, 215:16, 215:20, 216:6, 216:18, 218:21, 218:24, 220:2, 220:4, 220:5, 220:18, 222:15, 222:16, 223:6, 225:5, 225:11, 225:22, 229:7, 229:25, 230:8, 237:21, 240:17, 241:23, 249:6, 251:15
**updates** [1] - 169:11
**upper** [3] - 170:22, 171:3, 241:24
**upset** [1] - 216:22
**USC** [1] - 156:21
**use-of-force** [1] - 231:8
**usual** [1] - 186:2

## V

**value** [1] - 172:14
**vantage** [1] - 201:2
**various** [4] - 153:2, 154:13, 247:6, 247:7
**vehicle** [1] - 217:10
**vehicles** [2] - 150:7, 150:10
**velvet** [1] - 252:7
**verbal** [2] - 250:23, 251:2
**versus** [4] - 184:13,

203:20, 207:11, 228:14
**vertically** [1] - 239:14
**vestibule** [2] - 223:10, 226:2
**vice** [1] - 253:12
**victim** [2] - 170:18, 174:19
**Video** [37] - 160:6, 160:10, 160:21, 162:2, 187:13, 234:25, 237:3, 238:14, 238:23, 239:23, 240:11, 241:9, 241:14, 241:17, 242:23, 243:6, 243:16, 243:20, 244:14, 244:21, 244:24, 246:8, 246:21, 247:14, 248:12, 249:1, 249:7, 249:16, 250:4, 250:12, 250:15, 251:10, 251:18, 252:5, 252:17, 252:21, 253:6
**video** [32] - 158:25, 160:20, 161:23, 161:24, 161:25, 162:11, 162:14, 162:17, 162:20, 184:1, 187:12, 200:21, 200:22, 234:12, 234:21, 235:1, 235:2, 235:9, 235:20, 236:1, 236:2, 236:16, 237:16, 242:22, 245:1, 247:16, 251:12, 251:13, 252:3, 253:7, 253:13
**videos** [3] - 161:5, 161:13, 235:13
**view** [2] - 209:20, 241:25
**vigils** [1] - 185:24
**violated** [1] - 183:8
**violating** [1] - 187:24
**violence** [7] - 134:14, 134:15, 166:15, 174:25, 175:6, 175:18, 175:21
**violent** [8] - 144:10, 144:14, 144:17, 145:3, 145:9, 146:7, 166:2, 166:7
**visible** [4] - 210:16, 211:22, 211:23, 229:14

**visit** [1] - 197:15
**visitor** [2] - 205:6, 205:8
**visitor's** [6] - 196:14, 197:17, 197:18, 205:7, 248:19, 249:3
**Visitor's** [3] - 203:21, 204:19, 204:21
**visitors** [8] - 191:22, 203:20, 203:21, 205:14, 205:19, 205:24, 242:19, 242:20
**voir** [1] - 235:22
**vote** [4] - 158:10, 180:6, 180:20, 184:24
**votes** [7] - 152:17, 180:8, 180:16, 184:21, 205:3
**vs** [2] - 129:5, 132:4

## W

**waiting** [1] - 135:20
**walk** [3] - 149:16, 157:7, 204:1
**walked** [11] - 149:11, 149:14, 149:15, 149:19, 150:5, 150:9, 170:19, 173:8, 173:14, 213:7, 222:11
**walking** [3] - 155:4, 240:20, 248:15
**walkway** [2] - 203:24, 203:25
**wall** [1] - 229:5
**walls** [1] - 145:17
**wants** [2] - 134:19, 154:3
**warn** [1] - 229:16
**warrant** [1] - 171:14
**Washington** [10] - 129:22, 130:15, 138:13, 138:15, 140:16, 141:10, 142:23, 170:13, 170:18, 170:25
**watch** [3] - 138:11, 147:21, 148:6, 189:12, 200:6, 200:15, 236:2, 243:15, 246:7
**watched** [2] - 166:12, 253:13
**watching** [6] - 194:13, 216:14, 240:12, 241:10, 244:13, 246:20

**water** [1] - 225:1
**weapon** [6] - 205:23, 207:23, 208:22, 224:4, 227:10, 231:18
**weapons** [6] - 205:18, 226:22, 227:7, 227:16, 227:20, 228:23
**wear** [2] - 136:13, 162:15
**wearing** [2] - 162:11, 162:14
**Wednesday** [1] - 129:4
**welcome** [2] - 136:25, 190:1
**west** [2] - 166:16, 195:11, 196:1, 196:2, 209:1, 215:7, 215:9, 215:20, 232:15, 238:19, 241:22, 253:5
**West** [9] - 166:22, 166:24, 167:1, 211:9, 236:24, 238:18, 241:16, 243:25, 249:10
**western** [1] - 167:18
**whatsoever** [1] - 134:10
**whisked** [6] - 152:25, 155:17, 155:25, 156:8, 157:18, 164:18
**white** [4] - 215:14, 242:8, 245:7, 247:21
**White** [1] - 237:23
**WHITESEL** [1] - 129:20
**whole** [4] - 182:24, 202:15, 223:9, 246:24
**wind** [2] - 193:6, 216:6
**window** [2] - 167:4, 167:13
**Wing** [2] - 243:3, 251:20
**wing** [2] - 232:16
**wise** [1] - 150:20
**wishes** [1] - 136:23
**witness** [12] - 133:21, 136:24, 154:3, 169:4, 188:11, 189:15, 189:21, 190:4, 206:7, 209:17, 239:14, 245:6
**WITNESS** [10] - 131:2, 137:1, 143:10,

143:15, 143:17, 169:6, 188:7, 188:9, 190:8, 190:10
**Witness** [9] - 143:14, 175:14, 195:17, 198:12, 199:1, 199:8, 239:11, 245:4, 247:19
**witness's** [1] - 154:10
**wonder** [2] - 173:17, 182:10
**word** [1] - 199:4
**words** [1] - 227:18
**workroom** [2] - 135:21, 135:25
**worried** [2] - 150:10, 150:14, 150:15, 151:6
**worry** [1] - 151:19
**worth** [3] - 172:19, 182:15, 183:3
**wrap** [1] - 251:15
**wrongdoer** [1] - 170:22

## X

**x-ray** [3] - 203:25, 204:6, 223:21

## Y

**year** [1] - 202:19
**years** [8] - 185:18, 186:2, 191:1, 191:7, 192:6, 200:7, 207:21, 207:25
**yelling** [1] - 222:13
**yellow** [2] - 249:11, 252:18
**yesterday** [28] - 133:9, 136:11, 138:9, 144:9, 145:12, 149:1, 149:23, 150:12, 152:13, 152:20, 152:25, 153:6, 155:4, 155:15, 155:17, 155:24, 156:12, 166:25, 167:4, 167:20, 172:4, 172:20, 172:25, 173:5, 176:18, 177:7, 177:8, 185:6
**York** [2] - 130:3
**yourself** [10] - 137:3, 143:7, 158:19, 168:22, 172:9, 212:11, 245:3, 247:16, 247:18, 248:3