```
                    IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - x
THE UNITED STATES OF AMERICA,
                                      Criminal Action No.
              Plaintiff,              1:21-cr-00038-CRC-1
                                      Monday, January 23, 2023
vs.                                   11:36 a.m.

RICHARD BARNETT,

              Defendant.
- - - - - - - - - - - - - - - - x
_____

                 TRANSCRIPT OF JURY TRIAL VERDICT
         HELD BEFORE THE HONORABLE CHRISTOPHER R. COOPER
                   UNITED STATES DISTRICT JUDGE
_____

APPEARANCES:

For the United States:       ALISON PROUT, ESQ.
                             UNITED STATES ATTORNEY'S OFFICE
                             75 Ted Turner Drive Southwest
                             Atlanta, Georgia 30303
                             (404) 581-6105
                             alison.prout@usdoj.gov

                             MICHAEL M. GORDON, ESQ.
                             UNITED STATES ATTORNEY'S OFFICE
                             400 North Tampa Street
                             Suite 3200
                             Tampa, Florida 33602
                             (813) 274-6370
                             michael.gordon3@usdoj.gov

                             NATHANIEL K. WHITESEL, ESQ.
                             UNITED STATES ATTORNEY'S OFFICE
                             601 D Street Northwest
                             Washington, D.C. 20530
                             (202) 252-7759
                             nathaniel.whitesel@usdoj.gov


    (CONTINUED ON NEXT PAGE)
```

```
 1    APPEARANCES (CONTINUED):

 2    For the Defendant:        JOSEPH D. MCBRIDE, ESQ.
                                 THE MCBRIDE LAW FIRM, PLLC
 3                               99 Park Avenue, 25th Floor
                                 New York, New York 10016
 4                               (917) 757-9537
                                 jmcbride@mcbridelawnyc.com
 5
                                 BRADFORD L. GEYER, ESQ.
 6                               FORMERFEDSGROUP.COM, LCC
                                 141 I Route 130 South, Suite 303
 7                               Cinnaminson, New Jersey 08077
                                 (856) 607-5708
 8                               bradford.geyer@formerfedsgroup.com

 9                               JONATHAN GROSS, ESQ.
                                 THE CLEVENGER FIRM
10                               2833 Smith Avenue, Suite 331
                                 Baltimore, Maryland 21209
11                               (443) 813-0141
                                 jon@clevengerfirm.com
12

13
      Court Reporter:            Lisa A. Moreira, RDR, CRR
14                               Official Court Reporter
                                 U.S. Courthouse, Room 6718
15                               333 Constitution Avenue, NW
                                 Washington, DC  20001
16                               202-354-3187

17

18

19

20

21

22

23

24

25
```

```
 1                    P R O C E E D I N G S
 2              THE COURT:  Okay.  Welcome back, everybody.  I
 3    understand that the jury has reached a verdict.
 4              Ms. Jenkins, can you summon the jury?
 5              THE COURTROOM DEPUTY:  Yes, Your Honor.
 6              (Pause)
 7              (Jury enters courtroom)
 8              THE COURT:  Okay.  Please be seated.
 9              Welcome back, ladies and gentlemen.  Who is our
10    foreperson?  Juror No. 9.  I understand that the jury has
11    reached a verdict; is that correct?
12              THE FOREPERSON:  That's correct, Your Honor.
13              THE COURT:  And is your verdict unanimous?
14              THE FOREPERSON:  Yes.
15              THE COURT:  Okay.  If you could give Ms. Jenkins
16    your verdict form.
17              (Pause)
18              THE COURT:  Okay.  Ma'am, I will ask you to stand,
19    and I will go through each count, and I will ask you to
20    announce your verdict.
21              As to Count 1, civil disorder, how does the jury
22    find?
23              THE FOREPERSON:  The jury finds the defendant is
24    guilty.
25              THE COURT:  Count 2, obstruction of an official
```

1     proceeding.  How do you find?
2              THE FOREPERSON:  The jury finds the defendant is
3     guilty.
4              THE COURT:  Count 3, entering and remaining in a
5     restricted building or ground with a deadly or dangerous
6     weapon.  What is the jury's verdict?
7              THE FOREPERSON:  The jury's verdict is guilty.
8              THE COURT:  Count 4, disorderly or disruptive
9     conduct in a restricted building or grounds with a deadly or
10    dangerous weapon.  How does the jury find?
11             THE FOREPERSON:  The jury finds guilty.
12             THE COURT:  Count 5, entering and remaining in
13    certain rooms in a Capitol building.  How does the jury
14    find?
15             THE FOREPERSON:  Guilty.
16             THE COURT:  Count 6, disorderly conduct in a
17    Capitol building?
18             THE FOREPERSON:  Guilty.
19             THE COURT:  Count 7, parading, demonstrating, or
20    picketing in a Capitol building.  How does the jury find?
21             THE FOREPERSON:  Guilty.
22             THE COURT:  And Count 8, theft of government
23    property.  How does the government find?
24             THE FOREPERSON:  Guilty.
25             THE COURT:  If you could give your verdict form to

1       Ms. Jenkins.
2                   Poll, Counsel?
3                   MR. GEYER:  Yes, please, Your Honor.
4                   THE COURT:  Okay.  I will now ask each one of you
5       whether the verdict that was just announced by your
6       foreperson is your verdict as well.
7                   Juror 1, is that your verdict?
8                   JUROR NO. 1:  Yes.
9                   THE COURT:  Juror 3, is that your verdict?
10                  JUROR NO. 3:  Yes.
11                  THE COURT:  Juror 4, is that your verdict?
12                  JUROR NO. 4:  Yes.
13                  THE COURT:  Juror 6, is that your verdict?
14                  JUROR NO. 6:  Yes.
15                  THE COURT:  Juror 7?
16                  JUROR NO. 7:  Yes.
17                  THE COURT:  Juror 8, is that your verdict?
18                  JUROR NO. 8:  It is.
19                  THE COURT:  Juror 9, is that your verdict?
20                  JUROR NO. 9:  Yes.
21                  THE COURT:  Juror 10?
22                  JUROR NO. 10:  Yes.
23                  THE COURT:  Juror 11?
24                  JUROR NO. 11:  Yes.
25                  THE COURT:  Juror 12, is that your verdict?

1           JUROR NO. 12:  Yes.
2           THE COURT:  Juror 13, is that your verdict?
3           JUROR NO. 13:  Yes, it is.
4           THE COURT:  And Juror 14?
5           JUROR NO. 14:  Yes.
6           THE COURT:  Okay.  Madam Deputy, please record the
7    jury's verdict.
8           Ladies and gentlemen, you are now discharged from
9    service.  If you could go back to the jury room, I will come
10   back and thank you for your service personally in just a
11   minute or two.  Feel free to stay, if you'd like.  If you
12   would prefer to leave, feel free to do so as well.
13          All right.  Again, thank you for your service, and
14   you are excused.
15          (Jury exits courtroom)
16          THE COURT:  Okay.  Please be seated.
17          Counsel, post-trial motions within the deadlines
18   under the rules.  Okay?
19          MR. GEYER:  Yes, Your Honor.  We'd like to renew
20   our Rule 29 motion, and we'll have a memo of law in support
21   as early as today but no later than Wednesday.
22          THE COURT:  You have however long you have under
23   the rules.
24          MR. GEYER:  Thank you, Your Honor.
25          THE COURT:  Don't rush it, if you don't want to.

1          MR. GEYER: Also, regarding the -- there was an
2  outstanding motion regarding jury instructions. I think
3  we'll stand on the papers on that, Your Honor.
4          THE COURT: Very well.
5          MR. GEYER: Thank you.
6          THE COURT: Sentencing?
7          Mr. Barnett, what will happen next is that the
8  probation office will appoint a probation officer to prepare
9  a presentence investigation report. They will seek to
10 interview you and potentially members of your family. It is
11 important to be forthcoming with the probation officer
12 because that report will be one of the main things I will
13 use to determine an appropriate sentence in this case.
14         Counsel, it's taking probation about two and a
15 half to three months to prepare these reports. Sentencing
16 May 3rd at 2:00 p.m.?
17         Counsel, does that work?
18         MR. McBRIDE: That works for the defense, Your
19 Honor.
20         THE COURT: Okay.
21         MR. GORDON: And for the government, Your Honor.
22         THE COURT: Okay. The Court will set sentencing
23 in this matter for Wednesday, May 3rd, at 2:00 p.m. in this
24 courtroom.
25         Okay. Ms. Prout.

1          MS. PROUT: Your Honor, the government does move
2  to step back the defendant pursuant to 18 USC 3413(a).
3  Would the Court like to hear argument on the motion?
4          THE COURT: Briefly.
5          MS. PROUT: It's a nondiscretionary statute, Your
6  Honor. It requires step back unless there is clear and
7  convincing evidence that a person is not likely to flee or
8  pose a danger to safety of any other person or the community
9  following conviction.
10         The jury has now definitively found that the
11 defendant did carry a dangerous weapon all the way into the
12 office of the Speaker of the House of the United States
13 House of Representatives. We can only imagine what would
14 have happened if she had been there at that time. We know
15 that the defendant also refused to comply with the directive
16 of multiple officers on January 6th, that he threatened,
17 obstructed and interfered with the police.
18         We also know at this point that he lied on the
19 stand when he testified that he had no choice but to enter
20 the Capitol, when he said that he cooperated with the police
21 and agreed to stand aside, and when he said that he brought
22 the Hike 'n Strike with him merely as a walking stick. We
23 also saw on the stand, Your Honor, that the defendant did
24 get belligerent with the Court and refused to comply with
25 directions when Your Honor instructed the defendant to wait

1  for a question or to finish his answer.
2              Since the trial testimony of last week, the
3  defendant has been Tweeting, has expressed no remorse for
4  his conduct, and we have no assurance, let alone clear and
5  convincing evidence, that the defendant will not be a danger
6  to the community and that the next time he simply disagrees
7  with some course of conduct from the authorities, that he
8  will not obstruct or behave dangerously in the community
9  again.
10             Thank you.
11             THE COURT:  Thank you.
12             MR. McBRIDE:  Your Honor, when Mr. Barnett was at
13 trial here, the idea that he would publicly admit guilt just
14 doesn't add up for a man who is trying to prove his
15 innocence.  During the course of this trial, he exhibited
16 remorse over his actions on more than one occasion.  I think
17 the proof is in the pudding here.
18             He has been out since the 27th of April of 2021.
19 He has been fully compliant with all the instructions -- the
20 multitude of instructions -- from Pretrial Services.  He has
21 not had any errors.  He has not had any mistakes.
22             Obviously he disagrees with the jury's findings,
23 but he respects the process, and, you know, I'll take those
24 issues up on appeal.
25             He's 62 years old to this point, multiple health

1    issues.  He needs time to get his affairs in order.  He's
2    got a wife.  He's got a home.  He's got his own health
3    issues that we need to sort through.
4            We're talking about a few months here.  The last
5    18 months or so of conduct that he's been out, they speak
6    for itself.  He has not done anything wrong.  He has not
7    fractured an occasion.  He has not fractured a law.  It
8    doesn't make sense to throw him in jail right now at this
9    moment when what he can do -- what the prudent thing to do
10   would be to let him go home under the current set of
11   circumstances to work out his affairs with his family and
12   his attorneys and to return here on the appointed day to be
13   sentenced.
14           THE COURT:  Okay.  The Court will deny the
15   government's motion to hold Mr. Barnett pending sentencing.
16           Mr. Barnett --
17           THE DEFENDANT:  Yes, Your Honor.
18           THE COURT:  -- you will remain on the same
19   conditions, the conditions which, your attorney is right,
20   you have complied with for the most part throughout the
21   pendency of this matter.
22           Needless to say, it would not be wise or prudent
23   for you to violate any of those conditions or to not show up
24   for your sentencing.  Okay?  I hope that you understand
25   that.  I expect that you understand that.

1   THE DEFENDANT: Yes, Your Honor. I understand the
2   process.
3   THE COURT: And the Court makes a finding that
4   there are clear and convincing circumstances that suggest
5   that Mr. Barnett is not a flight risk or a danger to the
6   community pending sentencing provided he remains under the
7   current conditions of release which include, I believe, home
8   confinement or home detention. All right?
9   So with that, we will see you folks on May 3rd.
10  Sentencing memos at least a week in advance. Okay?
11              (Whereupon the hearing was
12                 concluded at 11:49 a.m.)

13  **CERTIFICATE OF OFFICIAL COURT REPORTER**

14

15  I, LISA A. MOREIRA, RDR, CRR, do hereby
16  certify that the above and foregoing constitutes a true and
17  accurate transcript of my stenographic notes and is a full,
18  true and complete transcript of the proceedings to the best
19  of my ability.
20     Dated this 24th day of January, 2023.
21
22
                                /s/Lisa A. Moreira, RDR, CRR
23                              Official Court Reporter
                                United States Courthouse
24                              Room 6718
                                333 Constitution Avenue, NW
25                              Washington, DC 20001