Generated: 01/07/2021 8:24 AM EST

| Incident Summary |
|---|
| 700270_WF (U//FOUO) Richard "Bigo" Barnett admits to being in Speaker Pelosi's Office during 01/06/2021 protests |



| Richard Barnett<br>HQ-CTD-492-II-21<br>(U//FOUO) Anti-Government or Anti-Authority Violent Extremism | 700270_WF<br>Status: Closed (on 01/07/2021)<br>This Report or Assessment relates to or enhances an existing PI/FI | (U//FOUO) Priority 1<br>Tier 1 (Terrorist Operator) |
|---|---|---|

(U//FOUO) Richard Barnett (Male, 07/12/1960)
| | |
|---|---|
| Other Information: | Caution: known to be heavily armed |
| Race: | White |
| Subrace: | Caucasian |
| Eye Color: | Blue |
| Hair Color: | Gray or Partially Gray |
| Height: | 71 inches |
| Weight: | 170 lbs. |
| US Person: | Yes |
| Public Figure: | No |
| Subject Type: | Main |
| Driver's License: | 917346709 |
| Complexion: | Light |
| Attachments: | (U//FOUO) barnett, richard dl photo_700270_LR_1609979111133.jpg (11.6 KB)<br>DL Photo |



| Program Measures | | |
|---|---|---|
| 5 Day Draft Measure | 5 Day Action Measure | 180 Day Measure |
| 1 | 1 | 1 |
| Mitigation | | |
| ☐ | ☐ | ☐ |

**Counterterrorism**

Information Only

| | |
|---|---|
| Threat to Life: | No |
| Report Type: | Terrorist Threat |
| Program Management: | DTOS/DTOU |
| Observed: | 01/06/2021 04:30:00 PM |
| Time Zone: | GMT -06:00 US/Canada Central |
| Origin Agency: | FBI |
| Receipt Method: | Media |
| Field Office: | WASHINGTON FIELD |
| Assigned Squad: | WF-CT11 |
| Approver(s): | WF-CT11 Supervisors |
| Report Creator: | LOEL SKOCH |
| Report Owner: | LOEL SKOCH |

| Baseline Collection<br>Database/Resource Queries | | Baseline Collection Plan<br>Authorized Methods Utilized | |
|---|---|---|---|
| Date Last Checked | Database | Date Last Checked | Technique Utilized |
| 01/06/2021 | Other | 01/06/2021 | Accept voluntarily provided information by governmental or private entities. |
| 01/06/2021 | Photographic Web Sites | 01/06/2021 | Administrative note for informational purposes. |
| 01/06/2021 | Public Search Engines | 01/06/2021 | Obtain publicly available information. |
| 01/06/2021 | Social Media | 01/06/2021 | Use online services and resources (whether nonprofit or commercial). |
| Baseline Compliant ☐ | | Baseline Compliant ☐ | |

(U//FOUO) On 01/06/2021 media reports identified an individual who participated on the Capital protest where protesters stormed the Capital Building. Barnett was photographed in Speaker Pelosi's Office. (see attached photo)

Source reporting, local law enforcement liaison contacts, social media posts, and self admissions on twitter confirmed his identity as Richard "Bigo" Barnett.

He is further described below:

Name: Richard Barnett
Arkansas Drivers License number: 917346709

DOB: 07/12/1960
Address: 17853 North Mount Olive RD, Gravette, Arkansas 72736
White/Male
Height: 5'11
Weight: 170
Eyes: Blue

CHS reporting indicates that Barnett may currently be staying at "the Hyatt near the river in DC."

## Subjects

### (U//FOUO) Richard Barnett (Male, 07/12/1960)

| | |
|---|---|
| Other Information: | Caution: known to be heavily armed |
| Race: | White |
| Subrace: | Caucasian |
| Eye Color: | Blue |
| Hair Color: | Gray or Partially Gray |
| Height: | 71 inches |
| Weight: | 170 lbs. |
| US Person: | Yes |
| Public Figure: | No |
| Subject Type: | Main |
| Driver's License: | 917346709 |
| Complexion: | Light |
| Attachments: | (U//FOUO) barnett, richard dl photo_700270_LR_1609979111133.jpg (11.6 KB) |
| | DL Photo |

## Attachments

DL photo
Criminal History
NCIC1
NCIC2

## Notes

### (U//FOUO) Made contact with WFO command post

| | |
|---|---|
| Authorized Method: | Administrative note for informational purposes. |
| Description: | At approximately 6:38 p.m. CST writer made contact with the WFO command post and notified them of captioned guardian lead and guardian number. |
| Status: | Completed |
| History: | |
| 01/06/2021 07:39:16 PM | Created Note: Made contact with WFO command post LOEL SKOCH ( LITTLE ROCK /LR-14 ) |

### (U//FOUO) Accurint Richard Barnett

| | |
|---|---|
| Authorized Method: | Use online services and resources (whether nonprofit or commercial). |
| Databases checked: | Other |
| Description: | Accurint search results revealed the following information for Barnett: |
| | |
| | Name: Richard M Barnett |
| | DOB: 3/14/1960 |
| | SSN: 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 |
| | Address 1: PO Box 406, Gravette, AR 72736 (DEC 2020) |
| | Address 2: 17853 N Mount Olive Rd, Gravette, AR 72736 (JUNE 2020) |
| | Phones: 479-739-2604, 479-790-6436 |
| | Associates and Relatives: Jessy Rochelle Mills (6/1/1995), Tammy Lynn Newburn (3/20/1969, Phone 479-323-7019), Rocky Mills (7/31/1964) |

CAP03_000001820

| | |
|---|---|
| Status: | Completed |
| History: | |
| | 01/06/2021 07:46:59 PM Created Note: Accurint Richard Barnett    ANNALISE DUNN ( LITTLE ROCK /LR-14 ) |

### (U//FOUO) Information on possible law enforcement affiliation

| | |
|---|---|
| Authorized Method: | Accept voluntarily provided information by governmental or private entities. |
| Description: | FBI TFO James Chamberland advised that multiple contacts at the Benton County Sheriff's Office believe that Barnett was and/or is a police officer at the Sulphur Springs Police Department, Sulphur Springs, Arkansas. |
| Status: | Completed |
| History: | |
| | 01/06/2021 07:55:53 PM Created Note: Information on possible law enforcement affiliation    LOEL SKOCH ( LITTLE ROCK /LR-14 ) |

### (U//FOUO) Open Source Research Barnett

| | |
|---|---|
| Authorized Method: | Obtain publicly available information. |
| Databases checked: | Other, Photographic Web Sites, Public Search Engines, Social Media |
| Description: | Open source research conducted on Barnett revealed the following information:<br><br>Facebook for Richard Barnett:<br>-www.facebook.com/bigo.barnett.1<br>-Facebook UID: 100057806702875<br>-Facebook Preservation Case #: 5714852 (preserved on 1/6/2021 @ aprox. 6:00 pm<br><br>News on Richard Barnett:<br>-Northwest Arkansas News "Man Photographed in Nancy Pelosi's Office Could be From Northwest Arkansas (www.nwahomepage.com/northwest-arkansas.news/man-photographed-in-nancy-pelosis-office-could-be-from-northwest-arkansas/<br><br>Twitter chatter on Richard Barnett:<br>-Lisa Brence (twitter.com/theLovelyLisaB posted a photo of Barnett in Nancy Pelosi's office with the title "EXCLUSIVE: Man photographed in Nancy Pelosi's office believed to be from Northwest #Arkansas"<br><br>-Matthew Rosenberg (twitter.com/AllMattNYT) posted photos and a video of Barnett. Comments on the video include "After getting into Pelosi's office, he said 'I wrote her a nasty note, put my feet up on her desk and scratched my balls.'" Additionally, he admitted to taking an envelope from Speaker Pelosi's office titled to "The Honorable Billy Long". |
| Status: | Completed |
| Attachments: | (U//FOUO) Lisa Brence Twitter Barnett at Pelosi desk_700270_LR_1609981330788.png (530.9 KB)<br>Lisa Brence Twitter |
| | (U//FOUO) Matthew Rosenberg Twitter Barenett_700270_LR_1609981362096.png (639.2 KB)<br>Rosenburg Twitter 1 |
| | (U//FOUO) Matthew Rosenberg Twitter Barenett 2_700270_LR_1609981391554.png (2374.3 KB)<br>Rosenberg Twitter 2 |
| | (U//FOUO) barnett video_700270_LR_1609981415025.mp4 (2162.5 KB)<br>Rosenberg Twitter video |
| | (U//FOUO) Man photographed in Nancy Pelosi's office could be from Northwest Arkansas _ KNWA FOX24_700270_LR_1609981449154.pdf (1664.7 KB)<br>NWA news |
| History: | |
| | 01/06/2021 08:01:37 PM Created Note: Open Source Research Barnett    ANNALISE DUNN ( LITTLE ROCK /LR-14 ) |

### (U//FOUO) Contact with WFO Command post

| | |
|---|---|
| Authorized Method: | Administrative note for informational purposes. |
| Description: | On 01/06/2021 at 7:11 p.m. writer made contact with the WFO command post to advise that captioned guardian lead had been submitted and forwarded to them. |

| | |
|---|---|
| Status: | Completed |
| History: | |
| | 01/06/2021  08:12:42  PM Created Note: Contact with WFO Command post LOEL SKOCH ( LITTLE ROCK ) |

## Referrals

| | |
|---|---|
| Has this matter been referred to OGA/State/Local? | No |

## Disposition

### (U) Disposition

| | |
|---|---|
| Note: | Guardian forwarded to 176-WF-3366759 regarding the ongoing criminal investigation. |
| Investigation Type: | Full |
| Disposition: | This Report or Assessment relates to or enhances an existing PI/FI |
| Associated Case Numbers: | 176-WF-3366759 |

## Workflow

| Date/Time | Action | Assignment |
|---|---|---|
| 01/06/2021  07:12:52  PM | Created Incident | Assigned By: LOEL SKOCH ( LITTLE ROCK /LR-14 ) |
| | | Assigned To: LOEL SKOCH ( LITTLE ROCK /LR-14 ) |
| 01/06/2021  07:37:38  PM | Incident submitted for opening | Assigned By: LOEL SKOCH ( LITTLE ROCK /LR-14 ) |
| | | Assigned To: ( LITTLE ROCK /LR-14 ) |
| 01/06/2021  08:09:21  PM | Incident transferred<br>See the attached Guardian on one of the self-admitted protesters who gained access to Speaker Pelosi's office during the 1/6/2021 civil unrest in DC. | Assigned By: JONATHAN WILLETT ( LITTLE ROCK /LR-14 ) |
| | | Assigned To: ( WASHINGTON FIELD ) |
| 01/06/2021  11:21:58  PM | Incident assigned<br>Will likely go to the 176-WF-3366759 case. | Assigned By: MELANIE LORENZO ( WASHINGTON FIELD /WF-CT10 ) |
| | | Assigned To: ( WASHINGTON FIELD /WF-CT11 ) |
| 01/07/2021  08:23:35  AM | Closed as Information Only | Assigned By: VINCENT ANTIGNANO ( WASHINGTON FIELD /WF-CT11 ) |
| | | Assigned To: ( WASHINGTON FIELD /WF-CT11 ) |

CAP03_000001822