

TIPSHEET

# Utah Man with a History of Organizing Violent Antifa, BLM Protests, Was Inside the Capitol



Katie Pavlich
January 07, 2021 3:10 PM

We're beginning to learn more about the individuals who were inside the U.S. Capitol on Wednesday.

A young man named John Sullivan was there. He's from Utah and the founder of "Insurgence USA," which is a group dedicated to "racial justice and police reform." According to numerous news reports, he has a history of organizing leftist protests and identifies with Black Lives Matter.

Over the summer, Sullivan was arrested after organizing a violent riot in Utah that ended with a shooting. One of the host groups was the Salt Lake Antifascist [Antifa] Coalition. From Deseret News:

> One of the organizers of a protest in Provo that resulted in a motorist being shot was arrested on Thursday.
>
> John Earle Sullivan, 25, of Sandy, was booked into the Utah County Jail for investigation of rioting, making a threat of violence and criminal mischief.
>
> and honk their horns to show support for law enforcement.
>
> Another group planned a counterprotest at the same time and place. On Facebook, its event page was originally titled End Police Brutality but was later changed to Marching for Racial Equality. The Facebook pages listed the event's hosts as the groups Insurgence, Solidarity for Justice, Salt Lake Equal Rights Movement and the Salt Lake Antifascist Coalition.
>
> "As a protest organizer John Sullivan is heard and seen as he is promoting protesters to block roadways, keeping motorists from traveling lawfully and

*freely."*

*Sullivan was also captured on video threatening to beat a woman in an SUV, according to the affidavit, and then kicking her door, leaving a dent.*

*Sullivan was seen with Jesse Taggart — the man charged with shooting the motorist — throughout the protest, the affidavit states.*

*"As a protest organizer, John Sullivan is heard talking about seeing the shooting, looking at the gun and seeing smoke coming from it. John did not condemn the attempted murder nor attempt to stop it nor aide in its investigation by police."*

*"John did not condemn the attempted murder nor attempt to stop it nor aide in its investigation by police."*

At the U.S. Capitol, Sullivan was standing next to Trump supporter Ashli Babbitt when she was shot and killed by a police officer. In fact, he filmed it.



**Heidi Hatch KUTV** ✔ · Jan 6, 2021
@tvheidihatch · **Follow**
Replying to @tvheidihatch

The Utah man told 2 News he was there to document the protests. He is seen in the video moments after a woman was shot and killed trying to break through a window in the U.S. Capitol. You can hear from him tonight at 10.

**Heidi Hatch KUTV** ✔
@tvheidihatch · **Follow**

John Sullivan known on the Utah protest scene was inside the U.S. Capitol. He got in through a broken window. He says he was there to document the protest. No matter what he watched a woman die and could now face charges.

kutv.com



**Heidi Hatch KUTV** ✓
@tvheidihatch · **Follow**

Replying to @tvheidihatch

You can look at John Sullivan's twitter feed @activistjohn for yourself. Or check out his Instagram.

1:28 PM · Jan 7, 2021

❤ **1.2K**   💬 **Reply**   ⬆ **Share**

**Read 101 replies**

On two of his Twitter feeds, you'll find retweets of footage from Black Lives Matter riots. His profile photo advertises a planned anti-Trump rally on January 6. His Instagram page, where additional footage of previous riots and protests was posted, is no longer available. He also retweeted an Antifa page.