**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES** ) | |
| ) | |
| *v.* ) | **1:21-cr-00038 (CRC)** |
| ) | |
| **RICHARD BARNETT,** ) | |
| **Defendant** ) | |
| ) | |

**EXHIBIT E**
**FOR DEFENDANT'S POST-VERDICT RULE 33**
**MOTION FOR A NEW TRIAL**

**Exhibit E** to Defendant's Motion is the body camera footage of Officer Quenterra Carey found on Evidence.com:

https://dcfpd.us.evidence.com/axon/evidence?evidence_id=83b630d32f054a7596bd80f247fe98b2&partner_id=e0db847ee69a418d82bac97981ce4032