Find a COVID Center Near You



**Executive Office of the Mayor**

# Mayor Bowser Continues Preparation for Upcoming First Amendment Demonstrations

Sunday, January 3, 2021

(Washington, DC) Mayor Bowser is continuing preparations for this week's First Amendment activities. She had previously directed the DC Homeland Security and Emergency Management Agency (HSEMA) to stand up the District's Emergency Operations Center (EOC) beginning Monday, January 4, to coordinate the response for the upcoming First Amendment demonstrations, permitted by the National Park Service, scheduled for January 5 and January 6. The EOC serves as the coordination hub between District agencies and regional and federal partners. On Tuesday, the Metropolitan Police Department (MPD) begins its full activation with all staff reporting for response on Tuesday and Wednesday.

**Connect With Us**

John A. Wilson Building
1350 Pennsylvania Avenue, NW, Washington, DC 20004
Phone: (202) 727-2643
TTY: 711
Email: eom@dc.gov

Mayor Bowser instructed District agencies to create a comprehensive public safety response to ensure residents' safety. Additionally, HSEMA and MPD are conducting event overviews for the Council of the District of Columbia, faith leaders, and the downtown business community. Residents are encouraged to report suspicious activity by making a report through iwatchdc.org or by calling 911 for immediate threats or emergencies.

  


Ask the Mayor

"MPD and HSEMA are coordinating among District agencies and with federal authorities to ensure our residents and businesses remain safe," said Mayor Muriel Bowser. **"I am asking Washingtonians and those who live in the region to stay out of the downtown area on Tuesday and Wednesday and not to engage with demonstrators who come to our city seeking confrontation, and we will do what we must to ensure all who attend remain peaceful**."



Muriel Bowser
Mayor

Members of the public and anyone attending the events are reminded that District law prohibits anyone from carrying a firearm within 1,000 feet of any First Amendment activity. Under federal law, it is illegal to possess firearms on the US Capitol grounds and on National Park Service areas, such as Freedom Plaza, the Ellipse, and the National Mall. Additionally, members of the public are reminded that the District of Columbia does not have reciprocity with other states' concealed pistol licenses; unless a person has been issued a concealed pistol license by the District of Columbia, they cannot conceal carry a firearm in the city. Finally, it is illegal to open carry firearms in the District.

Residents and commuters are encouraged to register for important alerts from the District by signing up for AlertDC at alertdc.dc.gov.

A comprehensive list of traffic adjustments and street closures can be found

below:

Emergency No Parking - **Tuesday, January 5, 2021 at 6 am to Thursday, January 7, 2021 11:59 pm**:

- H Street from 15th Street, NW to 17th Street, NW
- I Street from 15th Street, NW to 17th Street, NW
- Connecticut Avenue from H Street, NW to L Street, NW
- Vermont Avenue from H Street, NW to L Street, NW
- 15th Street from I Street to K Street, NW (west side of McPherson Square)
- 17th Street from I Street to K Street, NW (east side of Farragut Square)

Emergency No Parking - **Tuesday, January 5, 2021 and Wednesday, January 6, 2021 at 12:01 am to 11:59 pm**:

- Constitution Avenue from Pennsylvania Avenue, NW to 18th Street, NW
- Pennsylvania Avenue from 3rd Street, NW to 18th Street, NW
- E Street from 9th Street, NW to 15th Street, NW
- F Street from 12th Street, NW to 15th Street, NW
- G Street from 12th Street, NW to 15th Street, NW
- I Street from 9th Street, NW to 15th Street, NW
- I Street from 17th Street, NW to 18th Street, NW
- H Street from 9th Street, NW to 15th Street, NW
- H Street from 17th Street, NW to 18th Street, NW
- K Street from 9th Street, NW to 18th Street, NW
- New York Avenue from 9th Street, NW to 15th Street, NW
- 17th Street from Constitution Avenue, NW to L Street, NW
- (west side of Farragut Square)
- 15th Street from Constitution Avenue, NW to L Street, NW
- (east side of McPherson Square)
- 16th Street from K Street, NW to O Street, NW
- 14th Street from Independence Avenue, SW to L Street, NW
- 13th Street from Pennsylvania Avenue, NW to L Street, NW
- 12th Street from Constitution Avenue, NW to E Street, NW
- 11th Street from Pennsylvania Avenue, NW to E Street, NW
- 10th Street from Constitution Avenue, NW to E Street, NW
- 9th Street from Constitution Avenue, NW to Pennsylvania Avenue, NW
- 7th Street from Independence Avenue, SW to E Street, NW
- 6th Street from Constitution Avenue, NW to E Street, NW
- 4th Street from Independence Avenue, SW to Pennsylvania Avenue, NW
- 3rd Street from Independence Avenue, SW to Pennsylvania Avenue, NW
- New York Avenue from 18th Street, NW to 17th Street, NW
- C Street from 18th Street, NW to 17th Street, NW
- D Street from 18th Street, NW to 17th Street, NW
- Madison Drive from 3rd Street, NW to 15th Street, NW
- Jefferson Drive from 3rd Street, SW to 15th Street, SW

**Street Closures** - On Tuesday, January 5, 2021 and Wednesday, January 6, 2021, the following streets will be restricted to vehicular traffic **from approximately 6 am to 11:59 pm.** The decision to restrict vehicles will be based upon public safety and if safe to do so, vehicles will be allowed to enter the restricted area if they are on essential business or traveling to-and-from their

residence.

- Constitution Avenue from Pennsylvania Avenue to 18th Street, NW
- K Street from 9th Street, NW to 18th Street, NW
- I Street from 9th Street, NW to 18th Street, NW
- H Street from 9th Street, NW to 18th Street, NW
- New York Avenue from 9th Street, NW to 15th Street, NW
- New York Avenue from 17th Street, NW to 18th Street, NW
- G Street from 9th Street, NW to 15th Street, NW
- G Street from 12th Street, NW to 15th Street, NW
- G Street from 17th Street, NW to 18th Street, NW
- F Street from 9th Street, NW to 15th Street, NW
- F Street from 12th Street, NW to 15th Street, NW
- F Street from 17th Street, NW to 18th Street, NW
- E Street from 9th Street, NW to 15th Street, NW
- E Street from 17th Street, NW to 18th Street, NW
- D Street from 5th Street, NW to 9th Street, NW
- D Street from 17th Street, NW to 18th Street, NW
- C Street from 3rd Street, NW to 6th Street, NW
- C Street from 17th Street, NW to 18th Street, NW
- Pennsylvania Avenue, NW from 3rd Street, NW to 15th Street, NW
- Pennsylvania Avenue, NW from 17th Street, NW to 18th Street, NW
- Indiana Avenue from 3rd Street to 5th Street, NW
- 3rd Street from Independence Avenue, SW to D Street, NW
- 4th Street from Independence Avenue, SW to Pennsylvania Avenue, NW
- 4th Street from Indiana Avenue, NW to E Street, NW
- 5th Street from Indiana Avenue, NW to E Street, NW
- 6th Street from Constitution Avenue, NW to E Street, NW
- 7th Street from Independence Avenue, SW to E Street, NW
- 9th Street from Constitution Avenue, NW to E Street, NW
- 10th Street from Constitution Avenue, NW to L Street, NW
- 11th Street from Pennsylvania Avenue, NW to L Street, NW
- 12th Street from Constitution Avenue, NW to L Street, NW
- 13th Street from Pennsylvania Avenue, NW to L Street, NW
- 14th Street from Independence Avenue, SW to L Street, NW
- 15th Street from Independence Avenue, SW to L Street, NW
- 16th Street from H Street, NW to L Street, NW
- Vermont Avenue from H Street, NW to L Street, NW
- Connecticut Avenue from H Street, NW to L Street, NW
- 17th Street from Independence Avenue, SW to L Street, NW
- Madison Drive from 3rd Street, NW to 15th Street, NW
- Jefferson Drive from 3rd Street, SW to 15th Street, SW
- 12th Street Tunnel
- 9th Street Tunnel

While the Metropolitan Police Department does not anticipate additional street closures on Tuesday, January 5, 2021 and Wednesday, January 6, 2021, there is the potential for intermittent closures in the downtown area. Additionally, while the Metropolitan Police Department does not anticipate street closures on Thursday, January 7, 2021, there is the potential for intermittent closures in the downtown area. Any decision to close a street will be based upon public safety.

For timely traffic information, visit: twitter.com/DCPoliceTraffic

The public should expect parking restrictions along the street and should be guided by the posted emergency no parking signage. All vehicles that are parked in violation of the emergency no parking signs will be ticketed and towed.

Motorists could encounter possible delays if operating in the vicinity of downtown area and may wish to consider alternative routes. The Metropolitan Police Department and the District Department of Transportation also wishes to remind motorists in the vicinity of this event to proceed with caution as increased pedestrian traffic can be anticipated.

ACCESSIBILITY   PRIVACY AND SECURITY   ABOUT DC.GOV   TERMS AND CONDITIONS

**GOVERNMENT OF THE DISTRICT OF COLUMBIA**

**ADMINISTRATIVE ISSUANCE SYSTEM**

Mayor's Order 2020-119
November 23, 2020

**SUBJECT:** Modified Requirements to Combat Escalation of COVID-19 Pandemic During Phase Two

**ORIGINATING AGENCY:** Office of the Mayor

By virtue of the authority vested in me as Mayor of the District of Columbia pursuant to section 422 of the District of Columbia Home Rule Act, approved December 24, 1973, Pub. L. 93-198, 87 Stat. 790, D.C. Official Code § 1-204.22 (2016 Repl.); in accordance with the Coronavirus Support Congressional Review Emergency Amendment Act of 2020, effective June 8, 2020, D.C. Act 23-328, the Public Health Emergency Authority Additional Extension Emergency Amendment Act of 2020, effective October 5, 2020, D.C. Act 23-411, and any substantially similar subsequent emergency or temporary legislation; section 5 of the District of Columbia Public Emergency Act of 1980, effective March 5, 1981, D.C. Law 3-149, D.C. Official Code § 7-2304 (2018 Repl.); section 5a of the District of Columbia Public Emergency Act of 1980, effective October 17, 2002, D.C. Law 14-194, D.C. Official Code § 7-2304.01 (2018 Repl.); section 1 of An Act To Authorize the Commissioners of the District of Columbia to make regulations to prevent and control the spread of communicable and preventable diseases ("Communicable and Preventable Diseases Act"), approved August 11, 1939, 53 Stat. 1408, D.C. Official Code §§ 7-131 *et seq.* (2012 Repl.); and in accordance with Mayor's Order 2020-045, dated March 11, 2020; Mayor's Order 2020-046, dated March 11, 2020; Mayor's Order 2020-050, dated March 20, 2020; Mayor's Order 2020-063, dated April 15, 2020; Mayor's Order 2020-066, May 13, 2020; Mayor's Order 2020-067, dated May 27, 2020; Mayor's Order 2020-079, dated July 22, 2020, and Mayor's Order 2020-103, dated October 7, 2020, it is hereby **ORDERED** that:

**I.   BACKGROUND**

1. This Order incorporates the findings of prior Mayor's Orders relating to COVID-19.

2. Community transmission of COVID-19 is escalating throughout the District and is exploding in many parts of the country. Reinforcement to encourage community responsibility and compliance with health and safety rules is necessary. Flu season, holiday gatherings, and greater indoor activity during winter are anticipated to cause even more cases of COVID-19 and increased stress on our hospital system's capacity. Immediate further action on the part of our residents, employers, and visitors, and further restrictions on activities that are conducive to the rapid spread of the disease are warranted.

3. The District's cumulative positive COVID-19 cases now total 20,290, and 672 District residents have lost their lives to COVID-19 to date.

4. Our daily case rate (a running seven-day average of new cases) is 23.9 cases per 100,000 residents and the rate of transmission stands at 1.12. Our hospital utilization stands at 82.9% of available beds. These indicators warrant decisive action to slow the spread of the virus that causes COVID-19.

5. Current epidemiological data shows that private gatherings are a strong contributor to transmission of the COVID-19 virus.

6. In addition, inspections have revealed that later at night, particularly when alcohol is served, persons are less compliant with rules regarding social distancing and staying seated at restaurants, contributing to a high rate of spread of the COVID-19 virus.

7. This Order modifies requirements regarding capacity restrictions for restaurants and houses of worship; various fitness activities; mass gatherings rules outdoors; and establishes rules for the size of private social gatherings during the COVID-19 public health emergency and in response to it.

## II. NON-ESSENTIAL, NON-RETAIL BUSINESSES

Section IV.I. of Mayor's Order 2020-103 is modified to strongly encourage continued telework.

## III. REQUIREMENTS FOR RESTAURANTS

1. Restaurants and other licensed food establishments may continue to operate for patrons until midnight, but alcohol sales, service and consumption (excluding carry-out and delivery) must end at 10:00 p.m.

2. The indoor occupancy of restaurants is hereby reduced from fifty percent (50%) to twenty-five percent (25%) as of 12:01 a.m. on Monday, December 14, 2020, so as to reduce the frequency of high-risk exposure.

## IV. LIVE ENTERTAINMENT PILOT

The live entertainment pilot is hereby paused. Some previously-approved performances will be grandfathered.

## V. MASS GATHERINGS

As further described in Mayor's Orders 2020-048 and 2020-075, a mass gathering is a planned event or gathering within a confined space.

1. Outdoors. The number of persons allowed to be together at an outdoor mass gathering, excepting worship services, is reduced from fifty (50) to twenty-five (25) persons, with

the exceptions listed in Mayor's Order 2020-075, and houses of worship are not subject to numeric caps on the numbers of persons at an outdoor service.

2. Indoors. If a gathering is conducted in a structure with more than two walls, and is not subject to other more specific rules, such as for restaurants and houses of worship, it is an indoor gathering and cannot exceed ten (10) persons.

3. Indoor services in Houses of Worship. Services inside houses of worship are excepted to the following extent: The maximum number of persons attending an indoor service at a house of worship at any one time is hereby reduced from one hundred (100) to fifty (50) persons, with the maximum fifty percent (50%) occupancy limit remaining in place. The lesser number of fifty (50) persons or fifty percent (50%) occupancy is allowable. Virtual services, rather than in-person services, continue to be encouraged.

## VI. SOCIAL GATHERINGS

Unless the number of persons in a household exceeds ten persons, indoor social gatherings shall not exceed ten (10) persons. This limitation applies to private homes, dormitories, hotels, apartments, condominiums and cooperatives, and party or common rooms of such permanent or temporary residences.

## VII. GYMS

1. Gyms, private trainers, and other businesses and recreation centers must suspend all indoor group exercise classes.

2. Gyms, private trainers, and other businesses and recreation centers must suspend all outdoor group exercise classes of twenty-five (25) or more persons.

## VIII. ENFORCEMENT

1. Any individual or entity that knowingly violates this Order may be subject to civil and administrative penalties authorized by law, including sanctions or penalties for violating D.C. Official Code § 7-2307, including civil fines or summary suspension or revocation of licenses.

2. The District of Columbia reserves the right to exercise provisions of the Communicable and Preventable Diseases Act, approved August 11, 1939, 53 Stat. 1408, D.C. Official Code §§ 7-131 *et seq.*, if warranted; and to issue regulations providing for civil and criminal penalties and injunctive relief for violations of this Order.

## IX. SUPERSESSION

This Order supersedes any Mayor's Order or guidance issued by a District agency issued during the COVID-19 public health emergency to the extent of any inconsistency.

## X. EFFECTIVE DATE AND DURATION

This Order shall be effective at 12:01 a.m. on Wednesday, November 25, 2020, and shall continue to be in effect through December 31, 2020, or until the date to which the COVID-19 public health emergency is extended, whichever is later.

*[Signature]*
**MURIEL BOWSER**
**MAYOR**

ATTEST, ____ ¾   *[Signature]*
**KIMBERLY A. BASSETT**
**SECRETARY OF STATE OF THE DISTRICT OF COLUMBIA**

**GOVERNMENT OF THE DISTRICT OF COLUMBIA**

**ADMINISTRATIVE ISSUANCE SYSTEM**

Mayor's Order 2020-127
December 18, 2020

**SUBJECT**: Extension of the Public Emergency and Public Health Emergency and Implementation of a Holiday Pause on Various Activities to Flatten the Curve of COVID-19 Cases

**ORIGINATING AGENCY**: Office of the Mayor

By virtue of the authority vested in me as Mayor of the District of Columbia pursuant to section 422 of the District of Columbia Home Rule Act, approved December 24, 1973, Pub. L. 93-198, 87 Stat. 790, D.C. Official Code § 1-204.22 (2016 Repl.); in accordance with the Coronavirus Support Second Congressional Review Emergency Amendment Act of 2020, effective August 19, 2020, D.C. Act 23-405, the Public Health Emergency Authority Additional Extension Emergency Amendment Act of 2020, effective October 5, 2020, D.C. Act 23-411, and any substantially similar subsequent emergency or temporary legislation; section 5 of the District of Columbia Public Emergency Act of 1980, effective March 5, 1981, D.C. Law 3-149, D.C. Official Code § 7-2304 (2018 Repl.); section 5a of the District of Columbia Public Emergency Act of 1980, effective October 17, 2002, D.C. Law 14-194, D.C. Official Code § 7-2304.01 (2018 Repl.); the Coronavirus Support Temporary Amendment Act of 2020, effective October 9, 2020, D.C. Act 23-334, 67 DCR 12236; section 1 of An Act To Authorize the Commissioners of the District of Columbia to make regulations to prevent and control the spread of communicable and preventable diseases ("Communicable and Preventable Diseases Act"), approved August 11, 1939, 53 Stat. 1408, D.C. Official Code §§ 7-131 *et seq*. (2018 Repl.); and any substantially similar legislation; and in accordance with Mayor's Order 2020-045, dated March 11, 2020; Mayor's Order 2020-046, dated March 11, 2020; Mayor's Order 2020-050, dated March 20, 2020; Mayor's Order 2020-063, dated April 15, 2020; Mayor's Order 2020-066, May 13, 2020; Mayor's Order 2020-067, dated May 27, 2020; Mayor's Order 2020-079, dated July 22, 2020, and Mayor's Order 2020-103, dated October 7, 2020, it is hereby **ORDERED** that:

I. **BACKGROUND**

　　A.　The District of Columbia, like the rest of the country, is currently confronting a surge of COVID-19 cases that has worsened dramatically in the past month and will worsen still more, without intervention, as a result of activities over the Christmas and New Year's holidays.

　　B.　On November 16, 2020, the total number of COVID-19 patients in District hospitals was 112, with 36 persons in Intensive Care Units (ICUs). A month later, COVID-19 patients had more than doubled, to 246 persons, with 80 in ICUs. Expected increases in the daily case rate and hospitalizations have been realized post-Thanksgiving.

C. The daily case rate in the District has increased to 35.22 cases per 100,000 persons, having multiplied nearly eight-fold since early July. The District's overall number of positive cases totals 26,104, and tragically 728 District residents have lost their lives to the virus.

D. Health metrics demonstrate that a number of activities are contributors to DC and indeed global cases, and a substantial number of cases cannot identify the source of their infections, which is expected at certain levels of community spread. Therefore, reducing activity outside of one's home and household is recommended, and dialing back some and eliminating other sources of activity is advisable during a season of increased gathering, celebrating and travel.

E. A pause in activity – both mandated by Order and recommended by Advisory – can help stem transmission. Meanwhile, the vaccine is in its first phase of distribution and beginning to provide protection to front-line health care and essential workers and some of the most vulnerable persons, such as those in custodial or congregant care. Taken together, legal restrictions, self-limitation of activity, and the vaccine's deployment can prevent disease, save lives and prevent a crisis at our hospitals.

F. This Order pauses various activities from 10:00 p.m. on Wednesday, December 23, 2020, until 5:00 a.m. on Friday, January 15, 2021; immediately adjusts Mayor's Order 2020-126 so as to remove the percentage capacity and numeric caps on retail food sellers; and extends the Public Emergency and Public Health Emergency.

## II. ADVISORY

District residents are strongly advised to limit their activities to essential activities and travel, including work, school, childcare, government services, medical needs, food, supplies, and exercise.

## III. RESTRICTED ACTIVITIES

A. Restaurants shall return to having no indoor dining. They may continue outdoor dining and carry out and delivery services.

B. Museums shall be closed; staff and contractors may enter only for the purposes of minimum business operations.

C. Libraries shall close indoor service to patrons and return to pickup and drop-off of materials only.

D. Department of Parks and Recreation may only offer reservations for individual swim and fitness room sessions.

Mayor's Order 2020-127
Page 3 of 4

E. Non-essential businesses are required to telework, except in person staff needed to support minimum business operations.

F. The DC Circulator National Mall route is suspended.

IV. **REPEAL OF OCCUPANCY LIMITS FOR RETAIL FOOD SELLERS**

Section III.H. of Mayor's Order 2020-126 is immediately repealed. Food sellers and big box stores selling a range of essential and non-essential goods are no longer subject to the twenty-five percent (25%) / two hundred fifty (250) person occupancy cap. Stores must make plans that provide for safe social distancing between persons and limit occupancy to the extent necessary for safety.

V. **SUPERSESSION**

The pauses imposed by Section III of this Order are time limited and all other regulations affecting those sectors remain in place and are not superseded. This Order supersedes any Mayor's Order issued during the COVID-19 Public Health Emergency only to the extent of any inconsistency.

VI. **ENFORCEMENT**

A. Any individual or entity that knowingly violates this Order may be subject to civil and administrative penalties authorized by law, including sanctions or penalties for violating D.C. Official Code § 7-2307, including civil fines or summary suspension or revocation of licenses.

B. The District of Columbia reserves the right to exercise provisions of the Communicable and Preventable Diseases Act, approved August 11, 1939, 53 Stat. 1408, D.C. Official Code §§ 7-131 *et seq.,* if warranted, and to issue regulations providing for civil and criminal penalties and injunctive relief for violations of this Order.

VII. **EXTENSION OF THE PUBLIC EMERGENCY AND PUBLIC HEALTH EMERGENCY**

By this Order, the Public Emergency and Public Health Emergency declared by Mayor's Orders 2020-045 and 2020-046, respectively, and extended by Mayor's Orders 2020-050, 2020-063, 2020-066, 2020-067, 2020-079, and 2020-103 are further extended through March 31, 2021.

## EFFECTIVE DATE AND DURATION

A. The restrictions imposed by Section III of this Order shall be effective at 10:00 p.m. on Wednesday, December 23, 2020, and shall continue to be in effect until 5 a.m. on Friday, January 15, 2021.

B. The lifting of the restriction in Section IV of this Order shall be effective immediately.

_____
MURIEL BOWSER
MAYOR

ATTEST: _____
KIMBERLY A. BASSETT
SECRETARY OF STATE OF THE DISTRICT OF COLUMBIA

**GOVERNMENT OF THE DISTRICT OF COLUMBIA**

**ADMINISTRATIVE ISSUANCE SYSTEM**

Mayor's Order 2021-004
January 11, 2021

**SUBJECT:** Extension of Paused Activities and Clarification of Duration of Public Emergency and Public Health Emergency

**ORIGINATING AGENCY:** Office of the Mayor

By virtue of the authority vested in me as Mayor of the District of Columbia pursuant to section 422 of the District of Columbia Home Rule Act, approved December 24, 1973, Pub. L. 93-198, 87 Stat. 790, D.C. Official Code § 1-204.22 (2016 Repl.); section 5 of the District of Columbia Public Emergency Act of 1980, effective March 5, 1981, D.C. Law 3-149, D.C. Official Code § 7-2304 (2018 Repl.); Mayor's Orders 2021-002 and 2021-003; section 5 of the District of Columbia Public Emergency Act of 1980, effective March 5, 1981, D.C. Law 3-149, D.C. Official Code § 7-2304 (2018 Repl.); section 5a of the District of Columbia Public Emergency Act of 1980, effective October 17, 2002, D.C. Law 14-194, D.C. Official Code § 7-2304.01 (2018 Repl.); section 1 of An Act To Authorize the Commissioners of the District of Columbia to make regulations to prevent and control the spread of communicable and preventable diseases ("Communicable and Preventable Diseases Act"), approved August 11, 1939, 53 Stat. 1408, D.C. Official Code §§7-131 *et seq.* (2018 Repl.); the Coronavirus Public Health Extension Emergency Amendment Act of 2020, effective Dec. 21, 2020, D.C. Act A23-0524, 67 DCR 14747 and Mayor's Orders 2020-050, 2020-063, 2020-066, 2020-067, 2020-079, 2020-103, and 2020-127, it is hereby **ORDERED** that:

**I.     BACKGROUND**

1. The findings of prior Mayor's Orders relating to the public emergencies are hereby incorporated.

2. More than 22 million Americans have been infected with COVID-19 and more than 373,000 have died from the disease. We have hit a new record in the District, with transmission at 41.22 new cases per 100,000 persons; total infections in the District have risen to 31,993, and tragically, 821 District residents have lost their lives due to COVID-19.

3. On December 18, 2020, Mayor's Order 2020-127 instituted a pause of certain Phase Two activities during the holiday period from 10:00 p.m. on December 23, 2020 until 5:00 a.m. on Friday, January 15, 2021.

4. This Order extends the pause in Phase Two activities for public safety and health reasons, and Section VII of Mayor's Order 2020-127 is modified to correspond with Council legislation's effective date and duration.

## II. PAUSE EXTENDED

The Phase Two activities paused by Mayor's Order 2020-127 (December 18, 2020) shall remain paused until 5:00 a.m. on January 22, 2021, in the interest of public health and safety.

## III. PUBLIC EMERGENCY AND PUBLIC HEALTH EMERGENCY DURATION

Section VII of Mayor's Order 2020-127 is modified to correspond with the duration of the Coronavirus Public Health Extension Emergency Amendment Act of 2020, D.C. Act 23-0524, effective December 21, 2020, such that the public emergency and public health emergency declared by Mayor's Order 2020-045 and 2020-046, respectively, are extended through March 17, 2021.

## IV. ENFORCEMENT

1. Any individual or entity that knowingly violates this Order may be subject to civil and administrative penalties authorized by law, including sanctions or penalties for violating D.C. Official Code §7-2307, including civil fines or summary suspension or revocation of licenses.

2. The District of Columbia reserves the right to exercise provisions of the Communicable and Preventable Diseases Act, approved August 11, 1939, 53 Stat. 1408, D.C. Official Code §§7-131 *et seq.*, if warranted, and to issue regulations providing for civil and criminal penalties and injunctive relief for violations of this Order.

## V. EFFECTIVE DATE AND DURATION

This Order shall become effective immediately and shall remain in effect until 5:00 a.m. on January 22, 2021.

MURIEL BOWSER
MAYOR

ATTEST: _____
KIMBERLY A. BASSETT
SECRETARY OF STATE OF THE DISTRICT OF COLUMBIA

## GOVERNMENT OF THE DISTRICT OF COLUMBIA

### ADMINISTRATIVE ISSUANCE SYSTEM

Mayor's Order 2021-002
January 6, 2021

**SUBJECT:** Declaration of a Second Public Emergency – Citywide Curfew

**ORIGINATING AGENCY:** Office of the Mayor

By virtue of the authority vested in me as Mayor of the District of Columbia pursuant to section 422 of the District of Columbia Home Rule Act, approved December 24, 1973, Pub. L. 93-198, 87 Stat. 790, D.C. Official Code § 1-204.22 (2016 Repl.); section 5 of the District of Columbia Public Emergency Act of 1980, effective March 5, 1981, D.C. Law 3-149, D.C. Official Code § 7-2304 (2018 Repl.); the Coronavirus Support Temporary Amendment Act of 2020, effective October 9, 2020, D.C. Act 23-334, 67 DCR 12236; and Mayor's Orders 2020-050, 2020-063, 2020-066, 2020-067, 2020-079, 2020-103, and 20220-127, it is hereby **ORDERED** that:

### I. BACKGROUND

1. 

2. 

3.

4. On January 5-6, 2021, First Amendment demonstrations were issued permits by the federal government for Freedom Plaza, the Ellipse, the National Mall, and the U.S. Capitol grounds as Congress meets to accept the Electoral College votes cast to elect Joe Biden and Kamala Harris the nation's next President and Vice President, respectively.

5. On the night of January 5, 2020, a number of weapons arrests were made. On January 6, 2021 protests transformed from peaceful to violent. Barricades at the Capitol were stormed and persons have entered the Capitol with the intent of disrupting proceedings. Protestors brought their own stink bombs and deployed them, sprayed pepper spray, and threw bricks, bottles, and bicycle racks at persons, including law enforcement officers. Both Capitol Police and Metropolitan Police Department officers have been injured. Bomb threats have been called in and shots have been fired at the Capitol.

6. Policing experience shows that violence escalates at night, and thus we are in reasonable apprehension that the already-violent crowd will become even more dangerous.

7. The health, safety, and well-being of persons within the District of Columbia are threatened and endangered by the existence of these violent actions and large crowds gathering at night, particularly when they are likely to be in close proximity, without wearing facemasks, and potentially engaged in physical altercations.

8.

9.

10.

11. I now must exercise my authority to impose a curfew, in order to protect the safety of persons and property in the District.

12. By this Order, a second public emergency is declared in the District of Columbia, and a curfew is ordered for Wednesday night, January 6, 2021, continuing until the morning of January 7, 2020.

## II. MEASURES ORDERED

1. A curfew is hereby ordered commencing at 6:00 p.m. on Wednesday, January 6, 2021 and ending at 6:00 a.m. on Thursday, January 7, 2021. The curfew shall

Mayor's Order 2021-002
Page 4 of 4

apply citywide.

2. During the hours of the curfew, no person, other than persons designated by the Mayor, shall walk, bike, run, loiter, stand, ride a scooter, or motor by car or other mode of transport upon any street, alley, park, or other public place within the enumerated geographic area described above. Individuals performing essential duties or participating in essential activities as authorized by prior Mayor's Orders, including working media with their outlet-issued credentials and healthcare personnel, are exempt when engaged in essential functions.

3. During this declared second public emergency, no District government law enforcement personnel, including employees of the Metropolitan Police Department or those members of the District of Columbia National Guard activated for the District's response to the COVID-19 public health emergency may deputize any other law enforcement personnel from other local, state, or federal jurisdictions without express authorization by me.

## III. ENFORCEMENT

Any person who violates the curfew imposed by this Order may be subject to a criminal fine of up to three-hundred dollars ($300) or to imprisonment for not more than ten (10) days pursuant to Title 24, Chapter 22 of the District of Columbia Municipal Regulations (24 DCMR § 2203.4).

## IV. EFFECTIVE DATE AND DURATION

This Order shall become effective immediately and shall remain in effect until 6:00 a.m. on Thursday, January 7, 2021.

_____
MURIEL BOWSER
MAYOR

ATTEST: _____
KIMBERLY A. BASSETT
SECRETARY OF STATE OF THE DISTRICT OF COLUMBIA