UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No. 21-CR-38 (CRC) |
| v. | : | |
| | : | |
| RICHARD BARNETT | : | |
| also known as "Bigo Barnett," | : | |
| | : | |
| Defendant. | : | |

### <u>*UNOPPOSED*</u> **MOTION FOR AN EXTENSION OF TIME TO FILE RESPONSES**

On February 5, 2023, the defendant filed post-trial motions pursuant to Fed. R. Crim. P. 29 and 33. *See* ECF Nos. 174-175. The government's response is currently due on February 21, 2023.

Between the two motions, the defendant raises over twenty different arguments to which the United States intends to respond. Meanwhile, trial in this case lasted two weeks and produced a lengthy record that requires significant time to review. In order to provide the Court with the benefit of a thorough but concise response to each of the arguments in the defendant's motions, the United States respectfully requests a two-week extension of time to respond to both motions. The government proposes a new due date of March 7, 2023.

The United States has consulted with counsel for the defendant, who does not object.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar Number 481052

*/s/ Alison B. Prout*
ALISON B. PROUT
Assistant United States Attorney

2

Georgia Bar No. 141666
75 Ted Turner Drive, SW
Atlanta, Georgia 30303
alison.prout@usdoj.gov
(404) 581-6000

MICHAEL M. GORDON
Assistant United States Attorney
Florida Bar No. 1026025
400 N. Tampa St., Suite 3200
michael.gordon3@usdoj.gov
(813) 274-6370

NATHANIEL K. WHITESEL
Assistant United States Attorney
D.C. Bar No. 1601102
601 D Street, NW
Washington, DC 20530
nathaniel.whitesel@usdoj.gov
(202) 252-7035

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Case No. 21-CR-38 (CRC)** |
| v. : | |
| : | |
| **RICHARD BARNETT** : | |
| also known as "Bigo Barnett," : | |
| : | |
| **Defendant.** : | |

## ORDER

Upon consideration of the United States' motion seeking a two-week extension of time to file its responses to the defendant's post-trial motions pursuant to Rule 29 and Rule 33, *see* ECF Nos. 174-175, it is hereby

ORDERED, that the motion is GRANTED.

ORDERED, that the United States must file its responses no later than March 7, 2023.


Date: _____                    _____
                                                 THE HONORABLE CHRISTOPHER R. COOPER
                                                 UNITED STATES DISTRICT JUDGE