# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**RICHARD BARNETT**<br><br>*Defendant*. | Case No. 21-CR-38 (CRC) |

## MOTION TO WITHDRAW AS COUNSEL

Joseph D. McBride, an attorney of record for Richard Barnett, a defendant in the above-captioned case, hereby respectfully moves this Honorable Court for an order allowing him to withdraw as attorney of record.

## STATEMENT OF FACTS

Mr. Barnett retained me in the above-captioned matter to negotiate a plea deal or go to trial. After a two-week-long trial, Mr. Barnett was convicted in this Court on January 23, 2023. His case is now headed to sentencing. Therefore, the attorney-client relationship has reached its natural conclusion.

Attorney Jonathan Gross has been managing Mr. Barnett's case post-conviction and has been closely working with Mr. Barnett on his sentencing memo. Therefore, and for the reasons stated above, it is respectfully submitted that this request will not prejudice Mr. Barnett.

WHEREFORE, it is respectfully requested that in consideration of the abovementioned facts, this court issue an order permitting undersigned counsel to withdraw as attorney of record and, by doing so, relieve him of any further obligation to this case.

Dated: New York, NY
March 9, 2022

                                Respectfully submitted,

                                */s/ Joseph D. McBride, Esq.*
Bar ID: NY0403
THE MCBRIDE LAW FIRM, PLLC
99 Park Avenue, 6th Floor
New York, NY 10016
p: (917) 757-9537
e: jmcbride@mcbridelawnyc.com
*Counsel for the Defendant*

2