UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:21-cr-00038 (CRC) |
| ) | |
| RICHARD BARNETT, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO WITHDRAW AS COUNSEL

Carolyn Stewart, an attorney of record for Richard Barnett, the defendant in the above-captioned case, hereby respectfully moves this Honorable Court for an order allowing her to withdraw as an attorney of record, and submits the following in support:

This is a permissive request and does not involve any mandatory issues surrounding withdrawal of counsel. I appeared in the case upon request to support Mr. Barnett's trial preparation and trial. As background that the Court is aware of, I had to depart Washington D.C. just prior to the trial start due to a family health emergency. I assisted remotely with cross-examination preparation and motion writing during the two week trial, and then with post-trial motions. With health issues not fully resolved, I have at least one other case that should be proceeding to trial in the next two to three months, and two other cases that are motion and video discovery intensive. Mr. Barnett's case now involves sentencing.

Mr. Barnett concurs with this request given that his review of the Presentencing Investigative Report, any objections to that report or to the government's sentencing memorandum, and the writing of his sentencing memorandum will be accomplished by the other attorneys currently on record. I remain supportive of Mr. Barnett as a person and defendant, and he knows he can call upon me for a second legal opinion or to review his legal options.

I respectfully submit that Mr. Barnett will not be prejudiced by this request because I was asked to support the trial itself, and there are now at least two other attorneys of record on this case for Mr. Barnett. I fully discussed with Mr. Barnett the processes and matters remaining for his case. He agrees that his sentencing, and any possible notice of appeal may proceed with the other attorneys of record, or new attorneys as he may choose to retain.

WHEREFORE, in consideration of the foregoing reasons, and for such other reasons that may appear just and proper, I request that this court issue an order permitting me as undersigned counsel to withdraw as an attorney of record and, by doing so, relieve me of any further obligation to this case.

Dated March 10, 2023                                Respectfully submitted,

/s/ Carolyn A. Stewart

Carolyn A. Stewart, Bar No. FL-0098
Defense Attorney
Stewart Country Law PA
1204 Swilley Rd.
Plant City, FL 33567
Tel: (813) 659-5178
Email: Carolstewart_esq@protonmail.com

### CERTIFICATE OF SERVICE

I hereby certify on the 10th day of March, 2023, a copy of the foregoing was served upon all parties as forwarded through the Electronic Case Filing (ECF) System.

/s/ Carolyn Stewart Esq.
Carolyn Stewart, Esq.