UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |  |
|---|---|---|
| **UNITED STATES** | ) | |
| | ) | |
| v. | ) | 1:21-cr-38 |
| | ) | |
| **BARNETT** | ) | |
| | ) | |

**UNOPPOSED MOTION FOR EXTENSION TO FILE REPLY TO THE GOVERNMENT'S RESPONSE TO DEFENDANT'S RULE 29 AND RULE 33 MOTIONS**

TO THE HONORABLE COURT:

Defendant Richard Barnett respectfully requests that the Court grant his unopposed request for an extension to file a reply to the Government's response to Defendant's Rule 29 and Rule 33 Motions until March 27, 2023.

Undersigned counsel conferred with counsel for the Government and they do not object.

Dated: March 13, 2023                                         Respectfully submitted

/s/ Jonathan Gross
Jonathan Gross
The Clevenger Firm
2833 Smith Ave, Suite 331
Baltimore, MD 21209
(443) 813-0141
jon@clevengerfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify on this 13 day of March 2023, a copy of the foregoing was served upon all parties as forwarded through the Electronic Case Filing (ECF) System.

/s/ Jonathan Gross
Jonathan Gross