
**FEDERAL BUREAU OF INVESTIGATION**

Date of entry    01/18/2021

MEGAN DAWN PARADISE ("W1"), date of birth ▉▉▉▉▉, SSAN ▉▉▉, residence address ▉▉▉▉▉, mailing address ▉▉▉▉▉, telephone number ▉▉▉, email ▉▉▉▉▉, was interviewed at the U.S. Attorney's Office ("USAO") in Washington, D.C. W1 was accompanied by several attorneys, including Danny Onorato Esq., (202) 309-0912, and Setara Qassim, Esq., (818) 370-4500. PARADISE was provided with letters from the USAO and the Office of the Attorney General for the District of Columbia. The letters outlined the use of statements made by W1 during the interview. Copies of the letters have been uploaded as 1A attachments. After being advised of the identity of the interviewers and the nature of the interview, W1 provided the following information:

W1 utilizes the following social media accounts: 

W1 arrived in Washington, D.C., on January 5, 2020. She flew from California. Her flight was purchased by her father, DEAN PARADISE. In D.C. W1 met up with her friend CHANTELLE LNU. CHANTELLE is an actress from California. W1 met her a few months ago.

W1 has participated in several rallies held in Beverly Hills, California, by the Beverly Hills Patriots. SHIVA LNU, who uses Instagram account Shivadanced, is the coordinator for that group. The man who was the coordinator before SHIVA used Instagram account Homiesfortrump. W1 described him as a Hispanic male who wears sunglasses and never smiles. He wears a green bullet proof vest which he received as a gift. He also wears black gloves with plastic plates on the knuckles. He has a special needs daughter. W1 stopped following him on social media several months ago.

| | | |
|---|---|---|
| Investigation on | 01/12/2021 at | Washington, District Of Columbia, United States (In Person) |
| File # ▉▉▉▉▉ | | Date drafted  01/14/2021 |
| by  HESS MARC DANIEL, LEW DAVID R | | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

W1 recognized other Beverly Hills Patriots in D.C., including SCOTT LNU, NANCY BROWN, and TIMOTHY LNU, a pastor in Van Nuys in Los Angeles, CA.

W1 previously attended the Million Maga March to "stop the steal". W1 was introduced to KATIE LNU by JENNY LNU. W1 met JENNY at a Beverly Hills rally which she attended with her friend DANIELLE LACEY. W1 had met LACEY at anti sex trafficking rallies. JENNY recognized W1 because W1 has a social media following. DANIELLE later received a call from JENNY, who said there was room on a sponsored trip to attend the Million Maga March. JENNY asked if DANIELLE and W1 wanted to go. During the trip, KATIE LNU used her credit card to pay for everything except food. W1 believes the sponsors of that trip were Silicon Valley executives.

W1 met ENRIQUE LNU, the leader of the Proud Boys, in Hollywood at a rally. W1 thinks the Proud Boys are a militia or a club. W1 described the Proud Boys as "rowdy". Their symbol is a pair of gold wings. They wear these wings on their hats and vests.

W1 and CHANTELLE shared a room in D.C. at the Hyatt Regency Hotel. W1's father booked the room, and W1 paid for the room using a credit card.

In December, 2020, W1's father told W1 that President Trump had asked his supporters to come to Washington, D.C., on January 6, 2021 to help stop the steal. W1 decided she had to come to D.C. because the President had asker her, as a supporter, to be there. W1 is afraid of flying and would therefore not have come to D.C. if President Trump had not asked his followers to be there. On January 3, 2021, W1 read a tweet from President Trump calling all patriots to come to D.C. W1 had a feeling that something would happen in D.C. on January 6, 2021, and it was the last chance to stop the steal. W1 said President Trump sometimes speaks in code, and his supporters have to interpret what he is actually saying or asking them to do.

W1 knew that Congress was meeting to certify Electoral College votes for the 2020 Presidential Election. W1 knew that Congress would be meeting in the Capitol on January 6, 2021, for that purpose.

On January 6, 2021, W1 was wearing a red, white, and blue tie, a Trump cape, and was carrying a U.S. flag and a white megaphone. CHANTELLE was wearing a half-shirt and was also carrying a megaphone.

FD-302a (Rev. 5-8-10)

Continuation of FD-302 of (U) Interview of Megan Paradise , On 01/12/2021 , Page 3 of 7

W1 and CHANTELLE left the hotel. They did not have a plan for the day and decided to follow a crowd of "fellow patriots" that had formed on the street. The crowd made its way to the Washington Monument. At the Monument, and prior to the President's speech, W1 heard a man under 6 foot tall, in his 40s or 50s, wearing camouflage and a dark backpack, say we are going to storm the Capitol and get inside the Capitol. During her time at the Washington Monument W1 became separated from CHANTELLE.

W1 ran into ERIC LNU and GINA LNU. ERIC was staying at The George. W1 went to The George with ERIC and watched the President's speech on ERIC's cell phone while sitting in The George's lobby.

W1 said she thought "everything was coming together", and noted this was the first time the President had ever asked his followers to attend a rally. During his speech, the President said the election had been stolen, and if they didn't fight they would lose the country. W1 thought the President said he was going to march to the Capitol with his supporters. W1 believed what the President said was true.

W1 and ERIC returned to the street and mingled with the crowd. W1 heard people shouting, "trial by combat!". Someone using a megaphone said, "If you are not here to storm the Capitol, leave." W1 heard people telling each other to get the kids out of here. W1 thought they wanted to remove the kids because the crowd was getting ready to storm the Capitol. W1 thought the Proud Boys and military veterans would lead the assault on the Capitol.

W1 followed the crowd to the Capitol. W1 saw a set of low fence segments and twelve police officers standing behind the fences. W1 noted that the segments of the fence were not zip tied together, which she found odd based on her experiences of police practices she observed at other rallies. W1 also found it odd that the police never issued a warning to the crowd to disperse. Based on the lack of police response, W1 thought the police may have been working with the crowd. W1 said she knew the purpose of fences put in place by law enforcement is to keep people out of an area.

W1 believes she was at the rear of the Capitol at this time. The ground was paved and there were hundreds of protestors at the fences.

An officer standing behind the fences told the crowd that the police were speaking with their supervisor, and were asking for permission to let the

FD-302a (Rev. 5-8-10)



Continuation of FD-302 of (U) Interview of Megan Paradise, On 01/12/2021, Page 4 of 7

crowd through to the steps of the Capitol. At this time W1 was taking a video with her cell phone. She captured on video a man with a megaphone who was telling the crowd that the police were lying and they weren't going to let the crowd pass. W1 saw some people in the crowd carrying pepper spray and saw one person spray the police with pepper spray.

W1 heard people saying that Vice-President Pence had turned on them. W1 interpreted this to mean that the Vice-President had chosen not to reject the Electoral College votes. W1 thought that rejecting the votes was within the Vice-President's power.

W1 saw the crowd push against the fences, and some people picked up police gear that police officers had dropped. W1 was pushed by people in the crowd. People in the crowd opened the gates and the police retreated and formed a new line at steps leading to the Capitol. Using her megaphone, W1 shouted, "Let's go!".

The crowd pushed through the police line and proceeded to the doors of the Capitol. The doors would not open. W1 saw a man smash a glass window with his flag pole. W1 saw the doors begin to open and close. W1 saw someone waving a flag at the door. A group of men near W1 who were wearing gas masks and helmets told the crowd, "If you are not here to enter the Capitol then leave." Someone told people wearing gas masks that they should be at the front of the crowd.

A flash bang went off near the door. W1 did not see who set it off. People started to back up. W1 used her megaphone and shouted to the crowd to keep going forward and hold the line.

W1 described a "battle for the door". Pepper spray was being deployed by the police and by people in the crowd. Some of the spray struck W1 in the face and caused a burning sensation. The doors opened and people were pushing against one another, moving forward. The crowd surged past the door and entered the Rotunda. W1 could not resist the force of the crowd and was carried along into the Capitol. People were shouting, "Treason!" W1 understood this to mean that people in the crowd thought the election had been stolen.

W1 was aware that the police were trying to stop the people from entering the Capitol.



Continuation of FD-302 of (U) Interview of Megan Paradise , On 01/12/2021 , Page 5 of 7

W1 was fascinated with the interior of the Capitol. She heard a stanchion fall to the floor. W1 shouted, telling people not to destroy anything.

W1 entered an open office [Interviewer's note: W1 did not know it at this time, but she had entered the Office of the Speaker of the House, Nancy Pelosi]. While W1 was in the office, someone said this is Nancy Pelosi's office. W1 sat at a desk and put her feet up on the desk. W1 saw a man enter the office, throw items off of another desk, and sit at that desk. He was accompanied by another man wearing a gas mask, who he was instructing to take photographs. The man instructed the man wearing the gas mask to take a photo of W1 at the desk. W1 made a call over Facetime to her cousin, KHALID ALMUDARIS, and her father. She told them what was happening and both her cousin and father laughed. Four or five people came into the office while W1 was there.

W1 wrote, "You're fired", on a notebook that was on the desk. On a preceding page of the notebook someone else had written, "Kiss D.C. away."

W1 saw a baseball sitting in a dish next to other baseballs stored under clear display cubes. At that time, W1 did not notice a signature on the baseball. She decided it would be a good souvenir, and she took the baseball from the dish. Later that day, W1 realized the baseball was signed, although she could not make out the name of the signer. At that time, she became worried and realized she should not have taken the ball. W1 also took a Papermate pen from the office.

Later that night, W1 met ERIC in his hotel room. W1 was scared because she had stolen the baseball. She gave ERIC the baseball and asked him to hold onto it for her, with the idea that he could give it back to her at a later time. The next day, after speaking with her attorney, W1 and her attorney contacted ERIC and asked him to turn the baseball over to the attorney. ERIC did so. At that time, ERIC was still in D.C.

W1 was shown a video of her in the Capitol opening and closing drawers of a credenza. W1 said she was looking for a souvenir to remember that day, but something of no real value. W1 did not see anyone else take any property from the Capitol, but did overhear someone say they had taken a bottle of wine from Nancy Pelosi's office. W1 estimates she spent

FD-302a (Rev. 5-8-10)



Continuation of FD-302 of (U) Interview of Megan Paradise , On 01/12/2021 , Page 6 of 7

approximately an hour in the Capitol, and entered three offices during that time.

W1 was pushed out of the Capitol by the police. When she left the Capitol a man wearing horns on his head told the crowd that the President had asked them to go home. W1 referred to this person as "Q Guy". She had seen him at other rallies and described him as a peaceful person. W1 decided to leave the Capitol grounds and stop protesting because the President had asked his supporters to stop and go home. W1 was not worried she would get in trouble for entering the Capitol. She did not think she had committed a crime because she had been following the President's orders.

W1 met up with ERIC. ERIC told W1 that he had not made it into the Capitol, and that the pepper spray he had been carrying had gone off in his pants. W1 did not know why ERIC had pepper spray. W1 and ERIC went to ERIC's hotel room. CHANTELLE joined them a little later. CHANTELLE was present when W1 told ERIC she had stolen the baseball and gave the baseball to ERIC. CHANTELLE told W1 she had been pepper sprayed and did not make it inside the Capitol.



Continuation of FD-302 of (U) Interview of Megan Paradise ,On 01/12/2021 , Page 7 of 7