**FEDERAL BUREAU OF INVESTIGATION**

Date of entry   10/17/2022

On October 11, 2022, Metropolitan Police Department (MPD) Officer Terrance Craig, was interviewed at the United States Attorney's Office for the District of Columbia located at 601 D Street NW, Washington, D.C. Present during the interview were FBI Special Agent Kimberly Allen, AUSA Alison Prout, AUSA Mary Dohrmann, and AUSA Nathaniel Whitesell. Craig provided the following information:

Craig was interviewed by someone regarding events on January 6, 2021 in early 2022, but Craig does not recall who interviewed him.

Craig has been an officer with MPD for approximately 12 years. Craig had only experienced events like those which occurred on January 6, 2021 at the Capitol in movies and never in real life. Craig was assigned to Civil Disturbance Unit (CDU) 63 on January 6, 2021.

Craig responded to the Capitol after receiving a 1033 (all available respond) call to the west tunnel. He arrived at approximately some time in the afternoon and was outside for some time before entering the Capitol.

Craig was shown portions of his body worn camera (BWC) footage during the interview. Craig has previously seen portions of his BWC from January 6, 2021.

Craig recalled being in the Rotunda and trying to clear people from that area. Craig recalled Richard Barnett after seeing Barnett on Craig's BWC. Barnett was very persistent about retrieving his flag from Speaker Pelosi's office. Barnett had grayish hair. Craig remembers having his baton ready because Barnett was so persistent. Barnett was talking about bringing more people in the Rotunda if the officers did not let Barnett get his flag. Craig was fearful for his safety and remembers being in "defense mode." Craig is an officer and had to do his duty and not let people past the door. The people were escalating and becoming more aggressive.

Craig had never been in the Capitol before January 6, 2021.

Craig recalled getting pushed when he was by the door to the Rotunda.

| | | | |
|---|---|---|---|
| Investigation on | 10/17/2022 | at | Washington, District Of Columbia, United States (In Person) |
| File # | 266T-LR-3367829 | | Date drafted   10/17/2022 |
| by | Kimberly Rae Allen | | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

266T-LR-3367829
(U) Interview of MPD Officer Terrance
Continuation of FD-302 of  Craig , On  10/17/2022 , Page  2 of 2

Barnett did not push Craig directly but was trying to push past officers to get to Speaker Pelosi's office. Barnett was getting aggressive.

Craig did not see anyone directly deploy pepper spray in the Capitol on January 6, 2021, but Craig could smell it and could not breathe. Craig was not directly assaulted in the Rotunda. The events were chaotic and nothing like Craig had seen before.

Craig's CDU was outside of the Capitol on January 6, 2021. Craig became separated from his unit and entered the Capitol when he heard help was needed inside. There were only about 10-15 officers inside when Craig entered.

Craig was shown former MPD Officer Lapitsky's BWC during the interview. Around 14:57:44 in the BWC footage, Craig identified Craig's gloved hand on Barnett's chest. Craig recalled putting his hand on Barnett's chest to keep Barnett from coming into Craig's space and to prevent Barnett from advancing beyond the door and out of the Rotunda towards offices. When Barnett continued to ask Craig to get Barnett's flag, Craig would not because he could not let up his position. Craig did not know if it was actually Barnett's flag, and Barnett was "invading the Capitol." Craig was concerned about safety.

Craig does not know former MPD Officer Lapitsky.