To Whom it May Concern:

I am writing this letter to honor the character of my step father, Richard Barnett. I have known Richard for almost all of my 23 years of life and have lived with him for over 18 years. He is the most honest, genuine, giving and reliable person I know.
When I was just three months old Richard came into my life and has treated me and loved me like his very own when he didn't have to. He has raised me to be responsible, independent, educated and most importantly a child of God.
While I was growing up Richard was always the "bonus dad" to all my friends and team members. Our house was always the house my friends would want to come to. We would have my entire cheer team of 16 girls over often and Richard always had the best activities for us to do. I know everyone of those girls would still say, to this day, that he was the best dad and a great person to be around.
Richard loved to help people in our community. One of my favorite memories with Richard is going around to houses and churches collecting things like coats, clothing and food to give to the less fortunate. Every single Christmas, we would get a list of children and items on their wishlists and we would go to the store as a family and gather a few of these items for the children and the joy it would bring them was indescribable. These moments have taught me very valuable life lessons.
Richard has given me an incredible life and has taught me so many worthy lessons. I could not imagine a life without him in it and I am forever grateful that God places him in my life to be my father. I hope his authentic self has been made evident to you.

Thank you, Ashlee Newburn

To the Honorable Judge Cooper,

I have known my Uncle, Richard Barnett my whole life. He has always been a family man- and a man of character. He always takes care of others and is a hard worker. He will take the shirt off his own back for another man. I have always looked up to my uncle and his integrity and love for others. He has provided support to those in his community, and also supported our family back home. He is not a man of terrorism, but a man of love and sacrifice. He is someone who I am proud to know and I know that I can always count on him- not only because of his actions- but because of who he is. There are not enough words to describe a person. To know my Uncle Richard is to be loved by him.

Sincerely,

Bethany Barnett

My name is John Barnett, brother to Richard Barnett. A little background about myself.  I retired from a major university with 30 years of service.  I have a degree in sociology, but   now work as a registered nurse, as a second career.  I have never been arrested for anything.  No one in my family has any criminal history, including Richard.

Richard loves his country.  Richard is the furthest thing from a criminal or terrorist you will find. Richard is a pacifist and he has never physically hurt or harmed anyone.  Richard has been active in his community, volunteering to help other people.  He raised money for the Sulfur Springs, Arkansas police department, so they could purchase body cameras.  Richard has also volunteered and fought for children.  Richard is passionate about children having a normal childhood, where they can just be children.  Richard is passionate in his philanthropic activity to protect children from sex trafficking.

Richard is a spiritual person and he loves God.  He is unapologetic about his faith and his testimony to others.

Richard is a selfless giver. I know this sounds cliche, but Richard is the type of man who will give you the shirt off his back or share his food with a homeless person.  Years ago, he drove 6 hours from Arkansas to Tennessee to enclose my side porch, so my children would have a bedroom.  He didn't charge me a dime.

Richard does not discriminate, and he loves everyone, regardless of race. My children are bi-racial (black/white) and Richard has loved them unconditionally. He is a great uncle to my children.

Richard is a very loyal and loving family man.  He has always provided for and taken care of his family. He is one of the most passionate and loving people I have ever known.

Richard poses absolutely zero risk to anyone.  I stake my life on Richard's past history of being a great citizen and peaceful man.  Richard would never harm anyone.  He is not a violent person.

I ask you to please take into account Richard's goodness/high character, and past life history, when you sentence him for protesting at the capitol.

Please give Richard "time served" at sentencing, so he can get back to his family.  Richard has suffered enough.

Respectfully,
John W. Barnett

Regarding Mr. Richard Barnett,

To start, I have known Mr. Barnett for approximately 3 years. The first interaction I had with Mr. Barnett was while I was at work. During my first observations of Mr. Barnett, right away, I could tell he possessed a strong, caring, negotiable and professional demeanor. After meeting Mr. Barnett for the first time, I could tell he was a very relatable individual who I could see myself potentially possessing a friendly relationship with.

As time went on, I moved to a new location still within the same town. The new home I moved to possessed a few acres of land that, at the time I wasn't aware, bordered Mr. Barnett's property. Once I settled into my new home, I received a phone call from Mr. Barnett. Mr. Barnett introduced himself to me once again and we began conversing about how we had first met. After speaking with him, he kindly invited me to 'come on over' anytime I felt like. Mr. Barnett caringly accepted me into the neighborhood and began treating me like any good neighbor should.
While being neighbors with Mr. Barnett, he has invited me to his property and residence, like I was one of his own family members. He has offered me invitations to 'get togethers' and other family-like functions that he may host at his home, even though I was just a neighbor. At times, Mr. Barnett's dogs would wonder off his property onto mine, which didn't bother me as his dogs were very friendly. The first thing Mr. Barnett would do when he noticed his dogs missing is contact me. He was very professional and courteous in informing me that the dogs may be down by my house. During these times, If I located his dogs before he did, I would bring them back to him and we would converse. Other times his wife, Tammy, would come to my home to get the dogs and we would talk. She would always ask how things were going. One of these times, I remember going to Mr. Barnett's and returning his dogs. While at his residence, he invited me inside and began showing me his home. He explained that most of the work here, he completed by himself. It was apparent that Mr. Barnett was very skilled as his home was astonishing. I remember Mr. Barnett taking me back outside and showing me the 'walking trails' that he had made through the woods for his wife and him to enjoy. Mr. Barnett was known to possess a bunch of fun things to do around his home. I remember being amazed at all the neat things he had. Mr. Barnett seemed excited to show me what he had and offered to share those things with me without hesitation.

During the times I would be conversing with Mr. Barnett, I don't recall him ever directly speaking about the events on January 6 th . The closest thing I can recall Mr. Barnett mentioning about the January 6 th events, were the individuals he met in the jail. I recall him talking about the bible with them and feeling sorry for the others incarcerated. He would mention times such as providing the Sulphur Springs Police Department with body cameras and being actively involved in his town, while doing all these great things for people. He would then go on to talk about how some people only want to see the negative and don't remember all the good things he has, and continues to do. I could tell that Mr. Barnett possessed a rough exterior at times, but cared deeply for strangers like me. Mr. Barnett was obviously a God fearing Christian and he was not afraid to tell you that.

When I first moved to my new home, I was not exactly sure of the direct property lines and began clearing some underbrush around the property. Unknowingly, I overstepped onto Mr. Barnett's property clearing some underbrush. After removing some debris, clearing underbrush, and leveling out the ground, I discovered some of the property I had cleared actually belonged to Mr. Barnett. Knowing Mr. Barnett would be understanding, I went to his residence and began to apologize for my mistake. Before I could even get what I was trying to say out, Mr. Barnett was understanding and informed me it was nothing to worry about. He told me that it was understandable as there were no visible boundaries and

our properties merge in an odd and close way. He began telling me about some metal survey stakes that were probably buried in the ground. After informing him that I overstepped a little onto his property, he was more than willing to allow me to continue to use the property which I had cleaned up. I informed him that my plan was to place a feeder and plant a field for the wildlife. He advised that he was completely fine with me still doing that, as he was sure his wife would love the idea to bring more wildlife around.

Recently, I was walking my property to attempt to locate the metal survey posts that Mr. Barnett had told me about before. As I was at the back of my property, nearing Mr. Barnett's property, I contacted him asking if he was aware of where the metal stakes were. Without hesitation, Mr. Barnett dropped all his tasks he was doing and began walking through the woods with me to locate the stakes. I thought this was a selfless act as I know he had other things he was doing. It has been shown to me numerous times by Mr. Barnett, that he will go out of his way to help a neighbor in need.

After being approximately a 3-year long neighbor to Mr. Barnett, I have been shown what it means to have a good neighbor. Mr. Barnett has shown me professionalism and courtesy throughout my entire time knowing him. He has gone out of his way numerous times that are not mentioned, to assist me and introduce me to our other neighbors. Living near neighbors, the typical working adult can dread the night of 4 th of July due to the non-stop booming of fireworks, when you must work the next morning. During any normal day, night, or holiday, I have never heard any commotion coming from his property and could not think of anyone who would be better to be a neighbor to. Mr. Barnett has an understanding about the working American and is a respectful neighbor to those around. Mr. Barnett's wife, Tammy, has also shown great hospitality to me and my family. I thank them dearly for what they have and continue to do for me. At times when I am away from home, Mr. Barnett has offered to 'keep an eye on the place' without me asking. I trust Mr. Barnett with my home and family and I am grateful that he offers each time. I would recommend anyone take the opportunity to really get to know Mr. Barnett and his wife and see what the two have to offer. I guarantee you will be greeted with love and compassion and treated like their own. Although some of us may be a little rugged on the outside, Mr. Barnett has a way of showing the good things he can do for his fellow Americans. It is unexplainable, the amount of care a man can possess for a complete stranger. Thank you, Mr. Barnett, for being such a kind, caring and professional neighbor.

- Ryan Sutherland

To the Honorable Judge:

I have known Richard Barnett as a friend for over twenty years. It is for this reason I am willing to write a letter of reference for Mr. Richard Barnett regarding this matter. I understand the seriousness of this matter however and hope the court will show some leniency.

Richard Barnett has always been an upright man in the community. In our friendship, he has been reliable and trustworthy. He has made a point to be there most recently supporting local law enforcement in small towns in the area. In so many circumstances, he is always thinking about how he can help those around him. From raising money for local police to collecting coats for families in the winter, he consistently looks for ways to actively participate in improving the community around him.

I have also hired him multiple times to do work around my home. I have never felt uneasy about having him in my home and around my family.

It is my sincere hope the court will take this letter into consideration at this time. Despite the current case, I know Richard Barnett to be an honorable individual, a valuable member of my community and a good human being.

Sincerely,

David Quye



TO: Honorable Judge
FR: James Brooks   neighbor of mr Barnett
RE: Character letter.

I have been the neighbor of mr Barnett for more than a decade. He has alway been a loyal and trusted man. He would go the extra mile to help anyone in our community. He has always been a true gentleman for the whole time I have known him. He has never displayed violence of any kind.

Please consider that fact that he has never been in trouble.

I wish only the very best results for him as he goes before the court system.

Sincerely; James Brooks
Retired Prison Supervisor

JBrooks

Olivia Barnett
3944 Carter Ave
Memphis, TN, 38122

May 15th, 2023

To The Honorable Judge Cooper,

I hope this letter finds you in good health and high spirits. I am writing to provide a heartfelt character reference for my uncle, Richard, who is set to appear before your honorable court for sentencing.

I feel compelled to share a personal story that highlights the unwavering support and love my uncle has demonstrated for me and my family throughout our lives. When my father married my mother—a black woman—many in the family were not happy and did not approve of interracial marriages. Without any extended family to begin with on my mother's side, it was challenging to navigate the lack of family on my dad's side due to racial tension. In fact, there are so few baby photos of my siblings and me with extended family, I can describe each from memory. One of those photos has been displayed proudly on the fridge in my childhood home for as long as I can remember: my Uncle Richard holding my older sister as a baby.

During those trying early years, my Uncle Richard stood out as a beacon of acceptance, understanding, and love. While others wavered and succumbed to prejudice, my uncle never faltered. He embraced my mother from the very beginning and defended my father's choice to marry the woman he loved. He has remained a constant in our lives for the entirety of my life. When I tell people about my uncle, it's usually preceded with "My favorite uncle, Uncle Richard..." So, you cannot imagine the shock that coursed through me when I discovered my uncle's newfound label as a terrorist. I still struggle to grapple with that description of my uncle because it stands in stark contrast to the man I have known and loved throughout my life.

My uncle is not a terrorist or criminal in any capacity. On the contrary, my uncle has always been an easygoing, simple man. I send him updates about my complex, fast-paced teenage years in Memphis and he sends me photos of dogwoods blooming in the spring around his property in Gravette, Arkansas. My most memorable visit to Gravette was when I was 12. We wanted to visit my uncle, and of course, Uncle Richard was happy to have us. It was on this trip to Gravette that I learned my older cousin Ashlee was not his biological daughter. At that age, it was hard for me to understand this. He went to all of Ashlee's high school football games to watch her cheer and was wary of boys Ashlee hung around in that typical fatherly way. I was endlessly jealous of Ashlee's pink, Paris-themed bedroom that my Uncle Richard designed himself. There is nothing he would not do for Ashlee or her mother (my Aunt Tammy). He has cared for them both ever since Ashlee was a baby and the various rescue animals Aunt Tammy insists on bringing home.

As is evident in this letter, Uncle Richard is a dedicated husband, father, and uncle; and his absence in our lives would leave a hole that could not be filled. At age 63, I worry that a long sentence could mean he never returns home to his family. I ask that while considering this matter, you also consider the people that will be left behind in the aftermath. Thank you for your time and consideration.

Sincerely,

Olivia Barnett

To the Honorable Court,

I am friends with Richard Barnett.  He and I attended a few "Back the Blue" Rallies together in support of police prior to January 6.  I also know that Richard was involved in raising funds for local police as well.  I am a former United States Marine and Gulf War veteran, and I can attest that Mr. Barnett supports his country and law enforcement.  At all of the rallies that I attended with Richard, I never once saw him engage in any violent conduct.  Richard is a peaceful man and would never assault law enforcement or anyone.  He would never engage in violence of any kind.

I was with Richard in Washington, DC on January 6 in the morning.  I traveled in my car from Arkansas with my nephew Tony, who is also a United States Marine and a veteran of the Afghanistan War.  Richard traveled in his own car by himself.   I can attest that Richard had no plans to go into the Capitol that day, and he was certainly not part of any planned insurrection.

We were together at President Trump's speech.  Before the speech ended, we noticed some young people with what looked like heavy backpacks leaving early. Richard told them that they were being disrespectful by leaving while the president was still speaking.  After the speech, when we saw people walking towards the Capitol one of us suggested we walk past the Capitol to see what was going on.  We followed a group of people down the road from the speech to the Capitol.  Everything we saw on the way to the Capitol was peaceful.  At the rally we saw large amounts of families, even with young children and elderly people.  On the way down to the Capitol, we passed police and Richard went over and shook their hands and thanked them for their service and told them he appreciated them being there.

When we arrived at the Capitol, we broke off from the crowd onto a grassy area on the side because, as part of our Marine training, we are taught not to stand in the middle of large crowds.  None of us, including Richard, had any intention to enter the building.  Suddenly, we heard flash bangs and saw smoke coming from the crowd and observed something being fired from the building into the middle of the crowd.  In the confusion, we were separated from Richard.  My nephew and I decided to look for Richard so we could leave.  We went around the building but could not find him.  We saw blood on the sidewalk and were told that a woman had just been shot inside.  At that point, my nephew and I decided to leave without Richard, and got straight in our car and headed back to Arkansas.

I know for sure that Richard is a good man of high moral character who loves to help others and would never intentionally hurt others.  Please take this into consideration when deciding his sentence.

Sincerely,
Mark Hesse

Dear Judge Cooper,

I've known Richard for 20 years. He came into my cousins life at a time when she was in turmoil and an emotional mess. She had just recently been through a bad divorce and her being young herself found herself alone with two small daughters. The youngest child being only around 6 months old at the time. Almost from day 1 Richard became the protector and provider for this family that was not yet his. He treated all of them with the greatest respect and love that anyone of us would wish for ourselves in this life. I watched the love from him transform this family, ( Part of My family) into a Happy, healthy and secure one. He has always been a good provider and worked hard to make sure that his family had what they needed to thrive. He was the father that plenty of biological fathers are not. And the bond holds strong even to this day. I have never in all this time seen where Richard has ever failed his family or his community.  He's been a role model for so many as he has exhibited such strong work ethics and supported all local law enforcement doing many fundraisers and events to do what he could to help.  He has always been especialy fond of children.  I personally know of many others bills he paid in times of need from strangers just by hearing about their situation. ( Hes just that way) Over the years he has rescued unwanted & discarded animals so many times & helped them when no one else would.
He has always stayed true to his morals & beliefs and I've Said many times  that Richard is and always has been the one if you were in trouble you could depend on. I pray to God that his 60 years of service both to communities and family & his law abiding life will carry some degree of acknowledgment and he will be judged upon the (whole) of his life and not this one situation.

Sincerely
Eileen Halpin