# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** | ) |
| | ) |
| *v.* | )  1:21-cr-00038 (CRC) |
| | ) |
| **RICHARD BARNETT,** | ) |
| **Defendant** | ) |
| | ) |

## NOTICE OF APPEAL

Comes now Defendant Richard Barnett, by counsel, and notes his appeal of his final judgment, conviction, and sentencing to the United States Court of Appeals for the District of Columbia Circuit.

Further, Defendant respectfully requests he be appointed new counsel pursuant to the Criminal Justice Act for purposes of his appeal.

Dated: June 5, 2023

Respectfully submitted,

/s/ Jonathan S. Gross
Jonathan S. Gross
Bar ID: MD0162
2833 Smith Ave, Suite 331
Baltimore, MD 21209
(443) 813-0141
jonathansgross@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify on June 5, 2023, a copy of the foregoing was served upon all parties as forwarded through the Electronic Case Filing (ECF) System.

/s/ Jonathan Gross Esq.
Jonathan Gross, Esq.