# DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

United States of America

v.

Richard Barnett

USCA No. _23 - 3086_

USDC No. _1; 21-cr - 00038-CRC-1_

RECEIVED JUL - 7 2023 UNITED STATES COURT OF APPEALS FOR DISTRICT OF COLUMBIA CIRCUIT

## MOTION FOR LEAVE TO PROCEED
## ON APPEAL IN FORMA PAUPERIS

I, _Richard Barnett_ _____, declare that I am the
⊘ appellant/petitioner  ○ appellee/respondent in the above-entitled proceeding. In support
of this motion to proceed on appeal without being required to prepay fees, costs or give security
therefor, I state that because of my poverty I am unable to prepay the costs of said proceeding
or to give security therefor. My affidavit or sworn statement is attached.

I believe I am entitled to relief. The issues that I desire to present on appeal/review are as
follows: (*Provide a statement of the issues you will present to the court. Attach an additional
sheet if necessary.*) Ineffective assistance of counsel,
unconstitutional statutes, 2319 3, 1512 C2. Abuse of
discresion denying motions, change of venue, motion to continue, rule 29,
rule 33.

Signature _____

Name of *Pro Se* Litigant _Richard M. Barnett_

Address [PII]

Submit original with a certificate of service to:

Clerk of Court
United States Court of Appeals
 for the District of Columbia Circuit
E. Barrett Prettyman U.S. Courthouse, Room 5523
333 Constitution Avenue, N.W.
Washington, DC 20001

-1-
I, Richard Barnett, certify that this has
been served on Allison Prout via email

# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

_United States of America_

USCA No. _23-3086_

v.

_Richard Barnett_

USDC No. _1:21-cr-00038-CRC-1_

### AFFIDAVIT ACCOMPANYING MOTION FOR
### PERMISSION TO APPEAL IN FORMA PAUPERIS

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Signed: _____

Date: _6/30/2023_

My issues on appeal are: _Ineffective assistance of counsel. Unconstitutional statutes, 231a3, 1512 c2. Abuse of discretion denying motions; change of venue, motion to continue, rule 29, rule 33_

1.  For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months.  Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | O | N/A | O | N/A |
| Self-employment | 2,600 | ιι | O | ιι |
| | You | Spouse | You | Spouse |
| Income from real property (such as rental income) | O | ιι | O | ιι |
| Interest and dividends | O | ιι | O | ιι |
| Gifts | O | ιι | O | ιι |
| Alimony | O | ιι | O | ιι |
| Child support | O | ιι | O | ιι |
| Retirement (such as social security, pensions, annuities, insurance | O | ιι | O | ιι |
| Disability (such as social security, insurance payments) | O | ιι | O | ιι |
| Unemployment payments | O | ιι | O | ιι |
| Public-assistance (such as welfare) | O | ιι | O | ιι |
| Other (specify): _____ | O | ιι | O | ιι |
| Total monthly income: | 2,600 | ιι | O | ιι |

-2-

2. List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|----------|---------|---------------------|-------------------|
| self | PII | 5/21 - Present | 2600 |
| | | | |
| | | | |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|----------|---------|---------------------|-------------------|
| N/A | | | |
| | | | |

4. How much cash do you and your spouse have?  $2500

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|-----------------------|-----------------|-----------------|------------------------|
| Legacy Bank | checking | 2200 | N/A |
| | | | |
| | | | |

**If you are a prisoner, seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home (Value) | Other real estate(Value) | Motor Vehicle #1 11,000 (Value) |
|--------------|--------------------------|--------------------------------|
| N/A | | Make & Year: 2013 Dodge |
| | | Model: Ram |
| | | Registration #: |

| Motor Vehicle #2 N/A | Other Assets (Value) | Other Assets (Value) |
|----------------------|----------------------|----------------------|
| Make & Year: | | |
| Model: | | |
| Registration #: | | |

-3-

6.  State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | | N/A |
| | | |
| | | |

7.  State every person, business, or organization to whom you or your spouse owes money, the nature of the indebtedness, and the amount owed.

| Person to whom you or your spouse owe money | Nature of indebtedness (e.g., mortgage, credit card) | Amount owed by you | by spouse |
|---|---|---|---|
| David Quye | Personal loan | $20,000 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

8.  State the persons who rely on you or your spouse for support.

| Name [or, if under 18, initials only] | Relationship | Age |
|---|---|---|
| N/A | | |
| | | |
| | | |

9.  Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | 600 | |
| Are real-estate taxes included? | ○ Yes   ◉ No | |
| Is property insurance included? | ○ Yes   ◉ No | |
| | You | Spouse |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | 180 | |
| Home maintenance (repairs and upkeep) | 200 | |

-4-

|  | You | Spouse |
|---|---|---|
| Food | 400 | N/A |
| Clothing | 150 | " |
| Laundry and dry-cleaning | — | " |
| Medical and dental expenses | — | " |
| Transportation (not including motor vehicle payments) | 600 | " |
| Recreation, entertainment, newspapers, magazines, etc. | — | " |
| Insurance (not deducted from wages or included in mortgage payments) | — | " |
|     Homeowner's or renter's | — | " |
|     Life | 80 | " |
|     Health | — | " |
|     Motor Vehicle | 167 | " |
|     Other: _____ | — | " |
| Taxes (not deducted from wages or included in mortgage payments) | — | " |
|     (specify) _____ | | |
| Installment payments | — | " |
|     Motor Vehicle | — | " |
|     Credit card (name): _____ | — | " |
|     Department store | — | " |
|     (name): _____ | | |
|     Other: _____ | — | " |
| Alimony, maintenance, and support paid to others | — | " |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | — | " |
| Other(specify): _____ | — | " |
|     Total monthly expenses: | 2,377 | " |

10. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months? ☑ Yes ○ No

If yes, describe on an attached sheet.

I em on house arrest and self surrender, will be incarcerated.

11. Have you paid-or will you be paying-an attorney any money for services in connection with this case, including the completion of this form? ○ Yes ☑ No

If yes, how much?

If yes, state the attorney's name, address, and telephone number:

_____

_____

_____

12. Have you paid-or will you be paying-anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?   NO

If yes, how much?

If yes, state the person's name, address, and telephone number:

_____

_____

_____

13. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

I am under house arrest and expect to
self surrender for a 4½ yea sentence
soon. A large part of last years "income" was selling
personal items to cover bills.

14. State the city and state of your legal residence.

PII

Your daytime phone number: (479) ____ PII

Your age: 63      Your years of schooling: 12

USCA Form 31
Rev. December 2018

PII

Retail
U.S. POSTAGE PAID
GRAVETTE, AR 72736
JUL 03, 2023
$0.87
R2304M111013-10




20001

RDC 99

Clerk of Court
United States Court of Appeals
for the District of Columbia Circuit
E. Barrett Prettyman U.S. Courthouse, Room 5523
Washington, DC 20001

RECEIVED
JUL -7 2023
UNITED STATES COURT
FOR DISTRICT OF COLUMBIA

20001$9999