```
MIME-Version:1.0
From:DCD_ECFNotice@dcd.uscourts.gov
To:DCD_ECFNotice@localhost.localdomain
Bcc:
--Case Participants: Anthony J. Siano (tonysiano@aol.com), Michael Matthew Gordon
(michael.gordon3@usdoj.gov), Nathaniel Karl Whitesel (caseview.ecf@usdoj.gov,
nathaniel.whitesel@usdoj.gov), Alison Prout (alison.prout@usdoj.gov, leslie.kemp@usdoj.gov),
Jonathan Gross (jon@clevengerfirm.com), Bradford L Geyer (bradford.geyer@formerfedsgroup.com),
Nicole E. McClain (caseview.ecf@usdoj.gov, nicole.mcclain@usdoj.gov,
usadc.docketing@usdoj.gov), Mary Lyle Dohrmann (mary.dohrmann@usdoj.gov), Judge Christopher R.
Cooper (crc_dcdecf@dcd.uscourts.gov, lauren_jenkins@dcd.uscourts.gov, nicole_bell-
norwood@dcd.uscourts.gov)
--Non Case Participants: Andrew Goudsward (agoudsward@alm.com), Michael Daniels
(mdaniels5757@gmail.com), Charles Ryan Barber (crbarber23@gmail.com, foiacrb@gmail.com,
ryan.barber@wsj.com), Jacqueline E. Thomsen (jacqueline.thomsen@thomsonreuters.com), Katelyn
Polantz (katelyn.polantz@cnn.com), Hannah Rabinowitz (hannah.rabinowitz@warnermedia.com),
Michael A. Scarcella (nrobson@alm.com), Kyle Cheney (kcheney@politico.com), Zoe M. Tillman
(ztillman2@bloomberg.net), Marcy Wheeler (emptywheel@gmail.com), David Yaffe-Bellany
(lawnews@bloomberg.net), Patricia A. McKinney (lisa.rubin@nbcuni.com), Mark Albert
(cclement@hearst.com, malbert@hearst.com), Susan Szafranski (rtarinelli@adgnewsroom.com),
Joshua A. Gerstein (jagalerts@yahoo.com), Spencer S. Hsu (crimedesk@washpost.com,
spencer.hsu@washpost.com), Harper K. Neidig (hneidig@thehill.com), Clerk of Court, US Court of
Appeals (dcnoa@cadc.uscourts.gov)
--No Notice Sent:

Message-Id:<8398771@dcd.uscourts.gov>
Subject:Activity in Case 1:21-cr-00038-CRC USA v. BARNETT Order on Motion for Leave to Appeal
In Forma Pauperis
```
Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

District of Columbia

## Notice of Electronic Filing

The following transaction was entered on 7/10/2023 at 3:08 PM and filed on 7/10/2023
**Case Name:**       USA v. BARNETT
**Case Number:**     [1:21-cr-00038-CRC](#)
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**MINUTE ORDER granting [212] Motion for Leave to Appeal In Forma Pauperis at to RICHARD BARNETT. Signed by Judge Christopher R. Cooper on 7/10/2023. (lccrc2)**


**1:21-cr-00038-CRC-1 Notice has been electronically mailed to:**

Nicole E. McClain     nicole.mcclain@usdoj.gov, caseview.ecf@usdoj.gov, usadc.docketing@usdoj.gov

Mary Lyle Dohrmann     mary.dohrmann@usdoj.gov

Anthony J. Siano     tonysiano@aol.com

Alison Prout     alison.prout@usdoj.gov, leslie.kemp@usdoj.gov

Bradford L Geyer     bradford.geyer@formerfedsgroup.com

Michael Matthew Gordon     michael.gordon3@usdoj.gov

Jonathan Gross     jon@clevengerfirm.com

Nathaniel Karl Whitesel     nathaniel.whitesel@usdoj.gov, CaseView.ECF@usdoj.gov

**1:21-cr-00038-CRC-1 Notice will be delivered by other means to::**