UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 21-cr-00038-CRC ) |
| RICHARD BARNETT, | ) ) |
| Defendant. | ) ) ) |

NOTICE OF APPEARANCE

Please enter the appearance of Assistant Federal Public Defender Courtney Millian on behalf of the defendant, Richard Barnett, in the above captioned matter.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/

COURTNEY L. MILLIAN
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500
courtney_millian@fd.org