```
  SEAI4  540*23 *            SENTENCE MONITORING          *      05-31-2024
PAGE 001        *             COMPUTATION DATA            *      11:34:58
                              AS OF 05-31-2024
```

REGNO..: 24841-509 NAME: BARNETT, RICHARD


FBI NO...........: 251304RA9        DATE OF BIRTH: ███████     AGE:  64
ARS1.............: SEA/A-DES
UNIT.............: 2 GP               QUARTERS.....: B04-403L
DETAINERS........: NO                 NOTIFICATIONS: NO

FSA ELIGIBILITY STATUS IS: ELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 06-04-2026

FINAL STATUTORY RELEASE FOR INMATE.: 02-12-2027 VIA GCT REL
          WITH APPLIED FSA CREDITS.:  90  DAYS
THE INMATE IS PROJECTED FOR RELEASE: 11-14-2026 VIA FSA REL


---------------------CURRENT JUDGMENT/WARRANT NO: 010 ----------------------

COURT OF JURISDICTION...........: DIST OF COLUMBIA, DISTRICT CRT
DOCKET NUMBER...................: 21-CR-38 (CRC)
JUDGE...........................: COOPER
DATE SENTENCED/PROBATION IMPOSED: 05-24-2023
DATE COMMITTED..................: 08-01-2023
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                 FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.: $455.00         $00.00         $00.00        $00.00

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO      AMOUNT: $2,000.00

------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  866     18:1512 OBSTRUCT JUSTICE
OFF/CHG: 18:231 CIVIL DISORDER,18:1512(C)(2)&18:2OBSTRCTION OF OFFCL
         PROCEEDING/A&A,18:1752(A)(1)ENTER RESTR BLDNT W/DANG WPN,40:
         5104ENTER CERTAIN ROOMS IN CAPITOL,DIS CONDUCT IN CAPITOL BLDN
         4PARADING,DEMONSTRATING OR PICKETING IN A CAPITOL BUILDING,
         18:641 THEFT OF GOVERNMENT PROPERTY

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:   54 MONTHS
 TERM OF SUPERVISION............:   36 MONTHS




G0002      MORE PAGES TO FOLLOW . . .

```
   SEAI4  540*23 *            SENTENCE MONITORING         *      05-31-2024
PAGE 002 OF 002 *              COMPUTATION DATA           *      11:34:58
                              AS OF 05-31-2024
```

REGNO..: 24841-509 NAME: BARNETT, RICHARD


 DATE OF OFFENSE...............: 01-06-2021

------------------------CURRENT COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 08-24-2023 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 09-08-2023 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 08-01-2023
TOTAL TERM IN EFFECT............:    54 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    4 YEARS      6 MONTHS
EARLIEST DATE OF OFFENSE........: 01-06-2021

JAIL CREDIT.....................     FROM DATE     THRU DATE
                                    01-08-2021    04-27-2021

TOTAL PRIOR CREDIT TIME.........: 110
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 243
TOTAL GCT EARNED................: 54
STATUTORY RELEASE DATE PROJECTED: 02-12-2027
ELDERLY OFFENDER TWO THIRDS DATE: 04-13-2026
EXPIRATION FULL TERM DATE.......: 10-13-2027
TIME SERVED.....................:    1 YEARS      1 MONTHS     19 DAYS
PERCENTAGE OF FULL TERM SERVED..: 25.2
PERCENT OF STATUTORY TERM SERVED: 29.6

PROJECTED SATISFACTION DATE.....: 11-14-2026
PROJECTED SATISFACTION METHOD...: FSA REL
    WITH FSA CREDITS INCLUDED...: 90

REMARKS.......: 08-01-2023 VSD TO OAK D/LMS




S0055      NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE