UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| v. | Case No. 21-cr-038 (CRC) |
| **RICHARD BARNETT,** *Also known as BIGO* | |
| **Defendant.** | |

**UNOPPOSED MOTION FOR AN EXTENSION OF TIME
TO FILE REPLY IN SUPPORT OF
MOTION FOR RELEASE PENDING APPEAL**

Richard Barnett, through undersigned counsel, respectfully requests a one-day extension, until July 23, 2024, to reply to the government's opposition. The government has kindly informed defense counsel that it does not oppose this request.

1. On June 18, 2024, the defendant, Richard Barnett, filed a motion for release pending appeal.

2. The Supreme Court released its decision in *United States v. Fischer*, a case raising questions relevant to Mr. Barnett's appeal, on June 28, 2024.

3. On July 15, 2024, the government filed their response to Mr. Barnett's motion for release pending appeal.

4. Per Local Cr. R. 47(d), Mr. Barnett's reply in support of the motion is due July 22, 2024.

5. Since the government filed its opposition, undersigned counsel has been consumed by other time-pressing motions, including (among other things) other

1

cases related to the Supreme Court's decision in *Fischer*. Undersigned counsel therefore needs additional time to ensure an appropriate response.

Accordingly, undersigned counsel respectfully requests a one-day extension until July 23, 2024, to file Mr. Barnett's reply. As mentioned above, government counsel has expressed it has no objection to the extension of time.

                                                        Respectfully submitted,

                                                        A.J. KRAMER
Federal Public Defender

_____/s/_____
Courtney L. Millian
Research & Writing Attorney
Federal Public Defender's Office
625 Indiana Ave NW, Suite 550
Washington, D.C. 20004
courtney_millian@fd.org

2