# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 23-3086**                      **September Term, 2024**

1:21-cr-00038-CRC-1

Filed On: February 4, 2025 [2098735]

United States of America,

       Appellee

    v.

Richard Barnett, also known as Bigo,

       Appellant

## M A N D A T E

In accordance with the order of February 4, 2025, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                            **FOR THE COURT:**
                                            Clifton B. Cislak, Clerk

                     BY:    /s/
                              Selena R. Gancasz
                              Deputy Clerk

Link to the order filed February 4, 2025