**Case Inquiry-All**

| Parameter | Value |
| --- | --- |
| Case Number | DDCX121CR000038 |
| Party Number | 001 |
| Payee Code | |
| Display Party Detail | N - Do Not Print Party Details |
| Display Payee Detail | N - Do Not Print Payee Details |
| Display Transactions | Y - Print Transaction History |

## U.S. Courts
## Case Inquiry Report

Case Num: DDCX121CR000038;   Party Num: 001;   Payee Code: N/A

Show Party Details: N;   Show Payee Details: N;   Show Transactions: Y

**Case Number** DDCX121CR000038   **Case Title** USA V. BARNETT

**Summary Party Information:**

| Party # | Party Code | Party Name | Account Code | Debt Type | JS Account # | Total Owed | Total Collected | Total Outstanding |
|---|---|---|---|---|---|---|---|---|
| 001 | DCX2292 | RICHARD BARNETT | DCXA121CR-000381 | SPECIAL PENALTY ASSESSMENT | | 455.00 | 455.00 | 0.00 |
| 001 | DCX2292 | RICHARD BARNETT | DCXA121CR-000381 | FEDERAL RESTITUTION | | 2,000.00 | 2,000.00 | 0.00 |
| | | | | | | 2,455.00 | 2,455.00 | 0.00 |

**Summary Payee Information:**

| Payee/Adr Code | Payee Name | Total Owed | Total Paid | Total Outstanding |
|---|---|---|---|---|
| ■■■■■ | ■■■■■■■■■■■■■■ | ■■■ | ■■■ | ■■ |
| | | ■■■ | ■■■ | ■■ |

**Registry Information:**

| Depository Code | Depository Name | Account Type | Account Number | Depository Total |
|---|---|---|---|---|

U.S. Courts
Case Inquiry Report

Case Num: DDCX121CR000038;   Party Num: 001;   Payee Code: N/A

Show Party Details: N;   Show Payee Details: N;   Show Transactions: Y

**Transaction Information:**

| Document Type/Number* | Document Date | Accomplished Date | Line Type | Payee Line # | Amount | Party/Payee Name | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|---|
| Account Number | Debt Type Line # | Debt Type | | | | Depository Line # / Check Number | | | |
| CTC DCXCCA23-DCX000205207 | 31-Jul-23 | 31-Jul-23 | PR | | 455.00 | RICHARD BARNETT | O | 04 | 504100 |
| DDCX121CR000038-001 | 1 | SPECIAL PENALTY ASSESSMENT | | | | | | | |
| CTC DCXCCA23-DCX000205207 | 31-Jul-23 | 31-Jul-23 | PR | | 2,000.00 | RICHARD BARNETT | O | 06 | 6855XX |
| DDCX121CR000038-001 | 2 | FEDERAL RESTITUTION | | | | | | | |

**\* Document Type Legend**

| Document Type | Document Type Name |
|---|---|
| CTC | Cash Receipt - Courts CCA Automated |

8/28/2025 14:59:00

Page 3 of 3